**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Telephone:  (213) 239-5100
Facsimile:   (213) 239-5199

Attorneys for Defendants
Apple Inc. and Apple Value Services, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL SHAY, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>APPLE INC. and APPLE VALUE SERVICES, LLC,<br><br>                    Defendants. | Case No. 3:20-cv-1629-GPC-BLM<br><br>The Hon. Gonzalo P. Curiel<br><br>**DEFENDANTS APPLE INC. AND APPLE VALUE SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)** |

APPLE INC. AND APPLE VALUE SERVICES, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2, Defendants Apple Inc. and Apple Value Services, LLC state as follows:

1. Apple Inc. does not have any parent corporation, and no publicly held entity owns more than 10% of its stock.

2. Apple Value Services, LLC is a wholly-owned subsidiary of Apple Inc.

DATED: August 21, 2020    JENNER & BLOCK LLP

By: s/ Kate T. Spelman
Attorney for Defendants
Apple Inc. and Apple Value Services, LLC
E-mail: kspelman@jenner.com