1 | **JENNER & BLOCK LLP**
2 | Kate T. Spelman (Cal. Bar No. 269109)
  | kspelman@jenner.com
3 | Alexander M. Smith (Cal. Bar No. 295187)
4 | asmith@jenner.com
  | 633 West 5th Street, Suite 3600
5 | Los Angeles, CA 90071-2054
6 | Telephone:  (213) 239-5100
  | Facsimile:   (213) 239-5199
7
8 | Attorneys for Defendants
  | Apple Inc. and Apple Value Services, LLC
9
  | (additional counsel on signature page)
10

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| RACHAEL SHAY, individually and on behalf of all others similarly situated, | Case No. 3:20-cv-1629-GPC-BLM |
|---|---|
| Plaintiff, | The Hon. Gonzalo P. Curiel |
| v. | **JOINT MOTION TO CONTINUE DEADLINE TO FILE RESPONSIVE PLEADING AND SET BRIEFING SCHEDLE** |
| APPLE INC. and APPLE VALUE SERVICES, LLC, | |
| Defendants. | |

JOINT MOTION TO CONTINUE DEADLINE TO FILE RESPONSIVE PLEADING AND SET BRIEFING SCHEDULE

WHEREAS:

1. Defendants Apple Inc. and Apple Value Services, LLC (collectively "Apple") filed a Notice of Removal on August 21, 2020 (*see* ECF No. 1);

2. Under Federal Rule of Civil Procedure 81(c)(2)(C), Apple's motion to dismiss or other responsive pleading is currently due on August 28, 2020;

3. The parties agree that Apple's deadline to file a motion to dismiss should be continued until Plaintiff has determined whether she will seek to remand this action to state court;

4. Because Plaintiff's motion to remand is not due until September 21, 2020 under 28 U.S.C. § 1447(c), the parties agree that Apple's motion to dismiss should be due after that date;

5. Accordingly, to account for the possibility that Plaintiff may file a motion to remand, the parties have agreed upon the briefing schedule set forth below.

NOW, THEREFORE, the parties agree and jointly move as follows:

1. In the event that Plaintiff files a motion to remand, the motion shall be due by September 21, 2020; Apple's opposition brief shall be due by October 21, 2020, and Plaintiff's reply brief shall be due by November 4, 2020.  If the Court denies the motion to remand, Apple's motion to dismiss shall be due fourteen days following the denial of the motion to remand; Plaintiff's opposition brief shall be due thirty days thereafter; and Apple's reply brief shall be due fourteen days thereafter.

2. In the event that Plaintiff does not file a motion to remand by September 21, 2020, Apple's motion to dismiss shall be due by October 9, 2020; Plaintiff's opposition brief shall be due by November 9, 2020; and Apple's reply brief shall be due by November 24, 2020.

[signatures on following page . . . ]

1  IT IS SO STIPULATED AND AGREED:

3  DATED: August 24, 2020                JENNER & BLOCK LLP

                                         By: s/ Kate T. Spelman
                                         Attorney for Defendants
                                         Apple Inc. and Apple Value Services, LLC
                                         E-mail: kspelman@jenner.com

8  DATED: August 24, 2020                JAMES HAWKINS APLC

                                         By: s/ Samantha A. Smith
                                         Attorney for Plaintiff Rachael Shay
                                         E-mail: samantha@jameshawkinsaplc.com

## **ATTESTATION OF FILER**

I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 24, 2020                   JENNER & BLOCK LLP

                                         By: s/ Kate T. Spelman
                                         Attorney for Defendants
                                         Apple Inc. and Apple Value Services, LLC
                                         E-mail: kspelman@jenner.com