**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Telephone:   (213) 239-5100
Facsimile:   (213) 239-5199

Attorneys for Defendants
Apple Inc. and Apple Value Services, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL SHAY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC. and APPLE VALUE SERVICES, LLC, <br><br> Defendants. | Case No. 3:20-cv-1629-GPC-BLM <br><br> The Honorable Gonzalo P. Curiel <br><br> **APPLE'S NOTICE OF MOTION AND PARTIAL MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** <br><br> Hearing Date:   April 30, 2021 <br> Hearing Time:   1:30 p.m. <br> Courtroom:   2D (Schwartz Courthouse) |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 30, 2021, at 1:30 p.m., or as soon thereafter as counsel may be heard, Defendants Apple Inc. and Apple Value Services, LLC (collectively "Apple") will appear before the Honorable Gonzalo P. Curiel in Courtroom 2D of the Edward J. Schwartz United States Courthouse located at 221 West Broadway, San Diego CA 92101, and will, and hereby does, move to dismiss Plaintiff Rachael Shay's Second Amended Complaint in part pursuant to Federal Rule of Civil Procedure 12(b)(6). Specifically, Apple moves to dismiss: (1) Plaintiff's claim under the Unfair Competition Law in its entirety, as well as her claim under the Consumers Legal Remedies Act to the extent it seeks equitable relief in addition to or in lieu of damages; and (2) Plaintiff's claim for breach of the implied warranty of merchantability.

Apple's motion is based on this Notice of Motion and Motion, the attached Memorandum of Points & Authorities, and any additional argument or evidence that Apple may present in its reply brief, at the hearing on this matter, or otherwise.

DATED:  February 18, 2021          JENNER & BLOCK LLP

                                   By:  s/  Kate T. Spelman
                                   _____
                                   Attorney for Defendants
                                   Apple Inc. and Apple Value Services, LLC
                                   E-mail: kspelman@jenner.com