# EXHIBIT A

## **EXHIBIT A**

I, _____, acknowledge and declare that I have received a copy of the Protective Order ("Order") in *Rachael Shay v. Apple Inc.*, United States District Court, Southern District of California, Civil Action No. 3:20-CV-01629-GPC-BLM. Having read and understood the terms of the Order, I agree to be bound by the terms of the Order and consent to the jurisdiction of said Court for the purpose of any proceeding to enforce the terms of the Order.

Name of individual: _____

Present occupation/job description: _____

_____

_____

Name of Company or Firm: _____

Address: _____

_____

Dated: _____

_____
[Signature]