**JAMES HAWKINS, APLC**
JAMES R. HAWKINS (State Bar No. 192925)
James@jameshawkinsaplc.com
SAMANTHA A. SMITH (State Bar No. 233331)
Samantha@jameshawkinsaplc.com
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile:  (949) 387-6676

Attorneys for Plaintiff and the putative class

(additional counsel on signature page)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL SHAY, individually and on behalf of all others similarly situated, | Case No. 3:20-cv-1629-GPC-BLM |
| Plaintiff, | The Hon. Barbara L. Major |
| v. | **JOINT MOTION TO CONTINUE PLAINTIFF'S MOTION TO COMPEL DEADLINE** |
| APPLE INC. and APPLE VALUE SERVICES, LLC, | |
| Defendants. | |

JOINT MOTION TO CONTINUE MOTION TO COMPEL DEADLINE

WHEREAS:

1.      On June 28, 2021, the Court conducted a Case Management Conference pursuant to Rule 16.1(d) of the Local Rules and on July 2, 2021 issued the Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings (ECF No. 34);

2.      Following the issuance of the Scheduling Order, Plaintiff propounded Special Interrogatories and Requests for Production on Defendants Apple Inc. and Apple Value Services, LLC (collectively "Apple");

3.      Apple timely served responses to the discovery on August 30, 2021;

4.      Pursuant to this Court's Chamber Rules-Civil Cases, Rule No. IV.E., all discovery motions must be filed within 30 days after "the service of the initial response or production of documents, or the passage of the due date without a response or document production," making Plaintiff's Motion to Compel deadline September 29, 2021;

5.      The Parties are working together cooperatively and have met and conferred in accordance with this Court's Chamber Rules-Civil Cases;

6.      Apple is diligently working to produce responsive documents, but due to the nature of consumer class actions and the volume of documents that need to be collected and reviewed prior to producing documents in response to Plaintiff's discovery requests, Apple cannot produce all responsive documents in advance of Plaintiff's Motion to Compel deadline.

7.      Good cause showing, the Parties agree to extend by 75 days Plaintiff's Motion to Compel deadline in connection with Apple's August 30, 2021 Responses to Plaintiff's Requests for Production and any documents produced pursuant to those Responses to allow Apple time to collect, review, redact and produce responsive documents and also allow Plaintiff time to review those documents prior to Plaintiff's Motion to Compel deadline.

8.      The requested extension would not have any effect on the remaining discovery and other pre-trial deadlines set by Court order.

NOW, THEREFORE, and good cause showing, the Parties agree and jointly move as follows:

Plaintiff's Motion to Compel deadline in connection with Apple's August 30, 2021 Responses to Plaintiff's Requests for Production and any documents produced pursuant to those Responses is continued from September 29, 2021, to December 14, 2021.

IT IS SO STIPULATED AND AGREED:

DATED:  September 27, 2021          JAMES HAWKINS APLC

By:  s/  *Samantha A. Smith*
Attorney for Plaintiff Rachael Shay
E-mail: samantha@jameshawkinsaplc.com

DATED:  September 27, 2021          JENNER & BLOCK LLP[1]

By:  s/  *Kate T. Spelman*
Attorney for Defendants
Apple Inc. and Apple Value Services, LLC
E-mail: kspelman@jenner.com

CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2021 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Southern District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: September 27, 2021          */s/ Samantha A. Smith*
Samantha A. Smith

---

[1] Pursuant to Section 2.F.4 of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, I, Samantha A. Smith, affirm that Kate T. Spelman, counsel for Plaintiff Apple, concurs in the filing's content and has authorized the filing.