**JAMES HAWKINS, APLC**
JAMES R. HAWKINS (State Bar No. 192925)
James@jameshawkinsaplc.com
SAMANTHA A. SMITH (State Bar No. 233331)
Samantha@jameshawkinsaplc.com
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile:  (949) 387-6676

Attorneys for Plaintiff and the putative class

(additional counsel on signature page)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL SHAY, individually and on behalf of all others similarly situated, | Case No. 3:20-cv-1629-GPC-BLM |
| Plaintiff, | The Hon. Barbara L. Major |
| v. | **[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE PLAINTIFF'S MOTION TO COMPEL DEADLINE** |
| APPLE INC. and APPLE VALUE SERVICES, LLC, | |
| Defendants. | |

Before the Court is a joint motion submitted by Plaintiff Rachael Shay ("Plaintiff") and Defendants Apple Inc. and Apple Value Services, LLC ("Defendants") to continue Plaintiff's Motion to Compel deadline in connection with Apple's August 30, 2021 Responses to Plaintiff's Requests for Production and any documents produced pursuant to those Responses. Having reviewed the joint motion, and good cause appearing therefor, the Court hereby GRANTS the Parties' joint motion and ORDERS as follows:

Plaintiff's Motion to Compel deadline in connection with Apple's August 30, 2021 Responses to Plaintiff's Requests for Production and any documents produced pursuant to those Responses is continued from September 29, 2021, to December 14, 2021.

IT IS SO ORDERED.

Dated:  _____, 2021                    By: _____
                                                    The Honorable Barbara L. Major
                                                    United States Magistrate Judge

[PROPOSED] ORDER RE JOINT MOTION TO CONTINUE MOTION TO COMPEL DEADLINE