UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL SHAY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., et al.,<br><br>Defendants. | Case No.: 20-cv-1629-JO(BLM)<br><br>**ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE**<br><br>**[ECF No. 47]** |

On April 14, 2022, the parties filed a joint motion requesting the Court to continue the Mandatory Settlement Conference ("MSC") scheduled for April 27, 2022. ECF No. 47. The parties seek to continue the MSC until after the deadline for filing any motion for class certification, which has not yet been set by the Honorable District Judge Jinsook Ohta. In support, the parties state that "Plaintiff's counsel, Samantha Smith, withdrew as counsel of record, and a new attorney, […] Christina Lucio, has recently begun representing Plaintiff." Id. at 3. Additionally, the parties state that they "are involved in ongoing meet and confers regarding discovery and class certification-related issues." Id.

Good cause appearing, the parties' motion is **GRANTED**. The MSC currently scheduled for April 27, 2022 is **CONTINUED** to **August 15, 2022** at **9:30 a.m.** No later than **August 2, 2022**, the parties shall submit directly to Magistrate Judge Major's chambers (via hand

1  delivery or email address) confidential settlement statements no more than ten (10) pages in
2  length.  All other guidelines and requirements remain as previously set.  See ECF No. 34.
3      **IT IS SO ORDERED**.
4  Dated:  4/15/2022

Hon. Barbara L. Major
United States Magistrate Judge