UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL SHAY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., et al.,<br><br>Defendants. | Case No.:  20-cv-1629-JO(BLM)<br><br>**ORDER VACATING CURRENT PRETRIAL DEADLINES AND SETTING BRIEFING SCHEDULE FOR CLASS CERTIFICATION MOTION**<br><br>**[ECF No. 51]** |

On May 11, 2022, the parties filed a Joint Motion to Confirm that Deadlines in Scheduling Order are Vacated and to Set Briefing Schedule for Class Certification Motion. ECF No. 51. The parties seek to vacate the remaining case deadlines until the Court issues a ruling on Plaintiff's motion for class certification.[1] ECF No. 51 at 2. The parties further request to set the briefing schedule for Plaintiff's class certification motion and related expert disclosures. Id. In support of their motion, the parties state "the Scheduling Order deadlines no longer reflect the current

---

[1] In their joint motion, the parties indicate they want to confirm the deadlines in the Scheduling Order [ECF No. 34] were vacated by the Order to Transfer [ECF No. 44]. ECF No. 51 at 2.  However, the only dates affected by the Order of Transfer were those set before Judge Curiel. See ECF No. 44.  As indicated on the docket, the dates before Judge Major were unaffected by the Order to Transfer. Id.

1

status of the case and should be vacated, to the extent they were not already vacated by this Court's January 4, 2022 order." Id. at 1. In further support of their request, the parties state their proposed briefing schedule allows them to engage in concurrent class certification related discovery.

Good cause appearing, the parties' motion is **GRANTED**. All remaining case deadlines set in the Scheduling Order [ECF No. 34] are hereby **VACATED**, and the class certification briefing schedule is as follows: (1) Defendant's opposition to Plaintiff's class certification motion, including any rebuttal class certification related expert disclosures, must be filed no later than **September 21, 2022**, and (2) Plaintiff's reply in support of class certification must be filed no later than **November 2, 2022**. Further, Plaintiff must disclose any class certification related experts concurrently with the class certification motion, which the Court previously ordered to be filed no later than **July 13, 2022**. See ECF No. 50.

The parties are **ORDERED** to contact the Chambers of Judge Major within five (5) court days of Judge Ohta ruling on the motion so that the Court can reset the remaining deadlines, as necessary.

**IT IS SO ORDERED**.

Dated: 5/13/2022

Hon. Barbara L. Major
United States Magistrate Judge