**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Telephone:   (213) 239-5100
Facsimile:    (213) 239-5199

Attorneys for Defendants
Apple Inc. and Apple Value Services, LLC

**JAMES HAWKINS, APLC**
James R. Hawkins (SBN 192925)
james@jameshawkinsaplc.com
Christina M. Lucio (SBN 253677)
christina@jameshawkinsaplc.com
Mitchell J. Murray (SBN 285691)
mitchell@jameshawkinsaplc.com
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile:  (949) 387-6676

Attorneys for Plaintiff Rachael Shay

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL SHAY, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>   v.<br><br>APPLE INC., et al.,<br><br>                      Defendants. | Case No. 3:20-cv-1629-JO-BLM<br><br>The Honorable Jinsook Ohta<br><br>**JOINT MOTION TO CONTINUE DEADLINE TO FILE CLASS CERTIFICATION MOTION AND RELATED DATES** |

WHEREAS:

1.     Pursuant to the July 2, 2021 scheduling order (the "Scheduling Order"), Plaintiff's motion for class certification was originally due on March 4, 2022.  ECF No. 34.

2.     On January 4, 2022, this case was ordered transferred from the Honorable Gonzalo P. Curiel to the Honorable Jinsook Ohta.  *See* ECF No. 44.  That order provided that all dates set before Judge Curiel, including the deadline for any motion for class certification, were vacated, to be reset by Judge Ohta.

3.     On April 15, 2022, Magistrate Judge Major continued the Mandatory Settlement Conference ("MSC") to August 15, 2022 after the parties jointly requested that the MSC be scheduled after the deadline for filing any motion for class certification.  *See* ECF Nos. 47 & 48.

4.     On April 18, 2022, Judge Ohta set the deadline to file any motion for class certification to July 13, 2022.  *See* ECF No. 50.

5.     The Parties have extensively met and conferred regarding the taking of the deposition of Defendants' rule 30(b)(6) witness and several percipient witnesses, as well as Plaintiff's deposition in advance of the filing of Plaintiff's Motion for Class Certification.

6.     Due to various scheduling conflicts, the Parties have been unable to schedule the outstanding depositions until after the currently set deadline.  The depositions are currently set as follows:

   a.  Deposition of Michael Gomez:  July 21, 2022

   b.  Deposition of Lincoln Barker: July 29, 2022

   c.  Deposition of Phil Luongo: August 19, 2022

   d.  Apple's Rule 30(b)(6) witnesses: July 21, July 29, and August 19, 2022

   e.  Deposition of Rachael Shay: August 9, 2022

The Parties have agreed that these are the only depositions of Apple witnesses that will take place prior to the Court's ruling on the motion for class certification, though Plaintiff reserves the right to challenge the sufficiency of the 30(b)(6) witnesses.

JOINT MOTION TO CONTINUE DEADLINE TO FILE CLASS CERTIFICATION MOTION AND RELATED DATES

7.      Accordingly, the Parties jointly request that the Court continue the deadline for Plaintiff to file any motion for class certification to September 9, 2022.

8.       The parties also request that the Court adopt the following proposed briefing schedule for Plaintiff's class certification motion: (a) Apple's opposition to Plaintiff's class certification motion, including any rebuttal class certification-related expert disclosures, shall be due by November 18, 2022; and (b) Plaintiff's reply in support of class certification shall be due by December 30, 2022.  Further, Plaintiff shall disclose any class certification-related experts concurrently with her class certification motion on or before September 9, 2022.

9.      The Parties further request that the Court continue the Mandatory Settlement Conference from August 15, 2022, which is approximately a month after Plaintiff's class certification motion is currently due, until October 3, 2022, which is approximately a month after Plaintiff's class certification motion would be due, or until the first date thereafter that is convenient for the Court.

10.      Given the impending class certification motion deadline, the Parties agree that the proposed briefing schedule will permit sufficient time to engage in concurrent class certification-related expert discovery.

11.      The parties further agree that it would be most efficient for the Court to set additional case deadlines after the Court rules on Plaintiff's motion for class certification and jointly request that the Court defer setting additional deadlines at this time.

12.      If the Court is not inclined to adopt the Parties' proposed schedule, the Parties respectfully request leave to meet and confer and re-submit a proposed schedule consistent with the Court's views on how the case should proceed.

NOW, THEREFORE, the parties agree and jointly move as follows:

1.      To set the following briefing schedule for Plaintiff's class certification motion and related expert disclosures:

      a.      Plaintiff's class certification-related expert disclosures shall be due by September 9, 2022, concurrently with her motion for class certification;

        b.     Apple's opposition to Plaintiff's motion for class certification, including any rebuttal expert disclosures, shall be due by November 18, 2022; and

        c.     Plaintiff's reply in support of her motion for class certification shall be due by December 30, 2022; and

2.    To set a further scheduling conference and additional case deadlines after this Court's order on Plaintiff's anticipated motion for class certification.

IT IS SO STIPULATED AND AGREED:

DATED:  July 1, 2022          JENNER & BLOCK LLP

By:  s/  Kate T. Spelman
       Attorney for Defendants
       Apple Inc. and Apple Value Services, LLC
       E-mail: kspelman@jenner.com

DATED:  July 1, 2022          JAMES HAWKINS APLC[1]

By:  s/  Christina M. Lucio
       Attorney for Plaintiff Rachael Shay
       E-mail: christina@jameshawkinsaplc.com

---

[1] Pursuant to Section 2.F.4 of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, I, Kate T. Spelman, affirm that Christina M. Lucio, counsel for Plaintiff Rachael Shay, concurs in the filing's content and has authorized the filing.

JOINT MOTION TO CONTINUE DEADLINE TO FILE CLASS CERTIFICATION MOTION AND RELATED DATES