JAMES R. HAWKINS (SBN 192925)
    james@jameshawkinsaplc.com
MALTE L. L. FARNAES (SBN 222608)
    malte@jameshawkinsaplc.com
CHRISTINA M. LUCIO (SBN 253677)
    christina@jameshawkinsaplc.com
MITCHELL J. MURRAY (SBN 285691)
    mitchell@jameshawkinsaplc.com
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676


Attorneys for Plaintiff RACHAEL SHAY,
on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL SHAY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., a Delaware corporation; APPLE VALUE SERVICES, LLC, a Virginia limited liability corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 3:20-cv-1629-JO-BLM <br><br> **CLASS ACTION** <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION** <br><br> Date: January 11, 2023 <br> Time: 9:30 a.m. <br> Judge: Hon. Jinsook Ohta <br> Courtroom: 4C, 4th Floor <br><br> Complaint Filed: May 28, 2020 <br> Removal Filed: August 21, 2020 <br> Trial Date: None Set |

1

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 11, 2023, at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiff Rachael Shay ("Plaintiff") will appear before the Honorable Jinsook Ohta in Courtroom 4C of the United States District Court for the Southern District of California, located at 333 West Broadway, San Diego, CA 92101, and will, and hereby does, move this Court, pursuant to Federal Rule of Civil Procedure 23, on behalf of herself and all others similarly situated, for an order:

1. Determining that a class action is proper as to Count I of the Second Amended Class Action Complaint (Violation of the Consumer Legal Remedies Act) pursuant to Federal Rule of Civil Procedure 23, on the grounds that (1) the Class is so numerous that joinder of all members is impracticable, (2) there are questions of law and fact common to the Class, (3) the class representative's claims are typical of the claims of the Class, and (4) the class representative will fairly and adequately protect the interests of the Class.

2. Determining that a class action is proper as to Count II of the Second Amended Class Action Complaint (Negligent Misrepresentation) pursuant to Federal Rule of Civil Procedure 23, on the grounds that (1) the Class is so numerous that joinder of all members is impracticable, (2) there are questions of law and fact common to the Class, (3) the class representatives' claims are typical of the claims of the Class, and (4) the class representatives will fairly and adequately protect the interests of the Class.

3. Determining that class treatment is appropriate under Federal Rule of Civil Procedure 23(b)(3).

4. Certifying the following classes:

    a. <u>Nationwide Class</u> All consumers who purchased an App Store & iTunes gift card in the United States from May 28, 2017 to the present, whose gift card was subject to a redemption attempt prior to

2

activation, and whose gift card was redeemed by a third party prior to attempted redemption by the consumer or intended user.

   b. <u>California Class</u>. All consumers who purchased an App Store & iTunes gift card in the State of California from May 28, 2017 to the present, whose gift card was subject to a redemption attempt prior to activation, and whose gift card was redeemed by a third party prior to attempted redemption by the consumer or intended user.

   c. Excluded from the classes are Defendants and their officers, directors and employees.

5.    Determining that class treatment is also appropriate under Federal Rule of Civil Procedure 23(c)(4).

6.    Finding Plaintiff to be an adequate representative and certifying her as the class representative.

7.    Finding Plaintiff's counsel and their firm, namely James R. Hawkins, Malte L. L. Farnaes, Christina M. Lucio, and Mitchell J. Murray of James Hawkins APLC, as adequate class counsel and certifying them as class counsel herein.

8.    Directing that notice be provided to the class in accordance with Fed. R. Civ. P. 23(c)(2).

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, the accompanying Declarations of James R. Hawkins, Malte L. L. Farnaes, Christina M. Lucio, Mitchell J. Murray, and Plaintiff Rachael Shay, the compendium of evidence, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

///

///

///

Dated:  September 9, 2022          JAMES HAWKINS APLC


By:    /s/ Mitchell J. Murray
       James R. Hawkins
       Malte L. L. Farnaes
       Christina M. Lucio
       Mitchell J. Murray

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION