JAMES R. HAWKINS (SBN 192925)
    james@jameshawkinsaplc.com
MALTE L. L. FARNAES (SBN 222608)
    malte@jameshawkinsaplc.com
CHRISTINA M. LUCIO (SBN 253677)
    christina@jameshawkinsaplc.com
MITCHELL J. MURRAY (SBN 285691)
    mitchell@jameshawkinsaplc.com
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676

Attorneys for Plaintiff RACHAEL SHAY,
on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL SHAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a Delaware corporation; APPLE VALUE SERVICES, LLC, a Virginia limited liability corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-1629-JO-BLM<br><br>**DECLARATION OF JAMES R. HAWKINS IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:     January 11, 2023<br>Time:    9:30 a.m.<br>Judge:   Hon. Jinsook Ohta<br>Courtroom: 4C, 4th Floor<br><br>Complaint Filed: May 28, 2020<br>Removal Filed:  August 21, 2020<br>Trial Date:    None Set |

1

DECLARATION OF JAMES R. HAWKINS IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, James R. Hawkins, declare as follows:

1. I am an attorney at law duly licensed to practice law before all of the Courts of the State of California. I am a partner at James R. Hawkins, APLC, the law firm representing Plaintiff and the proposed classes. I am one of the attorneys of record involved in the litigation and prosecution of this matter. I submit this declaration in support of Plaintiff's Motion for Class Certification, and specifically to address the adequacy of James Hawkins, APLC, to be appointed Class Counsel by this Court. This declaration is based upon the best of my personal knowledge and, if called to testify, I could and would testify to the facts contained herein.

2. In 1993, I graduated from the University of California, Los Angeles with a Bachelor of Arts Degree. Following graduation, I attended Whittier Law School. In 1996, while a full-time law student, I was also a full-time Judicial Extern for the Honorable Consuelo B. Marshall, United States District Court, Central District. After approximately five months of service for Judge Marshall, I became a full-time extern for the United States Attorney's Office, Central District of California. My externship lasted for approximately five months. Thereafter, in 1997, I graduated from Whittier Law School. The same year, I was admitted to practice law in the State of California.

3. From 1997-2007, I was a named partner at Hawkins & Sofonio, a law firm based out of Irvine, California. At Hawkins & Sofonio, I pioneered the employment department litigating plaintiff related employment issues such as: Wrongful Termination, Age Discrimination, Disability, Wage and Hour and Sexual Harassment claims. Through the success and experience I obtained litigating employment related matters, I commenced litigating Wage and Hour Class Actions in 2002. Since then, I have spent the vast majority of my practice litigating Wage and Hour Class Actions. I have also litigated a number of consumer class actions.

4. In 2007, I incorporated my wage and hour class action practice as

DECLARATION OF JAMES R. HAWKINS IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

James Hawkins, APLC. Since its inception, this law firm has been exclusively involved in class action and complex litigation. In 2009, I opened an additional office in Miami, Florida, prosecuting wage and hour class actions. Since 2002, I have been lead or co-lead counsel in all of the cases listed in paragraph 6 below.

5. Although not an all inclusive list, the following cases sets forth many of the class actions which I have handled as lead and/or co-lead counsel over the years:

    a.     ***Mojica v. Compass Group, Inc., et. al.*** USDC Central District, Case No. 8:13-cv-01754. Wage and Hour Class Action case seeking past wages for meal and rest break violations for production workers in the State of California. Plaintiff's Counsel preliminarily appointed as Class Counsel. Case settled, Final Approval granted.

    b.     ***Dao v. 3M Company, et al.*** USDC, CENTRAL DISTRICT, Case No. CV-08-04554. Wage and Hour Class Action case seeking past wages for "off the clock", overtime and meal and rest break violations for production workers in the State of California. Plaintiff's Counsel appointed as Lead Counsel. Case settled, Final Approval granted, no objections and funds fully distributed.

    c.     ***Ortiz v. Kmart,*** USDC, CENTRAL DISTRICT, Case No. SACV 06-638 ODW. Wage and Hour Class Action case seeking past wages for meal and rest period violations for retail employees in the State of California. Plaintiff's counsel appointed co-lead counsel. Case settled, Final Approval granted, no objections and funds fully distributed.

    d.     ***Morgan v. Aramark Campus, LLC,*** USDC, CENTRAL DISTRICT, Case No. SACV08-00412. Wage and Hour

Class Action case seeking past wages for meal and rest period violations for retail employees in the State of California. Plaintiff's Counsel appointed as Lead Counsel. Case settled, Final Approval granted, no objections and funds fully distributed.

