JAMES R. HAWKINS (SBN 192925)
   james@jameshawkinsaplc.com
MALTE L. L. FARNAES (SBN 222608)
   malte@jameshawkinsaplc.com
CHRISTINA M. LUCIO (SBN 253677)
   christina@jameshawkinsaplc.com
MITCHELL J. MURRAY (SBN 285691)
   mitchell@jameshawkinsaplc.com
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676

Attorneys for Plaintiff RACHAEL SHAY,
on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL SHAY, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC., a Delaware corporation; APPLE VALUE SERVICES, LLC, a Virginia limited liability corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 3:20-cv-1629-JO-BLM<br><br>**DECLARATION OF CHRISTINA M. LUCIO IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:        January 11, 2023<br>Time:       9:30 a.m.<br>Judge:      Hon. Jinsook Ohta<br>Courtroom: 4C, 4th Floor<br><br>Complaint Filed: May 28, 2020<br>Removal Filed: August 21, 2020<br>Trial Date:     None Set<br><br>**<u>UNDER SEAL</u>** |

DECLARATION OF CHRISTINA M. LUCIO IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Christina M. Lucio, declare as follows:

1.      I am an attorney at law duly licensed to practice law before all of the Courts of the State of California. I am Of Counsel at James R. Hawkins, APLC, the law firm representing Plaintiff and the proposed classes. I am one of the attorneys of record involved in the litigation and prosecution of this matter. I submit this declaration in support of Plaintiff's Motion for Class Certification, and specifically to address the adequacy of James Hawkins, APLC, to be appointed Class Counsel by this Court. This declaration is based upon the best of my personal knowledge and, if called to testify, I could and would testify to the facts contained herein.

**Counsel's Qualifications, Experience, and Education**

2.      In 2003, I graduated from the University of California, Riverside with a Bachelor of Arts Degree.  Following graduation, I attended the University of Southern California, Gould School of Law (USC Law School).  At various points during law school, I worked with the USC Post-Conviction Justice Project, the Western Center for Disability Rights and the Barrister's Domestic Violence Clinic.  During the Summer of 2005, I was a law clerk for the Law Offices of Bruce Austin (Safeco Insurance).  In 2007, while a full-time law student, I was also a Judicial Extern for the Honorable Sandra Ikuta, United States Court of Appeals, Ninth Circuit.  Thereafter, in 2007, I graduated from the USC Law School.  The same year, I was admitted to practice law in the State of California.

3.      From 2007 until 2010, I was an associate with Troutman Sanders LLP in San Diego (formerly Ross, Dixon, & Bell). As an associate, I assisted with the litigation of general business and labor & employment matters on an individual and class-wide basis. I assisted with the representation of both employers and employees. I also assisted employers on issues related to compliance with employment laws.

4.      From 2011 until 2012, I was an associate with Wilson Turner Kosmo LLP. As an associate, I assisted with the litigation of labor & employment matters

2

on an individual and class-wide basis solely on the side of management. I also assisted employers on issues related to compliance with employment laws.

5.    Since 2012, I have been a named partner with Farnaes & Lucio, APC, a law firm based out of Encinitas, California.  I have litigated a wide variety of matters on both the plaintiff and defense side, including individual actions, as well as consumer and employment class actions.

6.    Since 2015, I have also been of counsel to the law firm of James Hawkins APLC. In that capacity, my work has been focused on employment litigation and complex class actions. In my practice as a class action plaintiffs' attorney, I have been involved in litigating, mediating and settling numerous class actions dealing with class sizes ranging from several hundred to thousands of class members resulting in settlements ranging from six figures to multimillion dollar settlements.

7.    The following is a non-exhaustive list of class actions I have successfully litigated with James Hawkins APLC as one of the counsels of record: *Placencia v. Amcor Packaging Distribution, Inc.,* Orange County Superior Court, Case No. 30-2013-00694012-CU-OE-CXC; *Trani v. Lisi Aerospace, et al.*, Los Angeles Superior Court, Case No. BC495527; *Galvan v. Goodwin Co.*, Orange County Superior Court, Case No. 30-2013-00637062-CU-OE-CXC;  *Reyes v. Bristol Fiberlite,* Orange County Superior Court, Case No. 30-2013-00653425-CU-OE-CXC;  *Gutierrez v. HMT Tank,* USDC Central Dist., Case No. CV14-1967-CAS(MANx);  *Williams v. Il Fornaio America Corp.,* Sacramento County, 34-2011-0009616;  *Aguilar v. 7-Eleven, Inc.*, Orange County, Case No. 30-2009-002687141-CU-OE-CXC;  *Madrigal v. Huntington Beach Market Broiler, Inc.*, Orange County, Case No. 30-2012-00611260; *Vang v. Jazz Semiconductor, Inc.*, Orange County, Case no. 30-2011-00460278; *Cano v. Financial Statement Services, Inc.*, Orange County, Case No. 30-2013-00653349-CU-OE-CXC*; Gonzalez v. Quality Aluminum Force, LLC,* Orange County, Case No. 30-2015-

3

00817941-CU-OE-CXC; *Smith v. Space Exploration Technologies Corp.*, Los Angeles County Case No. BC554258; *Madrigal v. Balda C Brewer, Inc.*, 30-2015-00820218-CU-OE-CXC; *Mendez v. Liberty Glass Fabricators, Inc.*, Riverside County Case No. RIC1800119; *Aguilar v. LDI Mechanical, Inc.*, Riverside County Case No. RIC1610019.

8.     I am currently litigating at least forty other putative class actions in State and Federal courts in the state of California with the Hawkins firm.

9.     I have also appeared as lead defense counsel or co-lead defense counsel in several consumer class actions including *Schwartz, et al. v. Lights of America, Inc.,* Case No. 2:11-cv-01712-JVS; and *Moorer v. StemGenex Med. Grp., Inc.,* United States District Court for the Southern District of California, Case No. 3:16-cv-02816-AJB-AHG.  In connection with *Moorer v. StemGenex Med. Grp.,* I also argued certification-related issues before the Ninth Circuit Court of Appeals. See, *Moorer v. StemGenex Med. Grp., Inc.,* 830 F. App'x 218 (9th Cir. 2020).

10.     I was lead trial counsel in a federal court jury trial in a wage and hour class action which eventually settled prior to judgment. *Vigueras v. Red Robin Int'l*, No. SACV 17-1422 JVS (DFMx), 2020 U.S. Dist. LEXIS 262135 (C.D. Cal. Dec. 2, 2020).

11.     I have no conflicts of interest with the proposed Class or with the Class Representative. I am not related to any representative Plaintiff. I have not previously represented Defendant in any matter.  In sum, I am well-suited to act as Class Counsel and will continue to vigorously represent the interests of the Class.

**Evidence Submitted in Support of Motion for Class Certification**

12.     Attached to the Compendium of Evidence as **Exhibit 8** is a true and correct copy of an ███████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

4

DECLARATION OF CHRISTINA M. LUCIO IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

[REDACTED]

13.    On July 21, 2022, I took the deposition of Miguel Gomez, who was designated as Defendant's FRCP 30(b)(6) witness for topics related to complaints or customer inquiries received by Apple regarding or relating to fraudulent activity related t Apple gift cards during the class period, and documents relating to Apple's policy and practices for addressing customer inquiries regarding fraudulent activity related to Apple gift cards. Attached to the Compendium of Evidence as **Exhibit 17** are the relevant portions of Mr. Gomez's deposition testimony.

14.    On July 29, 2022, I took the deposition of Lincoln Barker, who was designated as Defendant's FRCP 30(b)(6) witness for topics related to (1) Defendant's policies, procedures, and practices to identify, prevent and remediate fraudulent activity related to Apple gift cards during the class period; (2) any measures taken to identify, prevent, or remediate fraudulent activity relating to Apple gift cards during the class period; and (3) documents related to the above mentioned topics. Attached to the Compendium of Evidence as **Exhibit 18** are the relevant portions of Mr. Barker's deposition testimony.

15.    Attached to the Compendium of Evidence as **Exhibit 7** are ten records pulled from the [REDACTED] customer support records produced by Apple in this litigation.  These are from the sampling of records mentioned in **Exhibit 8**.   As the Court can see from these records, the documents produced were heavily redacted by Apple, yet still marked as confidential.  I have highlighted the relevant portions for the Court's ease in review in the documents.  These are true and correct copies of the records produced.

16.    Attached to the Compendium of Evidence as **Exhibit 21** is a true and

DECLARATION OF CHRISTINA M. LUCIO IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

correct copy of the thread entitled "Gift Card already redeemed Issue" posted on Apple Support Community website. Based upon the time stamp on the original post, it appears that the thread was started on November 20, 2020. I last accessed the thread on September 7, 2022 at approximately 8:56 pm. The url for the website is https://discussions.apple.com/thread/252070934.

17. Based upon a review of the home page for the Apple Support Community, the site is touted as a place to "Find answers. Ask questions. Connect with Apple customers around the world." Users are prompted to sign in with an Apple Id in order to create a "Communities username" and post or comment in the Community. Accordingly, it appears that Apple can identify each of the individuals that posted on this public thread. The url for the homepage of the Apple Support Community is https://discussions.apple.com/welcome.

18. Attached to the Compendium of Evidence as **Exhibit 23** is a true and correct copy of the Reddit thread entitled "Apple gift cards already redeemed" which was posted on the r/AppleHelp subreddit. Based upon the time stamp on the original post, it appears that the thread was started approximately two (2) years ago. I last accessed this thread on September 9, 2022 at approximately 9:58 a.m. The url for the website and post is https://www.reddit.com/r/applehelp/comments/kk2cfw/apple_gift_cards_already_redeemed/

19. Attached to the Compendium of Evidence as **Exhibit 24** is a true and correct copy of the Reddit thread entitled "Target sold me already redeemed apple cards" which was posted on the r/Target subreddit. Based upon the time stamp on the original post, it appears that the thread was started approximately two (2) years ago. I last accessed this thread on September 9, 2022, at approximately 9:55 a.m. The url for the website and post is https://www.reddit.com/r/Target/comments/jztqaz/target_sold_me_already_redeemed_apple_cards/

DECLARATION OF CHRISTINA M. LUCIO IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

20.    Attached to the Compendium of Evidence as **Exhibit 25** is a true and correct copy of the Reddit thread entitled "*Please Read* The best way to fix the [iTunes Store] Gift Card already Redeemed problem" which was posted on the r/Apple subreddit.  Based upon the time stamp on the original post, it appears that the thread was started approximately one (1) year ago.  I last accessed this thread on September 9, 2022, at approximately 10:00 a.m. The url for the website and post is https://www.reddit.com/r/apple/comments/n4i3oy/please_read_the_best_way_to_fi x_the_itunes_store/

21.    Attached to the Compendium of Evidence as **Exhibit 26** is a true and correct copy of the Joint Case Management Statement and [Proposed] Order filed in *Carl Barrett, et al v. Apple Inc., et al.*, Northern District of California Case No.: 5:20-cv-04812-EJD. I logged into my personal PACER account to find this case, review the docket, and pulled the Joint Case Management Statement and [Proposed] Order to be included as evidence in this case.

22.    In seeking to estimate the size of the California sub-class, I reviewed population records from the following websites: (1) Quick Facts (https://www.census.gov/quickfacts/fact/table/CA) (last visited September 9, 2022) and (2) 2020 Decennial Census (https://data.census.gov/cedsci/profile?q= United%20States&g=0100000US) (last visited September 9, 2022).  According to the information therein, as of July 1, 2021, the population of California was in excess of 39 million and the overall population of the United States was 331,449,281 in the 2020 Decennial Census.  Thus, approximately 11.7% (39,000,000/331,449,281) of the United States population resides in California. Assuming the 1300 complaints are lodged on a proportionate basis from the state,

DECLARATION OF CHRISTINA M. LUCIO IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

from the sampling of complaints provided is in excess of 152. (1300 x .117 =152.1).

I declare under penalty of perjury under that the foregoing is true and correct. Executed September 9, 2022.

s/ Christina M. Lucio<br>Christina M. Lucio

8

DECLARATION OF CHRISTINA M. LUCIO IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION