JAMES R. HAWKINS (SBN 192925)
    james@jameshawkinsaplc.com
MALTE L. L. FARNAES (SBN 222608)
    malte@jameshawkinsaplc.com
CHRISTINA M. LUCIO (SBN 253677)
    christina@jameshawkinsaplc.com
MITCHELL J. MURRAY (SBN 285691)
    mitchell@jameshawkinsaplc.com
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676

Attorneys for Plaintiff RACHAEL SHAY,
on behalf of herself and all others similarly situated

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| RACHAEL SHAY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., a Delaware corporation; APPLE VALUE SERVICES, LLC, a Virginia limited liability corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 3:20-cv-1629-JO-BLM <br><br> **DECLARATION OF MALTE L. L. FARNAES IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** <br><br> Date: January 11, 2023 <br> Time: 9:30 a.m. <br> Judge: Hon. Jinsook Ohta <br> Courtroom: 4C, 4th Floor <br><br> Complaint Filed: May 28, 2020 <br> Removal Filed: August 21, 2020 <br> Trial Date: None Set |
|---|---|

1

DECLARATION OF MALTE L. L. FARNAES IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Malte L. L. Farnaes, declare as follows:

1. I am an attorney at law duly licensed to practice law before all of the Courts of the State of California. I am Of Counsel at James R. Hawkins, APLC, the law firm representing Plaintiff and the proposed classes. I am one of the attorneys of record involved in the litigation and prosecution of this matter. I submit this declaration in support of Plaintiff's Motion for Class Certification, and specifically to address the adequacy of James Hawkins, APLC, to be appointed Class Counsel by this Court. This declaration is based upon the best of my personal knowledge and, if called to testify, I could and would testify to the facts contained herein.

2. In 1997, I graduated from the University of California, San Diego with a Bachelor of Arts Degree. I attended the University of San Diego School of Law (USD Law School). During law school, I was Lead Articles Editor of the San Diego Law Review. I graduated from the USD Law School in 2002. The same year, I was admitted to practice law in the State of California.

3. From 2002 until 2010, I was an associate with Troutman Sanders LLP in San Diego (formerly Ross, Dixon, & Bell). As an associate, I assisted with the litigation and trials of general business matters on an individual and class-wide basis.

4. In 2010, I opened my own law firm, Law Office of Malte Farnaes, in Solana Beach, California. After Attorney Christina Lucio joined me, we renamed the firm Farnaes & Lucio, APC in 2012. I have litigated a wide variety of matters on both the plaintiff and defense side, including individual actions, as well as consumer and employment class actions.

5. Since 2015, I have also been of counsel to the law firm of James Hawkins APLC. In that capacity, my work has been focused on employment litigation and complex class actions. In my practice as a class action plaintiffs' attorney, I have been involved in litigating, mediating and settling numerous class actions dealing with class sizes ranging from several hundred to thousands of class

members resulting in settlements ranging from six figures to multimillion dollar settlements.

6. The following is a non-exhaustive list of class actions I have actively litigated with Farnaes & Lucio and/or with James Hawkins APLC as one of the counsels of record for Plaintiff: *Keody v. Davis Trucking, LLC*, San Diego Superior Court, 37-2014-00029149; *Johnson v. U.S. Bank*, USDC, Southern Dist. Cal. 19-CV-00286-JLS-LL; *McGrath v. Wyndham Resort Development Corp*., USDC, Southern Dist. Cal. 15-CV-1631-JM-KSC; *Prestwood v. Marriot Ownership Resorts, Inc*., Orange County Superior Court, 30-2019-01046340; *Ross v. Stater Bros. Markets,* San Bernardino Superior Court*.,* CIVDS1902518; *Mauleon v. Hanken Cono Assad & Co., Inc.*, San Diego Superior Court, 37-2020-00015364; *Dougan v. Healthy Living at Home*, San Diego Superior Court, 37-2020-00018447.

7. I was also trial counsel for the Plaintiff in a federal court jury trial in a wage and hour class action which eventually settled prior to verdict. *Vigueras v. Red Robin Int'l*, No. SACV 17-1422 JVS (DFMx), 2020 U.S. Dist. LEXIS 262135 (C.D. Cal. Dec. 2, 2020).

8. Our office is currently litigating at least forty other putative class actions in State and Federal courts in the state of California with the Hawkins firm.

9. I have also appeared as lead defense counsel or co-lead defense counsel in several consumer class actions including *Schwartz, et al. v. Lights of America, Inc.,* Case No. 2:11-cv-01712-JVS; and *Moorer v. StemGenex Med. Grp., Inc.,* United States District Court for the Southern District of California, Case No. 3:16-cv-02816-AJB-AHG. In connection with *Moorer v. StemGenex Med. Grp.,* I also argued certification-related issues before the Ninth Circuit Court of Appeals. See, *Moorer v. StemGenex Med. Grp., Inc.,* 830 F. App'x 218 (9th Cir. 2020).

10. Since 2016 I have also served as the Honorary Consul of Denmark in

San Diego and Imperial Counties.

11. I have no conflicts of interest with the proposed Class or with the Class Representative. I am not related to any representative Plaintiff. I have not previously represented Defendant in any matter. In sum, I am well-suited to act as Class Counsel and will continue to vigorously represent the interests of the Class.

12. On August 19, 2022, I took the deposition of Philip Luongo, who was designated as Defendant's FRCP 30(b)(6) witness for topics related to labeled point of sale fraud on gift cards. Attached to the Compendium of Evidence as **Exhibit 16** are the relevant portions of Mr. Luongo's deposition testimony.

I declare under penalty of perjury and the laws of the United States of America and the State of California that the foregoing is true and correct. Executed September 9, 2022.

<u>s/ Malte L. L. Farnaes</u>
Malte L. L. Farnaes

4