JAMES R. HAWKINS (SBN 192925)
  james@jameshawkinsaplc.com
MALTE L. L. FARNAES (SBN 222608)
  malte@jameshawkinsaplc.com
CHRISTINA M. LUCIO (SBN 253677)
  christina@jameshawkinsaplc.com
MITCHELL J. MURRAY (SBN 285691)
  mitchell@jameshawkinsaplc.com
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676

Attorneys for Plaintiff RACHAEL SHAY,
on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL SHAY, individually and on behalf of all others similarly situated,<br><br>                 Plaintiff,<br><br>v.<br><br>APPLE INC., a Delaware corporation; APPLE VALUE SERVICES, LLC, a Virginia limited liability corporation; and DOES 1 through 10, inclusive,<br><br>                 Defendants. | Case No. 3:20-cv-1629-JO-BLM<br><br>**DECLARATION OF MITCHELL J. MURRAY IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:        January 11, 2023<br>Time:       9:30 a.m.<br>Judge:      Hon. Jinsook Ohta<br>Courtroom: 4C, 4th Floor<br><br>Complaint Filed:  May 28, 2020<br>Removal Filed:    August 21, 2020<br>Trial Date:        None Set |

1

DECLARATION OF MITCHELL J. MURRAY IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Mitchell J. Murray, declare as follows:

1.      I am an attorney at law duly licensed to practice law before the Courts of the State of California. I am Of Counsel at James R. Hawkins, APLC, the law firm representing Plaintiff and the proposed classes. I am one of the attorneys of record involved in the litigation and prosecution of this matter. I submit this declaration in support of Plaintiff's Motion for Class Certification, and specifically to address the adequacy of James Hawkins, APLC, to be appointed Class Counsel by this Court. This declaration is based upon the best of my personal knowledge and, if called to testify, I could and would testify to the facts contained herein.

2.      During the discovery phase of this lawsuit related to class certification, Plaintiff served written discovery, including Plaintiff's Interrogatories (Set One and Set Two) and Requests for Production of Documents (Set One and Set Two). Defendant responded to the first set of written discovery on or about August 31, 2021 and responded to the second set on or about September 6, 2022. Attached to the Compendium of Evidence as **Exhibit 10** is a true and correct copy of Defendant's Responses to Plaintiff's Interrogatories (Set One) and verification. Attached thereto as **Exhibit 19** is a true and correct copy of Defendant's Responses to Plaintiff's Interrogatories (Set Two) and verification. Attached thereto as **Exhibit 9** is a true and correct copy of Defendant's Responses to Plaintiff's Requests for Production (Set One). Attached thereto as **Exhibit 20** is a true and correct copy of Defendant's Responses to Plaintiff's Requests for Production (Set Two).

3.      Attached to the Compendium of Evidence as **Exhibit 4** is a true and correct copy of the Redemption Attempts on Plaintiff's gift card produced by Defendant.

4.      Attached to the Compendium of Evidence as **Exhibit 5** is a true and correct copy of the Apple ID Profile for Redeeming Account produced by Defendant.

DECLARATION OF MITCHELL J. MURRAY IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

5.      Attached to the Compendium of Evidence as **Exhibit 6** is a true and correct copy of the "Gift Card Already Redeemed – Can We Replace?" policy produced by Defendant.

6.      Attached to the Compendium of Evidence as **Exhibit 7** is a true and correct copy of the Compilation of GCRM Records produced by Defendant.

7.      Attached to the Compendium of Evidence as **Exhibit 11** is a true and correct copy of the Frequently Asked Questions regarding Apple IDs published on Apple's website – https://appleid.apple.com/faq/#!&page=faq. I last visited this website on September 1, 2022.

8.      Attached to the Compendium of Evidence as **Exhibit 12** is a true and correct copy of the "How to create a new Apple ID" instructions published on Apple's websites – https://appleid.apple.com/account and https://support.apple.com/en-us/HT204316. I last visited these websites on September 1, 2022.

9.      Attached to the Compendium of Evidence as **Exhibit 13** is a true and correct copy of the "How to redeem your Apple Gift Card or App Store & iTunes gift card" instructions published on Apple's website – https://support.apple.com/en-us/HT201209. I last visited this website on September 1, 2022.

10.      Attached to the Compendium of Evidence as **Exhibit 14** is a true and correct copy of the "If you can't redeem you Apple Gift Card or App Store & iTunes Gift Card" instructions published on Apple's website – https://support.apple.com/en-us/HT201195. I last visited this website on September 1, 2022.

11.      Attached to the Compendium of Evidence as **Exhibit 15** is a true and correct copy of Apple's gift card Terms and Conditions published on Apple's website – www.apple.com/us/go/legal/hc - on April 17, 2020. I downloaded the Terms and Conditions from the Internet Archive (www.internetarchive.org) on September 1, 2022.

DECLARATION OF MITCHELL J. MURRAY IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

12.     On August 9, 2022, I defended the deposition of the Plaintiff, Rachael Shay. Attached to the Compendium of Evidence as **Exhibit 22** are the relevant portions of Plaintiff's deposition testimony.

13.     I received my bachelor's degree from the University of California, Santa Diego and my Juris Doctor degree from California Western University. I have practiced law in California since 2012.

14.     Since 2016, I have been an attorney at Farnaes & Lucio, APC. During that time, my primary practice has been wage and hour class and representative actions and individual employment matters.

15.     I am also Of Counsel at the law firm James Hawkins APLC, an employment law firm that handles mainly wage and hour class and representative actions as well as consumer class actions. I am currently litigating numerous wage and hour class action and representative action cases in the Los Angeles Superior Courts, the Orange County Superior Courts, the San Diego County Superior Courts, and the United States District Courts for the Central, Southern, and Eastern Districts of California.

16.     I have been certified as Class Counsel in a number of wage and hour class actions, including but not limited to: *Vigueras v. Red Robin International, Inc.,* USDC Central Dist. Case No. SACV 17-1422 JVS (DFMx); *Aguilar v. Peach Home Services, Inc., et al.*, Riverside Superior Court Case No. RIC1823057; *McGrath/O'Boy v. Wyndham Vacation Ownership, Inc., et al.*, Southern District of California, Case No. 15-CV-1631-JM-KSC; *Mata, et al. v. Living Ecology Manufacturing, Inc., et al.*, Riverside Superior Court, Case No. RIC1610281; and

17.     I was third-chair in a federal court jury trial in a wage and hour class action, which resulted in a $8.5 million settlement. *Vigueras v. Red Robin Int'l*, No. SACV 17-1422 JVS (DFMx), 2020 U.S. Dist. LEXIS 262135 (C.D. Cal. Dec. 2, 2020)

18.     I have also defended consumer class actions including *Moorer v.*

4

DECLARATION OF MITCHELL J. MURRAY IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

*StemGenex Med. Grp., Inc.,* United States District Court for the Southern District of California, Case No. 3:16-cv-02816-AJB-AHG.

19.    Plaintiff will adequately represent the proposed Class Members in this action and will continue to zealously represent Plaintiff and the Class and pursue this lawsuit to its conclusion.

20.    Plaintiff's Counsel's only relationship with Plaintiff is the attorney-client relationship in this matter.

I declare under penalty of perjury under that the foregoing is true and correct. Executed on September 9, 2022.

*s/ Mitchell J. Murray*
Mitchell J. Murray

DECLARATION OF MITCHELL J. MURRAY IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION