JAMES R. HAWKINS (SBN 192925)
   james@jameshawkinsaplc.com
MALTE L. L. FARNAES (SBN 222608)
   Malte@jameshawkinsaplc.com
CHRISTINA M. LUCIO (SBN 253677)
   christina@jameshawkinsaplc.com
MITCHELL J. MURRAY (SBN 285691)
   mitchell@jameshawkinsaplc.com
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676


Attorneys for Plaintiff RACHAEL SHAY,
on behalf of herself and all others similarly situated

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL SHAY, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>APPLE INC., a Delaware corporation; APPLE VALUE SERVICES, LLC, a Virginia limited liability corporation; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 3:20-cv-1629-JO-BLM<br><br>**DECLARATION OF PLAINTIFF RACHAEL SHAY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Date:        January 11, 2023<br>Time:        9:30 a.m.<br>Judge:       Hon. Jinsook Ohta<br>Courtroom: 4C, 4th Floor<br><br>Complaint Filed:    May 28, 2020<br>Removal Filed:      August 21, 2020<br>Trial Date:         None Set |

1

DECLARATION OF PLAINTIFF RACHAEL SHAY IN SUPPORT OF
MOTION FOR CLASS CERTIFICATION

I, Rachael Shay, declare as follows:

1.    I am over the age of 18. I am the Plaintiff and proposed class representative in this case. I have personal knowledge of the matters herein except as to those matters stated upon information and belief, and as to those matters I believe them to be true.

2.    On April 3, 2020, I purchased a $50 App Store & iTunes gift card at the Walmart located in Encinitas, California 92024. I stored the gift card in a secure location in my home before surprising my son with the gift card for his birthday on April 16, 2020. I did not lose, misplace, or allow anyone else to use the gift card.

3.    Attached to the Compendium of Evidence as **Exhibit 1** is a true and correct of my gift card and packaging sleeve.

4.    Attached to the Compendium of Evidence as **Exhibit 2** is a true and correct copy of the Items History (copy of my receipt) from Walmart.

5.    I understood from the gift card packaging and labelling that the gift card entitled my (or my son) to $50 of store credit on the App Store or iTunes Store to purchase apps, games, music, movies, TV shows, books, and iCloud storage.

6.    On or about April 21, 2020, my son tried loading the gift card amount of $50 onto his iPhone. He immediately got a message that the card had already been redeemed. I tried resetting my son's phone to see if the credit would appear after the reset; however, the credit never appeared. I then tried loading the gift card onto my phone and received the same message – that the card had already been redeemed.

7.    On or about April 25, 2020, at approximately 8:47 p.m., I filled out a customer service form with Apple which created a "ticket" regarding the iTunes card.

8.    On or about April 26, 2020, at approximately 6:41 p.m., I received a

2

DECLARATION OF PLAINTIFF RACHAEL SHAY IN SUPPORT OF
MOTION FOR CLASS CERTIFICATION

response from Apple with instructions on how to look at a gift card balance on my account.

9.     On or about April 29, 2020, at approximately 12:49 a.m., I responded to Apple asking for more assistance on gift card tracking. That same day, at approximately 6:59 p.m., Apple responded asking for photos of the gift card.

10.     On or about April 30, 2020, at approximately 1:45 p.m., I sent Apple photos of my son's gift card along with my Apple ID. That same day, at approximately 3:00 p.m., Apple responded by indicating that the code had been redeemed to other accounts. Apple further indicated that, for security reasons, they could not disclose the account(s) that had redeemed the gift card.

11.     On or about May 1, 2020, at approximately 3:42 a.m., I responded to Apple indicating that I wanted my complaint elevated. That same day at approximately 10:04 a.m., Apple Senior Advisor, Yeshwanth, emailed me stating that Apple could not give out information on the account for security reasons. Yeshwanth also stated that there was nothing else she could do, and suggested that I reach out to Walmart. At approximately 10:53 p.m., I replied to Yeshwanth and stated that I had reached out to Walmart, and nothing could be done. I then asked Yeshwanth to research who used the card and persecute them, and that I at least wanted my account credited for the $50 I was unable to use. I then asked for my complaint to be elevated to the next level.

12.     On or about May 2, 2022, at approximately 10:35 p.m., Yeshwanth responded and indicated that she is the highest level and that my complaint could not be elevated. She then suggested that I contact Apple Account Security Team.

13.     On or about May 5, 2020, at approximately 7:14 a.m., I called Apple's Account Security Team. While on the call, I spoke with an Apple representative. I asked if their team could research who used the gift card and was told "no." The Apple representative explained that once the gift card is used, it is like cash and Apple cannot do anything to trace who used the card. I pressed

3

DECLARATION OF PLAINTIFF RACHAEL SHAY IN SUPPORT OF
MOTION FOR CLASS CERTIFICATION

harder with my questions trying to figure out how this could happen, and the Apple representative simply said, "I don't know." The Apple representative then suggested I reach out to Walmart to see if anything could be done for me.

14.    On or about May 5, 2020, at approximately 8:40 p.m., I reached out to Yeshwanth again to ask for the date the iTunes gift card was redeemed so that I could report the theft by filing a police report.

15.    On or about May 6, 2020, at approximately 3:50 a.m., Yeshwanth responded to me and indicated, again, that for security reasons, she could not get me the information I sought, and that she could not offer any additional help. Yeshwanth then said she closed my case.

16.    On or about May 6, 2020, at approximately 11:00 a.m., I reached out to Walmart corporate by phone. I spoke to a Walmart representative in gift card support. The Walmart representative told me they could not help me since it was an Apple Card, not a Walmart Card. The Walmart representative suggested I contact Apple.

17.    On or about May 6, 2020, at approximately 4:36 p.m., I called Apple's Account Security Team again and spoke with Apple representative, Annette. Annette verified that the day the iTunes gift card was redeemed was April 3, 2020 but could not give me any additional information.

18.    Attached to the Compendium of Evidence as **Exhibit 3** is a true and correct copy of my email communications with Apple.

19.    I would not have purchased the gift card if I had known that it did not possess the value represented on the face of the gift card or if it was compromised.

20.    I filed this class action against Apple to hold Apple accountable and to obtain refunds on behalf of myself and all other consumers who purchased iTunes gift cards and whose gift cards were subject to a redemption attempt prior to activation and whose gift cards were redeemed prior to redemption by the consumer of intended user, like myself.

4

DECLARATION OF PLAINTIFF RACHAEL SHAY IN SUPPORT OF
MOTION FOR CLASS CERTIFICATION

21.     To my knowledge, there are no conflicts which exist between my interest in this action and the interests of the class members that would impair my ability to serve as representative of the Class.

22.     I have and continue to be willing to assist in the investigation of this matter. I have reviewed various documents in this matter. I also had my deposition taken on August 9, 2022, and will make myself available for trial of this matter to the extent requested by my attorneys. I also understand my duties and responsibilities to the proposed class and will carry out those duties as necessary. In this regard, I have not been promised and do not expect to receive compensation for acting as the representative of the Class other than my proportionate share of any recovery obtained for the benefit of the Class. Moreover, I have assisted my counsel in the preparation of various legal documents (including this declaration). If I am appointed as representative of the Class, I will continue to perform these obligations to the best of my ability.

I declare under penalty of perjury under that the foregoing is true and correct. Executed on September 9, 2022.

*Rachael Shay*

_____
Rachael Shay

DECLARATION OF PLAINTIFF RACHAEL SHAY IN SUPPORT OF
MOTION FOR CLASS CERTIFICATION