JAMES R. HAWKINS (SBN 192925)
  james@jameshawkinsaplc.com
MALTE L. L. FARNAES (SBN 222608)
   malte@jameshawkinsaplc.com
CHRISTINA M. LUCIO (SBN 253677)
  christina@jameshawkinsaplc.com
MITCHELL J. MURRAY (SBN 285691)
  mitchell@jameshawkinsaplc.com
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, CA 92618
Tel.: (949) 387-7200
Fax: (949) 387-6676

Attorneys for Plaintiff RACHAEL SHAY,
on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL SHAY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., a Delaware corporation; APPLE VALUE SERVICES, LLC, a Virginia limited liability corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 3:20-cv-1629-JO-BLM <br><br> **CLASS ACTION** <br><br> **COMPENDIUM OF EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** <br><br> Date: January 11, 2023 <br> Time: 9:30 a.m. <br> Judge: Hon. Jinsook Ohta <br> Courtroom: 4C, 4th Floor <br><br> Complaint Filed: May 28, 2020 <br> Removal Filed: August 21, 2020 <br> Trial Date: None Set |

- 1 -

Plaintiff Rachael Shay ("Plaintiff") hereby submits the following Compendium of Evidence, with true and correct copies of the exhibits attached to hereto:

| EXHIBIT | DESCRIPTION OF EVIDENCE |
|---|---|
| 1. | Images of Plaintiff's Gift Card |
| 2. | Walmart Items History Receipt |
| 3. | Apple Customer Service Email Thread |
| 4. | Summary of Redemption Attempts on Plaintiff's Gift Card |
| 5. | Apple ID Profile for Account That Redeemed Plaintiff's Gift Card |
| 6. | Gift Card Already Redeemed – Can We Replace |
| 7. | Compilation of GCRM Records |
| 8. | Email from Kate Spelman dated June 6, 2022 |
| 9. | Apple's Responses and Objections to Plaintiff's First Set of Requests for Production of Documents |
| 10. | Apple's Objections and Responses to Plaintiff's First Set of Interrogatories |
| 11. | Frequently Asked Questions |
| 12. | How to Create a New Apple ID |
| 13. | How to Redeem Your Apple Gift Card or App Store & iTunes Gift Card |
| 14. | If you can't redeem your Apple Gift Card or App Store & iTunes Gift Card |
| 15. | App Store & iTunes Account Balance, iTunes, App Store & iTunes, and Apple Music Gift Cards and Codes, and Content Codes |

| EXHIBIT | DESCRIPTION OF EVIDENCE |
|---|---|
| 16. | Excerpts of Deposition Transcript of Philip Luongo Taken August 19, 2022 |
| 17. | Excerpts of Deposition Transcript of Michael Gomez Taken July 21, 2022 |
| 18. | Excerpts of Deposition Transcript of Lincoln Barker Taken July 29, 2022 |
| 19. | Apple's Objections and Responses to Plaintiff's Second Set of Interrogatories |
| 20. | Apple's Amended Objections and Responses to Plaintiff's Second Set of Requests for Production |
| 21. | Apple Community Discussions Regarding Already Redeemed Issue |
| 22. | Excerpts of Deposition Transcript of Rachael Shay Taken August 9, 2022 |
| 23. | r/Applehelp Reddit Posts Regarding Already Redeemed Apple Gift Cards |
| 24. | r/Target Reddit Posts Regarding Already Redeemed Apple Gift Cards |
| 25. | r/Apple Reddit Posts Regarding Already Redeemed Apple Gift Cards |
| 26. | Joint Case Management Statement and [Proposed] Order Dated July 22, 2022 filed in *Barrett, et al. v. Apple, Inc., et al.*, Northern District of California Case No. 5:20-cv-04812-EJD |

PLAINTIFF'S COMPENDIUM OF EVIDENCE

Dated: September 9, 2022      **JAMES HAWKINS APLC**

By:    /s/ Mitchell J. Murray
       James R. Hawkins
       Malte L. L. Farnaes
       Christina M. Lucio
       Mitchell J. Murray

       Attorneys for Plaintiff and the putative class

PLAINTIFF'S COMPENDIUM OF EVIDENCE