# EXHIBIT 1

*Rachael Shay v. Apple Inc., et al.*

Case No. 3:20-cv-1629-JO-BLM

Plaintiff's Motion for Class Certification





**Exhibit**
0004

# App Store & iTunes

For apps, games, music, movies, TV shows, books, and iCloud

$50

SHAY 000016

