# EXHIBIT 2

*Rachael Shay v. Apple Inc., et al.*

Case No. 3:20-cv-1629-JO-BLM

Plaintiff's Motion for Class Certification

```
COPY OF RECEIPT SHOULD NOT BE USED
        ITEMS HISTORY
        NOT A RECEIPT

        760-704-0243 Mgr:MARY
          1550 LEUCADIA BLVD
          ENCINITAS CA 92024
ST# 05886 OP# 001421 TE# 12 TR# 00913
3-1/4 TEES    004892920011      3.41 X
TT X FREEZE   000980010011 F    2.01 N
ROBLOX   25   079936692620     25.01 O
ITUNES   50   088590991984     50.01 O
ITUNES   25   088590991979     25.01 O
CHIPOTLE      079936687161     10.01 O
CHIPOTLE      079936687161     10.01 O
     ** VOIDED ENTRY **
CHIPOTLE      079936687161     10.01-O
RAMEN-SOYSAU 004178900214 F     0.21 N
RAMEN-SOYSAU 004178900214 F     0.21 N
RAMEN-SOYSAU 004178900214 F     0.21 N
RAMEN-SOYSAU 004178900214 F     0.21 N
RAMEN-SOYSAU 004178900214 F     0.21 N
PUNCH B LOON 001117992862       2.01 X
HSY EAS      001070050050 F     1.01 N
GV DECOR ICN 007874229440 F     3.41 N
HSY EAS SLV  003400044273 F     1.01 N
TIC TAC T20  000980000630 F     3.21 N
TOOTHPASTE   003500076454       2.91 X
EASTER MIX   007156799490 F     3.01 N
CG TP BATMAN 003500046891       3.91 X
STREAMER     007352580563       0.9' X
CREPE-LT BLU 003993807397       0.9' X
STREAMER     007352580563       0.9' X
EGG CARTON   005964210045 F     1.01 N
A W ROOTBEER 007800005240 F     1.81 X
CA DEPOSIT   007874239096 F     0.01 T
GAT18PK CVP  005200012324 F     8.41 N
CRV FEE      068113142339 F     0.91 O
G2 12PK GF   005200012251 F     5.91 N
CRV FEE      068113142337 F     0.61 O
BALLAST PNT  067243830003      19.91 T
CA12PKBLDEP  068113172208       0.61 T
BALLAST PNT  067243830003      19.91 T
CA12PKBLDEP  068113172208       0.61 T
VAN FROSTING 064420900438 F     1.51 N
VAN FROSTING 064420900438 F     1.51 N
VAN FROSTING 064420900438 F     1.51 N
VAN FROSTING 064420900438 F     1.51 N
SK WHT TUNA  008000051744 F     3.21 N
WP BLOCK FE  001869735413       0.9' X
WP HAPPY BD  001869735411       0.9' X
4CT HATS ST  001117988716       0.9' X
GLDGLTR CKBD 007089617485       2.9' X
SHIPPER HRML 003760016095 F     3.81 N
POTATOES     062930701534 F     3.91 N
CUCUMBERS    057452604593 F     1.31 N
PINEAPPLE    000000004430KF     2.01 N
CARRYBAG FEE 000000001101K
   2 AT   1 FOR    0.10         0.21 O
CHEETOS      002840031404 F     3.91 N
               SUBTOTAL       230.7'
   TAX 1   7.750 %              4.91
                  TOTAL       235.7'
          DEBIT  TEND         235.7'
               CHANGE DUE       0.01
EFT DEBIT       PAY FROM PRIMARY
  235.75  TOTAL PURCHASE
Debit           **** **** ****      I 1
REF # 009400419260
NETWORK ID. 0081 APPR CODE 036735
Debit
AID A0000000042203
TC 25004F30CF069898
*Pin Verified
TERMINAL # SC010686
       04/03/20    15:41:51
          # ITEMS SOLD 49
Low Prices You Can Trust. Every Day.
       04/03/20    15:42:02
```

**Exhibit 0002**

SHAY 000012