# EXHIBIT 3

*Rachael Shay v. Apple Inc., et al.*

Case No. 3:20-cv-1629-JO-BLM

Plaintiff's Motion for Class Certification

Reply ⌄    🗑 Delete    ⊘ Junk    Block    ···

## Re: Billing & Subscriptions - Gift Card & Codes

 itunesstoresupport@apple.com
Wed 5/6/2020 3:50 AM

**To:** You

Hi Rachael,

For security reasons, I am not suppose to share the details of date and Apple ID of the customer who redeemed the gift card.

I suggest you to contact our Account Security Team. They are the best group to address all security related concerns with more information once your identity has been verified over the phone.

You can reach them directly via number : United States
1-800-275-2273

We have no additional information to provide regarding this issue. The iTunes Store now considers this case closed to further discussion and any more emails pertaining to this exact request will go unanswered. Please feel free to contact us via a new email if you have any other iTunes Store account issues in the future. Thank you for your understanding.

Thanks,

Yeshwanth
Apple

On May 5, 2020, at 20:40 Rachael Shay ▮▮▮▮▮▮▮▮▮▮ wrote:

> Hello again....I am filling a police report on this case. Can you please tell me what day the card was redeemed? Thank you.
>
> Rachael Shay
>
> From: itunesstoresupport@apple.com <itunesstoresupport@apple.com>
> Sent: Saturday, May 2, 2020 10:35 PM
> To: rachaelshay@hotmail.com ▮▮▮▮▮▮▮▮▮

## Re: Billing & Subscriptions - Gift Card & Codes

Thanks,

Yeshwanth
Apple

On May 5, 2020, at 20:40 Rachael Shay <███████████████████> wrote:

> Hello again....I am filling a police report on this case. Can you please tell me what day the card was redeemed? Thank you.
>
> Rachael Shay
>
> From: itunesstoresupport@apple.com <itunesstoresupport@apple.com>
> Sent: Saturday, May 2, 2020 10:35 PM
> To: rachaelshay@hotmail.com ████████████████
> Subject: Re: Billing & Subscriptions - Gift Card & Codes
>
>
> Hi Rachael,
>
> I really understand your situation. I'm sorry, but I don't have a manager and am the final point of contact for our customers.
>
> I have the same level of empowerment as a supervisor or manager and have been fully empowered to make decisions on behalf of Apple for any service or support issues. I have reviewed your situation and have provided Apple's answer.
>
> To discuss further on this case, I suggest you to contact our Account Security Team. So that, they can verify identity and may help you with this. This is just because we cannot verify identity over e-mail. You can contact our support team directly by phone. To find the right number for your area, see this page:
>
> https://support.apple.com/en-us/HT201232 or call directly at :
>
> United States
> 1-800-275-2273
>
> If you call, ask to speak to the Account Security Team. Let the Account Security Advisor know that you contacted iTunes Store Support by email, and give them your Case ID: 101074001881

## Re: Billing & Subscriptions - Gift Card & Codes

If you call, ask to speak to the Account Security Team. Let the Account Security Advisor know that you contacted iTunes Store Support by email, and give them your Case ID: 101074001881

Thanks,
Yeshwanth
Apple

On May 1, 2020, at 22:53 Rachael Shay ▮▮▮▮▮▮▮▮▮▮ wrote:

I have done that and the code was sealed with the grey strip that is part of the iTunes card when purchased.  The card was not activated until I purchased it at the store and I had it secure from the point to of purchase until it was put onto the account.   They told me to reach out to Apple.  At this point, the number has been compromised by an account that you can seem but won't release the details.  Since you won't let me have the information, Apple should contact the account holder that used the code and get the credit back. It should not be my loss.  You have their information so please handle with them and get me my money back.  Or, just out the credit back onto my account.  I know you can help me through this.  I am a loyal customer to Apple and I gave an Apple gift card to my son for his birthday. This can't be my loss.  Please, help me with this. Please deal with the theft that stole my gift card code and that stole my son's birthday gift.

If you can't help me, please elevate it to the next level.

Thank you,
Rachael
From: itunesstoresupport@apple.com <itunesstoresupport@apple.com>
Sent: Friday, May 1, 2020 10:04 AM
To: rachaelshay@hotmail.com ▮▮▮▮▮▮▮▮▮
Subject: Re: Billing & Subscriptions - Gift Card & Codes

Hi Rachael,

My name is Yeshwanth, and I am one of the Senior Advisor here with the Apple Media Services Team. After consulting with the advisor Delrick handling your request, I have taken ownership of your case so that I can work directly with you from here.

Re: Billing & Subscriptions - Gift Card & Codes

Media Services Team. After consulting with the advisor Delrick handling your request, I have taken ownership of your case so that I can work directly with you from here.

I am sorry to know that this happened to you and really understand your situation here. For security reasons I am not suppose to share those details about the account who redeemed the code.

To get further help, I suggest you to contact place of purchase for further investigation.

Thanks for your understanding.

Thanks,

Yeshwanth
Apple

On May 1, 2020, at 03:42 Rachael Shay ▮▮▮▮▮▮▮▮▮ wrote:

Hi again....I was the gift giver of that card. I don't understand how it could have been used by another account. He got the card for his birthday and used it a few days later and the code was covered up until the moment he peeled it off the back and scanned it. I'm sure you can understand my frustration as it is $50. I need more information. The card was purchased by me, wrapped by me and opened by him. It did not leave our house. Please elevate this higher as this is theft unless the account used was my husband's Gregg Shay. Please respond.

From: itunesstoresupport@apple.com <itunesstoresupport@apple.com>
Sent: Thursday, April 30, 2020 3:00 PM
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Subject: Re: Billing & Subscriptions - Gift Card & Codes

Hi Rachael,

Thanks for responding to me. I hope that you are having a great day. I do understand your reason for contacting us reagarding not being able to redeem the gift card received as i would be curios too. I've provided information below that should help to clarify what has happened to the gift card that your son

## Re: Billing & Subscriptions - Gift Card & Codes

understand your reason for contacting us reagarding not being able to redeem the gift card received as i would be curios too. I've provided information below that should help to clarify what has happened to the gift card that your son received. I would also recommend that you contact the gift giver in regards to this issue.

The gift card with the codex4h4mg7ch3dtpqvf was redeemed to another account. For security reasons we're unable to provide any information about the account that redeemed the code. The store credit has been added to their account, and the code no longer has any value.

I hope you have a great rest of your day. If you have more questions, just reply to this email. I'm happy to help.

I do hope I was personally able to provide you with top class customer service.

Thanks,
Delrick
Apple

On Apr 30, 2020, at 13:45 Rachael Shay ▓▓▓▓▓▓▓▓▓▓ wrote:

Hello again and thank you help with this matter.  My son uses my apple id which is rachaelshay@hotmail.com.  Please let me know if you need any other information.  He bent the card to indication that he used it so just incase it's not clear, that is an "M" in the bend of the card.  Also, when he first scanned the card, he got an error of some kind and when he tried a second time it said the card had been redeemed.  He thought it had gone through.  However, we do not see the credit on the account or it being used toward his purchases.

Thanks.
Rachael Shay

From: itunesstoresupport@apple.com <itunesstoresupport@apple.com>
Sent: Wednesday, April 29, 2020 6:59 PM
To: rachaelshay@hotmail.com ▓▓▓▓▓▓▓▓▓▓

Reply | Delete | Junk | Block | ...

## Re: Billing & Subscriptions - Gift Card & Codes

From: itunesstoresupport@apple.com <itunesstoresupport@apple.com>
Sent: Wednesday, April 29, 2020 6:59 PM
To: ███████████████████████████
Subject: Re: Billing & Subscriptions - Gift Card & Codes

Hi Rachael,

Hope you are having a great day.
Thank you for getting back to me and for working with me on getting the issue resolved. Along with the images of the gift card I will also need your son's Apple ID to look further into this.
Please reply to this email with digital photos or scanned images of the front and back of your gift card. I'll then follow up with you shortly.
I hope you have a great rest of your day. If you have more questions, just reply to this email. I'm happy to help.


I do hope to provide you with top class customer service.


I look forward to your response.

Thanks,
Delrick
Apple

_____

On Apr 29, 2020, at 00:49 Rachael Shay ████████████████████ wrote:

Hello....I don't see the $50 gift card credit on the account. I did trouble shoot following the directions you provided. If I have the gift card number, are you able to track it?

Thank you

Rachael


On Apr 26, 2020, at 6:41 PM, "itunesstoresupport@apple.com" <itunesstoresupport@apple.com> wrote:

## Re: Billing & Subscriptions - Gift Card & Codes

On Apr 26, 2020, at 6:41 PM, "itunesstoresupport@apple.com" <itunesstoresupport@apple.com> wrote:

Hi Rachael,

Thanks for reaching out to us. I do hope you are doing well on this beautiful day. I understand that the store credit balance of your son's iTunes Store account is different than you expected. I'll do everything that I can to get your issue resolved. I've provided information below that should help to resolve your issue.Please reply with the Apple ID that was affected if you are still unable to see the store credit.

You should see the balance in the upper-right corner of the iTunes Store window.

If you don't see your credit balance listed or if it's incorrect, try signing out of the iTunes Store and then signing back in again, by following the steps in this article:

https://support.apple.com/HT201762

This refreshes your account balance information.

To view your store credit balance, follow these steps in this article:

https://support.apple.com/HT202359

If you have questions about how your store credit was spent, you can review your purchase history by following the steps in this article:

https://support.apple.com/HT204088

I hope you have a great rest of your day. If you have more questions, just reply to this email. I'm happy to help.


I do hope I was personally able to provide you with top class customer service.

I look forward to your response.


Thanks,

Delrick

## Re: Billing & Subscriptions - Gift Card & Codes

On Apr 25, 2020, at 20:47 ███████████████ wrote:

Product Billing & Subscriptions

Support Category Gift Card & Codes
Support Topic Inactive or invalid card or code message

Additional Details

Item title gift card did not register on account
Order number N/A
Briefly provide any other details you think we need to know: My son received a $25 gift card and a $50 gift card for his birthday and when he loaded them onto the account, only the $25 showed up. Can you track what happened to the $50 gift card? When we try to reenter the card, it says its already been redeeme

Additional Comments
My son received a $25 gift card and a $50 gift card for his birthday and when he loaded them onto the account, only the $25 showed up. Can you track what happened to the $50 gift card? When we try to reenter the card, it says its already been redeeme

TM and copyright © 2020
All Rights Reserved /Privacy Policy / Support
TM and copyright © 2020
All Rights Reserved /Privacy Policy / Support
TM and copyright © 2020
All Rights Reserved /Privacy Policy / Support
TM and copyright © 2020
All Rights Reserved /Privacy Policy / Support
TM and copyright © 2020
All Rights Reserved /Privacy Policy / Support