# EXHIBIT 6

## <u>UNDER SEAL</u>

*Rachael Shay v. Apple Inc., et al.*

Case No. 3:20-cv-1629-JO-BLM

Plaintiff's Motion for Class Certification