# EXHIBIT 11

*Rachael Shay v. Apple Inc., et al.*

Case No. 3:20-cv-1629-JO-BLM

Plaintiff's Motion for Class Certification

Apple ID                                                                    Sign In     Create Your Apple ID     FAQ

# Frequently Asked Questions

### What is an Apple ID?

An Apple ID is the personal account you use to access Apple services like the App Store, iCloud, Messages, the Apple Online Store, FaceTime, and more. It includes the information you use to sign in, as well as all the contact, payment, and security details that you'll use across Apple services.

### When do I use my Apple ID?

Any time you set up a new device, make a purchase, or use any Apple service, you will be asked to sign in with your Apple ID and password. Once signed in you'll have access to the service and all the personal information in your account.

### How many Apple IDs do I need?

Just one. Use the same Apple ID everywhere you sign in to ensure that all your Apple services and devices work together seamlessly and you can access your personal content from all your devices.

### Can I share an Apple ID with someone else?

Your Apple ID should not be shared with anyone else. It provides access to personal information including contacts, photos, device backups, and more. Sharing your Apple ID with someone else means you are giving them access to all your personal content and may lead to confusion over who actually owns the account. To share purchases, photos, a calendar, and more with someone else, try Family Sharing, iCloud Photo Sharing, or other easy-to-use sharing features.

### How can I keep my Apple ID secure?

Security and privacy are very important to Apple and we provide a number of ways to secure your Apple ID and protect your privacy including strong passwords, two-factor authentication, and more. Learn more about security and your Apple ID.

For more information or help, visit Apple Support.

Case 3:20-cv-01629-JO-BLM      Document 60-11      Filed 09/09/22      PageID.1280      Page 3 of 3

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2022 Apple Inc. All rights reserved.        Privacy Policy │ Terms of Use │ Sales and Refunds │ Legal │ Site Map                                    United States