# EXHIBIT 12

*Rachael Shay v. Apple Inc., et al.*

Case No. 3:20-cv-1629-JO-BLM

Plaintiff's Motion for Class Certification

Case 3:20-cv-01629-JO-BLM     Document 60-12     Filed 09/09/22     PageID.1282     Page 2 of 8

# How to create a new Apple ID

Use the same Apple ID to enjoy all Apple services. All you need is your full name, date of birth, an email address, and phone number.

- Create an Apple ID on iPhone, iPad, or iPod touch
- Create an Apple ID on a Mac
- Create an Apple ID on a Windows PC
- Create an Apple ID on another device

Not sure if you have an Apple ID, or forgot what it is? To find your Apple ID, enter your name and email address at iforgot.apple.com.

## Create an Apple ID on your iPhone, iPad, or iPod touch

You can create a new Apple ID when you set up your device, or set it up later in the App Store.

### Create an Apple ID when you set up your device

1. Tap "Forgot password or don't have an Apple ID?".
2. Tap Create a Free Apple ID.



3. Select your birthday and enter your name. Tap Next.
4. Tap "Use your current email address", or tap "Get a free iCloud email address."
5. When prompted, follow the onscreen steps to verify your email address and set up two-factor authentication. If you choose to skip this step, you'll be prompted to do this later in Settings.

### Create an Apple ID using the App Store on your device

1. Open the App Store and tap the sign-in button .

Case 3:20-cv-01629-JO-BLM     Document 60-12     Filed 09/09/22     PageID.1283     Page 3 of 8

2. Tap Create New Apple ID. If you don't see this option, make sure that you're signed out of iCloud.



3. Follow the onscreen steps. The email address that you provide will be your new Apple ID.*

4. Enter your credit card and billing information, then tap Next. You can also choose None. Learn what to do if None isn't showing or you can't select it. You won't be charged until you make a purchase.

5. Confirm your phone number. This can help to verify your identity and recover your account if needed. Tap Next.

6. Check your email for a verification email from Apple and verify your email address.

After you verify your email address, you can use your Apple ID to sign in to the iTunes Store, App Store, and other Apple services such as iCloud.

* In China mainland, you might be required to provide a +86 phone number for your Apple ID. You can change the number later, or change your country or region to a location that doesn't require it. This number is only used for verification purposes.

## Create an Apple ID on your Mac

1. Choose Apple menu  > System Preferences.

2. Click Sign In.



Case 3:20-cv-01629-JO-BLM    Document 60-12    Filed 09/09/22    PageID.1284    Page 4 of 8

3. Click Create Apple ID, then follow the onscreen steps. The email address that you provide will be your new Apple ID.*



4. Enter your credit card and billing information, then click Continue. You can also choose None. Learn what to do if None isn't showing or you can't select it. You won't be charged until you make a purchase.

5. Check your email for a verification email from Apple and verify your email address.

After you verify your email address, you can use your new Apple ID to sign in to the App Store and other Apple services such as iCloud.

\* In China mainland, you might be required to provide a +86 phone number for your Apple ID. You can change the number later, or change your country or region to a location that doesn't require it. This number is only used for verification purposes.

## Create an Apple ID on your Windows PC

1. Open iTunes for Windows. Make sure that you have the latest version.

2. From the menu bar at the top of your computer screen or at the top of the iTunes window, choose Account > Sign In. Then click Create New Apple ID.

3. Follow the onscreen steps. The email address that you provide will be your new Apple ID.*

4. Enter your credit card and billing information, then click Continue. You can also choose None, and learn what to do if None isn't showing or you can't select it. We'll charge you only when you make a purchase.

5. Check your email for a verification email from Apple and verify your email address.

\* In China mainland, you might be required to provide a +86 phone number for your Apple ID. You can change the number later, or change your country or region to a location that doesn't require it. This number is only used for verification purposes.

## Create an Apple ID on another device

To create an Apple ID on an Apple TV, Android device, smart TV, or streaming device, you can usually follow the steps provided onscreen and enter your full name, date of birth, an email address or phone number, and a payment method. If you set up the Apple TV app on your smart TV, you might be redirected to activate.apple.com to create your Apple ID. You can also use the steps below to create your Apple ID on the web.

Case 3:20-cv-01629-JO-BLM      Document 60-12      Filed 09/09/22      PageID.1285      Page 5 of 8

## Create an Apple ID on the web

1. Go to appleid.apple.com and click Create Your Apple ID.



2. Follow the onscreen steps. The email address that you provide will be your new Apple ID.*

3. Enter a phone number that you can always access.

4. Check the boxes to subscribe to Apple Updates if you'd like. This keeps you up to date on the latest news, software, products, and services from Apple.

5. Click Continue.

6. Follow the onscreen steps to verify your email address and phone number.

After you verify your email address, you can use your new Apple ID to sign in to the iTunes Store and other Apple services such as iCloud.

* In China mainland, you might be required to provide a +86 phone number for your Apple ID. You can change the number later, or change your country or region to a location that doesn't require it. This number is only used for verification purposes.

## If you see a message that you need to sign in to iTunes

If you created a new Apple ID on the web and see a message that you need to sign in to iTunes, follow the steps below for your device:

- On an iPhone, iPad, or iPod touch: Open Settings, then tap "Sign into device" and sign in with your Apple ID.
- On a Mac: Choose Apple menu  > System Preferences, then select Apple ID and sign in with your Apple ID.
- On an Apple TV: Sign in to the App Store, iTunes Store, or Apple Music with your Apple ID.
- On a PC: Sign in to iTunes with your Apple ID.
- On an Android device: Sign in to Apple Music on Android with your Apple ID.

## Learn more

- An Apple ID is the account you use to access Apple services like iCloud, the App Store, the iTunes Store, Apple Music, and more.

Case 3:20-cv-01629-JO-BLM     Document 60-12     Filed 09/09/22     PageID.1286     Page 6 of 8

- If you see a message that says that the email address that you entered is already associated with an Apple ID, you might have already created an Apple ID. Try signing in with that email address. If you don't remember your password, you can reset your password to regain access to your account.
- Already have an Apple ID? Sign in to all Apple services on your device.
- Learn how to change or remove your Apple ID payment information.
- Learn about how two-factor authentication protects your Apple ID.

Store availability and features might vary by country or region.

Published Date: November 04, 2021

**Helpful?**    Yes    No

# Start a discussion in Apple Support Communities

Ask other users about this article

Submit my question

See all questions on this article  ›

 # Contact Apple Support

Need more help? Save time by starting your support request online and we'll connect you to an expert.

Get started  ›

Support        How to create a new Apple ID

Copyright © 2022 Apple Inc. All rights reserved.     Privacy Policy    |    Terms of Use    |    Sales and Refunds    |    Site Map                    United States

Case 3:20-cv-01629-JO-BLM     Document 60-12     Filed 09/09/22     PageID.1287     Page 7 of 8



Case 3:20-cv-01629-JO-BLM     Document 60-12     Filed 09/09/22     PageID.1288     Page 8 of 8



Type the characters in the image

↻ New Code    ◄)) Vision Impaired

Your Apple ID information is used to allow you to sign in securely and access your data. Apple records certain data for security, support and reporting purposes. If you agree, Apple may also use your Apple ID information to send you marketing emails and communications, including based on your use of Apple services. See how your data is managed.

Continue

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2022 Apple Inc. All rights reserved.     Privacy Policy     Terms of Use     Sales and Refunds     Legal     Site Map                         United States