# EXHIBIT 13

*Rachael Shay v. Apple Inc., et al.*

Case No. 3:20-cv-1629-JO-BLM

Plaintiff's Motion for Class Certification

# How to redeem your Apple Gift Card or App Store & iTunes gift card

Redeem your gift card in the App Store, iTunes, or the Apple Music app.

## Redeem your gift card

Redeem your gift card for apps, subscriptions, and more.

Redeem your gift card

## Redeem a gift card with your iPhone, iPad, or iPod touch

1. Find the 16-digit code on the back of the card. For some gift cards, you might need to peel or gently scratch off the label to see the code.
2. On your iPhone, iPad, or iPod touch, open the App Store app.
3. At the top of the screen, tap the sign-in button ⊙ or your photo.
4. Tap Redeem Gift Card or Code. If you don't see Redeem Gift Card or Code, sign in with your Apple ID.
5. Tap Use Camera and follow the instructions on the screen. If you have trouble redeeming the card, tap Enter Code Manually, then follow the instructions on the screen.
6. Tap Done.

Can't redeem your gift card?

In the United States, when you redeem a gift card to your Apple Account balance, the balance might appear in Apple Wallet.

Learn more about using Apple Wallet ›

## Redeem a gift card on your Mac

1. Find the 16-digit code on the back of the card. For some gift cards, you might need to peel or gently scratch off the label to see the code.
2. On your Mac, open the App Store.
3. Click your name or the sign-in button in the sidebar.
4. Click Redeem Gift Card.



Case 3:20-cv-01629-JO-BLM     Document 60-13     Filed 09/09/22     PageID.1291     Page 3 of 4



5. Click Use Camera and follow the instructions on the screen. If you have trouble redeeming the card, enter your code manually.

Can't redeem your gift card?

## Redeem a gift card on a Windows PC

1. Find the 16-digit code on the back of the card. For some gift cards, you might need to peel or gently scratch off the label to see the code.
2. Open iTunes.
3. From the menu bar at the top of the iTunes window, choose Account.
4. Choose Redeem.
5. Sign in and follow the instructions on the screen.

## Redeem a gift card on your Android device

1. Find the 16-digit code on the back of the card. For some gift cards, you might need to peel or gently scratch off the label to see the code.
2. Open the Apple Music app.
3. Tap the menu button ⋮, then tap Account.
4. Tap Redeem Gift Card or Code.
5. Enter the 16-digit code. Then tap Redeem.

Can't redeem your gift card?

## If you received a gift card by email

To redeem a gift card that someone emailed to you, open the email and tap or click the Redeem Now button.

## What you can buy with these gift cards

When you redeem an Apple Gift Card or App Store & iTunes gift card, you can make purchases with your Apple Account balance. Those purchases can include apps, games, subscriptions like Apple Music or iCloud+, and more. But for some purchases, Apple Account balance can't be used. Learn what you can buy with your Apple Account balance.

Where the Apple Gift Card is available, you can also use your Apple Account balance to buy products and

Case 3:20-cv-01629-JO-BLM     Document 60-13     Filed 09/09/22     PageID.1292     Page 4 of 4

accessories at apple.com or in the Apple Store app. See if Apple Gift Card is available in your country or region.

On an Android device, you can use your gift card to buy an Apple Music subscription. To make purchases from the App Store, Apple Books, or the Apple TV app, use an Apple device.

# Learn more

- Check your gift card balance.
- Gift cards aren't available in all countries or regions. Find out whether gift cards are available in your country or region.
- Some purchases might require that you have a credit card on file, even if you use your Apple Account balance to make the purchase.

App Store and iTunes Store features might vary by country or region. Find out what features are available in your country or region.

Published Date: May 27, 2022

**Helpful?**    | Yes |  | No |

# Start a discussion in Apple Support Communities

| Ask other users about this article |

| Submit my question |

See all questions on this article  ›



# Contact Apple Support

Need more help? Save time by starting your support request online and we'll connect you to an expert.

Get started ›

Support        How to redeem your Apple Gift Card or App Store & iTunes gift card

Copyright © 2022 Apple Inc. All rights reserved.        Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Site Map                                    United States