**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
Madeline P. Skitzki (Cal. Bar No. 318233)
mskitzki@jenner.com
Effiong K. Dampha (Cal. Bar No. 323554)
edampha@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone:    (213) 239-5100
Facsimile:    (213) 239-5199

**WEIL, GOTSHAL & MANGES LLP**
David R. Singh (Cal. Bar No. 300840)
david.singh@weil.com
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendants
Apple Inc. and Apple Value Services, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL SHAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC. and APPLE VALUE SERVICES, LLC,<br><br>Defendants. | Case No. 3:20-cv-1629-JO-BLM<br><br>The Honorable Jinsook Ohta<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PERMISSION TO FILE DOCUMENTS UNDER SEAL**<br><br>Hearing Date: January 11, 2023<br>Hearing Time: 9:30 a.m.<br>Courtroom: 4C |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on January 11, 2023 at 9:30 AM PST, or as soon thereafter as counsel may be heard in Courtroom 4C (4th Flr) of the above-entitled Court, located at 221 West Broadway, San Diego, CA 92101, Defendants Apple Inc. and Apple Value Services, LLC ("Apple") will and hereby do move pursuant to Civil Local Rule 79.2 for permission to file portions of the following under seal:

- Exhibits 2, 3, 4, and 5 to the Declaration of David R. Singh in Support of Defendants' Opposition to Plaintiff's Motion for Class Certification.
- Declaration of Mike Gomez in Support of Defendants' Opposition to Plaintiff's Motion for Class Certification.
- Declaration of Philip Luongo in Support of Defendants' Opposition to Plaintiff's Motion for Class Certification.
- Expert Report of Ronald T. Wilcox.
- Defendants' Opposition to Plaintiff's Motion for Class Certification.

This Motion is based on this Notice, the Memorandum of Points and Authorities in Support of this Motion, the Declaration of David R. Singh in Support of this Motion, and the applicable legal standards governing the sealing of materials submitted in connection with dispositive motions.

DATED: November 18, 2022       JENNER & BLOCK LLP

WEIL, GOTSHAL & MANGES LLP

By:     /s/ David R. Singh

Attorneys for Defendants
Apple Inc. and Apple Value Services, LLC
Email: david.singh@weil.com