**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
Madeline P. Skitzki (Cal. Bar No. 318233)
mskitzki@jenner.com
Effiong K. Dampha (Cal. Bar No. 323554)
edampha@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone:    (213) 239-5100
Facsimile:    (213) 239-5199

**WEIL, GOTSHAL & MANGES LLP**
David R. Singh (Cal. Bar No. 300840)
david.singh@weil.com
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL SHAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC. and APPLE VALUE SERVICES, LLC,<br><br>Defendants. | Case No. 3:20-cv-1629-JO-BLM<br><br>The Honorable Jinsook Ohta<br><br>**DECLARATION OF ALEXANDER M. SMITH IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

I, Alexander M. Smith, declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner at Jenner & Block LLP, counsel for Defendants Apple Inc. and Apple Value Services, LLC (collectively "Apple"). I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently thereto if called upon to do so.

2. On August 18, 2020, I purchased a $50 App Store & iTunes gift card from a Rite Aid drugstore in Los Angeles, CA. I then took photographs of the card, as well as its exterior packaging, using my iPhone. A true and correct compilation of those photographs is attached as **Exhibit 1**.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on November 15, 2022 in Los Angeles, CA.

By: _____
Alexander M. Smith