**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
Madeline P. Skitzki (Cal. Bar No. 318233)
mskitzki@jenner.com
Effiong K. Dampha (Cal. Bar No. 323554)
edampha@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone:    (213) 239-5100
Facsimile:    (213) 239-5199

**WEIL, GOTSHAL & MANGES LLP**
David R. Singh (Cal. Bar No. 300840)
david.singh@weil.com
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendants
Apple Inc. and Apple Value Services, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL SHAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC. and APPLE VALUE SERVICES, LLC,<br><br>Defendants. | Case No. 3:20-cv-1629-JO-BLM<br><br>The Honorable Jinsook Ohta<br><br>**DECLARATION OF DAVID R. SINGH IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

1.    I am a Partner at Weil, Gotshal & Manges LLP, and counsel for Defendants Apple Inc. and Apple Value Services, LLC (collectively "Apple") in the above-captioned action.  I am a member in good standing of the Bar of the State of California.

2.    I provide this declaration in support of Apple's Opposition to Plaintiff's Motion for Class Certification.  The statements in this declaration are based upon my personal knowledge.  If called upon to testify as a witness, I could provide testimony competently under oath.

3.    Attached hereto as **Exhibit 1** is a true and correct copy of the iTunes Store – Terms and Conditions that were in effect from March 2018 to July 2020, which includes April 3, 2020 (the date on which Plaintiff purchased her gift card).

4.    Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt from the transcript of the Deposition of Phillip Luongo, conducted on Friday, August 19, 2022 in San Francisco, California.

5.    Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt from the transcript of the Deposition of Miguel Gomez, conducted on Thursday, July 21, 2022 in Austin, Texas.

6.    Attached hereto as **Exhibit 4** is a true and correct copy of an excerpt from the transcript of the Remote Deposition of Lincoln Barker, conducted on July 29, 2022 in Austin, Texas.

7.    Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt from Apple's Objections and Responses to Plaintiff's First Set of Interrogatories, dated August 30, 2021.

8.    Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiff Rachel Shay's Responses to Defendant Apple Inc.'s Requests for Admission, Set One, dated September 30, 2022.

9.    Attached hereto as **Exhibit 7** is a true and correct copy of Plaintiff's Responses to Apple's First Set of Interrogatories, dated September 24, 2021.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed at Redwood Shores, California, on November 18, 2022.


 */s/ David R. Singh*
DAVID R. SINGH

# Index of Exhibits

| Exhibit | Description | Page |
|---------|-------------|------|
| 1 | iTunes Store – Terms and Conditions, March 2018 to July 2020 <br><br> PUBLIC | 1 |
| 2 | Excerpt from the transcript of the Deposition of Phillip Luongo, conducted on Friday, August 19, 2022 in San Francisco, California <br><br> FILED UNDER SEAL | 6 |
| 3 | Excerpt from the transcript of the Deposition of Miguel Gomez, conducted on Thursday, July 21, 2022 in Austin, Texas <br><br> FILED UNDER SEAL | 24 |
| 4 | Excerpt from the transcript of the Remote Deposition of Lincoln Barker, conducted on July 29, 2022 in Austin, Texas <br><br> FILED UNDER SEAL | 36 |
| 5 | Excerpt from Apple's Objections and Responses to Plaintiff's First Set of Interrogatories, dated August 30, 2021 <br><br> FILED UNDER SEAL | 43 |
| 6 | Plaintiff Rachel Shay's Responses to Defendant Apple Inc.'s Requests for Admission, Set One, dated September 30, 2022 <br><br> PUBLIC | 52 |
| 7 | Plaintiff's Responses to Apple's First Set of Interrogatories, dated September 24, 2021 <br><br> PUBLIC | 65 |

DECLARATION OF DAVID R. SINGH
CASE NO. 3:20-CV-1629-JO-BLM