**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
Madeline P. Skitzki (Cal. Bar No. 318233)
mskitzki@jenner.com
Effiong K. Dampha (Cal. Bar No. 323554)
edampha@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone:    (213) 239-5100
Facsimile:    (213) 239-5199

**WEIL, GOTSHAL & MANGES LLP**
David R. Singh (Cal. Bar No. 300840)
david.singh@weil.com
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendants
Apple Inc. and Apple Value Services, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL SHAY, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>APPLE INC., et al.,<br><br>      Defendants. | Case No. 3:20-cv-1629-JO-BLM<br><br>The Honorable Jinsook Ohta<br><br>**DECLARATION OF PHILIP LUONGO IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: January 11, 2023<br>Hearing Time: 9:30 a.m.<br>Courtroom: 4C<br><br>**REDACTED** |

## **DECLARATION OF PHILIP LUONGO**

I, Philip Luongo, declare and state as follows pursuant to 28 U.S.C. § 1746:

1.      I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently thereto if called upon to do so.

### **Background**

2.      I am the Director of the Gift Card Business at Apple Inc. ("Apple"), a role I have held since April 2022.  Prior to that, I was the Director of Gift Card Marketing at Apple.  In that role, I had responsibilities related to gift card design, packaging, and marketing communication around the gift card.  In my current role, I have similar responsibilities, but I now also have overall sales duties.

3.      In July 2020, Apple stopped production and transitioned away from App Store & iTunes gift cards (hereafter, "iTunes gift cards"), which could only be used to purchase digital content from Apple's online platforms. Apple replaced iTunes gift cards with the Apple Gift Card, which can be used to purchase not only digital content from Apple's online platforms but also hardware (such as laptops or iPhones) from Apple retail and online stores. The information in this declaration concerns only the iTunes gift card.

### **Gift Card Life Cycle**

4.      iTunes gift cards—like many branded gift cards—are sold in third-party retail stores through companies called integrators. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

5.      An iTunes gift card hanging on the rack at a retail store has no value.  When a consumer purchases an iTunes gift card from a third-party retailer, the retailer's point-of-sale system transmits a series of electronic signals to the integrator, which are used to

DECLARATION OF PHILIP LUONGO IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION
CASE NO. 3:20-CV-1629-JO-BLM

activate the card for the amount displayed on the front of the gift card and render it capable of redemption by a consumer.

6.      An iTunes gift card is not redeemable prior to activation. Once activated, an iTunes gift card must be redeemed into an online Apple ID account to be used by the purchaser or gift card recipient as store credit to purchase digital goods.

7.      In order to redeem the gift card, the purchaser or recipient of the gift card must know the gift card redemption code—an alphanumerical string of 16 digits.  The redemption code on iTunes gift cards is hidden behind a peel- or scratch-off label, the form of which changed between 2017 and 2020.  The consumer or gift card recipient needs to input the redemption code via the Apple website or App Store app to redeem an iTunes card for store credit.

8.      iTunes gift card activation typically occurs within seconds of a consumer's purchase at the third-party retailer. █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

**Total Third-Party Retailer Gift Card Sales**

9.      From May 2017 through July 2020, ███████████████ iTunes gift cards were activated following sales of those gift cards by third-party retailers in the United States.

**Discounted Gift Card Sales**

10.      During the period in which they were sold, it was relatively common for third-party retailers to sell iTunes gift cards for less than face value.  For example, most retailers would typically offer a discount once per quarter.  That discount was on average around

2

10%.  Retailers would also frequently offer holiday discounts on iTunes gift cards.  Apple funded many of these discounts.  Additionally, club stores (such as Costco and Sam's Club) sold iTunes gift cards in multipacks, which were always sold for less than the total face value of the cards contained in the multipack.

**Gift Card Terms and Conditions**

11.   A link to the online Terms and Conditions for iTunes gift cards (the "Terms") has appeared on the back of each iTunes card since at least May 2017.  Before March 20, 2018, the Terms did not contain a choice-of-law provision.  From March 20, 2018 until July 31, 2020, the Terms included a choice-of-law provision providing for California law.  From July 31, 2020 through present, the Terms have included a choice-of-law provision providing for Virginia law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 16, 2022 in Tokyo, Japan.

*Philip J. Luongo Jr.*
Philip Luongo

DECLARATION OF PHILIP LUONGO IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION
CASE NO. 3:20-CV-1629-JO-BLM