**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
Madeline P. Skitzki (Cal. Bar No. 318233)
mskitzki@jenner.com
Effiong K. Dampha (Cal. Bar No. 323554)
edampha@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone:    (213) 239-5100
Facsimile:    (213) 239-5199

**WEIL, GOTSHAL & MANGES LLP**
David R. Singh (Cal. Bar No. 300840)
david.singh@weil.com
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendants
Apple Inc. and Apple Value Services, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL SHAY, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>APPLE INC., et al.,<br><br>                    Defendants. | Case No. 3:20-cv-1629-JO-BLM<br><br>The Honorable Jinsook Ohta<br><br>**DECLARATION OF MIGUEL GOMEZ IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: January 11, 2023<br>Hearing Time: 9:30 a.m.<br>Courtroom: 4C<br><br>**REDACTED** |

## DECLARATION OF MIGUEL GOMEZ

I, Miguel Gomez, declare as follows pursuant to 28 U.S.C. § 1746:

1.     I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently thereto if called upon to do so.

### Background

2.     I have been employed in Apple Inc.'s ("Apple") AppleCare group for over 15 years.  Apple's AppleCare group assists customers who contact Apple by phone, email, or chat in connection with issues they may have regarding Apple products.

3.     For several years in various roles within AppleCare, I had direct communications with customers; I transitioned to a more managerial role starting in or about 2010.  Until April of this year, I was a Site Support Engineering Manager for Apple Media Products.  My team would take escalations of issues relating to, among other things, gift cards.  We would work with engineering and other teams within Apple to try to resolve customers' reported issues.  I have also consulted on AppleCare customer support policies and worked with different teams regarding training for customer-facing agents.

### AppleCare

4.     Apple maintains records regarding customer contacts to AppleCare.

5.     AppleCare customer-facing agents classify the contacts they receive by category of product based on the information they obtain from the customer.  One such category is for gift card-related contacts.

6.     Within the gift-card related category, there are subclassifications related to different issues reported by customers.

---

1

DECLARATION OF MIGUEL GOMEZ IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION
CASE NO. 3:20-CV-1629-JO-BLM

8.      The difficulties reported to AppleCare by gift card customers vary widely, as do the causes of those reported difficulties, and the nature and cause of an issue reported by any individual customer must be evaluated case-by-case.  For example, Apple has to undertake a card-by-card analysis to determine which account a gift card has been redeemed to and the details of the redeeming account.  Apple has no visibility into whether a particular account was the intended recipient of a gift card.



**Refunds**

11.      AppleCare representatives have at times directed customers to dispute the charge with their financial institution if they paid by credit or debit card or to seek refunds from the third-party retailer from which the gift card was purchased.

12.      Apple has no visibility into whether any individual customer claiming point-of-sale theft (1) has been able to successfully dispute the charge with their financial institution or to obtain reimbursement under purchase protection programs or (2) has received refunds from the third-party retailer from which the card was purchased.

DECLARATION OF MIGUEL GOMEZ IN SUPPORT OPPOSITION TO MOTION FOR CLASS CERTIFICATION
CASE NO. 3:20-CV-1629-JO-BLM

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 16, 2022 in Austin, Texas.

_____
Miguel Gomez

DECLARATION OF MIGUEL GOMEZ IN SUPPORT OPPOSITION TO MOTION FOR CLASS CERTIFICATION
CASE NO. 3:20-CV-1629-JO-BLM