JAMES R. HAWKINS (SBN 192925)
    james@jameshawkinsaplc.com
MALTE L. L. FARNAES (SBN 222608)
    malte@jameshawkinsaplc.com
CHRISTINA M. LUCIO (SBN 253677)
    christina@jameshawkinsaplc.com
MITCHELL J. MURRAY (SBN 285691)
    mitchell@jameshawkinsaplc.com
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676

Attorneys for Plaintiff RACHAEL SHAY,
on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| RACHAEL SHAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a Delaware corporation; APPLE VALUE SERVICES, LLC, a Virginia limited liability corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-1629-JO-BLM<br><br>**REPLY DECLARATION OF MITCHELL J. MURRAY IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:       January 11, 2023<br>Time:       9:30 a.m.<br>Judge:      Hon. Jinsook Ohta<br>Courtroom: 4C, 4th Floor<br><br>Complaint Filed: May 28, 2020<br>Removal Filed:   August 21, 2020<br>Trial Date:      None Set |

REPLY DECLARATION OF MITCHELL J. MURRAY

I, Mitchell J. Murray, declare as follows:

1.      I am an attorney at law duly licensed to practice law before this Court. I am Of Counsel at James R. Hawkins, APLC, the law firm representing Plaintiff and the proposed classes. I am one of the attorneys of record involved in the litigation and prosecution of this matter. This declaration is based upon the best of my personal knowledge and, if called to testify, I could and would testify to the facts contained herein.

2.      I reviewed the Declaration of Mr. Philip Luongo in Support of Defendant's Motion to Deny Class Certification in which he states a " link to the online Terms and Conditions for iTunes gift cards (the "Terms") has appeared on the back of each iTunes card since at least May 2017. Before March 20, 2018, the Terms did not contain a choice-of-law provision. From March 20, 2018 until July 31, 2020, the Terms included a choice-of-law provision providing for California law. From July 31, 2020 through present, the Terms have included a choice-of-law provision providing for Virginia law." (Decl. of Luongo, p. 3, lines 6-11).

3.      Notably, neither the URL referred to by Mr. Luongo, nor the Terms and Conditions themselves, were included in the declaration.

4.      Upon review of Plaintiff's iTunes gift card in this case and Google image searches for iTunes gift cards, the reverse side of iTunes gift cards contain one of two different URLs to access the Terms and Conditions: https://www.apple.com/legal/itunes/us/gifts.html                              and https://www.apple.com/us/go/legal/gc.

5.      Attached to the Compendium of Evidence as **Exhibit 27** is a true and correct copy of an image of an iTunes gift cards displaying the URL https://www.apple.com/legal/itunes/us/gifts.html downloaded from Google images.

6.      Using www.archive.org/web, also known as the "Wayback Machine," I accessed archived "captures" of these above URLs from dates ranging from 2016 to

- 1 -
REPLY DECLARATION OF MITCHELL J. MURRAY

present.

7.      While using the Wayback Machine and the current URLs to access these web pages, I discovered that and https://www.apple.com/us/go/legal/gc redirects to https://www.apple.com/legal/internet-services/itunes/giftcards/us/terms.html ("Version 1") and   https://www.apple.com/legal/itunes/us/gifts.html redirects to https://www.apple.com/legal/internet-services/itunes/us/terms.html ( "Version 2")

8.      I used the Wayback Machine to view captures from Version 1 of the gift card Terms and Conditions from approximately December 2017 to May 2018 which does not contain a choice-of-law provision.

10.      I further used the Wayback Machine to view captures from Version 1 of the gift card Terms and Conditions from approximately May 2018 to June 2020, which all contained the following language: "Governing Law: Except as to the extent expressly provided in the following paragraph, **this Agreement and the relationship between you and Issuer shall be governed by the laws of the State of California**, excluding its conflict of laws provisions. You and Issuer agree to submit to the personal and exclusive jurisdiction of the courts located within the county of Santa Clara, to resolve any dispute or claim arising from this Agreement."

11.      Attached to the Reply Compendium of Evidence as **Exhibit 28** are true and correct copies of Version 1 of the gift card Terms and Conditions from December 2017 to June 2020.

12.      I used the Wayback Machine to view captures from Version 2 of the gift card Terms and Conditions from approximately May 2017 to present, which all contained the following language: "Except to the extent expressly provided in the following paragraph, **this Agreement and the relationship between you and Apple, and all Transactions on the Services shall be governed by the laws of the State of California**, excluding its conflicts of law provisions. You and Apple agree to submit to the personal and exclusive jurisdiction of the courts located within the

REPLY DECLARATION OF MITCHELL J. MURRAY

county of Santa Clara, California, to resolve any dispute or claim arising from this Agreement."

13. Attached to the Reply Compendium of Evidence as **Exhibit 29** are true and correct copies of Version 2 of the gift card Terms and Conditions from approximately May 2017 to present.

14. The following is a summary of the applicable URLs, time periods, and choice-of-law provisions:





15. Attached to the Reply Compendium of Evidence as **Exhibit 30** is a true and correct copy of Apple's Responses to Plaintiff's Requests for Admission (Set One).

16. Attached to the Reply Compendium of Evidence as **Exhibit 31** is a true and correct copy of Apple's Responses to Plaintiff's Interrogatories (Set Three).

17. In response to Plaintiff's Interrogatory 24 asking Apple to state the number of iTunes gift cards sold in the United States during the Class Period that had a redemption attempt prior to activation and in response to Interrogatory 25 asking Apple to state identify the serial number of all iTunes gift cards sold in the

REPLY DECLARATION OF MITCHELL J. MURRAY

United States during the Class Period that had a redemption attempt prior to activation, Apple produced document reflecting ███████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████

18.    In total, Apple identified ███████████████████ ████████████████████████████████████ ████████████████████████████████████████ ████

19.    Attached to the Reply Compendium of Evidence as **Exhibit 32** is a true and correct excerpt of the documents produced in response to Interrogatory No. 24-25.

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on this 30th day of December, 2022 in Encinitas, California.

<u>/s/ Mitchell J. Murray</u>

Mitchell J. Murray

REPLY DECLARATION OF MITCHELL J. MURRAY