JAMES R. HAWKINS (SBN 192925)
james@jameshawkinsaplc.com
CHRISTINA M. LUCIO (SBN 253677)
christina@jameshawkinsaplc.com
MITCHELL J. MURRAY (SBN 285691)
mitchell@jameshawkinsaplc.com
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676

Attorneys for Plaintiff RACHAEL SHAY,
on behalf of herself and all others similarly situated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL SHAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a Delaware corporation; APPLE VALUE SERVICES, LLC, a Virginia limited liability corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-1629-JO-BLM<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ENTERING JUDGMENT**<br><br>Date: February 28, 2024<br>Time: 9:30 a.m.<br>Judge: Hon. Jinsook Ohta<br>Courtroom: 4C, 4th Floor |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on February 28, 2024 at 9:30 a.m. before the Honorable Jinsook Ohta in Courtroom 4C of the United States District for the Southern District of California, located at 333 West Broadway, San Diego, CA 92101, Plaintiff Rachael Shay ("Plaintiff"), on behalf of herself and the Conditionally Certified Class, will, and hereby does, move this Court for an Order which has the effect of doing the following:

1. Finally adjudicate the Settlement as fair, adequate, and reasonable;
2. Direct distribution of the Class Payments by the Administrator to all Settlement Class Members who submitted valid claims in accordance with the Settlement Agreement;
3. Approve and direct the payment to the Settlement Administrator of $204,000 for its fees and costs in administering the Settlement;
4. Approve and direct payment to Class Counsel for their attorneys' fees in the sum of $600,000 and reimbursement of their litigation costs of $22,653.30;
5. Approve and direct the Class Representative Service Award to be paid to Plaintiff Rachael Shay in the amount of $10,000; and
6. Enter final judgment; and without affecting the finality of the final judgment, to reserve the Court's continuing jurisdiction over the Parties for the purpose of implementing, enforcing, or administering the Settlement.

This Motion is made on the grounds that the proposed Settlement, which was preliminarily approved by this Court on October 6, 2023 [Dkt. No. 94], is the product of arms'-length, good-faith negotiations, and is fair and reasonable to the Settlement Class. The proposed Settlement should now be finally approved, as more fully discussed in the attached Memorandum of Points and Authorities in Support of Final Approval of Class Action Settlement and Entering Final Judgment.

1  This Motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities, the Declaration of James R. Hawkins in Support of Motion for Final Approval of Class Action Settlement and Entering Final Judgment, the declaration of James R. Hawkins in Support of Motion for Award of Attorneys' Fees, Costs, and Class Representative Service Award [Dkt. No. 95-3], the Declaration of Julie Green on behalf of CPT Group, Inc., the Declaration of Plaintiff Rachael Shay in support of Motion for Award of Attorneys' Fees, Costs, and Class Representative Service Award [Dkt. No. 95-2], the Motion for Preliminary Approval of Class Action Settlement [Dkt. No. 92], the Order Granting Preliminary Approval of Class Action Settlement [Dkt. No. 94], and such other records and files in this action, and such other matters as may be properly presented at or before the hearing.

Respectfully Submitted,

Dated: January 31, 2024   **JAMES HAWKINS APLC**

By:   /s/ Mitchell J. Murray
James R. Hawkins
Christina M. Lucio
Mitchell J. Murray

Attorneys for Plaintiff