JAMES R. HAWKINS (SBN 192925)
james@jameshawkinsaplc.com
CHRISTINA M. LUCIO (SBN 253677)
christina@jameshawkinsaplc.com
MITCHELL J. MURRAY (SBN 285691)
mitchell@jameshawkinsaplc.com
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676

Attorneys for Plaintiff RACHAEL SHAY,
on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL SHAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a Delaware corporation; APPLE VALUE SERVICES, LLC, a Virginia limited liability corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-1629-JO-BLM<br><br>**CLASS ACTION**<br><br>**NOTICE OF FILING OF REDACTED DOCUMENTS PURSUANT TO COURT'S MINUTE ORDER (DKT. 115) GRANTING DEFENDANTS' MOTIONS TO SEAL** |

Pursuant to the Court's Minute Order (Dkt. 115) granting Defendants Apple Inc. and Apple Value Services, LLC's ("Defendants") Motions to Seal (Dkts. 66, 75, 98), Plaintiff hereby files appropriately redacted versions of the following documents previously filed under seal in connection with Plaintiff's Motion for Class Certification (Dkt. 59) and Plaintiff's Reply Memorandum in support of Plaintiff's Motion for Class Certification (Dkt. 71):

- Exhibit 9 (Dkt. 60-9)
- Exhibit 10 (Dkt. 60-10)
- Exhibit 16 (Dkt. 61-3)
- Exhibit 17 (Dkt. 61-4)
- Exhibit 18 (Dkt. 61-5)
- Exhibit 19 (Dkt. 61-6)
- Exhibit 20 (Dkt. 61-7)
- Exhibit 30 (Dkt. 72-4)
- Exhibit 31 (Dkt. 72-5)

Respectfully Submitted,

Dated: March 8, 2024                **JAMES HAWKINS APLC**

By:    /s/ Mitchell J. Murray
James R. Hawkins
Christina M. Lucio
Mitchell J. Murray

Attorneys for Plaintiff