# EXHIBIT 16

## UNDER SEAL

*Rachael Shay v. Apple Inc., et al.*

Case No. 3:20-cv-1629-JO-BLM

Plaintiff's Motion for Class Certification

```
                  UNITED STATES DISTRICT COURT

                SOUTHERN DISTRICT OF CALIFORNIA



RACHAEL SHAY, on behalf of      )
herself and all others          )
similarly situated,             )
                                )
                Plaintiff,       )
                                )
vs.                             ) Case No. 3:20-cv-1629
                                )          JO-BLM
APPLE, INC., a Delaware          )
corporation; APPLE VALUE         )
SERVICES, LLC, a Virginia        )
limited liability corporation;  )
and DOES 1 through 10,           )
inclusive,                       )
                                )
                Defendants.      )
                                )
_____)
```

```
                DEPOSITION of PHILIP LUANGO

                 SAN FRANCISCO, CALIFORNIA

                 FRIDAY, AUGUST 19, 2022

                      CONFIDENTIAL
```

```
REPORTED BY:
Erika "Rik" Rutledge
CSR No. 13774
```

1

```
 1                    UNITED STATES DISTRICT COURT

 2                  SOUTHERN DISTRICT OF CALIFORNIA

 3

 4
     RACHAEL SHAY, on behalf of    )
 5   herself and all others        )
     similarly situated,           )
 6                                 )
                      Plaintiff,   )
 7                                 )
     vs.                           )  Case No. 3:20-cv-1629
 8                                 )             JO-BLM
     APPLE, INC., a Delaware       )
 9   corporation; APPLE VALUE      )
     SERVICES, LLC, a Virginia     )
10   limited liability corporation;)
     and DOES 1 through 10,        )
11   inclusive,                    )
                                   )
12                    Defendants.  )
                                   )
13   _____)

14

15

16

17       The deposition of PHILIP LUANGO was taken remotely on

18   behalf of Plaintiff, commencing at 9:00 a.m. PST on Friday,

19   August 19, 2022, at San Francisco, California, before Erika

20   "Rik" Rutledge, Certified Shorthand Reporter No. 13774 for

21   the State of California.

22

23

24

25
```

```
 1    APPEARANCES OF COUNSEL:

 2
      FOR PLAINTIFF:
 3
          JAMES HAWKINS APLC
 4        BY:  MALTE FARNAES
               MITCHELL MURRAY
 5             CHRISTINA M. LUCIO
          ATTORNEYS AT LAW
 6        9880 Research Drive
          Suite 200
 7        Irvine, California 92618
          949.387.7200
 8        malte@jameshawkinsaplc.com
          christina@jameshawkinsplc.com
 9

10
      FOR DEFENDANTS:
11
          JENNER & BLOCK
12        BY:  KATE SPELMAN
          ATTORNEY AT LAW
13        515 S. Flower Street
          Suite 3300
14        Los Angeles, CA 90071
          213.239.5100
15        asmith@jenner.com

16

17
      ALSO IN ATTENDANCE:
18
          Meaghan Thomas-Kennedy
19        In-House Counsel
          Apple, Inc.
20

21

22

23

24

25
```

3

```
1                           INDEX
2
   DEPONENT                  EXAMINATION            PAGE
3
   Philip Luango          Mr. Farnaes                  5
4
                          Ms. Spelman                148
5

6

7                         EXHIBITS
8  Exhibit               Description            Page
9  EXHIBIT 50        Color Photo - Apple Gift Card     10
10 EXHIBIT 51        Color Photo - Multi-Pack Gift Cards  79
11 EXHIBIT 52        Walmart Receipt                 141
12

13      EXHIBIT PREVIOUSLY MARKED AND ATTACHED HEREIN
14 Exhibit                Description
15 EXHIBIT 4         Color Photographs - Gift Card
16

17
                    QUESTIONS NOT ANSWERED
18
                         (None)
19

20

21
                    INFORMATION REQUESTED
22
                         (None)
23

24

25
```

4

```
 1                    SAN FRANCISCO, CALIFORNIA

 2               FRIDAY, AUGUST 19, 2022 9:00 A.M.

 3                           oo0Ooo

 4

 5                       PHILIP LUANGO,

 6    the witness herein, having been first duly sworn by the

 7    Certified Shorthand Reporter, was examined and testified as

 8    follows:

 9                          EXAMINATION

10    BY MR. FARNAES:

11       Q    Good morning, Mr. Luango.  I'm going to take your

12    deposition today.  We represent the plaintiff in this case.

13    Thank you very much for making the time today.  I'm sure

14    you're a busy man, so I appreciate you taking the time.

15       A    Thank you.

16       Q    Yeah.  Look, today I'm here to learn about the

17    gift cards and to find out what you might know about the

18    gift cards and the policies and procedures and the

19    practices in identifying maybe types of fraud and

20    preventing fraud associated with gift cards.  That's

21    generally what we're here to talk about today.

22            But sir, you do understand that you have been

23    placed under oath; correct?

24       A    Yes.

25       Q    Have you ever had your deposition taken before?
```

5

1       A    No, I haven't.

2       Q    Oh, okay.  In that case let me just run through a

3    couple of ground rules for you.  If you have any questions

4    along the way, please do not hesitate to ask me.

5            Today you're here to give your best testimony.

6    You're under oath, so you're obligated to tell the truth,

7    just like you would if we were in a courtroom.

8            You understand that; correct?

9       A    Yes.

10      Q    I am entitled to your best recollection.  I don't

11   want you to guess unless I ask you to guess.  And that

12   means that I may ask you to estimate things, but do you

13   understand the difference between an estimate and a guess,

14   sir?

15      A    Yes.

16      Q    Okay.  I may also, because none of us are perfect,

17   I may ask a bad question from time to time or maybe all the

18   time.  If you didn't understand my questions, will you

19   please let me know?

20      A    Sure, yes.

21      Q    And if you don't tell me that you don't understand

22   the question, then is it safe for me to assume that you

23   do?

24      A    Yeah, I'll let you know if I didn't understand,

25   for sure.

6

1    Q    Great.  Sir, as part of a deposition, the court

2    reporter, Ms. Rutledge, who's here, is going to be writing

3    down all my questions and all your answers.

4         And at the end of the deposition, you will receive

5    a transcript.  And it will read kind of like a script in a

6    play, reads where each actor has different lines.  And

7    there will be questions from me and answers from you, and

8    there may be objections from your attorney from time to

9    time.

10        You will have the opportunity to read that

11   transcript once it's produced and to make any corrections.

12   But please understand, sir, that if you do make changes to

13   your testimony after this deposition is over, then we can

14   comment on that at the time of trial.

15        Do you understand that?

16   A    Yes, I do.

17    Q    Therefore it's important that you try to be as

18   accurate today as you can.

19   A    Understood.

20    Q    Great.  Sir, is there any reason at all that you

21   can think of that you cannot give your best testimony

22   today?

23   A    No.

24    Q    You're not taking any medications or anything that

25   would impair your ability to understand questions and

7

```
 1    remember events in the past?
 2        A    That's correct.
 3        Q    Okay, good.  All right.  Before coming here today,
 4    did you form any sort of understanding as to what this case
 5    is about?
 6        A    Yes.
 7        Q    Okay.  What is that understanding, sir?
 8        A    I think we're talking about what might be labeled
 9    point of sale fraud on gift cards.
10        Q    That's correct.  And we're specifically talking
11    about specific gift cards.  And the gift cards I'm talking
12    about are the app store/iTunes gift cards that were in
13    circulation in 2017 until they were phased out or sold out
14    and replaced by a new form of the card.
15             Do you have the same understanding that that's the
16    card we're talking about today?
17        A    Yes, I do.
18        Q    And I do want to show you some exemplars of that
19    card just to make sure we're on the same page; okay?
20        A    Okay.
21        Q    Here we go.  Here comes our first exhibit and
22    let's see how this works.  So bear with me for a moment
23    here while I do this.  I just need to find my exhibits
24    folder here.  Just a moment.
25             I'm going to be referring to exhibits that we've
```

1    previously marked as Exhibit 4 in this case.   Let me get

2    there.   Exhibit 4 is a series of photographs of the actual

3    card that our client had.

4        A    I have them open on my screen.

5        Q    Okay, great.   I put one of them up here on the

6    screen.   These are the blue cards, and they generally look

7    like this.   The packaging looks like -- you see the file

8    called "gift card package front"?

9        A    I did, but now with this up, I don't know how --

10   yes, I have the front open on my screen.

11       Q    Yes.   That's the packaging that our client had.

12   And there's also pictures of the back of the card.

13       A    I see the back, yep, and I see the back of the

14   card as well as the carrier, yes.

15       Q    I think there's also a photo in there of the kiosk

16   that our client bought the card from.

17            Do you see that as well?

18       A    Yes.

19       Q    Okay.   And sir, when I refer to the gift card in

20   the context of this deposition, these are the gift cards

21   that I'm referring to.   And I understand that they may

22   actually have -- there may have been different versions of

23   this; are you aware of that?

24       A    Yes, different designs, yes.

25       Q    Yes.

9

1          MR. FARNAES:  And I think I have a couple of those

2    examples too that I do want to mark as new exhibits.  This

3    is next exhibit in line, Exhibit 50.

4          (EXHIBIT 50 MARKED FOR IDENTIFICATION.)

5    BY MR. FARNAES:

6      Q    **When you say there were different designs of these**

7    **cards, do you mean there were maybe colors or looks on the**

8    **front of the card and the packaging?**

9      A    Yes, that's correct.

10     Q    **Were there changes made to the back of the card**

11   **from 2017 on, that you can recall?**

12     A    As long as it was this type of card, iPhone gift

13   card, the changes were nominal.  Maybe, like, changing the

14   year on the back of the card.

15     Q    **Right.  I saw that on the back of the card, it has**

16   **a copyright year on it?**

17     A    Right.

18     Q    **But perhaps that changed.**

19     A    Right, that would have changed every year.

20     Q    **Okay.  But other than that, sir, is it fair to say**

21   **that this card that we had as Exhibit 4 that you were able**

22   **to download, that that's a typical iTunes app store gift**

23   **card?**

24     A    Yes, it looks like one, yes.

25     Q    **And sir, typically where were these gift cards**

1   sold to consumers?

2      A    Really all over the United States in every kind of

3   retail store.

4      Q    If our client purchased the gift card at a

5   Walmart, that would be a typical place where you might buy

6   such a card?

7      A    Yes, that's correct.

8      Q    All right.  At some point these cards were

9   replaced with different cards; is that correct?  That's my

10  general understanding.

11         MS. SPELMAN:  Just objection:  Vague as to

12  different cards.

13  BY MR. FARNAES:

14     Q    What -- my understanding, sir, is that at some

15  point, the iTunes/app store gift cards were phased out, and

16  Apple adopted use of a new card that would be used for not

17  only the app store or music purchases, but also to actually

18  purchase hardware, such as iPads, iPhones, Mac computers,

19  and what have you; is that correct?

20     A    Yes.

21     Q    And about when did that transition happen?

22     A    That transition started in the U.S. end of July

23  2020.

24     Q    Was there a period of time when the new card and

25  these other cards as exemplified by Exhibit 4 overlapped in

1   terms of circulation out in the marketplace?

2       A    Yes.  As short of a time as we can make because we

3   wanted to get all the new cards out there.  But it wasn't

4   as if all the old ones were thrown away on day one.

5       Q    Right.  And I suppose even today if somebody had

6   one of the older cards sitting in a drawer and they had

7   never redeemed it, it's not like that card expires;

8   right?

9       A    That's correct.  It still works.

10      Q    So they could still be in circulation for all we

11  know?

12          MS. SPELMAN:  Objection as to the use of the term

13  "circulation," vague.

14  BY MR. FARNAES:

15      Q    Sir, I know that you haven't had your deposition

16  taken before.  I forgot to tell you.  It's perfectly fine

17  for your attorney to make objections, but you're still

18  obligated to answer the question despite the objection.

19          What your attorney is doing is she's preserving

20  the record for trial so that she can make the same

21  objection if we use this deposition transcript at the time

22  of trial.

23          So she's preserving the objection.  But we

24  still -- you still need to answer the question unless your

25  attorney instructs you not to answer that question.  Then

1    you can decide whether or not you'll follow that

2    instruction.

3            But we still need the question answered.

4        A    Okay.  I would say it's not in circulation because

5    that means that we're sending out those cards.  We're not

6    actively in circulation to answer that question.

7        Q    But those cards are still out there and they're

8    still redeemable to the extent they haven't yet been

9    redeemed; correct?

10       A    That's correct.

11       Q    Today I'm going to be referring to the gift cards,

12   and as we said, these are the ones exhibited by Exhibit 4.

13           What should you and I call the new cards so we're

14   on the same page when talking about the new card?  What

15   would be helpful?

16       A    The new cards since the end of July, we call them

17   the Apple gift card because it's for everything Apple.

18       Q    And the other ones you call the iTunes gift

19   cards?

20       A    App Store and iTunes.

21       Q    Okay.  We'll use that nomenclature since it's

22   familiar to you.

23       A    Thank you.

24       Q    And really we're talking about the app store

25   iTunes gift cards today.  I want to go back and ask you a

13

1  little bit about your background, sir.  A good place to

2  start would be, What's your highest level of education,

3  sir?

4      A    College.

5      Q    Did you graduate from college?

6      A    Yes, I did.

7      Q    And what year was that?

8      A    1993.

9      Q    Did you obtain a degree?

10     A    Yes, I did.

11     Q    What was that, sir?

12     A    Social sciences.

13     Q    What university did you obtain that?

14     A    Hofstra University in New York.

15     Q    Do you have any training or certificates or

16  anything like that in computer science?

17     A    No training or, like, certificates, I would say.

18  But I've been in the industry for a long time.  But no

19  certificates, if I can answer more directly.

20     Q    I appreciate that, sir.  What about any

21  certificates or other formal education in terms of

22  cybersecurity?  Do you have anything there?

23     A    No formal education in cybersecurity.

24     Q    Do you hold any other certificates other than your

25  degree in social sciences?

1    A    I'm trying to remember.  I would say no for

2  purposes of this conversation.

3    **Q    Okay.  Great.  Sir, you're obviously employed with**

4  **Apple now.  How long have you been employed with Apple?**

5    A    Fifteen years.

6    **Q    What is your current title with Apple?**

7    A    I'm director of Apple gift cards, the Apple gift

8  card business.

9    **Q    How long have you held that position, sir?**

10   A    I've been director -- I'll expand a little, if

11 that's okay.  I've been a director at Apple since 2012.

12 But my role has moved from the head of marketing to the

13 head of the overall business.  And the overall business was

14 earlier this year April.  But I've been involved in the

15 gift cards the whole time.

16   **Q    So the whole time you've worked at Apple, you were**

17 **involved in the gift card aspect of the business;**

18 **correct?**

19   A    Yes.

20   **Q    You were a director of marketing for gift cards**

21 **from when to when?**

22   A    I would say 2012 to '21 and '22.  Yeah, '12 to

23 '21.

24   **Q    After that you then -- I take it this was a**

25 **promotion to become the director of all the gift card**

15

```
 1   business?

 2        A    In a way, yes.

 3        Q    Sir, as a director of marketing from 2012 to 2021,

 4   what were your duties as the director of marketing for gift

 5   cards?

 6        A    Yeah, they were broad.  But some specifics I might

 7   be able to point out had to do with gift card design,

 8   packaging, and marketing communication around the gift

 9   card, what I would say are the key components.

10        Q    Were you -- as a director of marketing, were you

11   in charge of a team of people?

12        A    Yes.

13        Q    Okay.  And let me ask you a couple questions about

14   that.  Did you have -- how many people did you oversee?

15        A    In the group approximately 20.

16        Q    And that group of 20, was that group in charge of

17   gift card design, as well as packaging, as well as

18   marketing, or were there different groups in change of

19   those things?

20        A    Yes.  My group is in -- was in charge of that

21   whole sphere, I would say, yes.

22        Q    Was that group physically located in one spot or

23   were they spread out all over the place?

24        A    Nearly everyone was located in one spot, yeah.

25        Q    Where was that, sir?
```

 1      A      Cupertino, California.

 2      Q      **That's where Apple has its headquarters; is that**

 3   **right?**

 4      A      That's correct, yeah.

 5      Q      **The manner in which, typically, how did -- how did**

 6   **that group communicate with each other?**

 7      A      All manner of communication.  Meetings, e-mails,

 8   et cetera.

 9      Q      **In the meetings did you guys ever generate any**

10   **sort of written records of those meetings?**

11      A      Yeah, yes.

12      Q      **Did you have, for example, agenda items for those**

13   **meetings?**

14      A      Often, if not always, but yes.

15      Q      **Did you have notes or action items that were**

16   **generated after the meetings?**

17      A      Yes.  Not for everything, but yes.

18      Q      **Do you know where such documents might be stored**

19   **today?**

20      A      Well, some of this might be an e-mail saved

21   folders I would imagine.  That's probably the most

22   common.

23      Q      **In terms of -- well, okay.  Those were sort of the**

24   **people that you were in charge of as the director of**

25   **marketing, about 20 people.  You guys were concerned with**

1    the design of the gift cards, the packaging, and the

2    marketing.

3           When you became a director of the overall gift

4    card business, how did your duties change, sir?

5    A    Mostly I would say as having a direct

6    responsibility for the sales number.

7    Q    Do you now oversee a different group of people or

8    has it expanded or contracted or how did that work?

9    A    Yeah, it is different from a direct perspective.

10   But from indirect, you know, perspective, it's the same

11   group of people.  It's kind of the same plus.

12   Q    So it's the same group of 20 people, more or less,

13   plus some more on top of that; is that right?

14   A    Right.  And in the business side.  So now I have

15   business in additional to the marketing team supporting the

16   gift card business.

17   Q    Okay.  Sir, as the director of the gift card

18   business, were you involved in the decision to transition

19   the iTunes app store gift cards to the new Apple cards?

20   A    Yes, I was.

21   Q    What was your involvement in that, sir?

22   A    It was a very large project for Apple that

23   required many teams to come together.  And so my

24   involvement very much was to help make it happen, by

25   convincing people we should do it.

1    Q    First of all, who are the people that were

2    required to come together?  I'm not looking for individual

3    teams, but let's start with groups of people.  Who was

4    involved in making that happen?

5    A    That's actually a very large question.  Because

6    there were different systems.  Apple had different gift

7    cards; the ones we're talking about as well as store gift

8    cards, the one you could buy in Apple retail.

9         The project to make the gift card was bringing

10   them together.  So different business groups, different

11   systems, and engineering teams.  So I'm trying to give you

12   a good answer, but it's a large question.  It's one of the

13   biggest projects we've worked on.

14   Q    Okay.  I can only imagine.  You had engineering

15   involved.  I understand that there's a -- Apple has a

16   separate -- you have a separate consumer fraud

17   department?

18   A    Yes, we do.

19   Q    Were they involved as well?

20   A    Yes.

21   Q    What about -- obviously, design and marketing was

22   involved, engineering was involved, fraud was involved.

23        Who else was involved in that project?

24   A    There's technical, operations, sales.  The

25   business development team had to be involved once we got it

1    to the place where we need to sell it in.  Just executives

2    who need to sign off on it in addition to us.

3         Q    Going back a minute, and I apologize.  When you

4    were the director of marketing in charge of that group of

5    20 people in Cupertino, were you director of marketing for

6    both the App store iTunes gift cards as well as back then

7    the separate Apple store gift cards?

8         A    Yeah, the Apple gift cards didn't really have a

9    marketing lead.  They were like many gift cards that you

10   might see in stores that are just there on the -- they

11   weren't driven.  So no, not specifically, to answer your

12   question.

13        Q    I'm not sure I completely understood the answer.

14   And forgive me, because I don't have your experience in

15   this world, so hopefully you can educate me.  In reality,

16   I'm a dumb farm boy.

17             So the Apple store cards, you said they weren't

18   marketed the same way?

19        A    Yeah.  Well, Apple store cards were simply cards

20   that if you went to Apple retail and you wanted to buy

21   cards that you could use for hardware, like the stuff in

22   retail, that's what you would use it for.  Not online like

23   an Old Navy card or some other store card.

24        Q    Okay.  Were those cards not sold in different

25   retailers?  Were they only --

```
 1      A     Right, that's correct.

 2      Q     Did they --

 3      A     And online, to be fully complete.  The Apple

 4   online store and Apple retail store, but no third-party

 5   retailers.

 6      Q     Understood.  So the business aspect of it was

 7   really truly different.  You weren't distributing them out

 8   to all over the country different places; only to the Apple

 9   stores and your own online store?

10      A     That's correct.

11      Q     I imagine the issue of bringing those two cards

12   together was to design a new card that could be used -- be

13   sold not only in the Apple store but also in retailers?

14      A     That's right.

15      Q     Who was the -- before you were the director of

16   marketing for the gift cards, do you recall who was the

17   director before you?

18      A     There was none.

19      Q     And since you've left that post, is there a new

20   person who has that title?

21      A     Not yet.  We're looking to hire.

22      Q     Okay.  Sir, today we're taking your deposition as

23   a Person Most Knowledgeable on certain topics.

24            Are you aware of that, sir?

25      A     Yes.
```

1      Q     Did you do anything to prepare for today's

2   deposition?

3      A     Yes.

4      Q     Before I ask you the next question, I don't want

5   you to tell me the content of anything you talked to your

6   attorneys about.   But -- and I assume you probably met with

7   your attorneys; correct?

8      A     Correct.

9      Q     But did you do anything other than that?

10      A     Yes.

11      Q     What did you do, sir?

12      A     I spoke with some knowledgeable individuals at

13   Apple in different areas.

14      Q     Who did you speak to when you say knowledgeable

15   people?

16      A     Yeah.   I spoke with Paul Richardson, who's the

17   head of production for gift cards manufacturing, who used

18   to report to me in this time period.

19          Brenda Prakash, head of sales.   And we talked to

20   Brittina Chuang, or I did, because Neesha Thakkar is on

21   maternity leave, and she's been involved in the operations

22   team that I referenced.

23          And I talked to Gabe Gindele, ████████████████████

24   ████████████████████████████████████████████████████████

25   ████████████████████████████████



1    Q    I'm going to go back a little bit.  You talked to

2    Paul Richardson, the head of production; correct?

3    A    Yes.

4    Q    What did you talk to him about specifically?

5    A    We talked about manufacturing and distribution

6    policies.

7    Q    What specifically did you want to learn from him

8    or talk to him about that manufacturing distribution

9    process?

10   A    Well, he and I are both very familiar with it.  It

11   was more to discuss some of the finer points, I would say,

12   as it relates to code management.

13   Q    And what were those finer points, sir?

14   A    Well, it's a, I don't know, it's sort of

15   open-ended.  I would say that we talked about the, sort of,

16   the security of how we maintain the security inside the

17   manufacturing space.

18   Q    I'll have some questions about that later on, so

19   I'm glad you did that, sir.

20        Really quick, where are these cards

21   manufactured?

22   A    In the U.S. entirely.

23   ████████████████████████████████████████████████

24   ████████████████████

25   ████████████████████████████████████████████

23

1   ███

2   █████████████████████████████████

3   ██████████████

4        Q     Then you said you spoke to Brenda Prakash.  I

5   don't know if I'm saying that right, but maybe you could

6   spell that for me.

7        A     P-r-a-k-a-s-h.

8        Q     Okay.  And you said Brenda Prakash, what's her

9   role?

10       A     She's the head of sales for the U.S.

11       Q     Head of sales for gift cards for U.S.; correct?

12       A     Yeah, that's correct.

13       Q     What did you talk to her about, sir?

14       A     Brenda and her team are more directly on point for

15   retailer conversations.  So as we discussed, the gift card

16   is distributed widely, so it's her team that is on point

17   for the retailer side.

18       Q     Why did you want to know about the retailer side

19   in preparation for this deposition?

20       A     It was to go over what was maybe we were hearing

21   about, you know, with regard to this issue at that time.

22       Q     So you wanted to know if you were hearing about

23   the issue from the retailers?

24       A     Right.

25       Q     And generally, what did Brenda tell you about

24

1    that?

2        A    Again, that's very general.  So I would say that

3    generally, you know, we have heard of instances of issues

4    of point of sale.  And it was from time to time and with

5    many retailers.

6        Q    Did you take any notes in those conversations?

7        A    No, I did not.

8        Q    I take it -- did you record the conversation?

9        A    No.

10       Q    Was Siri listening in on the conversation?

11       A    Siri doesn't listen in unless you ask her to.

12       Q    Okay.  I was about to turn off my Apple computer.

13            I guess I want to drill down on that a little bit.

14            Did Brenda tell you anything in terms of frequency

15   of these issues coming up?

16       A    I think we loosely discussed who we were hearing

17   the issue from, which retailers, what they were.  The

18   overall frequencies would be hard to pin because it's such

19   a huge business that, you know, we didn't talk about it as

20   it relates to all gift cards sold or anything like that.

21   ████████████████████████████████████████████████

22   ████████████████████████

23   ████████████████████████████████████████████████

24   ████████████████████████████████████████████████

25   ████████████████████████████████████████████████

1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3     Q    I asked you, sir, and maybe it was a bad question.

4  I asked you about the frequency.  But I guess I'm wondering

5  about the volume of these complaints that she was able to

6  identify, say, typically over the period from 2017 until

7  today really.  Did she tell you anything about that?

8     A    Again, I would say from an overall volume

9  perspective, it was something that we heard about, but

10 wasn't sort of, like, a vast issue.  So it's an industry

11 issue that we keep awareness of.  But yeah...

12    Q    In talking to Brenda, did she indicate that she

13 was able to refer to any records that Apple had of these

14 issues coming up in order to answer your questions about

15 it?

16    A    Not to my recollection.  I don't know if she

17 referred to...

18    Q    Did you and Brenda review any documents together

19 in talking about this?

20    A    Actually, no, sorry.  It took me to a minute to

21 remember.

22    Q    That's okay.  Are you aware of any records at all,

23 whether they're records that are generated out of systems

24 or they're a tally that somebody might keep or anything at

25 all, sir, that Apple might have where these instances might

1  be tallied either in general numbers or in very exact

2  numbers all the way down to by month, for example?

3      A    Uh-huh.  The tally parts specifically I think is

4  maybe a little too specific.  The generalized numbers and

5  try to track them, I'd say yes, uh-huh.

6      Q    When you say that, what documents are you thinking

7  of?  What records?

8      A    Well, we have, for instance, from time to time our

9  operations team will -- who work very closely with customer

10 support to understand the amount of call volume we might be

11 seeing with regard to any number of customer-related

12 issues.  And it would be in there.

13     Q    When you say it would be in there, that's a report

14 that could be run and generated, so you would see it there.

15          Where is the "there"?

16     A    Not specifically, I would say, a report.  It's

17 more our customer support team, they sort of log the amount

18 of customer -- like, the types of customer complaints, and

19 they have categorization that they share back with our

20 operations team who kind of monitors that, and then we have

21 conversations about that as time goes on.

22     Q    Okay.  So this might be a complaint to which, for

23 example, a certain complaint code might be assigned to

24 it?

25     A    Right, right.  It's the same -- Apple support for

1   gift cards is the same more broad Apple gift card support.

2   So there's a lot of potential calls that people could be

3   making.  So they categorize as those calls come in what it

4   relates to, yeah.

5       **Q     So it is possible that even today, you could**

6   **generate a report that would capture those codes?**

7       A     I mean, I can't.  But yes, we could get a list of

8   the customer complaints related to redemption problems,

9   like how many of them there are.

10      **Q     You can't do it yourself, but you could certainly**

11  **ask someone as the director of the business to run that**

12  **report?**

13      A     Yes.

14      **Q     And if now I'm going to ask you to -- fair enough.**

15  **I'm going to ask you to imagine that Tim Cook comes to you,**

16  **and he says, Mr. Luango, I'd like a report, or I'd like to**

17  **know how many of our Apple customers out there since 2017**

18  **bought iTunes app store gift cards but experienced that**

19  **when they went to redeem them, they had already been**

20  **redeemed, could you turn to Mr. Cook and say, Yes, sir**

21  **we'll get you that number?**

22      A     I could, yes.

23          MS. SPELMAN:  I'm sorry.  Objection:  Lack of

24  clarity as to whether you're specifically asking about

25  already redeemed fraud or already redeemed generally.  You

1   can answer, Mr. Luango, if you can.

2        MR. FARNAES:  I think he already answered the

3   question.

4   BY MR. FARNAES:



1　██████████████████████████████████████

2　████████████████████

3　█████████████████████████████████████████

4　███████████████████████████████████████

5　　　Q　　Do the results of the customer support

6　interactions, do those results get coded in any way?

7　　　A　　I'm not aware of a specific coding from that point

8　like the already redeemed just sort of moniker.  I'm not

9　aware of another code.

10　　　Q　　So Apple doesn't actually track whether or not the

11　customer's complaint or concern was addressed to the

12　customer's satisfaction or not?

13　　　　　　MS. SPELMAN:  Objection:  Misstates testimony.

14　　　　　　THE WITNESS:  I don't -- I think there's a

15　resolution of some sort, like how it was ended is captured.

16　But you have to remember there's literally thousands of

17　calls.  Many, many calls across many things.

18　BY MR. FARNAES:

19　　　Q　　No, I can certainly appreciate that.  And that's

20　what makes me wonder whether or not there's some sort of

21　code at the end of it so you could easily filter through

22　those to see generally, Here are the different ways that

23　these issues are resolved.

24　　　　　　██████████████████████████████

25　　　████████████████████████████████████████

Luango, Philip
Shay v. Apple, Inc.



9       Q       So for gift cards, your testimony is that you

10   don't have any way of tracking how those complaints are

11   resolved by Apple's customer service; correct?

12       A       Other than sort of the ongoing report I mentioned

13   to you that connects with customer support that our

14   operations team monitors, no.

15           MS. SPELMAN:   Mr. Farnaes, if you come to a good

16   breaking place, it would be wonderful to take a break.

17   We're just about at an hour.

18           MR. FARNAES:   Yeah, I think we can do that now.

19   We'll come back and talk about "Katrina Trang"

20   [phonetic-sic] and Gabe Gindele, just to give you fair

21   warning.

22           THE WITNESS:   Okay.

23           MR. FARNAES:   Let's go off the record.

24               (Break 9:58 - 10:12 a.m.)

25           MR. FARNAES:   Back on the record.

31

```
 1   BY MR. FARNAES:
 2       Q    Before we move on to Katrina Trang, I want to ask
 3   you a little bit more about what you learned from Brenda.
 4            As the head of sales for the U.S. for gift cards,
 5   did you guys talk about the total volume of sales for gift
 6   cards from 2017 to now or by year?
 7       A    Did we talk about that?
 8       Q    Yeah.
 9       A    No.
10       Q    Do you yourself know those numbers?
11       A    Yes.
12       Q    And can you tell me what the total volume of sales
13   was for those gift cards the iTunes app gift cards for each
14   year 2017 to the present?
15       A    In the U.S. only?
16       Q    Yes, in the U.S. only.
17       A    I'd have to either think about that or look that
18   up.  I usually focus on the global number, of which the
19   U.S. is a part.
20       Q    Okay.  Is that something -- where would you go to
21   look that up?
22       A    We have sales reporting dashboards.
23       Q    How do you access that?
24       A    How do I have access?  Depending on where you are
25   and your levels in the company and what business you work
```

1  on, you get access to specific data for sales.

2      Q    Okay.  Is that something you have access to

3  today?

4      A    I could, yes.

5      Q    How long would that take you to grab that

6  information?

7      A    Get the -- once again, the sales from 2017 to

8  today?

9      Q    Yeah, I'm sorry, you broke up.  So sales by volume

10  broken down by year for these gift cards in the U.S. going

11  back to 2017 through today.

12     A    To answer your question, could I get it and how

13  long would it take?  Once I gain access to the system, half

14  an hour.

15     Q    Okay.  Could you break that down by retailer even,

16  if you wanted to?

17     A    Yes.  I'm only hesitating because it's more

18  refined searching that you need to do.  But you could.  We

19  do have retailer visibility.

20     Q    And again, only within the U.S. of course?

21     A    Right.

22     Q    You could break that down by the different cards

23  as well; correct?

24     A    Well, it would only be this type of card that

25  we're reviewing until we launched the new one, if that

33

1  makes sense.  There was only one card.  So when you say

2  type of card, it would be app store and iTunes.

3       (10:16 a.m. Attorney Christina Lucio joined the

4                     proceeding.)

5  BY MR. FARNAES:

6       Q    Okay.  But then if you were to run the report

7  for -- now you could also run the report for the new cards;

8  correct?

9       A    Yeah.  Yes, I could.

10      Q    Could you run the same report broken down by

11 packaging styles of the cards?

12      A    Well --

13           MS. SPELMAN:  Objection:  Vague as to "packaging

14 styles."

15           THE WITNESS:  Would you mind just being a little

16 more specific as to what you mean by that.

17 BY MR. FARNAES:

18      Q    Yeah.  I guess what I mean is in the period from

19 2017 until the cards were no longer being manufactured, did

20 the packaging of the cards as it is presented to the

21 customer in the retail store, did that packaging ever

22 change?

23      A    In some ways it did, yes.

24      Q    So my question is, Could you run this report of

25 sales by volume, could you filter it by packaging styles?

34



1      A    No.  Not in that.  The system that's reporting,

2   that's really just sales by part numbers, you know, for

3   gift cards.  So it wouldn't have also what package; it

4   doesn't have that associated detail.

5      Q    Okay.  But you would generally know the time

6   period when a new package style was introduced; correct?

7      A    Yes.

8      Q    So I suppose you could glean some of that

9   information simply by the dates in those reports?

10     A    To some extent, yes.

11     Q    Could you also put your hands on a report of some

12  sort of the percentage by volume of cards sold that were

13  then allegedly unlawfully redeemed?

14          MS. SPELMAN:  Objection to "unlawfully redeemed,"

15  vague.

16  BY MR. FARNAES:

17

18

19

20

21

22

23

24     Q    You would have to do some sort of extra work to

25  figure out what percentage of your volume of sales were

1   then later received complaints that they had been accessed

2   by unauthorized users; is that right?

3       A    Yes, it would definitely be more manipulation.

4       Q    So, for example, I'm just thinking if the Federal

5   Trade Commission came to Apple and said, Hey, what

6   percentage of your -- we're trying to figure out security

7   of gift cards.

8           We're trying to figure out what percentage of your

9   sales of gift cards end up having claims that they were

10  accessed by unauthorized users, you could actually return

11  to them and say, Here's the number?

12          MS. SPELMAN:   Objection as to "access by

13  unauthorized users," vague.

14          THE WITNESS:   Yeah, I struggle to answer that too

15  because I would -- ███████████████████████████

16  ████████████████████████████████████████████

17  ██████████████████████████

18  BY MR. FARNAES:

19      Q    I imagine in those reports when you're looking

20  at -- when you pull a report of already redeemed cards,

21  could you break that down by, for example, the value of the

22  cards?

23          Could you break that down:  This is how many $25

24  cards are alleged to be previously redeemed, these are how

25  many $50 cards are alleged to be previously redeemed, and

1    so on?

2        A    Without what I would label as extensive research,

3    we might be able to get somewhere close to it.  But to my

4    knowledge, it's a very, very small number as against the

5    overall business.  So I believe it would take work to get

6    to that fine level of detail.

7        Q    But it could be done?

8        A    Probably.  It depends if we record that the

9    already redeemed happen on a $50 card or it already

10   happened on a $100 card.  Which the individual records that

11   you'd have to go through, all the individual records of

12   every call and then triangulate it against sales.  So

13   that's what would have to be done.

14       Q    But the cards -- when somebody calls in and says

15   that they have this problem that we're talking about here

16   today, they provide the serial number of the card and

17   probably the pin and some other identifiers of the card;

18   correct?

19       A    They do.

20       Q    Yeah.  And using those different identifiers,

21   Apple can then go back and determine whether the person is

22   telling the truth that, Hey, this was a $50 card and not a

23   $5 card?

24       A    That's right.  By looking up one of those numbers,

25   they could see what denomination was on the card that

1  they're calling about, yeah, for sure.

2    Q    Okay.  Could you run a report in Apple's system of

3  the percentage of these complaints, the pre-redeemed card

4  complaints, the percentage of those complaints which

5  results in Apple giving a refund to the customer?

6    A    There's no way to run a report to get at that.

7    Q    Why not?

8    A    Because we -- there's no report that exists that

9  has all those toggles available.  It's more of an assembly

10  of data that has to be analyzed.

11    Q    You don't know of a report today; however, are you

12  saying it could be done?

13    A    Your question is we want to find out -- can you

14  say it again for me, please.

15    Q    Yeah.  So somebody comes to you -- Tim Cook, the

16  FTC, whoever -- says, I want to find out of all these

17  complaints that we have been talking about that Apple gets

18  of people calling in and saying, "I went to redeem my card

19  and I found out it's already been redeemed"; of all those

20  complaints, what percentage of those complaints get

21  resolved by the customer receiving a refund?

22    A    Yeah.  Again -- okay.  I don't think there's a

23  report.  But by digging into the data, information can be

24  pulled out and compared.

25    Q    Okay.

1       A     Yeah.

2       Q     **And sitting here today, sir, do you have any idea**

3   **or notion or estimate, I should say estimate, of what that**

4   **percentage might be?**

5       A     My estimate -- I don't have a number for sure.

6   But my estimate would be that it would be very, very low

7   because we -- well, you know, it's -- it would be -- I

8   don't know.  I can't even estimate the percentage, but it

9   would be very small.

10      Q     **When you say very small, what do you have -- are**

11  **we talking about under one percent?**

12      A     I think so, yeah.

13      Q     **Let's talk about with your preparation for this**

14  **deposition wherein you talked to I think it was**

15  **Ms. Katrina Trang [sic]?  I'm sorry, can you spell her name**

16  **for us.**

17      A     Actually, sorry if I misspoke.  It's actually

18  Brittina, B-r-i-t-t-i-n-a, Chuang, C-h-u-a-n-g.

19      Q     **I apologize for mispronouncing it.  But in**

20  **speaking to her, sir, you said her title was operations?**

21      A     I think her title is senior operations manager.

22      Q     **And what does that mean?  What is she in charge**

23  **of?**

24      A     Her and her team are responsible for project

25  managing gift cards from almost start to finish.  From,

 1  like, if we add a new gift card to retailer, they make sure

 2  that it gets tested and works properly.

 3      **Q    So is she involved in the design of the gift cards**

 4  **as well?**

 5      A    No.

 6      **Q    But she is in charge of, as you said, testing the**

 7  **gift cards?**

 8      A    That's right.

 9      **Q    Is that -- what level of testing is that?  Is that**

10  **at the retail level, the retailer level, or the integrator**

11  **level?  I don't know what that means.**

12      A    It's both.  The best way I can describe it is if

13  we wanted to add a new gift card, let's say, to Walmart, we

14  would generate the data for it, have a project number.

15          They would track that project from the idea

16  through testing, making sure when you scan it, it works at

17  the retailer.  So that when we manufacture and distribute

18  it and you go to buy it, it works.

19      **Q    Okay.  Got it.  So she's testing to make sure**

20  **that, for example, it works with Walmart's point of sale**

21  **system?**

22      A    Right.

23      **Q    And that Walmart actually has the process in place**

24  **to activate the card at the time of sale?**

25      A    Right.  I feel I should add to be more specific,

1    though is, through the integrator.  Because the integrator

2    actually -- that's why they're called integrators --

3    creates a direct connection to the retailers.  And we work

4    more with the integrator, and the integrator to the

5    retailer.

6        Q    Got it.  Yeah, that's a whole process that I'm

7    going to ask you a little bit about later perhaps --

8        A    Okay.

9        Q    -- and I hope you can educate me in layman's

10   terms.

11           So what specifically did you talk to Ms. Chuang

12   about in preparation for the deposition today?

13       A    Yeah.  We were focused on again, I would say, to

14   some degree of security, making sure our -- that the way we

15   manage is secure.

16           And also, you know, a little about how we manage

17   or how we dealt with if we had customer complaints that we

18   heard from the customer support team, because they're more

19   directly linked to customer support.

20       Q    When you say security and the way we manage, what

21   does that mean?

22       A    You know, making sure that from the whole process

23   of making a gift card, from the creation of the codes

24   through manufacturing, that it's a secure process.  And

25   just going over some of our policies.

1    Q    What are the security features that Apple builds

2    into the cards to try to make sure they're secure?

3         MS. SPELMAN:  Objection:  Vague; calls for

4    narrative.  You can answer if you can.

5         THE WITNESS:  I was going to say it actually would

6    be a long story to tell.  So maybe we can -- if you could

7    help break it apart for me, what the question is.  Like,

8    there's packaging, there's data.

9    BY MR. FARNAES:

10   Q    Right, right.  And I understand that.  I guess it

11   might be helpful -- let me think about this for a second.

12        I am going to get to all that.  But Ms. Chuang,

13   was she able to provide you with any specific information

14   that you were looking for in preparation for today in terms

15   of the way you managed the security of the cards?

16   A    Actually, no, nothing specific.

17   Q    Okay.  Were there specific questions you asked her

18   that she wasn't able to answer?

19   A    If I may, I think some of the things I was -- that

20   we talked about, again, were maybe a little more pertinent.

21   Because like I said, she manages the project, but with

22   regard to the data security, if we focused on that side,

23   this wasn't her area so much because it was Gabe's.

24   Q    So you talked to her about that, but she wasn't

25   really able to help you out so much in that area?

42

```
 1      A    It wasn't too illuminating for me.

 2      Q    How about the topic you talked to her about how I

 3  think you said how to manage the security from the customer

 4  perspective.  Did I hear you right?

 5      A    Well, that wasn't the security so much as that was

 6  the customer complaints side.

 7      Q    Okay.

 8      A    She's not customer support, but they interface

 9  with customer support.  And our process is -- our processes

10  include them interfacing with customer support and

11  monitoring issues.

12      Q    Okay.  So Brenda was hearing about issues from the

13  retailer side, and Ms. Chuang was more hearing about it

14  from the customer side perhaps; is that right?

15           MS. SPELMAN:  Objection to the extent it misstates

16  prior testimony.  You can answer.

17           THE WITNESS:  Not customer direct.  Customer

18  support is a distinct group that covers a lot of things.

19  And then our operations team connects to customer support

20  around gift card specific issues, and that's Brittina's

21  team that interfaces with them.

22  BY MR. FARNAES:

23      Q    Okay.  What did she tell you about that?

24      A    Well, that it's challenging, I would say, to

25  understand what size of issue this is.
```

43

1    Q    Okay.

2    A    And also very difficult for us to pinpoint what to

3    do about it, given...

4    Q    Why did she say it was challenging?

5    A    Well, I think she said that because what we hear

6    from customers can be varying.  And sometimes they're not

7    even real customers; sometimes they're trying to, you know,

8    take advantage of a situation themselves.

9         So we try to isolate the circumstance.  Like I

10   said, it's difficult to really, you know, put a finger on

11   what happened in any specific instance, yeah.

12   Q    Okay.  I understand that.  Was she able to provide

13   you any other information that we haven't already talked

14   about in preparation for today?

15   A    I don't think so.  Not that I recall.

16   Q    Did she -- did you guys look at any documents

17   together?

18   A    No.

19   Q    When I say documents, I also mean, obviously, you

20   know, reports on a computer screen, not necessarily printed

21   out in paper format.  But did you look at any reports or

22   any sort of tabulations or anything together in trying to

23   understand this issue?

24   A    No, no, we didn't.

25   Q    All right.  Let's talk about your conversations

44

1    with Mr. Gabe Gindele.  You said he's more on the security,

2    I don't know, security features of the card?

3        A    He oversees the system called ███████████████

4    ████████████████████████████████████████████████████

5    █████████████████████████████

6        Q    And what was your purpose in talking to him today

7    in preparation -- or not today, but in preparation for

8    today?

9        A    It was -- again, it was around -- this one was

10   more specifically about the security protocols we have in

11   place with how we create and send data that are the pin

12   codes for gift cards.

13       Q    What were you trying to learn from him about

14   that?

15       A    I would say more details of things I know, but to

16   get a little bit more into the details about, again, the

17   security aspect of how it's managed.

18       Q    What are the security concerns about how those

19   pins are generated?  What's the general -- I suppose, what

20   is the vulnerability that Apple is concerned about in terms

21   of generating the pins?

22            MS. SPELMAN:  Objection:  Lacks foundation.

23   BY MR. FARNAES:

24       Q    Is Apple generally concerned about any

25   vulnerabilities that may exist in regards to pin numbers?

45

1   A   No, actually, I would say no.  It's more about

2   proactively managing to be as secure as possible.  But it's

3   not that's there's a vulnerability.

4   **Q   If you want it to be as secure as possible, but**

5   **not because there's a vulnerability, then why?**

6   **I don't mean to be facetious, but I'm not -- I**

7   **don't -- I'm not sure I understand the answer.  I may just**

8   **be not very good at this.**

9   A   Maybe we can get into the specifics of what you

10  want of what is entailed.  But obviously at Apple we take

11  all data security, whether it's personal data for the

12  consumer or in this case financial data related to pin

13  codes, we treat that very, very carefully because we want

14  to make sure we create the best customer service for our

15  customers.

16  So we want to make sure that our systems that are

17  transmitting what amounts to be live codes could be used as

18  cash, can't be accessed.

19  **Q   Right.  And how do you go about doing that?**

20  MS. SPELMAN:  Objection:  Vague.

21  THE WITNESS:  There are many steps.

22  BY MR. FARNAES:

23  ██████████████████████████████████████

24  ████████████████████

25  ████████████████████████████████████████████

Luango, Philip
Shay v. Apple, Inc.



Luango, Philip
Shay v. Apple, Inc.



**Jilio-Ryan Court Reporters**
**ph. 714.424.9902  info@jilioryan.com**

Luango, Philip
Shay v. Apple, Inc.



49



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16     Q     Okay.  Have you ever heard of people not within

17  Apple but people outside of Apple trying to sell online pin

18  code generators?

19     A     I'm aware of people selling online, you know, gift

20  cards that they say they got from somewhere, but I'm not

21  aware of pin code generators.

22     Q     I've seen articles online or places online where

23  people claim to be selling pin code generators; but you're

24  not aware of that?

25     A     No.

50

1     **Q    That's not a -- do you know if that is a**

2     **vulnerability that anyone within Apple has looked into?**

3     A    I don't have personal knowledge if someone looked

4     into.  But I think we stay focused on making it as secure

5     as possible, yeah.  So I don't have personal knowledge of

6     that, to answer your question.

7     **Q    In talking to Gabe -- I know I asked you about**

8     **this about the other witnesses, but in talking to Gabe, did**

9     **you guys review any documents together or look at any**

10    **reports online, anything like that?**

11    A    No.

12    **Q    Did you review any documents in preparation for**

13    **your deposition today, sir?**

14    A    Yes.

15    **Q    What were those documents, sir?**

16    MS. SPELMAN:  Objection to the extent that

17    Mr. Luango reviewed documents with counsel, I would object

18    to the question as calling for work product privileged

19    information.

20    BY MR. FARNAES:

21    **Q    Other than documents that were given to you**

22    **specifically by Apple's attorneys, did you review any**

23    **documents in preparation for today?**

24    A    No.

25    **Q    There were no documents that you yourself thought,**

1    I better look at this to be prepared?

2        A    That's correct.

3        Q    Okay, all right.  You mentioned the life of a gift

4    card.  And you started with generation of the pin code.

5    And is that sort of in your mind, is that where the life of

6    a particular gift card starts?

7        A    Yes.

8        Q    What are the other major life events that occur in

9    the life of a gift card?

10       A    Yeah, it's -- we have to generate the pin, which

11   ultimately becomes the product; that's what people redeem.

12   And that has to get -- it has to get printed.  The pin has

13   to marry with a substrate that then gets assembled and sent

14   to the retailer.  Lots of steps in there, of course, but

15   that would be the life I'm sort of referring to.

16       Q    So in my mind the -- I sort of think the different

17   steps in creating a gift card as being first somewhere,

18   probably with you, the gift card gets designed.

19            And there's an idea for a gift card, and some

20   clever people sit down and say, Hey, this is our idea, this

21   is how we are going to make it work.  And then it gets

22   engineered, and then from there it gets printed and then

23   from there it gets distributed --

24       A    Uh-huh.

25       Q    -- and then the next step would be -- from

1   distribution would be sale to the customer.  And then the

2   last step is redemption?

3        A    Yeah, that's a good -- I agree with that.  I

4   skipped the design part as presuming the design was in

5   place, but fair enough, it has to be designed first.

6        Q    That's from conception to the death of the card?

7        A    Yeah.

8        Q    I wanted to take it from the top, from design,

9   because I think you are the guy when it comes to design, I

10  presume.  When you guys sit down and you first come up with

11  the notion of designing a gift card, what are your goals

12  for designing a good gift card?

13       A    They are multiple.  We want to make the best

14  experience for the customer, first of all.  Like, that's

15  what grounds us.  So what clearly communicates what we're

16  trying to communicate, the value you can get, and how can

17  we do it in a way that it's most efficient and more

18  customer friendly for people to love the product.

19       Q    Within that there's a marketing element of clearly

20  presenting a message of, This is what you're buying; is

21  that right?

22       A    Exactly.  Exactly.  Making that as clear as

23  possible to the consumer.

24       Q    Then you also wanted to make it efficient.  Does

25  that mean ease of use for the customer?

1    A    I would put ease of use for the customer is very

2    important.  But efficient I meant also we think about the

3    cost, you know, and also environmental component; how can

4    we be responsible with design.

5        **Q    So whether or not it's a plastic card or**

6    **recyclable card, what the consumer might be looking for in**

7    **terms of that?**

8    A    Exactly.  We try to get ahead of what the

9    consumers are looking for.  So all of our cards are made

10   out of paper, so there's no plastic; it's all recyclable.

11   And so that was something we did because we thought it was

12   the right thing to do, as an example.

13       **Q    Yeah, I think that's commendable.  So the cost**

14   **presumably -- I mean, the cost to the customer is going to**

15   **be the value of the credit that's on the card; correct?**

16   A    That's right.

17       **Q    But I suppose another element of designing a good**

18   **card is that it also is not -- what the cost is to Apple,**

19   **correct, in producing the card?**

20   A    You're asking if we worry about how much we have

21   to pay for the cards?

22       **Q    Right.  I would imagine that there's a cost**

23   **engineering involved in how much it's going to cost us to**

24   **print it, how much is it going to cost us to put in**

25   **security features, whatnot?**

```
 1       A    Yes.  We do care about that, yes.

 2       Q    Right.  And I'm thinking that you're trying to

 3   strike a balance there.  And if somebody wanted to sell the

 4   most secure card in the world, you can enclose it in a

 5   titanium box and make sure it could never be breached

 6   unless you had a specific key to open it.

 7            Versus we create a card that obscures the pin code

 8   and should only be redeemed by the consumer.  There's a

 9   cost balance there that Apple is concerned about?

10            MS. SPELMAN:  Objection to the extent it misstates

11   prior testimony.  You can answer.

12            THE WITNESS:  Yeah, there's a cost balance.  Also

13   there's environmental, which in that scenario you need to

14   consider.

15   BY MR. FARNAES:

16       Q    Right.

17       A    Even at all costs, you shouldn't be using titanium

18   for hundreds of millions of cards; that would be

19   irresponsible for our world.

20       Q    Right.

21       A    So...

22       Q    I understand that.  In that case there would be a

23   public relations cost to Apple; right?

24       A    Yeah.  Well, yeah.

25       Q    One of the goals is to have the best customer
```

1   experience with the designing of the card.  Are there other

2   goals involved as well?

3       A    Yeah, best customer experience.  We talked about

4   cost.  We talked about environment.  And also making sure

5   that it's easily accessible and usable; that's also

6   customer experience.

7           Security does fall into that too though.  You have

8   to strike the balance with security and customer

9   experience.

10      Q    Okay.  In terms of sitting down and conceptually

11  trying to come up with the card and thinking about the

12  security aspect of it, does your team, the gift card team,

13  do they identify any potential vulnerabilities in the

14  security when designing the card?

15      A    I would say exposure, yeah.  Yes.  In the sense

16  that we have to think about protecting the pin.

17      Q    Is that the most important -- if you were to rank

18  all the vulnerabilities, is that the most important

19  security feature of the card?

20          MS. SPELMAN:  Objection:  Lacks foundation.  You

21  can answer.

22          THE WITNESS:  I'm not trying to be vague in my

23  response, but protecting the pin -- you know, because the

24  pin is the value on the card -- is very important.  The

25  rest of the card is packaging, you know.

1    BY MR. FARNAES:

2       Q    And do you have any -- in designing these cards,

3    does your team ever sit down and brainstorm, These are the

4    different ways that we could secure this card?

5            And maybe some of the ideas were scrapped and

6    maybe some of the ideas were adopted, but did you guys ever

7    sit down as a team and sort of brainstorm different ways

8    you could protect the pin?

9       A    Uh-huh, yes.

10      Q    How often would you have those types of meetings,

11   would you say?

12      A    Yes, I would say we focus on continual improvement

13   a lot.  You mentioned earlier about what change in

14   packaging, and it wasn't so specific because there's things

15   we do as continual improvement opportunities.

16           So, you know, continually the team would meet

17   every week with our manufacturing team to talk about how

18   things are going and what we can improve.  So yeah.

19      Q    In terms of these meetings regarding improvement

20   to the security of the pins specifically, has your team

21   that you were in charge of, did you guys ever generate any

22   documents in connection with those discussions?

23      A    I'd be very confident that the team has, yeah.

24      Q    What types of document categories are you thinking

25   had?

```
 1      A    I'm thinking likely of e-mail follow-ups, you

 2   know, from conversations and team meetings, things like

 3   that.

 4      Q    Might there be -- you mentioned earlier, like,

 5   agenda items for meetings on this topic?

 6      A    As it relates to ongoing operational items, there

 7   should be agenda items from those meetings.

 8      Q    And would there also be -- after the meetings

 9   would there also be task lists that would be generated for,

10   Hey, after this meeting, this is what we decided to do and

11   these are ideas we're going to pursue and these are the

12   ideas we're going to scrap?

13      A    Yes.

14      Q    Now, sir, did you ever in terms of designing these

15   cards, did you ever create mock-ups of what different

16   versions of the card might look like?

17      A    Yes.

18      Q    And would you still -- would your team still have

19   those mock-ups?

20      A    I would think for the major ones I would say

21   yes.

22      Q    Does Apple also have somewhere, do they keep --

23   does the company keep samples of the actual different

24   versions of different cards that were placed with retailers

25   ultimately?
```

1   A    Yes.  If you don't mind, I'll add a little -- at

2   some point of aging, I don't know that we stored all the

3   way from the beginning.  We try to keep a representative

4   sample, I would say.

5   **Q    When you say all the way from the beginning, do**

6   **you know when Apple first started selling gift cards of any**

7   **sort?**

8   A    Yes.

9   **Q    About when was that?**

10  A    Across essentially -- I would say essentially,

11  because it was a slow  start, 2004 is the first year.

12  **Q    Okay.  And have you ever gone back to look at what**

13  **those early iterations of cards looked like?**

14  A    I have.

15  **Q    And as we sit here today, what is the evolution of**

16  **the security measures to protect the pin codes?  How has**

17  **that security measure evolved over time going all the way**

18  **back to 2004, as far as you recall?**

19       MS. SPELMAN:  Objection:  Vague; calls for

20  narrative.

21       THE WITNESS:  It would be a long story I guess.

22  It's a long time.

23  BY MR. FARNAES:

24  **Q    Yeah, I know.  It's sort of a -- it's an important**

25  **story I think.  Because like I said, you said the pin code**

59

1    is in fact the card; that's what the customer is buying.

2    So it's important to keep it secure.

3           And if you're always improving on it at Apple, how

4    has that improvement evolved from the beginning, if you can

5    tell me?

6           MS. SPELMAN:  Objection:  Vague.

7           THE WITNESS:  There have been multiple steps of

8    improvement on the packaging and the covering for pin codes

9    over the years.

10   BY MR. FARNAES:

11      Q    Okay.  How was that -- what did it look like in

12   2004?

13      A    Yeah.  So back then many cards were single pieces

14   of plastic hanging on a retailer somewhere with -- and on

15   the back of that single piece of plastic was that super

16   gummy thingy scratch-off that you might have seen in other

17   areas, where sometimes when you scratched it, you could

18   ruin the code because you could barely get it off.  But

19   that was not all cards; there were many different form

20   factors as well.  Many different form factors.

21          So it's a lot.  It's hard for me to tell you --

22   it's a long story.  But I would say originally it was, you

23   know, one of the factors was plastic card, pin on back

24   covered by a scratch-off, that's how it started.  And we

25   changed the form factor as well as the way that the pin is

1    revealed over time.

2        Q    **When you say form factor, what does that mean?**

3        A    That's, like, shape and the way the -- there were

4    cards that folded over or just one card.  The shape of the

5    card or how it's designed insofar as its form.

6            Was it a -- you know, did it have a carrier with a

7    card on it or was it one single piece of plastic.  That

8    kind of thing is what I mean by form factor.

9        Q    **Okay.  So the first iteration was a card hanging**

10   **on a rack with the gummy scratch-off scratcher?**

11       A    Scratch off.  We called it scratch-off.

12       Q    **Okay.  With the scratch-off over the pin code.**

13   **It's the same scratcher that I might find on a lottery**

14   **ticket; right?**

15       A    Similar.  Probably a different construction, but

16   similar idea, yes.

17       Q    **So the next iteration of it that was widely**

18   **circulated, how did it change and what did it change?**

19       A    Well, we wanted to do a peel-off, so what happens

20   a lot -- scratch-off or peel-off, so we worked on that.

21   Because most people when you scratch off those codes, it's

22   really hard to see the numbers.  Or you have a hard time

23   redeeming it.

24           So we want to make that better so it would scratch

25   off completely or peel off completely.  And then there were

61

1  frankly versions of that, tests of that, over time as well.

2      Q    Okay.  And other than that, were there other -- so

3  you changed the scratcher to have a better scratch surface,

4  or maybe a peel off so you could peel the whole -- is it a

5  sticker that goes over the pin?

6      A    Yeah, it's technically a sticker that has a

7  scratch capability.  And yes, we also introduced the

8  ability to redeem via your camera.

9      Q    Uh-huh.

10      A    So in order to do that, we didn't haven't

11  artifacts left so you would have a hard time using your

12  camera.  Because the camera would get confused by gobs of

13  sticky there.

14      Q    Understood.  When you switched to the peel off,

15  did you -- did your team identify any security

16  vulnerabilities that might have come along with having a

17  sticker as opposed to a scratch-off?

18      A    To be clear, it's still a scratch-off.  It didn't

19  fall off or anything like that.  It's still stuck on there.

20  It just was engineered such that you can actually peel the

21  whole thing off.  But also, what came with that was we did

22  change the form factor as well to the one that you showed

23  me.

24      Q    Okay.  And what about that form factor changed?

25      A    A few things.  But one, the carrier.  The card is

```
 1    held by a carrier, and then it gets stuck on it.  The pin
 2    code was covered by the label, and then there was glue
 3    applied to the card clear of the pin code that then the
 4    card would be stuck on the carrier.
 5          So the pin code was actually sandwiched between
 6    two other pieces of paper.  You would have to pull it apart
 7    to get to the pin code.
 8       Q    So first you would have to separate the card from
 9    the carrier, and only once you separated it from the
10    carrier can you then go to the next step when you peel or
11    scratch off the pin code to reveal the pin code?
12       A    That's right.
13          MS. SPELMAN:  Mr. Farnaes, we've been going for
14    just over an hour.  If you find a good breaking point, I
15    would ask for a break, please.
16          MR. FARNAES:  Okay, yeah, give me just a few more
17    minutes and I'll be happy to do that.
18          MS. SPELMAN:  Thank you.
19    BY MR. FARNAES:
20       Q    So what -- did you -- did your team discuss any
21    vulnerabilities that were -- where the security concerns
22    for those vulnerabilities were either improved by that or
23    were led to more vulnerability problems?  What did you guys
24    discuss in terms of changing that form?
25          MS. SPELMAN:  Objection:  Form; asked and
```

1   answered.

2           THE WITNESS:  I guess I would say we definitely

3   would have had conversations about the form factor and

4   protecting the pin.

5   BY MR. FARNAES:

6       Q    **Was that actually -- was security the impetus for**

7   **changing that form to make the card more secure or was**

8   **there another reason for changing the form of the**

9   **packaging?**

10      A    We wanted to make the package more giftable too.

11  So what you did is you peel the card off, and we designed

12  an integrated envelope into the carrier.  So you tear off

13  the carrier, put the card in, and now you can give a

14  complete gift to somebody.

15          So that was also part of the design

16  considerations:  How can we make the one package that makes

17  the gift even better.  So that was definitely part of it

18  too.

19      Q    **Got it.  But was security also a part of it?**

20      A    When we think about the whole picture, we think

21  about, Okay, how can we make a great gifting experience

22  that the customer can redeem easily that doesn't expose the

23  pin; that's part of the conversation, yes.

24      Q    **Had you at the time you changed that packaging to**

25  **where you now attach the card to a carrier, were you doing**

64

1    that in response to any sort of complaints that Apple was

2    receiving about the security of the cards?

3        A    Our primary focus was on improving the gifting

4    experience; that's why we did that.

5        Q    Got it.  Okay.

6            MR. FARNAES:  I think we can take a break.  It's

7    11:15 now.  Should we come back at maybe 11:25, and then

8    try to go until -- I don't know if our reporter would like

9    to take a lunch or when you, sir, would like to take a

10   lunch or your attorney.

11           (Brief colloquy re: lunch timing and breaks.)

12                 (Break 11:15 - 11:30 a.m.)

13           MR. FARNAES:  Back on the record.

14   BY MR. FARNAES:

15       Q    You understand you're still under oath; right?

16       A    Yes.

17       Q    I want to ask you about the sticker and the

18   scratcher sticker that cover the pin code.  That sticker,

19   what are the security features of that sticker in

20   particular?

21       A    Well, they're multiple iterations of that as well.

22   But so, yeah, so -- but broadly speaking, it covers the

23   pin.  It's tested so it doesn't fall off or easily pop off

24   or anything like that.

25               So you can scratch it, and when you scratch it, it

1   has a laminate of some sort where you can scratch it pretty

2   hard on the paper card without tearing through it and

3   losing the pin.  And then it also has the peelable

4   removable aspect.

5           So it's sturdy, it's on there and doesn't come

6   off.  And it's also sturdy from a customer perspective;

7   it's not easy to destroy.

8       **Q    Okay.  And like a regular sticker, can it be taken**

9   **off and put back on?**

10      A    Actually, it's very difficult to do that.  The

11  team worked to make sure there's no glue residue left when

12  you pull it off, and that was actually a consideration.

13      **Q    So it's not intended -- or rather it's intended**

14  **that once it's peeled off, that same sticker cannot be put**

15  **back on; is that correct?**

16      A    It's intended to make that very difficult to be --

17  so you take it off and it won't just go back on.  Yes, it's

18  intended to not go back on.

19      **Q    Is that sticker, is that a sticker that's**

20  **proprietary to Apple, do you know?**

21      A    It's been developed over the years.  And I would

22  expect that its exact construction might be proprietary to

23  Apple.  But we work with, obviously, suppliers to make it

24  the way -- the best version that we can.

25      **Q    Okay.  So you said that over time that sticker has**

1    had several different iterations.  Sitting here today, can

2    you think back to the beginning of 2017 until the app store

3    iTunes card was phased out, were there different iterations

4    of that sticker that covers the pin code?

5        A    Yes, there are.  There were.

6        Q    What were those, sir?

7        A    Well, one version was we got the peel-off to do as

8    I described.  But we also want to make sure that it was

9    even more difficult to put the sticker back on.  Because it

10   comes off, but you could stick it on with a piece of tape

11   and try to hide it or whatever.

12           We wanted to make sure that when you peeled it

13   off, it really couldn't be put back -- would be even more

14   difficult to put it back on.  And we worked on versions of

15   that.

16       Q    When did you work on versions of that?

17       A    I believe that was in 2017.

18       Q    Okay.  Did you work on that in response to a

19   particular problem that had been identified by Apple?

20       A    I would say not particular, not a specific cause.

21   But it's more under the -- what I would label as constant

22   improvement of the experience that we work on.

23       Q    So that wasn't in response to any reports that you

24   guys had received from customer service or some other

25   department within Apple saying, Hey, people are calling

1    saying, I bought this card and the pin code is no good?

2        A    Not that, I mean, specific design was informed by

3    but not driven by.  I would say wanting to -- like, you

4    know, protect the pin, and it wasn't driven by specific

5    calls or complaints.

6        Q    Okay.  How would we know sitting here today when

7    each iteration of the sticker was applied to the cards?

8        A    You're saying how would we find exactly when that

9    happened?

10       Q    Yeah.

11       A    We have a database where we manufacture the cards

12   that says what sticker was applied.  Amongst a lot of other

13   things.  It's not the only thing.  It's all the things that

14   went into the manufacture of that card; the sticker would

15   be one of the things.

16       Q    I've heard or I've read that the cards have on

17   them, on the back of them, they have -- there's a batch

18   number.  Am I correct in that?

19       A    There's actually a lot of data on the back of the

20   card.  None that I refer to as specifically as batch

21   number, but I think I might be able to explain what you're

22   referring to.

23       Q    Yeah.  Let me see if we can't look at the back of

24   the card.  I think probably the best one to look at is the

25   one that's actually at issue in this case.

68

1           So if you go back to the Chat bar.

2       A    Yes.

3       Q    If we look at Exhibit 4, there's a file called

4   "giftcardback.jpeg."  Let me see if I can share the screen

5   here.  Wouldn't you know it, my Microsoft computer is

6   having a hard time interfacing with my picture of an Apple

7   card.  There we go.  We made it work.

8           Okay.  This is our client's card.  So if we look

9   at this, obviously in that box at the top, that's the pin

10  code that we've been talking about; right?

11      A    That's correct.

12      Q    And to the right of that is the value of that

13  card; correct?

14      A    Yes.

15      Q    And then if we go down, there's a paragraph after

16  that that says, "Do not share this code with anyone you do

17  not know."  And it says -- then there's some writing in

18  black.  There's a copyright of 2019.

19          Do you see that?

20      A    Yes.

21      Q    And then at the end of that line, there's a series

22  of numbers.  There's some sort of a code.  What does that

23  code signify, if you know?

24      A    Yeah, that's the project number.  It's -- we put

25  it on the card so somewhere in our database there's a D7280

69

Luango, Philip
Shay v. Apple, Inc.

1    project number that we can look up and know that it was for

2    this card. ████████████████████████████████████

3    ███████████████

4    ███████████████████████████████████████████████

5    ████████████████████████████████

6    █████████████████████████████████████████████████

7    ████████████████████████████████████████████████

8    ████████████████████████████████████████████████

9    ████████████████████████████████

10   █████████████████████████████████████████

11   ████████████████████████████████

12   ███████████████████████████████████████████

13   ████████████████████████████████████████████████

14   █████████████████████████████████████

15   ███████████████████████████████████████████

16   ████████████████████████████████████████

17   █████

18   ███████████████████████████████████████████████

19   ████████████████████████████████████████████████

20   ███████████████████████████████████████████

21   ███████████████████████████████████████████

22   ████████████████████████████████████████████

23   ████████████████████████████████████████████

24   ██████████████████████████████████████████████

25   ████████████████████████████████████████████

**Jilio-Ryan Court Reporters**
**ph. 714.424.9902  info@jilioryan.com**



1

2

3

4

5

6

7    Q    Would it also tell you the date that this card was

8    printed?

9    A    It should, yes.

10    Q    And I see that that number starting with D728,

11    there's a slash after the second L.  Does that -- does the

12    second half of that number tell you something different

13    about the card?

14    A    I'm trying to remember the part number or the

15    project number breakdown, you know.

16    Q    What's a part number?

17    A    Sorry.  A part number -- that's a mislabel.  A

18    part number is more related to that big barcode you see,

19    because it's the UPC.  The part number for this card is

20    Walmart $50, and it has its own master part number.

21    It's not -- it's not what I'm referring to now, so

22    that was probably a misspeak on my side.  I can't

23    specifically recall what the variation of the "/A" means.

24    Sorry.

25    Q    That's okay.   What about this number that's

1   printed sideways?  It looks like it says

2   "EV(indiscernible)."

3   ████████████████████████████████████

4   ████████████████████████████████████████

5   ██████████████████████████████ But that's from

6   the printer; that's not something we put on there.

7   ████████████████████████████████████████

8   ██████████████████████████████████████

9   █████████████████████████████████████████

10  █████████████████████████████████

11      Q    Okay.  And then at the -- then we've got this

12  barcode across the middle of the card there with a very

13  long number associated with it.

14          What does that number signify to you?

15      A    That barcode, as long as it is, is only saying

16  "app store $50" to systems, you know.  What it is is an

17  activation barcode.  You utilize that to scan -- that's

18  what gets scanned at the retailer to send this signal

19  saying a $50 app store card wants to be activated.  That's

20  all it is.

21          It has the part number inside of it, I don't know

22  what numbers are the part number specifically.  But

23  basically it means that's the -- it identifies this as a

24  $50 app store card that needs to be activated.

25      Q    Okay.  If somebody had this barcode number or this

1   barcode, might they be able to tell when this card gets

2   activated?

3       A    No.

4            MS. SPELMAN:  Objection:  Vague and ambiguous.

5   BY MR. FARNAES:

6       Q    You said no.  Why would that be, sir?

7       A    It's not related to the pin specifically.  I don't

8   know of a way you would know how to use that to test to see

9   if a card was activated.  I don't think there's a way to do

10  that.

11      Q    When the barcode gets scanned, that's the action

12  that activates the pin number?

13      A    Yeah.  It sends the signal to the integrator to

14  turn this pin number live -- well, to turn this GCA number.

15  I don't know if we are getting to that one next.  But that

16  number on the bottom -- live; that's the integrator's

17  number on the bottom.

18           So basically it says the GCA associated with this

19  $50 gift card and the pin associated to that is now --

20  should now be activated.

21      Q    Okay.  You said the GCA; is that the number

22  referred to in the bottom left-hand corner?

23      A    Yes.

24  ████████████████████████████████████████████████

25  ████████████████████████████████████████████████████

73



1

2

3

4

5

6

7

8

9      Q      What's the number in the lower right-hand corner,

10  what's that all about?

11      A      I'm not remembering what that is.  Sorry.  It

12  doesn't have to do with activation, to my knowledge.  I

13  don't remember specifically that one.

14      Q      Okay.  Where would you go to find out why that

15  number is on there and where it comes from?

16      A      I would imagine we have a sort of like a spec

17  sheet that would identify it.

18

19

20

21

22          MS. SPELMAN:  Objection:  Calls for speculation;

23  lacks foundation.

24          THE WITNESS:  Would you mind restating that too.

25  You said they're intercepting it when?

74

1    BY MR. FARNAES:

2        Q    Yeah, so when the barcode gets scanned at the cash

3    register, my understanding is a signal is sent to the

4    integrator; correct?

5        A    That's correct.

6        Q    Which that signal says this code -- this card

7    should now be activated, and that pin up above should be

8    made live; correct?

9        A    Yes.

10       Q    If somebody intercepted that signal that gets sent

11   to the cash register, would that alert them that this pin

12   code is now live?

13           MS. SPELMAN:  Same objections:  Calls for

14   speculation; lacks foundation.

15           THE WITNESS:  I really don't know the answer to

16   that question.

17   BY MR. FARNAES:

18       Q    Would Ms. Chuang maybe know the answer to that?

19       A    I don't think she would have additional knowledge,

20   honestly.  I would add though that it happens in a micro --

21   like, very, very quickly.  So that's the only other color I

22   can add to it.  Sorry.

23       Q    Right.  I think there's been testimony in this

24   case that there are instances known where a card is

25   activated and within minutes the money is put onto an

```
 1    account and put out of reach of the person who bought the
 2    card.
 3              In other words, it gets downloaded to a different
 4    Apple ID somewhere that's not associated with the buyer.
 5              Do you have any idea of how that might happen?
 6              MS. SPELMAN:  Objection to the extent it misstates
 7    prior testimony.  You can answer.
 8              THE WITNESS:  I mean, I could guess a way that
 9    that could happen.  Is that -- I'm sorry.  In other words,
10    how does someone -- how would someone be able to redeem a
11    card minutes after that wasn't the holder of the card?  Is
12    that the question?
13    BY MR. FARNAES:
14        Q    That's the question.
15              MS. SPELMAN:  Objection:  Calls for speculation.
16    ███████████████████████████████████████
17    ████████████████████████████████████████████████████
18    ██████████████
19    BY MR. FARNAES:
20        Q    Right.  Is there a scenario that your team has
21    ever, gosh for lack of a better word, have you guys ever
22    round-tabled this scenario or, I don't know, conducted some
23    sort of a war game regarding this sort of attack on a gift
24    card?
25              MS. SPELMAN:  Objection:  Vague; lacks
```

 1    foundation.

 2           THE WITNESS:  I think we discussed industry

 3    challenges that would include things like people trying to

 4    get the pin code from time to time.

 5    BY MR. FARNAES:

 6       Q    **What challenges did you identify in those**

 7    **discusses?**

 8       A    Well, as I described earlier about the evolution

 9    of the label and why we kind of hide it, we try to protect

10    it so that whether someone inadvertently or advertently

11    tries to gain access to it, it's protected.

12       Q    **And that protection consists of that scratcher**

13    **sticker; correct?**

14           MS. SPELMAN:  Objection:  Misstates testimony.  Go

15    ahead.

16           THE WITNESS:  The sticker part of it is what I was

17    going to say.

18    BY MR. FARNAES:

19       Q    **What are the other parts?**

20       A    The other part was I would say in the design, the

21    form factor, where the paper, the carrier, actually covers

22    the card and it is glued on top so there's an extra layer

23    of protection.

24       Q    **Okay.  And anything other than those two items?**

25       A    Well, within that second item I pointed out, if

```
1    you look at the way the card is designed, it has to be
2    perfectly straight, and the card sticking on a carrier
3    perfectly straight like that is very hard to do.  So if you
4    take it off and try to put it back on, it won't look right.
5           It's something we also contemplated, like, Hey,
6    hopefully if someone is trying to mess with it, it's
7    obvious.  And that was just something else we thought about
8    as it relates to the form factor.
9           But those are the two things, I would say.
10   Q    Did you ever think of -- did you discuss other
11   features of form factors that you could have used that were
12   rejected?
13          MS. SPELMAN:  Objection:  Vague.
14          THE WITNESS:  I would say over time we've explored
15   a lot of form factor possibilities.
16   BY MR. FARNAES:
17   Q    Did you ever consider something along the lines
18   concerning something like or similar to placing a -- some
19   form of a tamper-proof sticker across the card and the
20   backing which would show if the two had been separated in
21   an obvious way?
22   A    On this specific form factor that we're looking
23   at, I don't recall that specifically.
24   Q    Any other ones that you recall?
25   A    We had other form factors where you would have to
```

78

1    tear -- like, you would have to tear.  So let me try -- I'm

2    sorry, I'm trying to remember your question.  You said did

3    we ever plan on having some kind of tamper tape or

4    something like that on the cards to show if a card had been

5    removed; right?

6        **Q    Yeah.  Did you ever explore that possibility and**

7    **maybe cost engineer it?**

8        A    I don't recall that specifically.

9        **Q    You mentioned you thought about having other form**

10   **factors that involved some sort of tearing.**

11           **Can you tell me about that.**

12       A    We used to make a multi-pack, which had three

13   cards inside of one pack.

14       **Q    Okay.**

15       A    And so you had to open the pack to get at it.

16   Which I thought you were asking about, which is why I

17   hesitated earlier.

18           MR. FARNAES:  Let me try to bring up another

19   exhibit here.  I'm sorry, I need to drop this in the Chat

20   box for everybody.  This is going to be Exhibit 51, now

21   loading into the Chat box.

22           (EXHIBIT 51 MARKED FOR IDENTIFICATION.)

23   BY MR. FARNAES:

24       **Q    So here I put it up on the screen so we're talking**

25   **about the same thing.  This looks like it's a multi-pack of**

1    $10 gift cards.  Do you see that?

2        A    I do.

3        Q    And this has the plastic covering that you're

4    talking about?

5        A    No.  No.  I wasn't specifically talking about a

6    plastic covering.  But yeah, that's a multi-pack.

7        Q    Okay.  And this pack this multi-pack the cards are

8    actually encased in plastic that you would have to tear

9    away in order to get to the cards; correct?

10       A    That's right.  You tear the back side.  You turn

11   it over, and there will be an arrow that says to pull it

12   open.  The idea was you would pull it open from the back.

13       Q    Okay.  So you would have to tear the cardboard

14   back in order to separate the cards from the backer;

15   correct?

16       A    Yes.

17       Q    So instead of securing these cards with some sort

18   of tacky glue, this is a different method that was adopted;

19   correct?

20       A    There actually is the tacky glue securing these

21   cards.  Do you see how they're perfectly registered?

22   That's not easy to do.  So they're glued on the carrier and

23   then enclosed so the customer would see.

24            Ideally we wouldn't need to have the plastic, but

25   it needed to have something to hold to make sure the cards

80

1    could be seen.

2    **Q    And this plastic covering was never used with the**

3    **individual cards; is that correct?**

4    A    That's correct.

5    **Q    Why not?**

6    A    Well, the reason we used plastic covers was

7    because we had to; not because we wanted to.  The way the

8    multi-pack works is you have to turn the thing over and

9    scan that barcode like the one you saw on the single card.

10   ████████████████████████████████████████████████

11   ████████

12          So it's a different process the way it works.  ████

13   ████████████████████████████████████████████████

14   ████████████████████████████████████████████████

15   ████████████████████████████████████████████████

16   **Q    Got it.  And each one of these individual cards in**

17   **this pack has a unique pin code; correct?**

18   A    Yes.

19   **Q    And someone cannot get to that pin code unless**

20   **they first tear the cardboard backing; correct?**

21   A    Yes.  The proper way is tearing the cardboard

22   backing, yes, that's the way to get at it.

23   **Q    But there was -- but there was never a similar**

24   **design wherein for just individual single cards you had to**

25   **do some sort of a tearing action in order to get to the pin**

1   code?

2          MS. SPELMAN:  Objection:  Vague.

3          THE WITNESS:  I guess I would try to answer by

4   saying that the single cards weren't put inside of a pack;

5   right?  So with the single cards, as we've discussed, it's

6   glued on.  You have to remove the glue, but you don't

7   tear.

8   BY MR. FARNAES:

9      Q    Right.  There's no tearing involved in removing

10  the single card.  There's simply removing the card with the

11  tacky glue on the back; right?

12     A    Correct.

13     Q    In Apple's systems can you actual tell if a

14  particular card came from a multi-pack or a single -- was

15  sold in a singular pack.

16          If somebody called, for example, and says, I have

17  a problem with this card, and the customer service person

18  says, Okay, I need to you give me some information from the

19  back of the card, would that information then reveal to the

20  person on Apple's end that this card came from a

21  multi-pack?

22     A    Yes.

23          MS. SPELMAN:  Objection.

24  BY MR. FARNAES:

25     Q    Could you then also -- with the information, could

1    **you then also, similar to what we've talked about before,**

2    **could you run a -- do a study of how many cards from**

3    **multi-packs ended up with complaints that they had been**

4    **previously redeemed or redeemed by an unauthorized user?**

5          MS. SPELMAN:  Objection to the extent it calls for

6    speculation as to what information the customer provided.

7    But.

8          THE WITNESS:  I think it would be a similar answer

9    to the one I gave before, which was that, you know, we

10   might be able to discern with analysis where a complaint

11   came from, whether it was in a multi-pack.

12   BY MR. FARNAES:

13       **Q    To your knowledge, has Apple ever done any**

14   **investigation or study as to how many of these types of**

15   **complaints that we've been talking about originate from**

16   **multi-pack cards versus singular use cards?  Is there**

17   **anything that Apple has that would -- where you attempted**

18   **to shed light on that question?**

19         MS. SPELMAN:  Objection:  Lacks foundation.

20         THE WITNESS:  Not to my knowledge.

21   BY MR. FARNAES:

22       **Q    Is it your opinion, sir, is this packaging more**

23   **secure than the singular packaging that we looked at**

24   **earlier, Exhibit 4?**

25       A    Can I ask if you're asking my personal opinion?

83

1     **Q**    **Yeah.**

2     A    Personally, no.

3     **Q**    **Why not?**

4     A    Because if you're a bad actor, you could -- any --

5  a package could be defeated, even this one.  And in fact it

6  could look even better because you just put them back in

7  this way.

8     **Q**    **But you would have to address the tearing of the**

9  **packaging in order to get to the cards; correct?**

10    A    That's right.  That's correct.

11     **Q**    **So it seems to be -- and tell me if you agree or**

12  **not -- this seems to be that packaging actually is a little**

13  **more tamper proof than the singular packing.**

14          **Do you agree or disagree with that?**

15          MS. SPELMAN:  Objection:  Asked and answered.

16          THE WITNESS:  I answered.  I did answer, right,

17  just a minute ago?

18  BY MR. FARNAES:

19     **Q**    **Can you answer again.**

20    A    I don't think it's more secure.

21     **Q**    **Okay, you don't.  So my question was, Is this**

22  **packaging more tamper proof, the package?**

23    A    No, I don't think so.

24     **Q**    **The fact that you have to tear this packaging**

25  **doesn't make a difference to you?**

1      A    You're presuming that if you wanted to steal the

2   pins, you're going to follow the rules of the packaging in

3   your question.  Like you're presuming that someone who

4   wants to steal is going to just tear open the back.

5      Q    **What else might they do?**

6           MS. SPELMAN:  Objection:  Calls for speculation.

7           THE WITNESS:  I can't speculate.  I'm not sure if

8   I should answer this question.

9   BY MR. FARNAES:



1       ███████████████████████████████████  But I think

2       they both -- any package other than your titanium example,

3       perhaps, can be defeated by someone who's motivated.

4           Q    Okay.  But like you're saying some methods take

5       greater effort than others?

6               MS. SPELMAN:  Objection:  Misstates testimony.

7               THE WITNESS:  I think they're different.  They

8       need different methods.

9       BY MR. FARNAES:

10          Q    Did you say that -- and I really apologize if I

11      missed it.  And maybe we're getting close to having to take

12      a lunch break.

13              Did you say that Apple could do a comparison of

14      cards with this packaging on them as opposed to the cards

15      with the single-card packaging, a comparison of how many of

16      them experience the customer complaint that the card has

17      been previously redeemed; is that possible?

18              MS. SPELMAN:  Objection:  Asked and answered.

19              THE WITNESS:  I would say it's possible for us to

20      know already redeemed by product type, which we can see

21      when we look it up.

22      BY MR. FARNAES:

23          Q    Okay.  Are you aware, sir, whether any of the

24      retailers that Apple distributes the cards to require this

25      type of packaging for their gift cards as opposed to the

1    simple sticking on with gummy packaging?

2        A    I'm not aware of any retailers requiring it.

3        Q    In 2019, if you think back to 2019, which is when

4    our client's card is from, do you know what iteration of

5    the scratch sticker was used on the cards?

6        A    I do.  I believe I have a good idea of it, yes.

7        Q    What iteration was that?

8        A    It was a, I believe, a spiral label where you

9    peeled it off, it kind of spiraled off instead of just one

10   piece of substrate.

11       Q    It sort of curled when you peel it off?

12       A    Yes.  If you were to look at it flat, it looks

13   like a coil that's all wound up, but it's flat.

14       Q    Got it.  Which would then make it hard to reapply

15   that same sticker once you've taken it off?

16       A    Yeah.  When you had that, I kind of remember it,

17   because if you peel it off, it kind of becomes this little

18   net of string you can't put back on.

19       Q    Did you guys in your design team, did you ever

20   consider having a sticker that maybe instead of scratch-off

21   was a holographic-type sticker that couldn't easily be

22   reproduced by someone?

23       A    We looked at many iterations of stickers.  I can't

24   remember if a holograph was one of them.

25       Q    Would you have any documents or mock-ups showing

87

1    the different iterations of stickers you considered?

2        A    I believe we have records, yes, of that.

3        Q    Do you have any records of the cost/benefit

4    analysis as it pertains to each sticker that was considered

5    by Apple?

6            MS. SPELMAN:   Objection:   Lacks foundation.

7            THE WITNESS:   I would say that we always first

8    focused on the best customer experience, and the cost would

9    come next.

10   BY MR. FARNAES:

11       Q    Okay, right.   But -- and then after the cost, I

12   mean, you did consider the cost.   So the question is, Did

13   you -- do you have any sort of cost/benefit analysis?   The

14   key benefit, I understand, is the experience to the

15   customer.   But then the other half of it, the cost of each

16   sticker that you were considering for the cards?

17       A    I guess what I would say is my recollection is

18   that we didn't make any decisions based on costs with

19   regard to the sticker.

20       Q    Okay.   And I understand you may not have made any

21   decision.   But did you actually have an exploration of what

22   the cost of the different stickers were that were under

23   consideration?

24       A    Yes.   I believe so.

25       Q    And those documents would still exist to this day;

1   correct?

2       A    I would expect that -- I don't know.  I don't have

3   personal knowledge of where those documents exist.

4       Q    **Who would have personal knowledge of that, in your**

5   **opinion?**

6       A    Likely the gentleman I mentioned before, Paul

7   Richardson, the head of production.

8       Q    **What was the next iteration of the sticker after**

9   **the one on Exhibit 4?  You said the one on Exhibit 4 was**

10  **most likely the one that spiraled after you took it off.**

11  **Was there an iteration of the sticker after that?**

12      A    I believe we moved to where we could do this

13  spiral we did.  But we had problems with some regions with

14  the efficacy of it where we had to use the unspiraled, if

15  you will, peel off scratch-off that we created as well.

16           It's not in the U.S., sorry.  So I don't know that

17  that's relevant.

18      Q    **So that's fair.  But in the U.S. was there another**

19  **iteration after the spiral peel-off sticker?**

20      A    Not to my recollection that was new.  Because

21  after we went through this, we -- that's when we were

22  getting ready to change the product entirely.

23      Q    **Okay.  And when you changed the product entirely,**

24  **you changed the form.  I think you called it the form**

25  **format?**

Luango, **Philip**
Shay v. Apple, Inc.

1     A     Form factor.

2     Q     **Form factor, yes.  You changed that as well;**

3  **correct?**

4     A     Yes.

5     Q     **And how did that change for single cards sold in**

6  **single capacities?**

7     A     Well, we changed in a lot of ways.  We

8  created the -- we still -- so I don't know if I can go

9  through all of them.

10         But we came up with an idea that every card could

11  also be a sticker, and so every new card has an Apple

12  sticker.  So we also wanted it to be as giftable as

13  possible just as we had before.

14         So we have a removable -- the package removes the

15  peg pole on top, so you can give someone a complete package

16  with the sticker inside.  Those are some of the ways.

17     Q     **Okay.  What are some other ways?**

18     A     Still all paper.  We discontinued the multi-pack.

19  I mean, some of them are more design and copy than form.

20  Like we look on the back of the card, we put icons of all

21  the stores you can use it on.

22  ███████████████████████████████████████████

23  ██████████████████████████████████  But I guess those are

24  all little details though.  But those are the ways it

25  changed.

1    Q    Was it also a detail of the new card that you had

2    to tear its packaging on a single unit card in order to

3    remove the card from the backing?

4    A    Yes, that's true.  You have to -- you don't have

5    to tear it, but you have to peel it open.

6    Q    So you have to remove some sort of a peel?

7    A    That's right.

8    ████████████████████████████████████████████

9    ████████████████████████████████

10   ██████████████████████████████████████

11   ████████████████████████████████████████████

12   ███████████████████████████████████████████

13   ████████████████████████████████████

14   ██████████

15   Q    And then once you remove the card, when you remove

16   that peeling, you remove it, then is there -- how is the --

17   is there still a pin number?

18   A    Yes.

19   Q    And how is that pin number then exposed?

20   A    You pull it out of the carrier.

21   Q    So there's no longer a scratcher?

22   A    Hang on, let me remember.  Certainly -- I can't

23   recall if there is one or not.  I don't believe there is.

24   Q    So with the new cards, once you remove that

25   sticker, then you have access to the pin number directly?

1     A     Right.

2           MR. FARNAES:  Let's take our break for lunch.  I

3     don't know, Mr. Luango, how long you would like for lunch.

4           I don't think -- we can do an hour or less?

5           Let's go off the record so we can discuss what we

6     might need.  I'm accommodating.

7                     (Break 12:23 - 1:04 p.m.)

8           MR. FARNAES:  Back on the record.

9     BY MR. FARNAES:

10    Q     Sir, I want to -- there's a couple of follow-up

11    questions that I thought of over the break.  We had talked

12    earlier about the concept of somebody redeeming, some

13    unauthorized person, redeeming a gift card within minutes

14    of it activated.

15          And I think I had asked you if you had ever heard

16    of that scenario and whether or not you could explain it.

17    I think you said, Well, the explanation would be that

18    somebody would already have the pin code somehow.

19          But what I didn't follow up and ask is, Has Apple

20    ever considered that scenario and how it would be that the

21    bad actor in that case would know precisely when the card

22    was activated?  Have you ever game-planned that scenario

23    out in any fashion?

24          MS. SPELMAN:  Objection:  Calls for speculation;

25    lacks foundation.

92

```
 1            THE WITNESS:  Well, I would say we've had
 2    conversations about what might be -- what might be a way to
 3    do that or people might be doing that.  But it's
 4    conjecture, honestly, because we don't have direct
 5    knowledge of what they're doing.
 6    BY MR. FARNAES:
 7        Q    So you have considered the question.  But have you
 8    tried to actually research the answer to that in any way?
 9            MS. SPELMAN:  Objection:  Asked and answered.
10            THE WITNESS:  I would say no, not specifically.
11    BY MR. FARNAES:
12    ████████████████████████
13    ███████████████████████████████████████████
14    █████████████████████████████████████████
15    ███████████████████████████████████████████████
16    ██████████████████████████████████████████
17    ████████████████████████████████████████████████
18    ████
19        Q    Okay.  But somebody like Brenda Prakash, who
20    interfaces with the stores, would she not go and maybe
21    either provide some sort of training to the stores on how
22    to avoid this or something like that?  Have you not
23    game-planned a way to address that issue?
24        A    I would say in ways we have, yeah.  It's difficult
25    because it's not a store we control.  We express to people
```

93

1   if they see any card that looks like it's tampered, throw

2   it away.  Don't keep it.  Try to train their employees to

3   do that.

4        We encourage our stores to have awareness of such

5   things.  But as you can imagine, it's challenging in spaces

6   we don't directly control.

7   **Q    Okay.  So Apple does from time to time go to the**

8   **retailers, Hey, if you see tampered cards, take them out of**

9   **the stream of commerce, please.**

10   A    The retailers.  Integrators too.  Integrators

11   service a lot of these gift card malls you might be

12   familiar with that you see.  They're doing a lot of the

13   servicing of them.

14        So they've also trained their staff and employees

15   to be aware.  They're not active; right?  So if they

16   don't -- if they're -- even if they're dirty or misprinted

17   or whatever, but certainly tampered with, we would suggest

18   people throw them away.  But again, it's a challenge with a

19   third-party retailer.

20   ████████████████████████████████████████

21   ████████████████████████████████████████████

22   ████████████████████████████████

23   ██████████████████████████████████████████████

24   ████████████████████████████████████████████

25   ████████████████████████████████████████████████

94

1 ████████████████████████████████████████

2 ████████████████████████████████████████████

3 ████████████

4  Q     Okay.  Are there other indicia that you also warn

5  the retailers about?

6  A     Let's see.  Not specifically.  Oh, the retailers

7  also you might see lots of cards that are not active until

8  brought to the register, you'll see a lot of those signs on

9  gift card malls.

10       So between us and the retailers and the

11  integrators, as sometimes encouragement for us we put

12  customer messages like that on there too.  People don't

13  think that they should just take those cards.  They're not

14  active.

15       But your question was, I know, more specific to

16  something being tampered with.  I think I covered the

17  aspects that we could convey to our partners.

18  Q     Okay.  We also talked about you said that you

19  estimated as best you could that one percent or less of

20  these types of complaints receive refunds from Apple.

21       Do you recall saying that?

22  A     I recall -- well, I'm glad you brought that up.

23  My recollection was not that received refunds.  But that

24  the reason -- wait, the call -- it was a multi-part

25  question, I think.

95

1            Because it was about how many are already redeemed

2     and how many of them receive refunds, right, that was the

3     question?

4            **Q     That's accurate, yes.**

5            A     And my answer was less than one percent, in my

6     estimation, would be already redeemed of customer

7     complaints.  But I don't know that I can estimate within

8     that how many would have received refunds on top of that.

9     If it's already redeemed, the answer would be none

10    probably.

11           **Q     Has your team ever explored the idea of**

12    **instituting some sort of what I commonly refer to as a**

13    **two-factor authentication protocol for redeeming cards?**

14    **Have you explored that as a doable solution to some of**

15    **these issues?**

16           MS. SPELMAN:  Objection:  Lacks foundation.

17           THE WITNESS:  We -- not specifically two-factor

18    authentication.

19    BY MR. FARNAES:

20           **Q     How about even if it's not specifically two-factor**

21    **authentication, anything similar along in that vein?**

22           A     It's challenging because we want most people to be

23    able to get their money in as fast as they want to; right?

24           And you do have to log in with a valid Apple ID to

25    redeem the card.  So it's a gate.  But I wouldn't consider

1    that a two two-factor authentication.  But that's the gate

2    that's in place now.

3        Q    Right.  You have to have an Apple ID that the

4    credit can be loaded onto essentially; is that correct?

5        A    That's correct.

6        Q    Have you ever considered -- has your team ever

7    considered a system of activation whereby a unique code is

8    generated for the very first time at the point of sale and

9    then matched to that serial number with a particular code

10   at the point of sale?

11       A    No.  Because the way I think you're phrasing it,

12   there's no accessible pin in that instance, or it would

13   have to be generated in that moment.

14       Q    No, there's no accessible pin because the pin

15   would still be covered up at the moment of sale ideally;

16   right?

17       A    It is now too.

18   ███████████████████████████████████

19   ████████████████████████████████████████████

20   ███████████████

21   ███████████████████████████████████████████

22   ███████████

23       Q    So what I'm thinking is, Have you ever considered

24   whether or not the consumer could generate, for example,

25   the last four digits of or generate a code that would be

1   known only to that consumer at the time of sale that gets

2   associated with that serial number, that then when someone

3   goes to redeem it and does expose the pin number, they need

4   not only the pin, but they also need the unique code that

5   was generated by the consumer at the time of sale?

6        A    We have not considered doing that.

7        Q    Is this the first time you've ever heard of such

8   an idea?

9        A    I think so, in the way that you're describing

10  it.

11       Q    You want to hire me?  I thought it was a pretty

12  good idea.  What about a system where the consumer has to

13  present some sort of ID at the time of sale that then gets

14  associated with that serial number for the card and then

15  has to be entered so that redeeming it is a two-step

16  process where you enter the pin and then something from the

17  ID, whether it be last name or date of birth or something

18  like that?

19       A    I haven't considered that, although, I would worry

20  about consumer privacy protection in something like that

21  too.  Because it requires the acquisition of customer data

22  in order to allow a purchase of something which is not

23  usually what you want to do.

24       Q    Okay.  So now I want to talk a little bit about

25  the language that appears the words on the packaging.  We

98

1    talked about the numbers; now I want to talk about the

2    words.  And I understand that you do have conversations or

3    training with the retailers about looking for indicia of

4    tampering on cards.

5            What do you communicate to the consumer about

6    looking for indicia of tampering on the cards before they

7    purchase it?

8    A    I don't believe we have any outbound to consumer

9    messaging specific to tampering on the cards.

10   Q    Why not?

11   A    You know, in the realm of issues we deal with,

12   that is not one that has, you know -- is important as other

13   fraudulent sort of concerns we might be -- or, you know, be

14   concerned with that we felt like we needed to put it on the

15   card.

16           It's hard to put on a card a message that says

17   "Don't use if it looks tampered with" when someone already

18   has it in their hand and is taking it to the register.

19           So that's the message I meant about the

20   third-party retailer being difficult for us to control.

21   It's not our space; right?  So I don't know where or what

22   message we could put that would help there.

23   Q    Right.  But as regular consumers, we all -- we

24   probably all have purchased a bottle of aspirin, a little

25   bottle of aspirin, in the past.

1          And it does state on this, "If this seal is

2   broken" or "If this is been tampered with, do not buy this

3   product."

4          It is possible to put that on a product.  Why is

5   it that you haven't put a warning like that on the space

6   that you do control, which is the packaging of the actual

7   card itself?

8          MS. SPELMAN:  Objection:  Lacks foundation.

9          THE WITNESS:  Similar answer to before, I would

10  say, though, is it's a difficult space to control.  There's

11  a limited amount of space on the card itself and I haven't

12  seen it as the most important thing to put there.

13  BY MR. FARNAES:

14      Q    Nevertheless, it is important enough for Apple to

15  have conversations with the retailer about it just not a

16  mention to the consumer about it; correct?

17         MS. SPELMAN:  Objection:  Misstates testimony.

18         THE WITNESS:  Again, yeah, I would say we were

19  trying to leverage the retailers and our integrators to get

20  that message across.

21  BY MR. FARNAES:

22      Q    But whether or not the card has been redeemed by

23  an unauthorized person, or whether it's redeemed by the

24  actual consumer or the recipient of the actual gift of the

25  card, either way Apple receives payment for that particular

1    card; correct?

2        A    Apple receives payment -- ████████████████

3    ████████████████████████

4        Q    And the new cards that have been designed, the new

5    cards that have been designed by Apple, the Apple card,

6    does in fact provide a warning to consumers to be aware of

7    gift card scams; correct?

8        A    It does.

9        Q    And the old card does not include that warning;

10   correct?

11       A    That is not correct.

12       Q    Why is that not correct?

13       A    It's just different language, but it's both about

14   gift card scams.

15       Q    What in the old language -- what in the language

16   of the cards we've been discussing today, the iTunes app

17   store cards warns consumers about either scams or tampering

18   or anything like that?

19       A    It's the copy in red.

20       Q    Let me pull it up.  I guess we'll look at both the

21   back of the card and also the back of the packaging because

22   there's a back to the form factor and the backing and then

23   the back of the card.

24       A    Right.

25       Q    Let's look at the back of the card here real

101

```
1   quick.  Forgive me again.  I'm trying to get to the right

2   exhibit.  This is the back of the card.  Again, this is

3   Exhibit 4.  This is the back of the actual card.

4          And the consumer wouldn't see this typically until

5   the card had been purchased and the card is then removed

6   from the backing; correct?

7   A     That's correct.

8   Q     So the only indication that appears on the back of

9   this card would only be available to the consumer after

10  they've already paid for it?

11  A     That's correct.

12  Q     What on this card alerts the consumer to the fact

13  that there may be gift card scams or there may be tampering

14  that has occurred or to look for indicia of tampering?

15         MS. SPELMAN:  Objection:  Misstates prior

16  testimony; vague as to the use of the term "scam."

17         THE WITNESS:  Yeah.  Well, this is showing copy

18  related to someone being scammed really only the red copy.

19  But it goes part and parcel with the carrier.

20         Because we want the customer to see when they

21  first purchase it, this first message, to try to stop them

22  from doing something they don't do.

23  BY MR. FARNAES:

24  Q     Right, okay.  So maybe it's better to look at the

25  packaging on the back of the card packaging.
```

1           This is the back of the packaging.  This is also

2    in Exhibit 4.  I'll try to zoom in here.  The bottom half

3    of this is just the "to" and the "from" where the envelope

4    is detached below that.

5           But the information about the product appears in

6    the top right under the peg hole; correct?

7       A    That's right.

8       Q    What in this language alerts the consumer, if

9    anything, to look for indicia of tampering?

10      A    Nothing here of tampering specifically.

11      Q    Anything that alerts the consumer to any sort of

12   warning about gift card scams?

13      A    Yes.

14      Q    What is that?

15      A    The copy on the top left in red.

16      Q    The copy that says "Card cannot be used for

17   payments outside the U.S. app store or iTunes store

18   including taxes"?

19      A    Correct.

20      Q    How did that alert the consumer to gift card

21   scams?

22           MS. SPELMAN:  Objection:  Vague as to the term

23   "gift card scams."

24           THE WITNESS:  This is copy related to

25   victim-assisted fraud, as its known.

1    BY MR. FARNAES:

2        **Q      You said victim-assisted fraud?**

3        A     Yeah, it's terminology -- it's maybe not a good

4    one -- but basically when victims are convinced to buy gift

5    cards -- not just app store iTunes cards -- to pay for

6    taxes or other things that are illegitimate.

7        **Q      So this is really warning the consumer to not be**

8    **tricked, if you will, by outside actors who may contact**

9    **them and ask for information on cards to either purchase**

10   **the card and then give the information and/or to reveal pin**

11   **codes for cards they may already have?**

12       A     Specifically it's to stop them from being tricked

13   to purchase the card.

14       **Q      Right.  And I think that that's one of the gift**

15   **card scams that is well known out there, both to Apple and**

16   **other retailers and to the FTC; correct?  Especially**

17   **around tax time, people are calling and asking for gift**

18   **card codes?**

19       A     It's a fairly widespread issue, yeah, not just at

20   tax time.

21       **Q      But is that a scam that happens -- that's not a**

22   **scam that happens at point of sale for the gift card;**

23   **correct?**

24            MS. SPELMAN:  Objection.

25            THE WITNESS:  Correct.

1    BY MR. FARNAES:

2       Q    That's a scam that happens to the consumer once

3    they have left the store with the card; correct?

4            MS. SPELMAN:  Objection:  Vague.

5            THE WITNESS:  I think this is a scam that starts

6    before the consumer goes to the store.

7    BY MR. FARNAES:

8       Q    Okay.  So this warning on here in red is a warning

9    that sort of alerts someone to the fact that, Hey, if you

10   think you're buying this card to pay for taxes or making

11   payments outside the U.S., this isn't going to work?

12      A    That's right.

13      Q    But there's no warning on here that I can see

14   about the type of fraud or scam that we're talking about in

15   this case, correct, where someone may have already obtained

16   the pin code before you even activate the card?

17           MS. SPELMAN:  Objection:  The document speaks for

18   itself; calls for speculation.

19           THE WITNESS:  There's no tampering language.

20   BY MR. FARNAES:

21      Q    Okay.  Did your team ever consider whether or not

22   to put tampering language on the packaging for ease of

23   iTunes app store cards?

24      A    Not language specifically.  I think we focused

25   more on preserving the code as best we could.

1      Q     And why did you focus on that and not on a warning

2  to look for indicia to having, you know, protections

3  against tampering?  Why didn't you also want the consumer

4  to look for tampering?

5          MS. SPELMAN:  Objection to the extent it misstates

6  prior testimony.

7          THE WITNESS:  I think we have an issue, for

8  example, with victim-assisted where we're trying to get

9  people not to buy the card under duress.  And that's more

10  important at the time, the limited amount of space we have.

11  And yeah.

12  BY MR. FARNAES:

13      Q     Well, in terms of volume of fraud that occurs with

14  iTunes app store gift cards, is your testimony that the

15  scam involving the tricking of the consumer is more

16  prevalent than the scam involving pre-acquired pin codes?

17          MS. SPELMAN:  Objection to the extent it calls for

18  speculation.  But the witness can answer if he knows.

19          THE WITNESS:  Unfortunately I think the

20  victim-assisted -- or bad terminology, but the

21  victim-directed fraud is much larger.

22  BY MR. FARNAES:

23      Q     A much bigger problem; correct?

24      A     That's my understanding, yes.

25      Q     And what is that understanding based on, sir?

1      A    Well, just my knowledge of the business.  We know

2    it's an issue across the industry.  You mentioned yourself,

3    people, even general consumers, know it's a vast problem.

4      **Q    And has Apple ever conducted any studies or**

5    **investigations or produced any reports analyzing the**

6    **different ways in which the cards or the consumer may be**

7    **scammed when buying a gift card?**

8           MS. SPELMAN:  Objection:  Vague as to the use of

9    the term "scammed."

10          THE WITNESS:  To try to answer I would say we

11    focus, you know, as it relates to scam, it has been in this

12    space that we focused our attention.

13    BY MR. FARNAES:

14     **Q    Right.  When you say "scam," are you're focusing**

15    **on the scam that -- the scam where someone is tricked by a**

16    **third person to revealing -- themselves giving away the pin**

17    **code?**

18     A    Yes, that's what I'm referring to.

19     **Q    Which is -- but I guess my question is I'm going**

20    **to consider that one type of scam is where you think you're**

21    **buying a $50 gift card, but in reality you end up buying a,**

22    **for lack of a better term, a brick or just a piece of paper**

23    **because somebody has already obtained the pin code.**

24          **I'm referring to both of those as scams.  Has**

25    **Apple done any studies to determine whether one scam is**

1   more -- what's the word I'm looking for? -- is more

2   prevalent or what percentage of scams fall into one

3   category versus the other?

4           MS. SPELMAN:  Objection:  Asked and answered.

5           THE WITNESS:  I would categorize the scam as a

6   scam, and the other one as theft; no different than

7   stealing a piece of bread out of a loaf of bread and you go

8   home, it's missing a piece.

9           You're not really being scammed; you're being

10  robbed at the point of sale.  But I think, like I said

11  before, that the scam, that the fraudulent activity, is

12  unfortunately a larger problem.

13  BY MR. FARNAES:

14      Q    Okay.  But nevertheless, Apple was aware that

15  there were instances of pin code theft, as you say;

16  correct?

17      A    Yes.  Aware of it for Apple and for the industry.

18      Q    Right.   And Apple did provide training to the

19  retailers about that type of theft; right?

20      A    Well, if I said training, I might have

21  miscategorized; I mean more like a point of emphasis.  We

22  always want our product to be best displayed.  If there's

23  sign of tampering, encourage your team to remove it.  We

24  always encourage everyone who interfaces with the cards to

25  do the same.  Like the integrators.

1      **Q     And the training for that is if there is evidence**

2    **of tampering, they need to remove the card; right?**

3            MS. SPELMAN:  Objection:  Misstates testimony.

4            THE WITNESS:  I mean, yeah, there's times when the

5    card is falling off the carrier or is clearly misaligned.

6    We, like I said, indicate to the retailers, integrators,

7    merchandisers, people who put the cards on the pegs to

8    simply remove them if they see that.

9    BY MR. FARNAES:

10     **Q     But there's no such warning on the cards**

11   **themselves to the consumers?**

12           MS. SPELMAN:  Objection:  Asked and answered.

13           THE WITNESS:  That's correct, there's no tampering

14   warning on the card.

15           MR. FARNAES:  Ms. Spelman, can we take a

16   five-minute break, please?

17           MS. SPELMAN:  Sure, that's fine.  Back at 1:45?

18           MR. FARNAES:  Yeah, that's fine.

19           MS. SPELMAN:  Okay, thanks.

20                  (Break 1:39 - 1:48 p.m.)

21           MR. FARNAES:  Back on the record.

22   BY MR. FARNAES:

23     **Q     Just to finish up here with the warnings on the**

24   **gift card, did Apple ever -- did your team ever create any**

25   **mock-ups of gift cards, even if they weren't put into**

1    production, the mock-ups that did have warnings about card

2    theft?

3         A    Not to my knowledge.

4         Q    The new cards that Apple has do provide a warning

5    about for the consumer to be aware of scams; is that

6    correct?

7         A    Yeah, it does.

8         Q    As between the old iTunes app store cards, and

9    specifically the card that we're talking about, Exhibit 4,

10   and the new cards, did Apple ever change the size of the

11   font on the back of the card that provides any warnings?

12        MS. SPELMAN:  Objection:  Vague.

13        THE WITNESS:  Just ask for clarity.  So you're

14   saying between the sort of card in question and the new

15   cards, has the font size changed?

16   BY MR. FARNAES:

17        Q    Correct.

18        A    It's possible it could be slightly different given

19   the different form factor and space.

20        Q    Right.  So if the font on the new cards was

21   smaller than the font on the back of the packaging for the

22   old cards, that would mean that if on the old cards, if you

23   had use a smaller font, you might have more space;

24   correct?

25        MS. SPELMAN:  Objection:  Lacks foundation; calls

1   for speculation.

2        THE WITNESS:  We also worry about legibility at

3   some point, how small you can make the font and still have

4   customers able to read it.

5   BY MR. FARNAES:

6        Q    I understand.  The font that's in use on the new

7   Apple cards is a font that Apple considers acceptable for

8   consumers to read; correct?

9        A    I would say think so, yes, because we made it the

10  size that we think people can read.

11       Q    You wouldn't put a font on that's illegible?

12       A    That you need a magnifying glass for, hopefully

13  not.

14       Q    Okay.  All right.  I want to switch a little bit.

15  We've covered the design of the card and the packaging

16  quite extensively.

17       I now want to turn to the actual printing of the

18  card.  That next step after design.  Call it production,

19  call it printing.  I don't know, what do you like to call

20  it?

21       A    Printing works.

22

23

24

25



111

Luango, Philip
Shay v. Apple, Inc.



112

Luango, Philip
Shay v. Apple, Inc.





18       Q       So to your knowledge, no can actually lay eyes on

19   the pin code?

20       A       That's right.

21       Q       What about, has Apple ever been aware that there

22   have been cases where duplicate pins have been generated or

23   printed?

24       A       That were generated ████████████████████████████

25   ████   and duplicated?

114

1      Q     Yeah.   Either there, or that the printer has

2  somehow printed multiple copies of the same pin code.   Has

3  unencrypted it once, but then printed it five times.

4      A     I'm actually not aware of that, no.

5  ████████████████████████████████████████████

6  ██████████████████████████████████████████████████

7  ██████████

8  ███████████████████████████████████

9      Q     So in the distribution process from the printer to

10  the distribution center, has Apple ever identified any

11  security vulnerabilities in that process as it relates to

12  its pin numbers?

13      A     No.

14  █████████████████████████████████████████████

15  ███████████████████████████████████████████████

16  ██████████████████████████████

17  ████████████████████████████████████████████

18  ███████████████████████████████████████████████

19  ██████████████████████████████████████████████

20  ███████████████████████

21  ██████████████████████████████████

22  ██████████████████████████████████████

23  ████████████████████████████████████████████████

24  ██████████████████████████

25  ███████████████████████████████████

115

1    of visit, and management would be the extent of our

2    exploration.

3        **Q     And have you explored the possibility that on the**

4    **assembly line or the conveyor built or the printing line,**

5    **that there's a possibility that somebody could swipe some**

6    **cards off that line before all the cards get bundled and**

7    **packaged?**

8        A     At Apple -- the supplier doesn't even call us by

9    name.  We have such security measures that a lot of times

10   people don't even know which company they're working for.

11   It is when they see the logo on the card.

12             But that's an indication of some of the things we

13   do.  No staff is allowed to keep their phone or take their

14   phone onto the floor.  There's no cameras allowed, at all,

15   like, ever.  Things like that.

16             So there's a lot of security measures in place.

17   If there were to be -- a hypothetical, if someone went to

18   swipe it -- well, first of all, it's kind of moving too

19   fast for a person to do that.  But that would be something

20   that I think, you know, would be very improbable given the

21   amount of measures that are put in place.

22       **Q     Okay.  Does Apple have any sort of film or video**

23   **of how this printing process works if one wanted to get a**

24   **bird's eye view?  Not details not as to the pin codes, but**

25   **just how the assembly line looks?**

1     A    I would say no because we don't want that being

2    seen.  My best suggestion would be go to the printer, have

3    them show some other sort of generic other card.  I'm not

4    aware of any videos of Apple cards being manufactured.

5        Q    **We would have to do a site inspection if we wanted**

6    **to see it?**

7        A    Yeah, of some other product that would allow you

8    to see it.

9        Q    **Fair enough.  And then once the cards arrive at**

10   **the distribution center, what are the safeguards in place**

11   **to protect the cards from the time they arrive to the**

12   **distribution center to the time they arrive at -- are**

13   **distributed out to the various different retailers?**

14       A    Our printing team and the operations team, they

15   have tracking on all the packages, and we track arrival of

16   packages.  And if there were an issue with the package not

17   arriving in time or arriving damaged, you would get a

18   report.  So there's that.

19            And we use Apple certified or qualified

20   distributors and truck drivers.  And similar from the DC to

21   the retailer, we track those packages as well.

22   ██████████████████████████████████████████████

23   ████████████

24   ████████████████████████████████████████

25   ███████████████████████████████████████████████

117



```
 1
 2
 3
 4
 5
 6      Q    That's helpful.  I don't know what I don't know,
 7  so I appreciate it.
 8
 9
10
11          MS. SPELMAN:  Objection:  Lacks foundation.
12
13
14
15
16
17
18
19
20
21  BY MR. FARNAES:
22
23
24
25
```

118



18    Q    Okay.  Is there an automated system that looks for

19  that sort of indicia of maybe there's something that gets

20  flagged?

21         MS. SPELMAN:  Objection:  Vague.

22  BY MR. FARNAES:

23    Q    Is there any system that you know of?

24    A    Not an automated system.

25

119

Luango, Philip
Shay v. Apple, Inc.



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25     Q      Have we sort of -- I think -- are there any other

1   vulnerabilities at that time in the retail location once

2   the card is there that Apple has identified that we haven't

3   yet touched on today that you're aware of?

4       A    I think we touched on the fact that Apple doesn't

5   have direct control once in the retailer, and that said, I

6   think that's identified as a vulnerability.  So I would say

7   not additional to that.



Luango, Philip
Shay v. Apple, Inc.



16    Q    Is Apple aware of -- well, to your knowledge, do
17  any of the integrators have higher instances of card theft
18  reports than other integrators?
19    A    Not to my knowledge.

122



    1
    2
    3
    4
    5
    6
    7
    8
    9
   10
   11
   12   BY MR. FARNAES:
   13
   14
   15
   16
   17
   18
   19
   20
   21
   22
   23
   24
   25

Luango, Philip
Shay v. Apple, Inc.



1

2

3

4

5

6

7      Q     I'm not sure I need more specifics at this time,

8 so I want to save you -- I don't want you to get in

9 trouble.

10     A     Okay.

11     Q     At redemption, when somebody redeems a card and it

12 comes up as having already been redeemed to their surprise,

13 and they call Apple, Apple -- we've seen in this case, that

14 Apple then generates -- there's a customer call log that is

15 created, and the problem is attempted to be addressed.

16          But in the process of that, is it correct that

17 Apple can tell which Apple ID redeemed that particular gift

18 card?

19          MS. SPELMAN:  Objection just to the extent this

20 witness has not been designated to testify about customer

21 communications and that situation, and we've already had a

22 witness speak to that.  But if you're asking him his

23 personal knowledge about that, he can answer.

24 BY MR. FARNAES:

25     Q     I guess I was asking about is in terms of whether

1  or not that's any sort of -- is that a security feature of

2  the cards that you can tell who was redeemed it?

3      A    I don't know that I would consider that a security

4  feature, I guess.

5      Q    But to your knowledge, and not speaking on behalf

6  of the company, but simply as you, are you aware that Apple

7  can in fact determine which Apple ID did redeem that pin

8  code?

9      A    Yeah, I think we can.  And it's also, maybe this

10 is not necessary, but it's what we want most of the time

11 because we want them to be gift cards, not self-use cards.

12          So it's not an anomaly that would normally be a

13 bad thing.  But yes, I think we can.

14     Q    And Apple can also tell the date on which a gift

15 card was redeemed; right?

16     A    Yes.

17     Q    And Apple could also determine whether particular

18 Apple IDs are redeeming a lot of -- you know, an usually

19 high amount of gift cards; correct?

20          MS. SPELMAN:  Objection:  Vague as to "unusually

21 high," and lacks foundation.

22          THE WITNESS:  Well, we can see, I think to answer

23 your question, how many redemptions are happening on an

24 Apple ID.

25 ///

125

1    BY MR. FARNAES:

2        Q    And I use the term "unusually high."  What might

3    be an unusually high number of redemptions for an Apple ID

4    in a one-year term, in your experience?

5            MS. SPELMAN:  Objection:  Calls for speculation;

6    vague.

7            THE WITNESS:  I would have to guess at what

8    unusually high is.  We have some big users that redeem a

9    lot that are legitimate customers.  But I would be guessing

10   as to what would be considered unusually high, more than

11   norm.

12   BY MR. FARNAES:

13   

14

15

16           MS. SPELMAN:  Objection:  Lacks foundation.

17

18

19

20

21

22

23

24

25

126



1

2

3

4

5

6

7

8

9

10

11

12

13     MS. SPELMAN:  Objection as to the term

14  "unauthorized redemption," vague.

15

16

17

18  BY MR. FARNAES:

19     Q    So preventing or blocking that Apple ID from

20  redeeming further cards or is it blocking that ID from

21  using the funds that it just redeemed?

22          MS. SPELMAN:  Objection:  Compound.

23          THE WITNESS:  Again, I think it's largely from

24  using the funds redeemed, because if they see unusual

25  activity, that's the signal to lock it.

1    BY MR. FARNAES:

2        Q      If an Apple ID is locked after redemption, but

3    prior to use of those credits, what happens to those

4    credits that are now sitting in a locked account?

5            MS. SPELMAN:  Objection:  Calls for speculation;

6    outside of this witness's designated topics.  But if he has

7    personal knowledge, he can answer.

8            THE WITNESS:  I don't have specific knowledge of

9    what happens next.

10   BY MR. FARNAES:

11       Q      Okay.  But does Apple keep any records of the

12   number of Apple ID accounts that are blocked for this

13   reason?

14           MS. SPELMAN:  Same objections.

15           THE WITNESS:  I don't have personal knowledge.  I

16   don't have personal knowledge of recordkeeping for that.

17   BY MR. FARNAES:

18       Q      Do you know if when -- if an account is blocked,

19   have you ever seen -- have you ever seen a blocked account?

20   Have you ever viewed a blocked account?

21       A      No, I haven't.

22   ███████████████████████████████████████████████████████

23   █████████████████████████████████████████████████████

24   █████████████████████████████

25           MS. SPELMAN:  Same objections.

Luango, Philip
Shay v. Apple, Inc.



BY MR. FARNAES:

    Q    Our client is Ms. Shay. Did you -- prior to our deposition here today, did you look at Ms. Shay's account for her customer history?

    A    No.

    Q    As you're sitting here today, do you know who redeemed the gift card that she purchased?

    A    No.

    Q    But somebody at Apple would know, would they not, what Apple ID was used to redeem that gift card?

    A    I don't know if they would know. I think they likely could know.

    Q    Fair enough. I don't know that somebody walks around with that knowledge in their head, but it could be found?

    A    Yeah.

    Q    And you could also find out if that ID had redeemed more than one gift card; correct?

    A    I believe the system would be, yeah, able to tell

1    that.

2        Q    And could you also determine -- could the systems

3    also determine whether those gift cards that were redeemed

4    to an Apple ID all came from the same retailer or not?

5        A    I think potentially, yes.

6    ████████████████████████████████████████████████████

7    ████████████████████████████████████████████████

8    ██████████████████████████████████

9        MS. SPELMAN:  Objection:  Lacks foundation; calls

10   for speculation.

11   ████████████████████████████████████████████████

12   ██████████████████████

13   BY MR. FARNAES:

14       Q    Does the -- does Apple ever report such findings

15   to any law enforcement agency?

16       MS. SPELMAN:  Objection:  Lacks foundation; calls

17   for speculation.

18   BY MR. FARNAES:

19       Q    If you know.

20       A    It would be speculation on my part.  I don't

21   know.

22       Q    Do you know why Apple refused Ms. Shay's request

23   that her money be refunded to her?

24       A    No, not specifically, I don't.  But as I said, I'm

25   not familiar, nor would I ever have access to anyone's

130

1   Apple ID information; that's just something I don't.  So I

2   don't have specific knowledge of that.

3          MR. FARNAES:  It's 2:30 now.  I'm going to take a

4   10-minute break because I have got to take a break.  I've

5   been drinking too much coffee; let me leave it there.  I'll

6   be back.

7          MS. SPELMAN:  Okay, thank you.

8              (Break 2:31 - 2:44 p.m.)

9          MR. FARNAES:  Back on the record.

10  BY MR. FARNAES:

11      Q     Sir, what security features does Apple put around

12  the redemption process of the gift cards, to your

13  knowledge?

14      A     Other than logging into your Apple ID to redeem,

15  the moment of redemption is -- that's the only sort of gate

16  to that -- to redeeming.

17      Q     In terms of order of operations, you have to first

18  log in and access the Apple systems with your ID before you

19  go on to the next step, which is to enter the code to

20  redeem?

21      A     Right.

22  

23

24

25

```
 1          MS. SPELMAN:  Objection:  Vague.
 2
 3
 4
 5   BY MR. FARNAES:
 6
 7          MS. SPELMAN:  Objection:  Lacks foundation.
 8   BY MR. FARNAES:
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



132



1

2

3

4

5

6

7

8

9

10

11          MS. SPELMAN:   Objection:   Vague; calls for

12   speculation.   The witness can answer if he can.

13

14

15   BY MR. FARNAES:

16

17

18

19

20

21

22          MS. SPELMAN:   Objection to the extent it calls for

23   legal conclusion on use of that term, but the witness can

24   answer if he understands.

25

133

1

2  BY MR. FARNAES:

3      Q    Okay.  Now I want to go back to things that I

4  actually think you may in fact be the Person Most

5  Knowledgeable on; and that's back to marketing of the gift

6  cards.

7          Sir, have you or are you aware that Apple has ever

8  conducted any consumer surveys about consumers'

9  interactions with the gift cards?

10         MS. SPELMAN:  Objection:  Vague.

11         THE WITNESS:  Well, we have done consumer surveys

12  from time to time.

13  BY MR. FARNAES:

14     Q    Does Apple still possess the results of those

15  consumer surveys?

16     A    I believe we do.

17     Q    Are you aware of whether the consumer surveys, any

18  of them address consumers' perceptions as to whether or not

19  the cards are secure?

20     A    Not to my knowledge specifically about how secure

21  the cards are.

22     Q    Do the consumer surveys address whether or not

23  consumers regard the gift cards as the equivalent of

24  cash?

25     A    To the extent that we -- so let me tell you what

1   we do try to cover, and hopefully that's helpful.  Which is

2   what are their opinions of gift cards, do they like to

3   receive them and give them; do they understand what they're

4   good for, like, what you get with it.  That's usually our

5   focus area.

6        And the cash-specific aspect I wouldn't say was

7   like a question we would ask.  But we would try to get an

8   understanding of how much they value the gift cards, if

9   they like them.

10   **Q    So whether or not they feel that they get the**

11   **equivalent value for what they're paying for?**

12   A    Right.  And to try to help inform what we should

13   be doing maybe differently to understand what consumers

14   want.

15   **Q    And in sort of the same vein, and I don't know if**

16   **it's different, but has your team conducted consumer focus**

17   **groups regarding the design of the cards ever?**

18   A    We have.

19   **Q    And do you have the results of what those focus**

20   **groups revealed regarding the cards?**

21   A    We would have them, yes.

22   **Q    Other than the consumer surveys or the focus**

23   **groups, is there anywhere else where Apple collects**

24   **consumer suggestions about how to improve the gift card**

25   **experience?**

1     A    Not that I can think of, no.

2     Q    There's no link somewhere in the Apple interface

3   website where consumers can offer up suggestions, that

4   you're aware of?

5     A    That's correct.

6     Q    Sir, in your mind, when a consumer goes to

7   purchase a gift card, who ultimately as between Apple, the

8   integrator, the retailer, and the consumer, who ultimately

9   bears the risk of the card having been -- or the pin code

10  having been stolen?

11         MS. SPELMAN:  Objection:  Calls for legal

12  conclusion; speculation.

13         THE WITNESS:  I don't know if I can adequately

14  answer your question who bears the risk.

15  BY MR. FARNAES:

16    Q    The reason I ask is because I think your testimony

17  today has been that in very few circumstances does the

18  Apple actually provide the consumer with a refund so that's

19  what the nature of my question goes to.

20         If Apple doesn't provide a refund, then it seems

21  to me that Apple doesn't really bear the risk of a stolen

22  card; is that fair to say?

23         MS. SPELMAN:  Objection:  Again calls for legal

24  conclusion.

25         THE WITNESS:  Well, yeah, I guess I would respond



1    that yeah, ████████████████████████████

2    ██████████████████████████████████████

3    ████████████████

4         ██████████████████████████████████

5    █████████████████████████████████████

6    ████████████████████████████████████████

7    █████████████████

8    BY MR. FARNAES:

9         ██████████████████████████████████████

10   █████████████████████████████████

11        ██████████████████████████████████

12   ███████████████████████

13        ███████████████████████████████████████

14   ████████████████████████████████

15        MS. SPELMAN:  Objection to the extent it's already

16   been covered by another witness, but if this witness has

17   personal knowledge about this, he can answer.

18        ██████████████████████████████████████

19   ██████████████████████████████████████

20   ████████████████████████████████████

21   █████████████████████████

22   BY MR. FARNAES:

23        ██████████████████████████████████

24   █████████████

25        ██████████

137



18    Q    I'm sorry.  I didn't mean to interrupt you, sir.

19    A    That was -- I was done.  Thanks.

20    Q    Does Apple communicate to the retailers in any

21    way, that you know of, something to the extent of -- and

22    I'm paraphrasing -- Hey, if you guys give a refund for an

23    unauthorized use of a pin code, don't come looking to us to

24    reimburse you for that?

25    A    We don't have any communication like that, that

138

1    I'm aware of.

2        Q    Are you aware of whether or not when a consumer

3    goes and purchases a gift card and they -- almost, and now

4    I'm speaking from my own personal experience -- when

5    somebody -- when I buy a gift card, I am almost always

6    handed a receipt from the retailer.

7            Whereas, if I buy a sandwich, they might ask if I

8    want a receipt.  When I buy a gift card they never ask me;

9    they just give me a receipt.   Do you have any

10   understanding as to why that might be or whether or not

11   that's typical?

12       A    I don't know why it would be more typical than

13   buying other things, yeah.

14       Q    Do you know if retailer receipts are obligated to

15   carry the barcode of the gift card that's purchased, so

16   that maybe Apple can have proof of purchase from the

17   consumer who calls in?

18       A    The receipt is definitely helpful if someone calls

19   in and the card is not working, let's say, yes.

20       Q    And there is a method by which Apple can match the

21   receipt to that particular card?

22       A    That's in the customer support purview a little,

23   but I think they have that ability.

24   █████████████████████████████████████████████████████

25   █████████████████████████████████████████████████████

1

2

3

4

5      Q     But if you have the receipt or if you could print

6  out a second receipt of a transaction that's already

7  occurred, you would then know which card had in fact been

8  activated, would you not?

9      A     Honestly, I'm not sure if I follow you there.

10     Q     Okay.  Let me see if I can explain it better.

11           If I have the receipt with a barcode on it that

12 shows that this card with this barcode has been purchased

13 and paid for, then I would also automatically conclude from

14 that receipt that now that card is activated; correct?

15     A     I'd have to double-check that there's a reference

16 on the receipt for that specific card.  But -- yeah.

17     Q     And in this case, I can show you in the case of

18 our client's receipt did have the barcode printed on it.

19 And let me just pull it up here.

20     A     Okay.

21           MR. FARNAES:  This is an exhibit that was used in

22 Ms. Shay's deposition.  I'm going to give it a different

23 number.  Her deposition numbers don't correspond to the

24 Apple numbers, the Apple deposition number.

25           So I think we're on Exhibit 52; is that right

140

```
 1   Madam Court Reporter?

 2           THE REPORTER:  Yes.

 3           MR. FARNAES:  I'm going to mark this -- bear with

 4   me again because I know I always make a mess of this.  I'm

 5   going to try to drop it in the Chat box.

 6           (EXHIBIT 52 MARKED FOR IDENTIFICATION.)

 7   BY MR. FARNAES:

 8       Q    I'm going to also try to share that screen.  Can

 9   you see that, "Items history not a receipt"?

10       A    Yes, I can.

11       Q    That's Exhibit 52.  We can see here on this

12   receipt that there are -- there's an iTunes right there, a

13   $50 iTunes card.

14       A    Uh-huh.

15       Q    And that, sir, is -- that matches -- that number

16   there next to it, the one starting with 08859, that matches

17   the barcode that's on the actual card that she purchased.

18           MS. SPELMAN:  Objection to the extent it misstates

19   the other document.  If you'd like the witness to look at

20   other one to confirm.

21           MR. FARNAES:  Yeah, I think that is very fair,

22   Ms. Spelman.  And now you're going to put me to the test,

23   and I hope I'm right.  Unfortunately I don't know how to

24   show them side by side.

25           MS. SPELMAN:  The witness can open the other
```

```
 1    document himself if you want.
 2            THE WITNESS:  Yeah, I can.  Hang on a second.
 3    Full screen.  So we're going to look at the back of the
 4    card?
 5    BY MR. FARNAES:
 6        Q    Yeah, correct.
 7        A    Okay, I have that open on my screen.
 8        Q    So there it is.
 9        A    Right.
10        Q    You have the 85909 number, that same number?
11        A    Uh-huh.
12        Q    -- that you see on the receipt.  So if that
13    receipt after Ms. Shay leaves the store, if that receipt is
14    printed again or if she dropped it out in the parking lot
15    or something like that, somebody would know that an app
16    store iTunes card with that barcode number has now been
17    activated; correct?
18            MS. SPELMAN:  Objection:  Lacks foundation to the
19    extent it misstates what's on the documents as well.
20            THE WITNESS:  I think if you found a receipt, you
21    would know -- and you knew what that code was, you would
22    know a card got activated with that.  But -- that sounds
23    reasonable, but you wouldn't have the pin in your hands.
24    BY MR. FARNAES:
25        Q    Correct.  But if -- right.  But if you already had
```

1    **the pin, then you could use the receipt to confirm that the**

2    **pin for that card has now been activated?**

3         MS. SPELMAN:  Objection:  Calls for speculation;

4    again misstates the documents.

5         THE WITNESS:  Yeah, like I said, I think you would

6    know that that number got activated.

7    BY MR. FARNAES:

8         **Q    Right.  Do you know if a retailer can sort**

9    **receipts by gift cards purchased?  Do you know that one way**

10   **or the other?**

11        A    I don't, no.

12        **Q    If a retailer -- and you may not know this.  But**

13   **if a retailer wanted to know, How many Apple gift cards did**

14   **we sell today, and which barcodes are still in our**

15   **inventory and which ones have been sold if they were doing**

16   **some sort of audit, do you know whether or not they could**

17   **run that report to see which barcode numbers have been**

18   **sold?**

19        A    I don't know, but I don't believe they can,

20   honestly.  They're not inventoried items, gift cards,

21   that's not something that's on inventory.  It doesn't have

22   any value until you activate it at the register.

23        **Q    Oh, okay.  So I don't really understand that.  Why**

24   **isn't it in inventory of the store?**

25        A    It is.  But they don't have it in their system

143

1   visibility onto -- I don't believe onto all the cards that

2   they -- like, let's say all those GCA numbers that they

3   have, they just don't have visibility.

4       Q    So if they did have that visibility, that would

5   surprise you; correct?

6       A    That would surprise me.

7       Q    Okay.  So Apple does track the barcodes all the

8   way to the retailer, but am I correct about that?  We

9   talked about the whole process of printing all the way to

10  delivery to the retailer, and I thought we said that using

11  the barcode, you could determine which cards are at each

12  retailer?

13      A    In some instances, not all, we can determine,

14  depending on if they have some specifics.  But some

15  instances we could determine which retailer a card was sent

16  to.

17      Q    But you don't believe that the retailer actually

18  knows which barcodes are in their store until the time of

19  purchase?

20      A    That's right.  That's my knowledge, yep.

21      Q    Is there any reason for that?  Is there some

22  rationale for the system being set up that way?

23      A    I think that's the way it is.  I don't think they

24  would know for a lot of other goods what the bar cards that

25  they have in their store are actually.

1          Like if you think about grocery.  So anyway, I

2    shouldn't speculate as to others.  But that is -- I would

3    be surprised if they knew all the different GCA numbers or

4    barcodes.  I don't think they have that visibility.

5         Q    Okay.  Fair enough.

6          MR. FARNAES:  I think I'm almost done.  If you

7    guys could give me 10 minutes just to make sure that I've

8    asked what I need to ask, I would appreciate it.

9          MS. SPELMAN:  Okay.

10          THE WITNESS:  Just come back in 10?

11          MR. FARNAES:  Yeah.

12                (Break 3:12 - 3:21 p.m.)

13          MR. FARNAES:  Back on the record.

14   BY MR. FARNAES:

15        Q    First I want to finish by asking a very broad

16   question; and that is, Has Apple ever considered or thought

17   about or explored any way in which providing a refund for

18   this type of complaint might be easier for the consumer?

19          MS. SPELMAN:  Objection:  Vague; form.

20          THE WITNESS:  I think what I referenced earlier

21   about the difficulty of seeing already redeemed cards

22   presents for Apple because it exposes us to other kinds of

23   fraud, makes it difficult for us to consider doing that.

24   BY MR. FARNAES:

25        Q    Okay.  But you haven't considered, for example,

145

1    maybe one of the things Apple could do is to limit the

2    amount of refund that was available and/or make other

3    limits on it.

4           For example, you're entitled to one of these

5    refunds every five years or something like that.  Or we're

6    only going to refund it up to $25 or $50, but no matter

7    what the amount of your gift card you purchased?

8           Have you ever considered any sorts of limits which

9    might make it a little more palatable to the consumers who

10   face this disappointment with the Apple product?

11          MS. SPELMAN:  Objection:  Lacks foundation; calls

12   for speculation.

13          THE WITNESS:  I would say we have not considered

14   that.

15   BY MR. FARNAES:

16     Q    Is that because the instances of this happening

17   are very low and these complaints are very few or is it

18   something else?

19     A    I would say it's because the instances, you know,

20   broadly speaking, are very low and complaints are few.

21     Q    But since the instances are in fact very low and

22   then presumably then the dollar amount involved would also

23   be relatively low, my question is -- and it's broad, I

24   know -- why would Apple, as the most valuable company in

25   the world, which also puts a very high premium on customer

1    **satisfaction, not just provide the refund to those few**

2    **instances?**

3          MS. SPELMAN:  Objection to the extent it calls for

4    speculation.

5          THE WITNESS:  Unfortunately, I think -- I'll try

6    to give you an answer that any policy like that can be

7    exploited at least to some extent, whether you take your

8    time to set up individual Apple IDs and then get your $25

9    refund on each one of those Apple IDs.  It's just -- it's a

10   difficult thing for us to make a policy like that.

11   BY MR. FARNAES:

12       **Q    And Apple doesn't feel that it should bear the**

13   **risk of that?**

14         MS. SPELMAN:  Objection to the extent it calls for

15   legal conclusion.

16         THE WITNESS:  Yeah, I don't think I can give a

17   good answer to that.  As I said, it's one of the

18   difficulties that we face with already redeemed gift card

19   instances.

20         MR. FARNAES:  I understand, Mr. Luango.  And

21   that's it for my questions.  So I want to thank you very

22   much for your patience and for us muddling through the

23   exhibits today.

24         And I want to ask -- well, I think we can end the

25   depo here.  It's federal court, so I don't think there's

```
 1    any stipulations at the end of the depo that are permitted.
 2            MS. SPELMAN:  Yeah, I think we don't need any
 3    stipulations, but I actually do have a couple questions.
 4            MR. FARNAES:  Okay.
 5            MS. SPELMAN:  I know I'm the one who has the
 6    picnic, but you gave me extra time; what can I say?
 7            MR. FARNAES:  Fair enough.
 8            MS. SPELMAN:  I have a couple questions just for
 9    clarification.  And then of course if you have additional
10    questions, we can...
11            MR. FARNAES:  Yes, thank you.
12                         EXAMINATION
13    BY MS. SPELMAN:
14        Q    So Mr. Luango, do you recall a little while ago
15    when you were speaking about Ms. Shay's receipt that she
16    has allegedly for the gift card she purchased that's at
17    issue in this case?
18        A    Yes.
19        Q    And you were testifying -- or there was some
20    discussion about the number on the receipt associated with
21    the iTunes gift card she purchased.
22            Do you recall that?
23        A    Yes.
24        Q    Okay.  And there was also discussion about how
25    that number is I think the same or is reflected on the gift
```

148

1    card itself that she purchased.

2         Do you recall that?

3    A    Yes.

4    Q    Mr. Luango, is it correct that the receipt

5    reflects only the first 12 digits of the serial number

6    that's on the gift card itself?  If you'd like to take a

7    look at them, you can to answer the question.

8    A    I'd like to take a look.  I have the card open.

9    Actually, I have them both.  Yeah, it's as Counsel had

10   said, it started with the 88, but it's not all the numbers

11   that are on the card.

12   Q    Okay.  So the receipt reflects only part of the

13   number, the full serial number, that's on the gift card

14   itself; correct?

15   A    Yes.

16   Q    And do you have an understanding what those

17   numbers, what that partial number, is as it appears on

18   receipt; what does that represent?

19   A    I think the number that's shown on the receipt is

20   the UPC portion of the total number, which essentially

21   means that's the app store $50 card.  That's what that

22   means.

23        That's that group of numbers similar to the other

24   number on the receipts are representing the UPC of what's

25   next -- like, I'm sorry, as I'm looking at it.

149

1          For example, iTunes $50, that's what that means.

2     It means iTunes $50 refers to that.

3     **Q     Is it your understanding that the number that**

4     **appears on the receipt is a unique identifier with respect**

5     **to the plaintiff's card, the individual card that she**

6     **purchased?**

7        A     No, I guess not specifically to that card.  It's

8     specific to iTunes app $50 cards at Walmart.  It doesn't

9     necessarily mean specifically that card.

10          MS. SPELMAN:  Thank you, Mr. Luango.  I have no

11     further questions.

12          MR. FARNAES:  I don't have any further follow-ups.

13          THE REPORTER:  Ms. Spelman, do you need a copy of

14     the transcript?

15          MS. SPELMAN:  Yes, we do.

16             (Deposition concluded at 3:29 p.m.)

17

18

19

20

21

22

23

24

25

```
 1   STATE OF CALIFORNIA       )

 2                             )    ss.
     COUNTY OF ORANGE          )
 3

 4

 5             I, Erika "Rik" Rutledge, Certified Shorthand

 6   Reporter, Certificate No. 13774, for the State of

 7   California, hereby certify:

 8             I am the deposition officer that

 9   stenographically recorded the testimony in the foregoing

10   deposition;

11             Prior to being examined, the deponent was by

12   me first duly sworn;

13             The foregoing transcript is a true and

14   accurate record of the testimony given.

15

16   Dated:  September 6, 2022

17

18

19   _____

20             Erika "Rik" Rutledge

21

22

23

24

25
```

```
 1              DEPOSITION ERRATA SHEET

 2

 3      Jilio-Ryan Job No.: 112405

 4      Case Caption:  SHAY

 5      vs.  APPLE, INC.

 6

 7          DECLARATION UNDER PENALTY OF PERJURY

 8

 9          I declare under penalty of perjury

10      that I have read the entire transcript of

11      my Deposition taken in the captioned matter

12      or the same has been read to me, and

13      the same is true and accurate, save and

14      except for changes and/or corrections, if

15      any, as indicated by me on the DEPOSITION

16      ERRATA SHEET hereof, with the understanding

17      that I offer these changes as if still under

18      oath.

19          Signed on the _____ day of

20      _____, 2022.

21

22      _____

23              PHILIP LUANGO

24

25
```

152

```
 1                    DEPOSITION ERRATA SHEET

 2           Page No._____Line No._____Change to:_____

 3           _____

 4           Reason for change:_____

 5           Page No._____Line No._____Change to:_____

 6           _____

 7           Reason for change:_____

 8           Page No._____Line No._____Change to:_____

 9           _____

10           Reason for change:_____

11           Page No._____Line No._____Change to:_____

12           _____

13           Reason for change:_____

14           Page No._____Line No._____Change to:_____

15           _____

16           Reason for change:_____

17           Page No._____Line No._____Change to:_____

18           _____

19           Reason for change:_____

20           Page No._____Line No._____Change to:_____

21           _____

22           Reason for change:_____

23

24           SIGNATURE:_____DATE:_____

25                        PHILIP LUANGO
```