e. ***West v Iron Mountain Information Management, Inc, et. al.,*** Los Angeles County Superior Court, Case No. BC393709. Wage and Hour Class Action seeking past wages for overtime, meal and rest break violations for driver employees in the State of California. Stipulation for "binding arbitration." Arbitration Award for Plaintiff Class. Arbitration Award confirmed. Plaintiff's counsel lead trial counsel and class counsel.

f. ***Gonzalez v. Superior Industries International, Inc.*, et al.,** Los Angeles County Superior Court, Case No. BC 357912. Wage and Hour Class Action seeking past wages for overtime, meal and rest breaks violations for production employees in the State of California. Plaintiff's counsel appointed as lead counsel. Case settled, Final Approval granted, no objections and funds fully distributed.

g. ***Carey, et. al. v. Arthur J. Gallagher, et. al*.,** USDC, SOUTHERN DISCTRICT- Case No.: 09-cv-0168. Wage and Hour Class action seeking past wages of overtime for mis-classification of insurance claims adjusters employed by Gallagher Bassett, a third party administrator (TPA) in the State of California. Certification granted. Plaintiffs' counsel co-lead counsel. Settled and Final Approval granted.

h. ***Acosta v. Fleetwood Travel Trailers of California, Inc.*, et**

4

**al.,** Riverside County Superior Court, Case No. RIC 440630. Wage and Hour Class Action seeking past wages for overtime, meal and rest break violations for production employees in the State of California. Plaintiff's counsel appointed as co-lead counsel. Case settled, Final Approval granted, no objections and funds fully distributed.

    i.    ***Walker v. Sharkeez*, et al.,** Orange County Superior Court, Case No. 05CC00293. Wage and Hour Class Action seeking past wages for unlawful deductions, meal and rest break violations for restaurant employees in the State of California. Plaintiff's counsel appointed as lead counsel. Case settled, Final Approval granted and funds fully distributed.

    j.    ***Padron v. Universal Protection Service, et al*,** Orange County Superior Court, Case No. 05CC00013. Wage and Hour Class Action seeking past wages for overtime, meal and rest break violations for security officers in the State of California. Plaintiff's counsel appointed as co-lead counsel. Case settled, Final Approval granted, no objections and funds fully distributed.

    k.    ***Martinez v. Securitas Security Services USA, et al.,*** Santa Clara Superior Court, Case No. 105-CV047499, et al. J.C.C.P. No. 4460. Wage and Hour Class Action seeking past wages for meal and rest break violations for security officers employed by defendant in the State of California. Plaintiff's counsel and co-counsel. Case settled, Final Approval granted and funds fully distributed.

    l.    ***Velasquez-Lopez v. Hotel Cleaning Services, Inc. et al.,***

DECLARATION OF JAMES R. HAWKINS IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Riverside Superior Court, Case No. RIC 420909. Wage and Hour Class Action seeking past wages for overtime, meal and rest break violations for housekeepers employed by defendant in the State of California. Plaintiff's counsel appointed as lead counsel. Case settled, Final Approval granted, no objections and funds fully distributed.

m. ***Herrador v. Culligan International Company, et al.,*** USDC, CENTRAL DISTRICT, Case No. SACV 08-680. Wage and Hour Class Action seeking past wages for field and branch employees of defendant in the State of California. Plaintiff's counsel appointed as lead counsel. Case settled and Final Approval granted.

n. ***Defries v. Domain Restaurants, et al.,*** Orange County Superior Court, Case No. 05CC00128. Wage and Hour Class Action seeking past wages for restaurant employees of defendant in the State of California. Plaintiff's counsel appointed as lead counsel. Case settled, Final Approval granted, no objections and funds fully distributed.

o. ***Denton v. BLB Enterprises, Inc., et al.,*** Orange County Superior Court, Case No. 07CC01292. Wage and Hour Class Action seeking unpaid overtime, meal and rest break violations for security guards employed by defendant in the State of California. Plaintiff's counsel appointed as lead counsel. Case settled, Final Approval granted, no objections and funds fully distributed.

p. ***Rios v. Sandberg Furniture Manufacturing Co., Inc, et al.,*** Los Angeles Superior Court, Case No. BC411477. Wage and Hour Class Action seeking unpaid meal and rest break

violations for production employees employed by defendant in the State of California. Plaintiff counsel appointed as lead counsel. Case settled, Final Approval granted, no objections and funds fully distributed.

q. ***McMurray v. Dave and Busters, Inc., et al.,*** Orange County Superior Court, Case No. 06CC00099. Wage and Hour Class Action seeking past wages for meal and rest break violations for restaurant employees employed by defendant in the State of California. Plaintiff's counsel appointed as co-lead counsel. Case settled, Final Approval granted, no objections and funds fully distributed.

r. ***Osuna v. DFG Restaurants, Inc., et al.,*** Los Angeles Superior Court, Case No. BC 330145. Wage and Hour Class Action seeking past wages of overtime for mis-classification of managers employed by Defendant, DBA Carl's Jrs. in the State of California. Plaintiff's counsel appointed as co-lead counsel. Case settled, Final Approval granted, no objections and funds fully distributed.

s. ***Burns v. Gymboree Operations, Inc.,*** **et al.,** San Francisco Superior Court, Case No. CGC-07-461612. Wage and Hour Class Action seeking past wages for meal and rest break violations for retail employees employed by defendant in the State of California. Plaintiff's counsel appointed lead counsel. Case settled, Final Approval granted, no objections and funds fully distributed.

t. ***Willems v. Diedrich Coffee, Inc., et al.,*** Orange County Superior Court, Case No. 07CC00015. Wage and Hour Class Action seeking past wages of overtime for mis-

classification of managers employed by Defendant in the State of California. Plaintiff's counsel appointed lead counsel. Case settled, Final Approval granted, no objections and funds fully distributed.

u. ***Davila, et al. v. Beckman Coulter, Inc., et al.,*** Orange County Superior Court, Case No. 07CC01347. Wage and Hour Class Action seeking past wages for overtime, meal and rest break violations for production workers employed by defendant in the State of California. Plaintiff's counsel appointed lead counsel. Cased settled, Final Approval granted, no objections and funds fully distributed.

v. ***Perez v. Naked Juice Company of Glendora, Inc.,*** Los Angeles Superior Court, Case No. BC387088. Wage and Hour Class Action seeking past wages for overtime, meal and rest period violations for production employees employed by defendant in the State of California. Plaintiff counsel appointed as lead counsel. Case settled, Final Approval granted, no objections and funds fully distributed.

w. ***Coordination Proceeding Special Title [Rule 1550(b)] Wackenhut Wage and Hour Cases***, Los Angeles Superior Court, Case No. JCCP 4545. Wage and Hour Class Action seeking past wages for overtime, meal and rest period violations for security guards employed by defendant in the State of California. Certification granted. Plaintiff's counsel appointed as co-lead counsel. Settled and Final Approval granted.

6. I have analyzed the issues regarding the merits of the case as well as the suitability of the named Plaintiff's claims for class treatment, the adequacy of

the named Plaintiff to represent the proposed Classes, and other class certification issues as thoroughly discussed in the moving papers.

7. We are committed to continuing to handle this matter in an efficient and effective manner, and have worked vigorously advance the interests of our client and the putative class. Indeed, among other things, we have investigated the allegations, drafted numerous pleadings, opposed two motions to dismiss, engaged in extensive written discovery and meet and confer processes, reviewed thousands of pages of documents, undertaken independent research and investigation, taken the depositions of Apple's corporate witnesses, and have prepared this certification motion. We have invested hundreds of hours in the prosecution of this matter, and will continue to do so to advance the interests of the Plaintiff and the Class. We have the resources and experience to continue to vigorously prosecute the action on behalf of the Class.

8. To date, we have incurred thousands of dollars in costs for three depositions, filing fees, as well as copying, document management, legal research and support costs. These litigation costs grossly exceed the potential recovery of any individual consumer pursuing her own action.

9. Our firm is working with the representative Plaintiff to protect the interests of the putative proposed Class and the Plaintiff. We are familiar with the law as it applies to the legal and factual issues relevant to this matter. Our firm is prepared to dedicate the necessary personnel and resources, and has the capability of doing the same, to prepare for and try this matter to judgment.

10. The proposed representative Plaintiff has been informed of the obligations as the proposed class representative. She has been informed of the need to select adequate and skilled counsel, to cooperate with counsel and to place the interests of the proposed Class on a level equal with her own interests. She has agreed to meet these obligations.

11. I am aware of the nature of the claims being raised by the proposed

Class Representative. I do not know of any claim which she has that are different from or in conflict with the claims of the proposed Class.

12. I have no conflicts of interest with the proposed Class or with the Class Representative. I am not related to any representative Plaintiff. I have not previously represented Defendant in any matter. In sum, I am well-suited to act as Class Counsel and will continue to vigorously represent the interests of the Class.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed September 9, 2022.

s/ James R. Hawkins

James R. Hawkins

DECLARATION OF JAMES R. HAWKINS IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION