# EXHIBIT 17

## UNDER SEAL

*Rachael Shay v. Apple Inc., et al.*

Case No. 3:20-cv-1629-JO-BLM

Plaintiff's Motion for Class Certification

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RACHAEL SHAY, on behalf of      )
herself and all others         )
similarly situated,            )
                               )
            Plaintiff,         )
                               )
vs.                            ) Case No. 3:20-cv-1629
                               )          JO-BLM
APPLE, INC., a Delaware        )
corporation; APPLE VALUE       )
SERVICES, LLC, a Virginia      )
limited liability corporation; )
and DOES 1 through 10,         )
inclusive,                     )
                               )
            Defendants.        )
                               )
_____)

REMOTE DEPOSITION of

MIGUEL GOMEZ

AUSTIN, TEXAS

THURSDAY, JULY 21, 2022

REPORTED BY:
Erika "Rik" Rutledge
CSR No. 13774

1

```
 1                   UNITED STATES DISTRICT COURT

 2                 SOUTHERN DISTRICT OF CALIFORNIA

 3

 4   RACHAEL SHAY, on behalf of      )
     herself and all others         )
 5   similarly situated,            )
                                    )
 6                   Plaintiff,      )
                                    )
 7   vs.                            ) Case No. 3:20-cv-1629
                                    )            JO-BLM
 8   APPLE, INC., a Delaware        )
     corporation; APPLE VALUE       )
 9   SERVICES, LLC, a Virginia      )
     limited liability corporation; )
10   and DOES 1 through 10,         )
     inclusive,                     )
11                                  )
                     Defendants.     )
12                                  )
     _____)
13

14

15

16

17       The deposition of MIGUEL GOMEZ was taken remotely on

18   behalf of Plaintiff, commencing at 8:34 a.m. PST on

19   Thursday, July 21, 2022, at Austin, Texas, before Erika

20   "Rik" Rutledge, Certified Shorthand Reporter No. 13774 for

21   the State of California.

22

23

24

25
```

2

1    APPEARANCES OF COUNSEL:

2

     FOR PLAINTIFF:
3

          JAMES HAWKINS APLC
4         BY:  CHRISTINA M. LUCIO
          ATTORNEY AT LAW
5         9880 Research Drive
          Suite 200
6         Irvine, California 92618
          949.387.7200
7         christina@jameshawkinsaplc.com

8

9

     FOR DEFENDANTS:
10

          JENNER & BLOCK
11        BY:  KATE SPELMAN
          ATTORNEY AT LAW
12        515 South Flower Street
          Suite 3300
13        Los Angeles, California 90071
          213.239.5100
14        kspelman@jenner.com

15

16

     ALSO IN ATTENDANCE:
17

          Mara Selfridge - In-House Counsel, Apple Inc.
18

19

20

21

22

23

24

25

3

```
1                          INDEX
2
   DEPONENT                 EXAMINATION              PAGE
3
   Miguel Gomez             Ms. Lucio                  6
4
                            Ms. Spelman              177
5

6
                           EXHIBITS
7
   Exhibit                  Description              Page
8
   EXHIBIT 1      Notice of Deposition - PMK          25
9
   EXHIBIT 2      Notice of Deposition - Gomez        28
10
   EXHIBIT 3      Apple Objections to NOD             29
11
   EXHIBIT 4      Photos of Apple Gift Card           33
12
   EXHIBIT 5      ███████████████████████            57
13
   EXHIBIT 6      ██████████████████████             63
14
   EXHIBIT 7      ███████████████████████            75
15
   EXHIBIT 8      ███████████████████████           101
16
17
   EXHIBIT 9      ████████████████████               78
18
   EXHIBIT 10     ███████████████████████           109
19
   EXHIBIT 12     ███████████████████               123
20
21
   EXHIBIT 13     ██████████████████                124
22
   EXHIBIT 14     ████████████████                  127
23
   EXHIBIT 18     ████████████████████████          185
24
25  ///
```



```
 1                    EXHIBITS (Continued)

 2    Exhibit                Description                Page

 3    EXHIBIT 19    ███████████████████████            133

 4    EXHIBIT 20    ██████████████████                 136

 5    EXHIBIT 21    █████████████████████████████      173

 6    EXHIBIT 25    ████████████████████████████       124

 7

      EXHIBIT 33    Report Re Complaints of Rachael Shay  162
 8                  Screenshots

 9    EXHIBIT 34    Second Rachael Shay Screenshot     169

10    EXHIBIT 35    Rachael Shay Screenshot            172

11    EXHIBIT 38    Complaint 10023275739              139

12    EXHIBIT 39    Complaint 10328920480              151

13    EXHIBIT 40    Complaint 100696374682             153

14

15

16                 QUESTIONS NOT ANSWERED

17                       (None)

18

19

20                 INFORMATION REQUESTED

21                       (None)

22

23

24

25
```

```
 1                        AUSTIN, TEXAS
 2              THURSDAY, JULY 21, 2022 8:34 A.M. PST
 3                            oo00oo
 4
 5                        MIGUEL GOMEZ,
 6     the witness herein, having been first duly sworn by the
 7     Certified Shorthand Reporter, was examined and testified as
 8     follows:
 9                          EXAMINATION
10     BY MS. LUCIO:
11         Q    Good morning, Mr. Gomez.  My name is Christina
12     Lucio, and I am one of the attorneys representing Rachael
13     Shay in this lawsuit.  So thank you for being here today.
14     I appreciate it.
15             As I indicated before we got started, if for some
16     reason you can't hear me at some point, please let me know.
17     I'm dealing with a little bit of audio issues, but
18     hopefully we can get through this; okay?
19         A    Sure.
20         Q    Just before we got started today, there was the
21     oath that the court reporter gave you, and that oath it
22     means you're giving testimony here today under penalty of
23     perjury.  Do you understand that?
24         A    I do.
25         Q    Do you know what that means to give testimony
```

6

1   under penalty of perjury?

2        A    I do.

3        Q    Have you had your deposition before?

4        A    I have not, no.

5        Q    Okay, so just a couple of ground rules in terms of

6   moving forward.  Because I can see you here on the video

7   screen, and you can see me, I can see you nodding, I can

8   see you shaking your head -- all of those things -- the

9   court reporter is also taking down the transcript of

10  everything we're saying, that it's important that you give

11  verbal responses, yes or no, to the extent the question

12  calls for it; okay?

13       A    Yes.

14       Q    Thank you.  During the course of the deposition,

15  Ms. Spelman, your counsel here, may object.  But unless she

16  instructs you not to answer, I would ask for your best

17  testimony.

18            Sometimes she's objecting to preserve the record;

19  other times it's because she thinks something is a little

20  bit ambiguous, but if you understand the question, please

21  give me your best answer.  If you need me to clarify,

22  please let me know that; okay?

23       A    Will do.

24       Q    So during the deposition I will be asking you

25  about your knowledge, perceptions, things you've seen,

```
 1    things that you know, either through getting prepared for
 2    today or because you experienced it.
 3           Some of these things might have happened a couple
 4    years ago.  I think most of what we're talking about here
 5    involves things that occurred from 2017 forward.
 6           And so I would be asking for your best estimate of
 7    what happened, what you recall of what happened, what the
 8    protocols were during that time period.
 9           But I don't want you to guess; okay?
10    A    Okay.
11    Q    Do you understand the difference between an
12    estimate and a guess?
13    A    Yes.
14    Q    Is there any reason that you can't give your best
15    testimony today?
16    A    No.
17    Q    Have you had any drugs or alcohol or anything else
18    that might impact your ability to recall?
19    A    I have not.
20    Q    As a rule of thumb, I typically go about an hour
21    before we take a break.  But if for any reason you need a
22    break or if I forget to take one, certainly feel free to
23    ask for one.  All I would ask is if there's a question
24    pending, give me the best answer you can and then we can a
25    break immediately thereafter; okay?
```

8

```
 1      A    Of course.

 2      Q    Are you currently employed?

 3      A    I am.

 4      Q    Who are you employed by?

 5      A    Apple, Incorporated.

 6      Q    How long have you worked for Apple,

 7    Incorporated?

 8      A    I have been employed by Apple for I believe it's

 9    15 years.

10      Q    Do you recall approximately when you began working

11    for them?

12      A    I do.

13      Q    What was that date?

14      A    October of 2016.

15      Q    Do you recall -- 2016 or --

16      A    I'm sorry, 2006.

17      Q    Thank you.

18      A    Not 2016.  Thank you.

19      Q    I appreciate that.  Do you recall what your title

20    was when you got hired?

21      A    I do.

22      Q    What was that?

23      A    It was a Tier 1 customer support technical

24    agent.

25      Q    How long were you in that role?
```

```
1        A      Probably a year.

2        Q      What's the next role you assumed for the

3   company?

4        A      The next role was Tier 2 level customer support

5   technical advisor or agent.  We used to be called agents,

6   and now it's advisors, so you'll probably hear me say

7   advisors during this testimony.

8        Q      But it refers to the same group of individuals?

9        A      That's right.

10       Q      What was the difference between Tier 1 and Tier 2?

11  What were the differences in your role?

12       A      The difference is that Tier 2 level advisors are

13  an escalation group.  If a customer calls Apple with

14  assistance or software services product, they will get an

15  agent or advisor on the phone that's a Tier 1 level

16  advisor.

17              But if that Tier 1 level advisor isn't able to

18  resolve the issue, either because they don't have the

19  knowledge or the access to tools, then they would escalate

20  to a Tier 2 level advisor to further assist from there.

21       Q      So when calls come in, in the first instance or

22  e-mails come in, they go to a Tier 1 customer support agent

23  or advisor?

24       A      Generally speaking, that's correct, yes.

25       Q      After your position as Tier 2 customer support
```

1   agent, what was the next position you assumed for the

2   company?

3       A    The next official position -- and I say that

4   because there were some kind of temporary rotations in

5   between, but my next official position was as a team

6   manager.

7       Q    What did you do as a team manager?

8       A    I supervised a group of or a team of Tier 2 agents

9   supporting iTunes store customers.

10      Q    So when we were talking about Tier 2 agents, at

11   the time that you were in that position, were they divided

12   among departments or groups based upon the product they

13   were supporting?

14      A    That's correct, yes.

15      Q    Is that the structure today?

16      A    There are divisions based on kind of scope of

17   support.  They are a little bit different today then they

18   were back in 2006, 2007.  But there are different

19   departments that support different areas.  And each of

20   those departments, generally speaking, have a Tier 1 and a

21   Tier 2 level group.

22      Q    Is it accurate to say that in terms of addressing

23   a customer inquiry, there would be a Tier 1 level -- or

24   Tier 1 would apply to every inquiry, and perhaps there

25   would be a Tier 2 level support if necessary.

1          **Is there a level beyond that?**

2     A     There is a level beyond that, yes.

3     **Q     And was that level -- was that level the role that**

4  **you assumed in connection with being a team manager?**

5     A     No, not exactly.  So we have -- we have a Tier 3

6  level support that is a non-customer-facing group.  It's

7  called site support engineering.  And essentially this is a

8  group that doesn't take calls for customers directly, but

9  it assists Tier 2 agents technically.

10         Or if there's an issue with a product, for

11  example, that requires an engineering solution, this team

12  would work directly with the engineers.

13    **Q     So is it accurate to say that that level -- I'm**

14  **sorry, did you say site support engineering?**

15    A     That's correct, yes.

16    **Q     So that site support engineering would provide**

17  **support behind the scenes, so to speak, if necessary?**

18    A     That's correct.

19    **Q     After the team manager position, did you go on to**

20  **assume a different position with the company?**

21    A     I did.

22    **Q     What position was that?**

23    A     The one after that was an area manager position.

24    **Q     Do you recall around what year that was?**

25    A     That would have been 2012.

1    Q    What were your functions as an area manager?

2    A    As an area manager, I managed a team of team

3    managers and also an organization at the time that was

4    focused on supporting -- it had a pretty broad scope.

5         But it was focused on consumer support for

6    Spanish-speaking and Brazilian Portuguese-speaking

7    customers as well as education support for customers

8    globally.

9    Q    In that position of area manager, were you

10   involved in the support related to the app store and iTunes

11   gift cards?

12   A    I was.

13   Q    Are you still an area manager or did you progress

14   into a different position?

15   A    I'm in a different position now.

16   Q    What was the position after area manager?

17   A    After that I was manager of a site supporting

18   engineering team supporting Apple media products.

19   Q    What did you do in that role specifically with

20   regard to iTunes or app store gift cards, if you were

21   involved?

22   A    Sure.  I managed a team of site support engineers,

23   which is as I mentioned earlier, the Tier 3 level support

24   kind of behind the scenes for AppleCare, which is the

25   customer support arm within Apple.

13

1      And my team focused specifically on media services

2   and kind of payments.  So anything involving credit card

3   transactions or payments using store credit, which -- you

4   know, from a gift card for example.

5      And my team would take escalations about any of

6   the products in that umbrella.  So TV, movies, music, gift

7   cards in some cases as well.

8      So we would manage the escalations, work with

9   engineering and other teams within Apple to resolve issues.

10  And also I would be involved in kind of, you know,

11  consulting on AppleCare customer support policies and

12  working with different cross-functional teams to ensure

13  that our agents in the contact centers had training and

14  procedures and anything to be able to support our new

15  products that launch.

16     **Q    Would that role encompass also being involved in**

17  **the policies related to the handling of gift card**

18  **complaints or disputes?**

19     A    To some degree, yes.

20     **Q    After you were a manager of the SSE team, what was**

21  **the next role you assumed with Apple?**

22     A    My current role, I'm still a site support

23  engineering manager, but my product focus has shifted to a

24  different area.  It's no longer Apple Media Products.

25     **Q    When did that happen?**

1      A    That began in April of this year.

2      Q    Does the term Apple Media Products broadly also

3   refer to, among other things, the gift cards, the app store

4   iTunes gift cards, that are at issue in the case that we're

5   talking about, if you know?

6      A    It does.

7      Q    Do you recall when you stopped being in the

8   customer-facing positions of actually dealing with customer

9   inquiries directly?  Was that attendant to your role or was

10  it at some point previously when you phased out of actually

11  handling the interfacing with the customers?

12     A    Just to clarify, is the question when did I

13  personally stop speaking with customers directly?

14     Q    Yes.

15     A    Let me think about it.  I believe the year was

16  2010.

17     Q    So prior to 2010 or up to 2010, you were involved

18  in fielding, resolving, addressing customer inquiries

19  related to gift cards specifically?

20          MS. SPELMAN:  I would just object as potentially

21  misstates testimony.  But I will let Mr. Gomez answer.

22  BY MS. LUCIO:

23     Q    Let me take a step back.  I would guess you

24  probably received calls about lots of things.  So I'm just

25  trying to narrow specifically what I'm asking.

15

1          **But to put it maybe a little more clearly, up to**

2   **2010, there were calls that would come in at whatever**

3   **frequency that related to gift cards, and you would be one**

4   **of the people that might receive those calls?**

5        A    Well, to clarify, we get contacts in different

6   formats, so not just calls.  So I specifically was involved

7   in e-mail and chat support when I was customer facing, so I

8   would receive e-mails or chat support requests, as you

9   said, about a number of different topics, but one of those

10  would include gift cards, yes.

11       Q    **Can you tell me what the iTunes store gift card**

12  **review team is?**

13       A    Yes.

14       Q    **What is that?**

15       A    It is an internal Tier 2 level team that is an

16  escalation pathway for front-line support related

17  specifically to gift card issues, so they would support our

18  front-line advisors regarding any gift card issues.

19       Q    **Specifically for that period of 2017 until the**

20  **cards were phased out at whatever point that was, did you**

21  **oversee that team?**

22       A    I did not.

23       Q    **Who did?**

24       A    I think the oversight of that team has changed a

25  few times.  So I think -- is there a specific date that

16

1   you're curious about, like a time frame?

2       Q    It's my understanding, and we can talk a little

3   bit more about that point -- let me take a step back.

4            Is it your understanding that at some point, the

5   app store and iTunes gift cards were phased out?

6       A    Yes.

7       Q    And by phased out, they were no longer marketed or

8   sold in the United States?

9       A    Correct.

10      Q    Do you know when that was?

11      A    Yes.

12      Q    When would that have been?

13      A    We launched the Apple gift card, which was a

14  different card on July 31st of 2020, and at that launch is

15  when we started to phase out the app store and iTunes

16  prepaid card product.

17      Q    Were you involved in the launch of the Apple gift

18  card?

19      A    Yes.

20      Q    Were you involved with the phasing out of the

21  prior gift card?

22      A    I was not.

23      Q    Would you know what the differences were between

24  the iTunes gift card and the new app, the gift card that

25  was launched July 31st, 2020?

1           MS. SPELMAN:  Christina, just want to clarify.

2      Are you asking the witness in his personal capacity?

3           MS. LUCIO:  All of this is trying to establish his

4      background for offering testimony today.  So I'm asking

5      what he knows right now.  As we -- we'll introduce the depo

6      notice and we'll talk about the PMK shortly.

7           Thank you for clarifying.

8           MS. SPELMAN:  Thank you.

9      BY MS. LUCIO:

10         **Q     So we can go back.  What were your observations in**

11    **terms of what was different about the Apple gift card**

12    **versus the gift card, the app store iTunes gift card, that**

13    **preceded it?**

14         A     Sure.  So the app store and iTunes card was a card

15    that could only be used for purchases on the app store in

16    iTunes, sort of the Apple Media Services side.  It has a

17    different design than the Apple gift card, different values

18    were available, denominations than the Apple gift card.

19         Whereas the Apple gift card is sort of a universal

20    gift card that can be used for purchases across the Apple

21    ecosystem.  So it can be used not just for Apple Media

22    products, but for hardware purchases from Apple online

23    store, Apple retail store, as well as Apple Media Services.

24         And it has a different design, different

25    packaging, and different denominations available for

1   purchase.

2       **Q     Were you involved in the design or packaging of**

3   **the new Apple gift card product?**

4       A     Not directly, no.

5       **Q     What was your role in that?**

6       A     So my role has always been more on the customer

7   support side in my role.  So product packaging isn't really

8   in my line per se.  But I was involved in consulting on the

9   product design once a prototype was available to give some

10  feedback about how AppleCare would be able to support the

11  design.

12      **Q     Did any of the consultation that you provided in**

13  **connection with the product design, did it have anything to**

14  **do with any issues -- let me take a step back.**

15          **Is that consultation that you provided with regard**

16  **to the product design, what was the nature of that?  What**

17  **was the scope of what it was that you were offering?  Was**

18  **it about complaints you had received and trying to rectify**

19  **those, or was it something else?**

20          MS. SPELMAN:  I would just object as ambiguous.

21  But if the witness understands the question, please go

22  ahead.

23          THE WITNESS:  Would you mind clarifying the

24  question.

25  ///

1   BY MS. LUCIO:

2      Q    So you said you consulted with regard to the

3   product design of the new Apple gift card; correct?

4      A    I did.

5      Q    What was that consultation?  What did you say?

6   What did you communicate?

7      A    So essentially there is -- the physical product

8   cards have different information on them.  The app store

9   and iTunes prepaid card, for example, has a serial number

10  printed on it, ███████████████████████████████████████

11  █████████████████████████████████████████████████████████

12  ████████████████████████████████████████████████████

13  ██████████████

14         And the nature of my consultation had to do with

15  the location of where that serial number was originally

16  planned to be printed on the physical product.

17     Q    Did you believe the serial number should be

18  printed elsewhere?

19     A    I did.

20     Q    And where did you suggest it be printed?

21     A    I suggested it be printed on the same card where

22  the redemption code is found.

23     Q    That was different from how it was in terms of

24  design of the app store iTunes gift card that preceded that

25  Apple gift card?

1          MS. SPELMAN:   Objection:  Misstates testimony.

2   BY MS. LUCIO:

3      Q     I'm just asking, Was the location that you

4   suggested, was it different than where the serial number

5   was being printed on the gift card that preceded the Apple

6   gift card?  So let me take a step back.

7          Before the Apple gift card, there was the app

8   store iTunes gift card that we're talking about; right?

9      A     That's right.

10     Q     Was the location of the serial number different on

11  that predecessor card versus the Apple gift card?

12     A     ███████████████████████████

13     Q     So I guess I'm asking about the gift cards that

14  were on the market.  The gift cards that were on the

15  market, the App store iTunes gift cards --

16     A     Uh-huh.

17     Q     -- the location of the serial number on those gift

18  cards, was it different than what you proposed should be

19  implemented to the Apple Gift card?

20     A     I see.  I proposed it to mirror what was on the

21  App store and iTunes prepaid cards.  ███████████████

22  ████████████████████████████████████████

23  ████████████████████████████     And my

24  recommendation was that we mirror that particular piece

25  with the Apple gift card.

                                                          21



1    Q    So with the card that was launched, does it have

2    the serial number in the place you suggested or is it in

3    the place that was in the prototype?

4    A    It has it on the place that I suggested.

5    

6    

7    

8    

9    

10    

11    

12    

13    

14    

15    

16    

17    

18    

19    

20    

21    Q    So aside from the, I believe, you said the scope

22    of usability, for lack of a better term, of the Apple gift

23    card was broader than the Apple iTunes gift card;

24    correct?

25    A    That's correct.

22

Gomez, Miguel
Shay v. Apple, Inc.

1      Q     You could use it for a wide variety of products,
2   including hardware and other items?
3      A     Correct.
4      Q     Was there anything else from your perspective and
5   your observations that you observed was different about the
6   Apple gift card versus the App store iTunes gift card?
7      A     The design was significantly different.  The
8   packaging was significantly different.  The way that the
9   code, the mechanism by which a customer reveals the code,
10  was significantly different.
11     Q     Were you -- and you weren't involved in the design
12  or the changes related to the design?
13     A     I was not.
14     Q     Okay.  But those are just your observations of
15  what you had seen in terms of looking at the card, it looks
16  different, and here are the things that I see are
17  different; is that right?
18     A     That's correct.
19     Q     Who do you report to in your current role?
20     A     Currently I report to Jeff Weintraub.
21     Q     What's Mr. Weintraub's title, if you know?
22     A     He is director of AppleCare enterprises and
23  consumer services.
24     Q     When you were in your last role where you were
25  supporting the Apple Media Services, were you also

23

1    reporting to Mr. Weintraub at that time?

2        A    I was not.

3        Q    Who was your supervisor then?

4        A    For the majority of my time in that role, I was

5    reporting to Tommy Karcoska.

6        Q    What's their title, if you know?

7        A    Tommy was manager of internet services site

8    support engineering.

9        Q    Did -- take a step back.  When you were area

10   manager, were you representing [sic] to whoever was the

11   manager of internet services and site support at that time?

12       A    I was not, no.

13       Q    Who were you reporting to at that point?

14       A    Most recently in that role was a gentleman named

15   John Foster.

16       Q    And what was Mr. Foster's title, if you know?

17       A    I think it was senior area manager for iTunes

18   store support.

19       Q    At any point during your career with Apple, have

20   you been a part of the iTunes store gift card review

21   team?

22       A    I have not.

23            MS. LUCIO:  I'm going to introduce the first

24   exhibit.  We will introduce what we've marked previously

25   Exhibit 1.  I previously transmitted the exhibits to your

```
 1    counsel here, Ms. Spelman.
 2            Mr. Gomez, have you received those?
 3            THE WITNESS:  I have.
 4            MS. LUCIO:  You can open that file if it's easier.
 5    As we get into this and we progress, it might be a little
 6    bit easier if you want to pull these up on your own screen.
 7    But for things like the depo notice, unless you feel
 8    otherwise, I will have it on the screen.
 9            The exhibits I'll represent are the same and
10    actually came out of the same file that I sent you.  So if
11    I'm looking at something marked as Exhibit 1, it's the same
12    thing that I transmitted to you as Exhibit 1; okay?
13            THE WITNESS:  Okay.
14            MS. LUCIO:  So Exhibit 1 is a document entitled
15    "Plaintiff Rachael Shay's Notice of Deposition of Apple,
16    Inc.'s Rule 30(b)(6) Witness and Person Most
17    Knowledgeable."
18            (EXHIBIT 1 MARKED FOR IDENTIFICATION.)
19    BY MS. LUCIO:
20            Have you seen this document before, sir?
21        A    I believe I have, yes.
22        Q    I'll represent that I transmitted a revised copy
23    of this document to your counsel with the updated dates,
24    but this is the same deposition notice that we had
25    previously propounded.
```

1          And there are a number of topics indicated here.

2     And it's my understanding that today you will be providing

3     testimony regarding Topic No. 4, which is on the screen:

4               "Complaints or customer inquiries received by

5               Apple regarding or relating to fraudulent activity

6               related to Apple gift cards during the class

7               period."

8          Do you see that?

9     A    I do.

10    Q    Is it your understanding that you'll be providing

11    testimony with regard to that topic here today?

12         MS. SPELMAN:  Just to object to the extent that

13    this topic differs from the topic outlined in Apple's

14    responses and objections to the 30(b)(6) deposition notice,

15    which is what we've agreed to provide testimony on today.

16         MS. LUCIO:  Yes.  And to the extent there's

17    something that we believe we need testimony with regard to

18    the topics at issue, we can meet and confer offline

19    regarding that.  But we have received the objections, and I

20    will introduce those as Exhibit 3 just for purposes of

21    clarity of the record.

22    BY MS. LUCIO:

23    Q    Then I do believe you were also designated as

24    Person Most Knowledgeable regarding the Topic No. 8:

25               "Documents relating to Apple's policy and

1            practices for addressing customer inquiries

2            regarding fraudulent activity related to Apple

3            gift cards."

4            Do you see that as well?

5            MS. SPELMAN:  Same objection.  I do believe that

6     our responses and objections to the 30(b)(6) notice agreed

7     to provide testimony on a slightly different or slightly

8     revised topic.

9     BY MS. LUCIO:

10        Q    Do you see that topic in front of you on No. 8?

11        A    I do.

12        Q    Is it your understanding that you're going to

13    provide with regard to those issues here today?

14            MS. SPELMAN:  Same objection.

15    BY MS. LUCIO:

16        Q    You can answer.

17        A    Yes.

18        Q    And Ms. Spelman and I spoke extensively regarding

19    these depositions before you got them on schedule.  So we

20    agreed that we would take your personal deposition at the

21    same -- during the same deposition here today.

22            So this is both a Person Most Knowledgeable

23    deposition as well as a personal deposition, and we will

24    try to keep things as clear as possible.

25            However, what I'm looking for is your testimony

1   generally as a Person Most Knowledgeable.  If you don't

2   have any knowledge to that end, let me know that, and I'll

3   ask you about your personal experience about things you've

4   observed, and we'll see if we can get to the information

5   that way.

6           But I don't want you to guess.  So if I show you a

7   document that you don't know anything about or you're not

8   familiar with or you don't believe you're the person with

9   the most knowledge on that, please let me know.

10          I will do the best I can to adhere to asking you

11  about the questions that I believe you were the Person Most

12  Knowledgeable about.  But if for some reason you don't know

13  something about a document, please let me know; okay?

14      A    I'll do that.

15      Q    And I will just for the sake of the clarity of the

16  record, I'm going to introduce what we marked as Exhibit 2,

17  which is the notice of deposition of "Michael" Gomez.  My

18  apologies.  Ms. Spelman informed me that it's Miguel Gomez,

19  so I apologize for that oversight.

20          But this is the notice of deposition for your

21  personal deposition.

22              (EXHIBIT 2 MARKED FOR IDENTIFICATION.)

23  BY MS. LUCIO:

24      Q    Have you seen this document?

25      A    I have it pulled up, but I don't believe I've seen

28

1   it prior to today.

2          MS. LUCIO:  I will also introduce as Exhibit 3,

3   I'm going to introduce a document entitled "Apple's

4   Objections and Responses to Plaintiff's FRCP 30(b)(6)

5   Notice of Deposition."  It is an eight-page document.  It

6   looks like it was dated June 16th, and it was from

7   Ms. Spelman, counsel for the defendants.

8          I believe this is the document that Ms. Spelman

9   was referring to earlier which memorializes certain

10  objections and certain limitations that Apple believes are

11  appropriate in the course of the deposition.  That is

12  Exhibit 3, just for purposes of clarity of the record.

13          (EXHIBIT 3 MARKED FOR IDENTIFICATION.)

14  BY MS. LUCIO:

15     Q    So in connection with the Person Most

16  Knowledgeable designation, you have been designated to

17  provide testimony on the behalf the company for those

18  topics that we discussed.

19          Do you understand that?

20     A    I do.

21     Q    Did you do anything to prepare for your deposition

22  today?  I'm not asking about conversations you had with

23  your counsel, but if you reviewed any documents or spoke

24  with anyone who wasn't counsel, I'd like to know that.

25          So did you do anything to prepare for your

1    deposition other than discussing with counsel?

2        A    I did not.

3        Q    Did you review any documents before the deposition

4    today?

5             MS. SPELMAN:  Just objection, lack of clarity.  I

6    wanted to understand if you were asking with counsel or not

7    with counsel.

8    BY MS. LUCIO:

9        Q    I'm not asking for conversations that you had with

10   your counsel.  But if you reviewed certain policies or

11   procedures to refresh your recollection regarding the

12   topics today, that's what I'm asking.

13            So did you review any documents to that end?

14       A    I did not.

15       Q    Did you have any conversations with anyone besides

16   counsel regarding your deposition today?

17       A    I did not.

18       Q    I'm not asking for what your counsel told you.

19   But I'm asking for your understanding of why you were

20   chosen as the Person Most Knowledgeable on those topics

21   that we discussed today.

22       A    It is part of the scope, or it was at the time

23   part of the scope, of my role to -- you know, my team

24   handled escalations about some of these topics that we're

25   talking about today.

                                                                30

```
 1           And I have been involved over the years in policy
 2   discussions around these topics.  So from a customer
 3   support perspective, I have knowledge of Apple's policies
 4   and customer inquiries related to gift cards.
 5       Q    I think we talked a little bit about this earlier,
 6   but the period we're talking about here today is from May
 7   of 2017 until the app store iTunes gift cards were
 8   discontinued in the United States.
 9           Do you understand that?
10       A    I do.
11       Q    So I may ask you questions to clarify when that
12   date was that these things were discontinued.
13           Because I would guess that even when the new Apple
14   gift card was launched, it didn't mean that the sales of
15   iTunes App store gift cards ceased immediately; is that
16   correct?
17       A    That's correct.
18       Q    What does it mean that the Apple store -- or I'm
19   sorry, let's take a step back.
20           When the Apple gift card was launched, what did
21   that effectively mean from your perspective with regard to
22   the app and iTunes gift card in terms of its sales?
23           Did it change anything as far as you know?
24           MS. SPELMAN:  Objection:  Vague and ambiguous;
25   outside the scope of the 30(b)(6) topics.
```

31

1   BY MS. LUCIO:

2       Q    I'm asking you if you know.  I think you said that

3   at some point, the Apple gift card launched; right?

4       A    Uh-huh.

5       Q    Is that correct?

6       A    That's correct.

7       Q    When the Apple gift card launched, the app store

8   and iTunes gift cards were phased out?

9       A    Correct.

10      Q    What did that mean from your observations?

11          MS. SPELMAN:  I would object:  Vague.

12  BY MS. LUCIO:

13      Q    You can answer.

14      A    What I take that to mean is that Apple stopped

15  distributing the iTunes and App store cards either through

16  direct sales and/or retail stores, and was only making

17  Apple gift cards available at that time.

18          However, retailers potentially could still have

19  them on shelves or in stock, and would continue to sell

20  those until the stock is exhausted.

21      Q    So as long as the stock was -- well, I'll take

22  that back.  Do you have any sense when that stock was

23  exhausted, if you know?

24      A    I don't know the answer to that.

25          MS. LUCIO:  When we're talking about the app store

1    and iTunes gift cards, I want to make sure that I -- I want

2    to introduce a picture here.  This is what we marked as a

3    folder of five pictures and it's the entire folder is

4    marked as Exhibit 4, and it's -- the first file is entitled

5    "gift card back JPEG."

6              (EXHIBIT 4 MARKED FOR IDENTIFICATION.)

7              THE WITNESS:  Is it okay for me to open these

8    things as you talk about them?

9              MS. LUCIO:  Yes, please do.

10             MS. SPELMAN:  Which file?  I'm sorry.  Exhibit 4,

11   but within the folder which file?

12             MS. LUCIO:  It is the "gift card back JPEG."  It's

13   on the screen.

14             MS. SPELMAN:  Got it, okay.

15             THE WITNESS:  I have it.

16   BY MS. LUCIO:

17       Q    Okay.  And in that -- what does that appear to be

18   to you?

19       A    This is an App store and iTunes gift card.

20       Q    Would you be able to tell me what the demarcations

21   on the back mean for purposes of customer support?

22       A    Yes.

23       Q    Okay.  So if we can look at the top here, let me

24   turn this, if I can figure out how to do that.  So here at

25   the top there is a series of letters and numbers beginning

33

Gomez, Miguel
Shay v. Apple, Inc.

1    with X and ending with F.  What does that mean to you?

2       A    That is what we would refer to as either the PIN

3    or the redemption code internally, and that is the code

4    that a customer would type in to their computer device to

5    redeem the card to their iTunes or app store account.

6       Q    Do you know if the location of that code changed

7    with regard to the Apple gift card?

8       A    I do.

9       Q    Did it change?

10      A    It did.

11      Q    Where did it move to?

12      A    So the new Apple gift card is a card that comes

13   inside of an enclosure now.  It's not -- the previous --

14   this card that we've in front of you, the app store and

15   iTunes gift card was sort of a freestanding card with a

16   cardboard backing.

17           And if you pulled the actual card off the

18   cardboard backing, then you would see what we're seeing

19   here, except that the redemption code would have a

20   covering, either like a scratch-off or a peel-off covering.

21           The Apple gift card is a fully enclosed envelope

22   of sorts, and the card comes inside, and it's secured

23   inside the enclosure, and the PIN is located at the bottom

24   of the card on the back.

25      Q    Inside the enclosure?

34

1       A    Inside the enclosure, that's correct.

2       **Q    Were you involved in the decision to redesign that**

3  **element?**

4       A    The barcode number?

5       **Q    I'm sorry.  The location of the PIN or redemption**

6  **code.  Were you involved --**

7       A    Oh, I see.  I was not.

8       **Q    So looking down here where I had the cursor, it**

9  **looks like there's a barcode with a series of numbers**

10 **underneath it.  What does that mean?**

11      A    So that is a unique -- this isn't something that

12 we use in support, to be honest.  But it's my understanding

13 that this is the barcode that is scanned at the cashier, at

14 the point of sale, to activate the card.

15           So when it's on the shelf, it has no value, but

16 when a customer takes it to the cashier, in this example

17 $50, the cashier would scan that barcode, and that would

18 essentially activate it with $50.

19      **Q    Then there are some letters started with GCA and**

20 **series of numbers after that beginning with 2 ending in 6**

21 **at the left bottom side of that card.**

22           **Does that have any significance to you?**

23      A    Yes.

24      **Q    What significance does that hold?  What does that**

25 **say?**



1     A     That is what we refer to as the serial number, the

2  code I was referencing in my earlier answer.

3     Q     What's the purpose of the serial number?

4     A     The serial number is unique.  No two cards have

5  the same serial number.  Same as the redemption PIN.

6

7

8

9

10

11

12

13     Q     But in order to redeem the card, you would need

14  the PIN at the top?

15     A     That is correct.

16        MS. SPELMAN:  I want to object:  Vague as to "you"

17  in that question.

18  BY MS. LUCIO:

19     Q     I mean just a customer.  By you I mean a customer.

20  A customer who was looking at this card, they would need

21  the redemption code in order to be able to redeem the

22  card?

23     A     That's correct.

24

25     Q     So the serial number isn't -- you could have the

1    serial number and nothing else, and not be able to redeem

2    the card using that?

3        A    That's correct.

4        Q    What about those numbers on that right bottom

5    side, the 112 -- the number starting with 112 ending in 7,

6    does that have any significance?

7        A    I am not a hundred percent sure on this one, to be

8    honest. ████████████████████████████████████████████████

9    ████████████████████████████████████████████

10   ████████████████████████████████████████████████

11   ██████████████████████████████████

12           And sometimes it's these numbers here that you

13   have highlighted in the image, but sometimes it's some

14   portion of the barcode on the back. ████████████████████

15   ████████████████████████████████████████████████

16   ████████████████████████████████████

17       Q    Looking at this app store iTunes gift card here on

18   the screen, is that typical of the type of card that was

19   sold in the United States from 2017 through the phasing out

20   of the card?

21       A    I believe so, yes.  The reason I say that is there

22   were several different designs that were introduced

23   throughout the years, and the front of the card would give

24   me more information.

25           But generally speaking, yes, this looks like an

1  app store iTunes card that was sold after 2017.

2  **Q    I will show you the front.  This is also part of**

3  **Exhibit 4.  This is the front of the gift card.**

4  A    Yeah, I believe that looks like the most recent

5  iteration.

6  **Q    In that 2017 to whenever it was phased out time**

7  **period?**

8  A    Yeah.  And just -- you know, just to be, you know,

9  transparent, card design isn't really my area of specialty.

10  So I didn't keep up with card design as much as maybe some

11  other witnesses you might have planned.

12      But just based on my personal knowledge going to

13  retailers and shopping myself, I do recall that one being

14  on store shelves around that time.

15  **Q    When you fielded customer complaints or inquiries,**

16  **in many cases they were required to submit a picture of the**

17  **cards; is that accurate?**

18  A    That's correct.

19  **Q    So were these typical of the pictures you would**

20  **have received or inquiries about that time period?**

21      MS. SPELMAN:  Objection:  Unclear as to what time

22  period we're talking about now.

23      MS. LUCIO:  2017 through the phasing out.

24      THE WITNESS:  Yes.

25  ///

38

1    BY MS. LUCIO:

2        Q    So those would have been typical of pictures that

3    would have been submitted by the customers that submitted

4    complaints related to gift cards during the time period of

5    2017 through the phasing out?

6        A    Yes, that's correct. ███████████████████████

7    ████████████████████████████████████████████████

8    ████████████████████████████████████████████████████

9    ███████████████████████████████████

10        So that's why I'm a little iffy on what design was

11   in circulation at what time.  But I don't have any reason

12   to believe that this one wasn't in circulation post 2017.

13      ████████████████████████████████████████████████

14   █████████████████████████████████████████

15   ███████████████████████████████

16      █████████████████

17        MS. LUCIO:  Let's take a quick break.

18            (Break 9:37 - 9:47 a.m.)

19   BY MS. LUCIO:

20        Q    Is it your understanding -- I'm asking you as the

21   Person Most Knowledgeable now, so we're going to transition

22   into talking about not just your observations but what your

23   knowledge is as the company.

24        And I think we've touched a little bit on some of

25   these issues, but now I want to be really clear that we're

1   going to delve into the topics that you were produced to

2   talk about.

3        Is it your understanding that -- and I'm really

4   talking about the 2017 through the end of the time period.

5   Let me take a step back.

6        In terms of the relevant time period, we're

7   talking about May 2017 through whenever those gift cards,

8   the App store iTunes gift cards, were phased out, which it

9   appears, based upon your testimony, that was somewhere in

10  the July 2020 time frame.

11       But there would have been some tail on that

12  related to whatever stock was still in the stores and what

13  needed to be sold, so that might go a little bit beyond

14  that 2020 time period.

15       But it's my understanding you don't know exactly

16  when the end of that time period would have been; it would

17  have been related to whenever the end of the stock was; is

18  that accurate?

19   A   Yes, that's accurate.

20   Q   So when I say July 2020, I'm going to use that

21  kind of a general date.  But, I mean, when I'm talking

22  about the end of the relevant period, it's whenever the

23  phasing out of those, the app store iTunes gift cards was

24  done, which may have been in late 2020 maybe 2021.

25       We can't establish that, at least as far as I can

1  tell, today; is that accurate?

2      A    Yes.

3      Q    Is it your understanding that Apple received

4  complaints about unauthorized usage of gift cards?

5           MS. SPELMAN:  Objection:  Vague and ambiguous.

6  BY MS. LUCIO:

7      Q    You can answer.

8      A    Umm --

9      Q    Let me take a step back.

10          Did you -- and let me actually ask you this.

11          So the customer support team who fields calls,

12  chats, e-mails, what's the appropriate term for that

13  team?

14     A    I think we can refer to them as AppleCare support.

15     Q    When I say that, we're referring to that group of

16  individuals who receive -- who are in the customer-facing

17  positions that receive the calls or complaints or inquiries

18  from customers.

19     A    Okay.

20     Q    So is it your understanding that the AppleCare

21  support, that they received complaints about gift cards

22  during the relevant time period?

23     A    I'm not sure I would call them complaints, but I

24  would say inquiries about gift cards.

25     Q    What was the nature of those inquiries?

1   **complaints? questions?**

2           MS. SPELMAN:  Objection:  Unclear as to the type

3   of gift card at issue.

4           MS. LUCIO:  It would have been whichever ones that

5   were in 2017 to the '20 time frame.

6           THE WITNESS:  I assume app store and iTunes gift

7   cards is what we're talking about.  There was a range of

8   different questions from how to redeem.  How much -- I

9   can't find my store credit anymore; what happened to any

10  gift card credit?

11          Can I use these to buy hardware products?  I'm

12  having trouble redeeming my card.  I'm getting an error

13  message that the card is invalid or inactive or already

14  used.  Those are sort of the big categories I suppose.

15  BY MS. LUCIO:

16     **Q     Those inquiries that you received, what was the**

17  **method by which they were received by the AppleCare team?**

18  **And I think we talked a little bit about them.**

19          **Just to help this along, I think you indicated**

20  **there was e-mail, there was chat, there were phone calls.**

21  **Were there any other ways that individuals were able to get**

22  **in contact with AppleCare to make those inquiries?**

23     A     Those are the primary ways.  Most customers would

24  look online to see how to contact Apple, and the options

25  that were offered were e-mail, phone, or chat at that time.

Gomez, Miguel
Shay v. Apple, Inc.



```
 1  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 2  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 3  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 4  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 5  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 6      Q     Those inquiries that you received regarding the
 7  gift cards, did those get recorded in any central database
 8  or any central managing system?
 9      A     Yes.
10  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
11  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
12  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ So essentially, you know, there
13  would be notes about a customer interaction that an agent
14  would log.  It would record it there regardless of whether
15  it was a chat, e-mail, or phone interaction.
16  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
17  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
18  ▓▓▓▓▓▓
19      Q     Has that been the practice since 2017?
20      A     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I believe --
21  I don't know the exact date, to be honest, but it would
22  have been somewhere around this time period.
23                ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ But it was
24  essentially the same tool; there weren't any major
25  differences.
```

43



1    Q    ███████████████████████████████████

2    ████████████████████████████████████████

3    ██████████████████████████████

4         ████████████████████

5    Q    What information did Apple typically record -- I'm

6    talking about through the relevant period from 2017 through

7    whenever the phase-out was of the app store iTunes gift

8    cards.  What information did Apple record when receiving

9    those customer inquiries?

10   A    It varies a little depending on the mode of

11   support.  But I would say that what didn't change is, you

12   know, the advisor notes on a case.  Those are recorded

13   regardless of method of contact from the customer.

14        So things like a summary of the issue that the

15   customer presented or shared with Apple, the reason for the

16   contact essentially, then notes about the resolution that

17   was provided to the customer.

18        The differences had to do more with if it was like

19   an e-mail interaction, for example, the █████████████

20   ████████████████████████████████████████

21   ████████████████   but I think e-mails, you would be able to

22   normally see within the case, and same with chat

23   transcripts.  But with phone there's no text transcript of

24   that.

25   Q    Aside from the transcript, would the information

44

1    collected by Apple typically be the same regardless of the

2    modality by which the contact was made?

3        A    Generally speaking.

4        Q    So Apple would record, typically, the e-mail

5    address and phone number contact information for the

6    customer who was making the inquiry?

7            MS. SPELMAN:  Objection:  Misstates prior

8    testimony.

9            MS. LUCIO:  We can go through the specific

10   documents; maybe that's helpful.  I can go through the

11   specific documents that I have regarding the information

12   that's collected.

13   BY MS. LUCIO:

14       Q    So we'll go back to -- an inquiry is made

15   regarding a gift card.  I think we talked a little about

16   this previously, but are there multiple tiers of support

17   that could be triggered depending on the type of inquiry

18   made?

19       A    Yes.

20       Q    What does the first tier do?

21       A    Tier 1 -- and just to clarify, we are speaking

22   specifically about gift card inquiries; correct?

23       Q    Correct.  I'm speaking specifically about gift

24   cards.  Unless I say otherwise, you can assume that I'm

25   talking about the gift cards and the relevant time period

45

1    that we are talking about.

2        A     Okay.  So Tier 1 AppleCare support, ██████

3    █████████████████████████████████████████████

4    ████████     Meaning that they have the knowledge, the

5    training, and the tools access to be able to help almost

6    all customers with gift card issues.

7             So I can't -- for example, you know, a customer

8    can't figure out what the digits are on the card, so a

9    Tier 1 advisor would be able to help the customer decipher

10   the correct code and help them redeem their account.

11            If they have balance inquiries about how much a

12   gift card balance they have left on their account, a Tier 1

13   agent would be able to guide the customer to find this

14   information.

15            So basically any, you know -- the majority of gift

16   card issues are resolved at the Tier 1 level.

17       Q     Is there a supervisor of Tier 1?

18       A     So yes, Tier 1 advisors have supervisors.

19       Q     Do gift card inquiries get funneled to any

20   specific department within Tier 1 or is it essentially it

21   comes into Tier 1, and anyone who fields that inquiry would

22   be the one handling it, or is there a specialized

23   department for it?

24       A     At the time in question, there was a Tier 1 group

25   that was -- their responsibility was specifically media

1  services, which would include gift cards as well as other

2  App store and iTunes store type inquiries.  So, you know,

3  any gift card inquiries would be funneled to this group

4  first.

5      Q    Were they only in operation for a period during

6  the relevant period or during a finite time period?

7      A    They were certainly in operation in 2017, ████

8  ████████████████████████████████████████████████████████

9  ██████████████████████████████

10     Q    So from 2020 on, is it accurate to say there

11  wasn't a Tier 1 group specifically dedicated to media

12  services?

13          MS. SPELMAN:  Objection:  Misstates testimony.

14          THE WITNESS:  Sometime around that time, media

15  services became something that was supported more generally

16  across AppleCare.

17  BY MS. LUCIO:

18     Q    So if there were inquiries that came in regarding

19  gift cards, those could go to any Tier 1 associate in

20  AppleCare?

21     A    That's correct.

22     Q    What's the scope of -- well, I believe you

23  indicated there are multiple tiers of support related to

24  gift cards?

25     A    Yes.



```
 1      Q     What's the Tier 2 level, what's their purview?

 2      A     So related to gift cards, we have a Tier 2 team

 3   that we referenced earlier, the gift card review team.

 4            And they handle escalations from Tier 1 ███████

 5   ████████████████████████████████████████████████████████

 6   ██████████████████████████████████████████████

 7   ████████████████████████████████████████████████

 8   █████████████████████████████████████

 9        ██████████████████████████████████████████████

10   ████████████████████████████████████████████████████████

11   ████████████████████████████████████████████████████████

12        █████████████████████████████████████████████

13   ██████████████████████████████████████████████████████████

14   ████████████████████████████████████████████████

15   ████████████████████████████████

16      Q     I'm sorry, go ahead.

17      A     But, you know, that's the primary scope.  There's

18   a few other things that they support.  ███████████████████

19   ███████████████████████████████████████████

20   ████████████████████████████████████████████████

21   ████████████████████████████████████████████████████████

22   ████████████████████████████████████████████

23      Q     In terms of how Apple records these, the inactive

24   gift cards -- and let me make sure we are saying the same

25   thing.  An inactive gift card is a gift card that was not
```

48



```
 1   properly activated in the first instance; is that

 2   accurate?

 3       A    That's accurate.

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22       Q

23

24

25            MS. SPELMAN:   Objection:   Just clarify as to time
```

49



1    period.   Unclear as to time period.

2          MS. LUCIO:   I haven't changed the time period.   We

3    are talking about May 2017 through the end of the phasing

4    out of the app store iTunes gift cards.

5          THE WITNESS:   ████████████████████████████████

6    ██████████████████████████████████████████████████████

7    ██████████████████████████████████████████████████████

8    ██████████████████████████████████████████████████████

9    ██████████████████████████████████████████████

10   ██████████████████████████████████████████████████████

11   ██████████████████████

12         ██████████████████████████████████████████████

13   ███████████████████████████████████████████████

14   ██████████████████████████████████████████

15   ██████████████████████████████

16   BY MS. LUCIO:

17         Q   ████████████████████████████████████████

18   ████████████████████████████████████████████

19      ██████████████████████████████████████████████

20   ██████████████████████████████████████████████████████

21   ████████████████████████████████████████████

22   ██████████████████████████████████████████████████

23   ████████████

24         Q    And, I mean, I'm not looking for a exact number.

25   But do you have an estimate of the number of inquiries

1    related to gift cards that were received in the United

2    States from May 2017 through the end of the phase-out of

3    the app store iTunes gift cards?

4        A    No, I really couldn't make a good estimate on

5    that.

6        Q    Do you have any point of reference for doing that?

7    Do you believe it was thousands?  Do you believe it was

8    hundreds?

9        A    Yeah, for gift cards, I mean, you know,

10   essentially during the holidays, our seasonal periods where

11   there's a lot of purchasing of gift cards, it is a bigger

12   driver.  It is a popular product, especially around

13   Christmas.  But I would say it's definitely in the tens of

14   thousands.

15       Q    Is it in the hundreds of thousands?

16       A    I don't think so.

17       Q    So somewhere between 10,000 and 100,000 inquiries

18   in the U.S. related to gift cards?

19       A    Yes, that would be my best guess, best estimate.

20       Q    But there's a way that we could run a report to

21   determine how many actual inquiries were made under that

22   code; is that accurate?

23       A    Yes, that is accurate.

24       Q    And if we were to do that, could we also identify

25   which product was at issue, specifically if it was the app

1    store iTunes gift card?

2        A    I don't believe so.  I don't think that we capture

3    that level of granularity.  ████████████████████████

4    ███████████████████

5           I mean, we could guess based on the time period

6    that the inquiry occurred, but it wouldn't be, you know --

7    I mean, somebody could have an iTunes app store gift card

8    in their drawer right now, and call Apple about it.

9        Q    I'm pretty sure I do.  What about in terms of the

10   resolution of the matter?  Is there any sort of code -- and

11   maybe we can get into it a little bit deeper as we go

12   through some of the documentation.

13          Are there any -- in terms of resolution of the

14   matter, is there any sort of recording of this was a

15   fraudulent situation versus this was a mistake by the

16   person and the husband redeemed and wife didn't know that

17   or something like that?

18          Is there a difference between how that's recorded

19   in terms of resolution of the matter?

20   ██████████████████████████████████████████

21   ██████████████████████████████████████████

22   ██████████████████████████████████████████

23   ████████████████████

24        ████████████████████████████████████

25   ████████████████████████████  So there wouldn't be, to

1   my knowledge, a way to quantify specifically for all

2   redeemed what percentage of that might have been redemption

3   by an unknown party.

4       **Q    What training is provided to customer care or**

5   **AppleCare advisors relating to the fielding of customer**

6   **inquiries specifically regarding gift cards?**

7       A    Sure.  So when we onboard a new advisor, they go

8   through something call academy, which is -- or last I

9   checked, that's what it was called.

10          But essentially it's kind of a new advisor

11   training.  It provides training in all of the different

12   areas of support that they will be fielding contacts about,

13   including gift cards.

14          And last I remember, it was something like an

15   eight-day course that's instructor led, with hands-on

16   activities and reading and classroom work.  I think a lot

17   of it has adapted to be delivered virtually these days.

18      **Q    Are you aware of any specific training provided to**

19   **the customer care advisors regarding fraud?**

20          MS. SPELMAN:  Objection:  Vague.

21          THE WITNESS:  Yes.

22   BY MS. LUCIO:

23      **Q    What's the nature of that training?  What's**

24   **offered, if you know?**

25      A    There is a -- it's not really related to what

Gomez, Miguel
Shay v. Apple, Inc.



1    we're talking about, I don't think.  It's more in the area

2    of victim-assisted fraud.  Is it okay to talk about that?

3        Q    I think -- I mean I want to just talk about it

4    generally.  So what does that relate to -- well, tell me

5    what it relates to generally.

6        A    Well, I will say there is training on how to

7    handle customer inquiries ████████████████████████████████

8    ████████████

9         ███████████████████████████████████████████████████

10   ████████████████████████████████████████████████████████

11   █████████████████████████████████████████████████

12   ███████████████████████████████████████████████

13   ████████████████████████████████████████████████████████

14   ████████████████████████████████████████████████████████

15   ██████████████████████████████████████████████████

16   █████████████████████████████████████████████████████████

17   ████████████████████

18            And that's a very, very, very common scenario with

19   already redeemed.  So most of the time that ends up being

20   the outcome, that it was already redeemed to someone I

21   know, to my son, daughter, wife, husband's account.  ██████

22   █████████████████████████████████████████████████████████

23   ██████████████████████████████████████████

24            Then one possible outcome could be that they don't

25   know who redeemed the card or what account it is, ████████

54



1  ████████████████████████████████████

2  ███████████████████████████████████

3  ██████████████████████████████████

4      Q  ██████████████████████████████

5  █████████████████████████████████████

6  ████████████████████████████████████

7  ████

8   ██████████████████████████████████

9  ████████████████████████████████████

10 ███████████████████████████████████

11 ████████████████

12    █████████████████████████████

13 █████████████████████████████████████

14 █████████████████████████████████████

15 ████████████████████████████████

16     Q    Does Apple do anything to investigate those

17 situations where you're unable to determine that the card

18 was redeemed in fact by the customer in some way that --

19 whether it be to a different account or something like

20 that?  When you truly have an unauthorized situation, what

21 happens then; is there an investigation done?

22    ██████████████████████████████

23 ████████████████████████████████████

24 ████████████████████████████████████

25 █████████████████████████████████████



1

2

3

4

5

6

7

8

9

10

11

12    Q    Can Apple tell which -- let's go to the documents.

13  I think that might be helpful.

14         Before I do that.  Are there circumstances where

15  there would be a report of an unauthorized redemption, and

16  Apple would determine that it was appropriate to issue a

17  replacement card?

18

19

20

21

22

23

24

25

1 ████████████████████████████████████████████

2 ████████████████████████████

3 ██████████████████

4      Q     And that's the end of the inquiry from Apple's

5 perspective?

6      A     It is.

7           MS. LUCIO:  This document might be actually easier

8 if you pull it up on your screen.

9           THE WITNESS:  I'll pull it up on mine.  It's

10 Exhibit 5?

11           MS. LUCIO:  It's Exhibit 5.  It's entitled --

12 █████████████ is the file name.

13           THE WITNESS:  I see it.

14           MS. LUCIO:  This is how it was produced to me.

15           THE WITNESS:  It's very tiny.

16           MS. LUCIO:  It's very difficult, but if you put it

17 at 300 percent you should be okay.  This is a document that

18 was produced by Apple.  ███████████████████

19 █████████████████████████████████

20 ████████████████████████████████████

21 ██████████     And we'll mark this as Exhibit 5.  It looks like

22 it was Bates-numbered APL-SHAY 166.

23           (EXHIBIT 5 MARKED FOR IDENTIFICATION.)

24 BY MS. LUCIO:

25      Q     Have you seen this document before?

Gomez, Miguel
Shay v. Apple, Inc.

1    A    I have.

2    Q    Can you tell me from your understanding what this

3 is.

4    A    Yeah. ████████████████████████

5 ████████████████████████████

6 ██████████████████████████████████

7 ███████████████████████████████

8 ██████████████████████████████

9 ███████████████████████████████

10 ███████████████████████████████████

11 ████████████████████████████████

12 ████████████████████████████████

13 █████████████████████████████

14    Q    Would the policies set forth in this document have

15 any application to the situation we're talking about where

16 a customer complains about an unauthorized redemption of a

17 gift card?

18    A    Do you mind if I take a minute to scan through it?

19    Q    No, absolutely.

20 ████████████████████████████████

21 ████████████████████████████████

22 ███████████████████████████████

23 ██████████████████████████████

24 ████████████████████████

25 ███████████████████████████



58



4    Q    There's a couple things this in document that I

5  wanted to ask you about.

8    A    Sure.  So the iTunes fraud prevention team is a

9  team actually peripheral to AppleCare, and they're not part

10  of the AppleCare organization, but they're a team involved

11  with investigating basically fraud-related to chargebacks

12  from credit cards, account creation declines.

Gomez, Miguel
**Shay v. Apple, Inc.**



Gomez, Miguel
Shay v. Apple, Inc.



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11         MS. SPELMAN:  I'm just going to object.  I think
12   we are getting outside of the scope of this witness's
13   30(b)(6) topics.  To the extent he has personal knowledge,
14   I'll permit him to answer.
15
16   BY MS. LUCIO:
17       Q
18
19
20
21       Q     Have you seen this happen in your observations?
22       A     I have.
23       Q     Under what circumstances has that happened, to
24   your knowledge?  When have you seen that happen?
25       A     You know, I've never been really certain of what
```

61

1    triggers that, to be honest.  That's not information that

2    I'm privy to within Apple as the customer support side.

3

4

5

6

7

8

9

10          MS. SPELMAN:  Objection:  Misstates testimony.

11

12

13   BY MS. LUCIO:

14

15

16

17    Q    Is it accurate to say that an app store iTunes

18   gift card cannot be redeemed absent being redeemed into a

19   an account with Apple -- so let me take that back.

20          If I did not have an Apple account but I received

21   an app store iTunes gift card, could I redeem that?

22    A    No.

23    Q    So the value of the gift card has to be redeemed

24   into an Apple account?

25    A    Yes.

1           MS. LUCIO:  Let's look at -- I will introduce what
2    we have marked as Exhibit 6.  It's another document that is
3    a little difficult to read.  I'll try to blow that up.
4    ████████████████████████████████████████████████████
5    ████████  and it was Bates No. APL-SHAY 220.
6           (EXHIBIT 6 MARKED FOR IDENTIFICATION.)
7    BY MS. LUCIO:
8        Q    Have you seen this document before, Mr. Gomez?
9        A    I have.
10       Q    Can you tell me what it is.
11       A    Yes.  █████████████████████████████████████
12   ████████████████████████████████████████████████████████
13   ████████████████████████████████████████████████████████
14   ████████████████████████████████████████████████████████
15   ████████████████████████████████████████████████████████
16       Q    So is this a document that was available to
17   AppleCare advisors?
18       A    During the period in question it would have been
19   available at least during a portion of it of the period in
20   question.
21       Q    Would AppleCare advisors know to look for this
22   document in terms of guiding their processes in interacting
23   with customers?
24       A    Yes.
25       Q    Were they trained on this document?

1    A    Yes.



9    Q    I will represent to you that I believe Apple

10  produced about 14 iterations of this policy in their

11  document production.  We can go through each of one of

12  them.  I don't think that is necessary.



1

2

3

4

5

6

7

8

9    Q    And each time a new iteration of this general

10   policy came out -- and I think I've got the other documents

11   I think you're referring to, and we can talk about them

12   after lunch.

13           But in terms of this -- the application of this

14   policy, was there any training done when any of the

15   policies were -- when the policy was changed?

16           So on May 3rd, 2019, I'm looking under "Recent

17   Changes," it shows there was some change that was done.

18           Would there have been a training or memo or

19   anything attendant to the policy disseminated?

20

21

22

23

24

25

65



1

2

3

4

5

6          MS. LUCIO:  Okay.  With that, I think we are close

7     to 10:45.  We can delve into the remainder of that when we

8     get back.  But is now a good time for us to take that lunch

9     break?

10          THE WITNESS:  Works for me.

11          MS. SPELMAN:  That's fine.

12          MS. LUCIO:  So let's take a half hour now.  We'll

13     come back 11:15, 11:20?

14          THE WITNESS:  Okay.

15          MS. SPELMAN:  Sounds good.

16          MS. LUCIO:  Thank you.

17               (Break 10:45 - 11:21 a.m.)

18     BY MS. LUCIO:

19      Q    Mr. Gomez, is there any reason you can't proceed

20     with offering testimony here today?

21      A    No.

22      Q    Great.  Just before the break we were talking

23     about what we had previously marked as Exhibit 6.  I'll put

24     that back on the camera here.

25

                                                              67



68

Gomez, Miguel
Shay v. Apple, Inc.



69



1

2

3

4

5    A    I'm sorry, can you repeat that question.

6    Q    Yes.  So in terms of -- I'm just trying to avoid

7  having to go through each one of these.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

70

Gomez, Miguel
Shay v. Apple, Inc.



16    Q    Were you involved in updating this policy,

17 changing the content?

18    A    I would have been involved in helping to shape

19 some of the policy ████████████████████.   But I would

20 not have been involved in sort of the mechanics in writing

21 it and publishing it.



1

2

3

4

5

6

7

8      Q      What was your involvement in updates

9

10

11      A      Yeah.

12

13

14

15

16

17

18

19

20           And my involvement was working cross functionally

21      with AppleCare support as well as our gift card product

22      teams and with counsel as well to essentially shape our

23      policy for supporting customers.

24

25

72

1  ███████████████████

2  ████████████████████████████████

3  ████████████████████

4  ██████████████████████████████████ can you

5  tell me what your understanding is of victim-assisted

6  fraud.

7      A    Yes.  So my understanding is it's a scenario where

8  an individual is coerced into purchasing in this case a

9  gift card under false pretenses for the payment of goods or

10 services.

11      So essentially the victim makes the purchase,

12 provides the card information to the bad actor, and then

13 the bad actor -- essentially there's theft of those funds

14 from the victim.

15      Q    What is it about that situation that was different

16 from your perspective from the unauthorized redemption

17 situation?

18      MS. SPELMAN:  Objection just to the extent that it

19 implicates any privileged communications.  Mr. Gomez just

20 testified this section was developed with counsel.  So I

21 would just caution the witness not to reveal any

22 attorney/client privileged communications.

23      THE WITNESS:  Just to make sure I understand the

24 question, is what's different about this scenario versus

25 the already-redeemed scenario?

1   BY MS. LUCIO:

2       Q    Right.  The already redeemed where someone claims

3   that it was someone other than themselves that redeemed the

4   gift card.

5       A    Let me just high level, you know, with the

6   victim-assisted fraud scenario, you know, a victim will

7   typically identify as a victim of a scam and share the

8   details of that.  So it's a different scenario altogether.

9           Whereas with already redeemed, the person calling

10  Apple doesn't have an idea of what happened with the code

11  or doesn't share it with Apple.

12

13

14

15          MS. SPELMAN:  I'm going to jump in and note that

16  we're getting outside the scope of the topics on which the

17  deponent was identified as a 30(b)(6) witness, as we're

18  talking about policies that do not relate to the type of

19  circumstances at issue in this particular case.

20          But I will allow the witness to answer in his

21  personal capacity if he has knowledge.

22

23

24

25



```
 1
 2
 3
 4
 5
 6
 7
 8
 9   BY MS. LUCIO:
10
11
12
13
14
15
16
17
18
19          MS. LUCIO:  This is Exhibit 7.
20                                        It looks like a
21   slightly different format.
22          (EXHIBIT 7 MARKED FOR IDENTIFICATION.)
23   BY MS. LUCIO:
24      Q    Have you seen this document before?
25      A    I have.
```

75



1 Q Can you tell me what this is?

2 A Yes.

17 Q No, I'm not looking for a guess.

23 Q So I want to make sure I understand how those

24 things are presented and how they could be accessed.

25 A Oh, I see.

76

1    Q    So is this document here in Exhibit 7, was it

2    available to those -- and I'm thinking specifically about

3    the customer care advisors.

4         How was that made available to them?

5    A    Yeah.



Gomez, Miguel
Shay v. Apple, Inc.



```
 1
 2
 3
 4
 5
 6
 7           MS. LUCIO:  Let's look at the document we have
 8    marked as Exhibit 9.
 9
10
11           (EXHIBIT 9 MARKED FOR IDENTIFICATION.)
12    BY MS. LUCIO:
13       Q     Do you see that?
14       A     I do.
15       Q     Are you familiar with that document?
16       A     I have seen this document before with counsel, but
17    I had not seen it prior to that.
18       Q     So you weren't involved in the creation of this
19    document?
20       A     I was not.
21       Q     Do you know what this document is?  What's your
22    understanding?
23
24
25
```

78



```
 7       Q    And just so I'm clear, would you be the person
 8  with the most knowledge at Apple regarding this document?
 9       A    I would not.
10       Q    Who would have more knowledge regarding this
11  document than you?
12       A    There is a gentleman that manages currently, I
13  believe, this team,
14
15
16
17       Q    Did you consult with              for this
18  deposition?
19       A    I did not.
20       Q    Do you know if there was any training conducted
21  with regard to the policies set forth in this Exhibit 9?
22            MS. SPELMAN:  Objection to the extent
23  characterizing it as a policy.
24            THE WITNESS:  Yeah, so this wouldn't be considered
25  a policy.  This is more of a -- something that the team
```

79

1    spun up kind of as a way to help each other.  It looks

2    like, my interpretation, the intent is to help the team

3    interpret policy.  But I wouldn't consider this as a policy

4    document.  And I'm not aware of any training that would

5    have been done around this document.

6    BY MS. LUCIO:

7         Q     To the best of your knowledge, were the practices

8    set forth in this document, were they followed by the

9    advisors and the iTunes gift card review team?

10        A     I don't believe --

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25        Q     Do you know what the purpose of this document

80

1    was?

2          MS. SPELMAN:   Objection to the extent it's asked

3    and answered.

4          THE WITNESS:   I don't really know. ███████████

5    ████████████████████████████████████████████████████

6    ████████████████████████████████████████████████████

7    ████████████████████████████████████████████████████

8    ████████████████████████████████████████████████████

9          But to my knowledge, I've never seen these

10   suggestions prior to seeing this document in the context of

11   this case.

12   BY MS. LUCIO:

13   ████████████████████████████████████████████████████

14   ████████████████████████████████████████████████████

15   ████████████████████████████████████████████████████

16   ████████████████████████████████████████████████████

17   ████████████████████████████████████████████████████

18   ████████████████████████████████████████████████████

19   ████████████████████████████████████████████████████

20   ████████████████████████████████████████████████████

21   ████████████████████████████████████████████████████

22   ████████████████████████████████████████████████████

23   ████████████████████████████████████████████████████

24   ████████████████████████████████████████████████████

25   ████████████████████████████████████████████████████

81



MS. SPELMAN:   Objection:   Vague.

82

1    BY MS. LUCIO:

2    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3    A    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



83

Gomez, Miguel
Shay v. Apple, Inc.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25      MS. SPELMAN:  Objection to the extent it's outside

84

1    the relevant time period for which we've identified this

2    witness as a 30(b)(6) witness.  But if he has personal

3    information, he can answer.

4

5

6

7    BY MS. LUCIO:

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

85



8      Q      But you wouldn't be the Person Most knowledgeable

9  regarding that document?

10     A      Regarding this document, no.

20           MS. SPELMAN:   Objection:   Vague; hypothetical.

86

1    BY MS. LUCIO:



87

1     A     ██████████

2     Q     Do you know how many instances there have been

3 where the Tier 2 review has revealed fraud indicators were

4 present on the redeeming account?

5     A     I don't.

6     Q     Do you have any sense of that number?

7     A     I don't have a sense of that number.  You know,

8 the customer contact volumes are not categorized to that

9 level of granularity.  I think somebody from the fraud side

10 of Apple may have a better sense of that.

11     Q     From the customer care standpoint, is there

12 anything that your team does on this side that would flag

13 such a scenario?

14     A     When you say my team, do you mean the SSE team?

15     Q     I mean either SSE or customer care.  And my

16 apologies for being less than clear.  Customer care, the

17 one that's interfacing, taking the records, creating the

18 logs of these inquiries.  That's the customer care side.

19          That group, whether it's the ones that are

20 actually interfacing or the ones working behind the scenes

21 in essentially that Tier Tier 3 Is there anything done on

22 that side to flag this scenario where the redeeming account

23 might have indicators of fraud?

24          MS. SPELMAN:  Objection:  Asked and answered.

25          THE WITNESS:  Yeah.  ██████████████████████



1

2

3

4

5

6

7

8

9

10   BY MS. LUCIO:

11      Q   So even with that, there is no replacement card

12   that's issued?

13         MS. SPELMAN:  Objection:  Assumes facts not in

14   evidence.  Withdrawn, actually.  Go ahead.

15         THE WITNESS:  That's correct, there's no

16   replacement issued in this scenario.

17   BY MS. LUCIO:

18

19

20

21

22

23

24

25

89

Gomez, Miguel
Shay v. Apple, Inc.



90



91



17          MS. SPELMAN:  Objection:  Vague.  And objection to

18    the extent it calls for testimony outside of the scope of

19    the 30(b)(6) topics.

20    BY MS. LUCIO:

92

Gomez, Miguel
Shay v. Apple, Inc.



93



94

Gomez, Miguel
Shay v. Apple, Inc.



95

Gomez, Miguel
Shay v. Apple, Inc.



**Jilio-Ryan Court Reporters**
**ph. 714.424.9902  info@jilioryan.com**

Gomez, Miguel
Shay v. Apple, Inc.



97



1

2

3

4

5          MS. SPELMAN:  Objection:  Vague.

6

7

8

9

10

11

12

13

14

15

16   BY MS. LUCIO:

17

18

19

20

21

22

23

24

25

Gomez, Miguel
Shay v. Apple, Inc.



99



8   Q    Got it.  How is that escalation process typically

9   initiated, assuming there was an escalation?  Was it done

10  by chat, by e-mail, or phone, or could it have been any of

11  those different modalities?

12  A    The iTunes GC review team at the time had two

13  methods available for escalation:  There was chat support

14  and e-mail support.

15       And it could have been either, but I believe that

16  primarily it was done via chat support unless it was after

17  the business hours for that team, and they were supporting

18  teams in other time zones in countries.  So if it was after

19  the business hours for that team, then it would be an

20  e-mail escalation.

21       MS. SPELMAN:  Christina, I would ask if you're

22  coming up to a good place for a break that we consider a

23  break?

24       MS. LUCIO:  Sure, we can absolutely do that right

25  now if everyone is ready for one.

1          MS. SPELMAN:   Sure.   Should we return -- does

2     12:40 make sense or try for earlier?

3          MS. LUCIO:   That's fine.

4          MS. SPELMAN:   Okay.

5          THE WITNESS:   Thanks.

6               (Break 12:27 - 12:42 p.m.)

7          MS. LUCIO:   Back on the record.   I'm going to

8     introduce what we previously marked as Exhibit 8.   ███████

9     ████████████████████████████████████████████████████████

10    ████████████████████████████████████████████████████████

11         Do you see that?

12         THE WITNESS:   I do.

13          (EXHIBIT 8 MARKED FOR IDENTIFICATION.)

14    BY MS. LUCIO:

15    **Q     Have you seen this document before?**

16    A     I have.

17    **Q     Can you tell me what your understanding is of it.**

18    A     Yes.   ██████████████████████████████████

19    ████████████████████████████████████████████████████████

20    ████████████████████████████████████████████████████████

21    ████████████████████████████████████████████████████████

22    ████████████████████████████████████████████████████████

23    ████████████████████████████████████████████████████████

24    ████████████████████████████████████████████████████████

25    ████████████████████████████████████████████████████████



102



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16          MS. SPELMAN:  I will object to the extent that
17    this discussion is outside the scope of the witness's
18    30(b)(6) topics, but I'll allow the witness to answer with
19    his personal knowledge.
20
21
22
23
24    BY MS. LUCIO:
25        Q
```



```
 1
 2
 3
 4
 5
 6
 7
 8
 9          MS. SPELMAN:  Objection:  Vague.
10   BY MS. LUCIO:
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

104



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22        MS. SPELMAN:   Objection:   Lack of clarity as to a
23    refund for what, and the meaning of the term "replacement."
24        MS. LUCIO:
25

105

Gomez, Miguel
Shay v. Apple, Inc.



BY MS. LUCIO:

106

Gomez, Miguel
Shay v. Apple, Inc.



107





1

2          MS. LUCIO:  I'm going to introduce what we marked

3    as Exhibit 10.

4

5          (EXHIBIT 10 MARKED FOR IDENTIFICATION.)

6    BY MS. LUCIO:

7    Q     Have you seen this document before?

8    A     I have seen this document before, yes.

9    Q     What's AMP SSE?

10   A     That's Apple Media Products site support

11   engineering.  That is the team I was managing at the time.

12   Q     Do you know who created that document?

13   A     This document was -- I don't remember exactly who

14   created the document.  But I remember consulting on this

15   document at the time when it was created.  I did review

16   it.

17

18

19

20

21

22

23

24

25



15     Q    What's the integrator?  I know you've used that

16  term a couple times.

17     A    Sure.  The integrator --

18

19

20

21

22     So integrators might have

23  multiple companies they work with.  So one of their

24  accounts may be -- I can't think of another gift card all

25  of a sudden, but --



1    Q    Amazon?

2    A    Amazon, perfect. ████████████████████

3    ███████████████████████████ We work with the

4    integrator, and they deploy with their network of

5    retailers, and they manage all the relationships with the

6    retailers directly. █████████████████████████

7    ████████████████████████████████████

8    ████████████████████████████████████████

9    ██████████

10    Q    The information you obtain during the

11    customer-facing interaction process, does that get

12    communicated to the integrators at any point?

13    A    I would say that we're very careful about sharing

14    anything that would be personally identifiable with

15    integrators.  But if we're seeing trends or if there's a

16    gift card, for example, that, you know, we need to work

17    with an integrator regarding an escalation, that

18    information maybe be shared, yes.  Or a proof of purchase

19    receipt from a retailer, for example.

20    

21    

22    

23    

24    

25

Gomez, Miguel
Shay v. Apple, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



**Jilio-Ryan Court Reporters**
**ph. 714.424.9902  info@jilioryan.com**



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16          MS. SPELMAN:   Vague as to a number of, but I'll

17   let the witness answer if he can.

18          THE WITNESS:

19

20

21

22

23

24

25

113

Gomez, Miguel
Shay v. Apple, Inc.

1   

2   BY MS. LUCIO:

3

4

5

6

7

8

9

10

11

12

13

14

15   Q    So is there any effort to try to reconcile to the

16   inquiries that you're seeing on the redemption side?

17        MS. SPELMAN:  Objection:  Vague, and assumes facts

18   not in evidence.

19        THE WITNESS:  Can you rephrase the question.  I'm

20   not sure I understand.

21   BY MS. LUCIO:

22   Q    If you're receiving -- and let me take a step

23   back.  We can agree that there are inquiries from customers

24   indicating that there have been unauthorized redemptions;

25   right?

1      A     Yes.

2      Q     And sometimes those are able to be resolved to

3   satisfaction and sometimes not?

4      A     Agreed.



Gomez, Miguel
Shay v. Apple, Inc.



116

Gomez, Miguel
Shay v. Apple, Inc.



117



118

Gomez, Miguel
Shay v. Apple, Inc.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

119



24      Q      Is a gift card replacement and a refund the same

25   thing?

120

1    A    No.

2    Q    **What's the difference?**

3    A    A refund is a reversal of a transaction, so a

4    refund, think of it as I paid for something with my credit

5    card, and a refund is I get a credit on my credit card for

6    the transaction that I paid for.  So that's a refund.

7         A replacement would be getting a different product

8    instead of the product that was purchased.  As an -- yeah,

9    so trying to replace same for same as best as possible.

10   Q    **So a refund would typically be for some amount**

11   **smaller than the product that was purchased.  So it would**

12   **be, I accidentally I purchased an app, or my child**

13   **purchased an app or something like that; that would be a**

14   **refund.**

15        **Whereas, once you have the redemption situation,**

16   **now you're looking for a replacement of the gift card.  If**

17   **I'm saying someone other than me got that amount of money**

18   **and there was a redemption, then what the customer**

19   **typically is looking for is a replacement, and the term**

20   **refund would not apply in that circumstance?**

21        MS. SPELMAN:  Objection to the extent it misstates

22   testimony and calls for speculation.

23   BY MS. LUCIO:

24   Q    **I guess what I'm really asking in terms of**

25   **unauthorized redemption situation where a customer says, I**

121

1    didn't redeem that, the money didn't go to me, it's not on

2    my account, the term "refund" is not really appropriate, in

3    terms of the documents that we've seen and the internal

4    Apple policies?  The term "refund" doesn't really have an

5    application in that circumstance, does it?

6         A    I would agree that it doesn't have an

7    application.

8         Q    And why does it not have an application?

9         A    Because there's -- because, as I stated earlier, a

10   refund is a reversal of the payment transaction that

11   occurred.  So in a gift card scenario, a customer pays

12   their, say, $20 to 7-Eleven, and there is no method by

13   which Apple can refund $20 to the card that was issued at

14   7-Eleven to purchase that gift card.  So that wouldn't be

15   relevant in the case of gift cards.

16        Q    So with a gift card, if a customer is claiming an

17   unauthorized redemption, the question is really whether or

18   not it's appropriate for a replacement?

19        A    I mean, I think that customers come in asking for

20   a lot of different things in that scenario.  I don't know

21   that they all ask for replacement.  Sometimes they want

22   their money back, whatever that means, or they do ask for a

23   refund, which we're unable to do.  I think a replacement is

24   probably one of the things that they ask for.

25        Q    But internally in terms of what Apple could do, a

1  refund -- I guess I'm just trying to streamline the

2  questions regarding refunds and the policies that we've

3  got.  And so if we can say that the refund policies are not

4  applicable and it really isn't a situation and

5  circumstance, then that would shortcut some of the process.

6       So it would be helpful as we go through -- I'm

7  trying to get through as quickly as I can; let me say that.

8  I'm trying to move as quickly as I can.  Because I also

9  know it's already 3:30 where you're at.

10       So we'll go through this as much as we need to,

11  but if you can say -- if there's a policy that I show you

12  and it doesn't apply in certain circumstances, to the

13  extent you can make that clear, that would be helpful;

14  okay?

15       A    Sure, yeah.

16            MS. LUCIO:  Here's what we've marked as Exhibit

17  12,  ██████████████████████████████████████████████

18  ████████████████

19            (EXHIBIT 12 MARKED FOR IDENTIFICATION.)

20  BY MS. LUCIO:

21  ████████████████████████████████████████████████████

22  ████████████████████████████████████████████████████

23  ████████████████████████████████████████████████████

24  ████████████████████████████████████████████████████

25  ████████████████████████████████████████████████████

123



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11          MS. LUCIO:  Let's look at Exhibit 13.
12
13   APL-SHAY 127 and 128.
14          (EXHIBIT 13 MARKED FOR IDENTIFICATION.)
15   BY MS. LUCIO:
16      Q    Have you seen this document before?
17      A    This one does not look familiar to me, no.
18          MS. LUCIO:  I'm going to introduce Exhibit 25,
19
20
21          (EXHIBIT 25 MARKED FOR IDENTIFICATION.)
22   BY MS. LUCIO:
23      Q    Are you familiar with this document?
24      A    I am.
25      Q    So this is -- what is your understanding of what
```

124



1    this is?

9        Q      What is a cash-out?

10       A      A cash-out is the process of taking essentially

11   store credit from an account, removing it from that

12   account, and then sending the account owner a check or wire

13   transfer, depending on the country, for the full amount or

14   some amount some partial amount of that balance.

125



 6      Q      Is there an effort to determine how often an

 7  unauthorized redemption inquiry correlates with the

 8  cash-out request?

 9            MS. SPELMAN:  Objection:  Vague.

10  BY MS. LUCIO:

11      Q      You can answer or I can rephrase it.

12      A      Yeah, maybe, if you wouldn't mind.

13      Q      So once there's an unauthorized redemption

14  inquiry, AppleCare can look at the account to which that

15  redemption is made; correct?

16      A      Yes, that's correct.

17      Q      So in looking at that, has there been any effort

18  to determine how often those two things correlate, the

19  receipt of an unauthorized redemption inquiry and then a

20  discovery that the redeeming account had a cash-out

21  request?

22      A      I see what you're saying.  I don't know if there

23  has been an effort on behalf of Apple.  But I will say that

24  I have never encountered that.

25

126



 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11        MS. LUCIO:  Let's look at Exhibit 14.  I'm not

12 sure where it comes in, if it comes in your team or your

13 area.

14

15        MS. LUCIO:

16

17        (EXHIBIT 14 MARKED FOR IDENTIFICATION.)

18 BY MS. LUCIO:

19    Q  Are you familiar with this document?

20    A  I'm not.

21    Q  Is your understanding -- so you work with

22 in customer care?

23    A  I do.

24    Q  And in your SSE support of customer care?

25    A  Yes.



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11        MS. SPELMAN:  If Mr. Gomez needs to review the
12   whole document in order to respond to the questions...
13        MS. LUCIO:  Yeah, absolutely.  He's got it in
14   front of him, yep.
15        THE WITNESS:  Let me just scroll through it.  I
16   really have not seen this before.
17
18
19
20
21
22
23
24
25
```

Gomez, Miguel
Shay v. Apple, Inc.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

129

1    Q    From your perspective of the customer care side,

2    was there any difference between the Walmart-sold gift

3    cards and those that were sold through the app store iTunes

4    that were sold generally?

5    A    So Walmart sold both physical and digital codes.

6    And the physical cards that they sold were, you know,

7    materially no different than cards sold by other retailers.

8    Q    At any point during the relevant period, are you

9    aware of receiving an increase in inquiries regarding

10   unauthorized redemptions or indicating there had been

11   unauthorized redemption with regard to the Walmart-sold

12   gift cards?

13   A    I don't recall any such, no, I don't believe there

14   was.

15   Q    So in terms of just the day to day, there wasn't

16   any period of time where the team felt there was an

17   increase in the Walmart-sold gift cards?

18   A    Specifically related to unauthorized redemption?

19   Q    Specifically with regard to questions regarding

20   unauthorized redemption.

21   A    No.

22

23

24

25

1

2

3

4

5

6

7

8      MS. SPELMAN:  Christina, I think we are coming up

9   on an hour.  We don't need to break right this second, but

10   if you could find a good place to break soon, we'd really

11   appreciate it.

12      MS. LUCIO:  We can go off the record.

13          (Break 1:40 - 1:50 p.m.)

14      MS. LUCIO:  Back on the record.  I'm going to

15   introduce Exhibit 18.

16       (EXHIBIT 18 MARKED FOR IDENTIFICATION.)

17   BY MS. LUCIO:

18      Q    Have you seen this document before, Mr. Gomez?

19      A    I have not.

20      Q    Do you have any understanding what this document

21   is?

22      A    Would you mind if I take a moment to read through

23   it?

24      Q    Absolutely.  Please do.

25      A    Okay, thank you.  Do you mind repeating the

1    question.

2        Q    After reviewing the document, are you familiar

3    with this document, the content in it?

4        A    I understand kind of intent of this document.  I

5    haven't seen is this document before today.  But I

6    understand what it is about, yes.

Gomez, Miguel
Shay v. Apple, Inc.



7        MS. LUCIO:  And then let's talk about Exhibit 19,

8    which is this document here APL-SHAY 134 through 135.  It

9    was previously marked as Exhibit 19.

10           (EXHIBIT 19 MARKED FOR IDENTIFICATION.)

11   BY MS. LUCIO:

12       Q     Are you familiar with this document?

13       A     No, I have not seen this document before.

14       Q     Take a moment and look at it.

15       A     Sure.  Okay.

16       Q     After reviewing it, would you have any sense of

17   who drafted this?

18       A     So this looks like one of the -- or two of the

19   prepared responses, so this is the templated e-mail

20   response that we might send to a victim-assisted fraud.

21           So this looks like -- probably in preparing

22   documentation for this case, I assume it was requested to

23   get a copy of the templated responses that are used, and

24   this is -- I believe that's what this is.

25       Q     So this would not have been disseminated to

1    individuals who claimed they were a victim of unauthorized

2    redemption?  Fraud, so to speak.

3         A    Correct.

4         Q    And why not?

5

6

7

8

9

10        But this is the language that we would use with

11   the customer that was a victim of victim-assisted fraud.

12        Q    In those unauthorized redemption scenariOS, were

13   those customers encouraged to contact law enforcement?

14        A    In victim-assisted fraud scenariOS; is that the

15   question?

16        Q    No.  In unauthorized redemption situations.

17        A    Oh.  No, not typically, no.

18

19

20

21

22

23        Q    Do you know if there were any templated responses

24   specifically for unauthorized redemption scenariOS?

25        A    There were, yes.

1   Q    Have we already seen those today?

2   A    I think we saw reference to them ████████████

3   ████████████ where we were talking about templated

4   responses.  But I don't know that -- we have not seen the

5   language after the templated response.

6   Q    Do you recall what the language is of that

7   templated response for an unauthorized redemption

8   scenario?

9   A    I mean, paraphrasing I can tell you that

10  essentially it confirms that the card has been redeemed.

11  It has some similar language to what you just reviewed, as

12  far as we're unable to refund -- I forget what that one

13  said we were looking at.  And then it gives suggestions for

14  safeguarding the code.

15  Q    Okay.

16  A    So it's -- like this here, "For security reasons

17  I'm unable to provide any other information about the

18  redemption," et cetera.  So that part is relevant, and in

19  the other templated response.  So there would be some

20  language similar to that.

21       Then suggestions, "Gift cards are like cash,

22  safeguard them," et cetera, et cetera.

23  Q    Would there be a link to the iTunes gift card

24  scams link?

25  A    No.  The iTunes gift cards scams link is very

1   narrow focused on victim-assisted fraud.

2          MS. LUCIO:  Let's look at this one.

3

4          (EXHIBIT 20 MARKED FOR IDENTIFICATION.)

5   BY MS. LUCIO:

6      Q    Are you familiar with this document?

7      A    Let me see.  I have not seen this document before,

8   but I am familiar with the content.

9      Q    And is it your belief -- I think we talked a

10  little bit earlier about statuses and that sort of thing

11  with regard to the cards.  Would this be reflective of the

12  statuses which a card may have?

13     A    Yes.

14     Q    So an activated card has been activated at the

15  store and has value; right?

16     A    Yes.

17     Q    A redeemed card was unredeemed and applied to an

18  Apple ID account?

19     A    Yes.

20     Q    Unredeemed card; what does that mean?

21     A    That is the status that is shown when -- I think

22  we talked about this a little earlier, but when a customer

23  accidentally redeems an account to their

24  son/daughter/wife's account, for example, and you know, and

25  we can get the account owner to verify identity of the

1    redeeming account.

2         Then there is a method to unredeem the card from

3    the account, which essentially removes the balance, the

4    store credit balance, from that account, puts it back on

5    the card, and then it can be redeemed a second time to the

6    correct account.

7         But again, the conditions have to be met where the

8    funds have not been consumed yet.  So if it's a $50 card,

9    there has to be $50 on the account, and the account owner

10   must be present to pass the identity verification check.

11   So that's the status it would show after an unredemption

12   has occurred.

13

14

15

16

17

18

19

20

21

22

23

24

25

137



23          MS. LUCIO:  So this is the part that's difficult

24     with remote depositions.  We're going to have a number of

25     exhibits that are just going to be open.  We'll start

138

1  numbering these ones with Exhibit 38, just so I don't mess

2  up my own internal numbering.  We're going to have to start

3  with 38.

4          (EXHIBIT 38 MARKED FOR IDENTIFICATION.)

5  BY MS. LUCIO:

6      Q    Let's start with that first one; it's complaint

7  10023275739.  I'll put it on the screen.  So this is a

8  document that's Bates-numbered APL-SHAY 8326 through 8328.

9          If it's easier for you, Mr. Gomez, to have in

10  front of you, certainly feel free to scroll through it as

11  I'm talking about it, but (indiscernible) in Exhibit 38?

12     A    I'm familiar with this type of document, yes.

13     Q    What is this type of document?

14     A    So this looks like an export of the case notes

15  associated with a customer contact ████████████████████

16  ████████  So this is some of the information that is captured

17  by AppleCare when a customer contacted Apple, and then the

18  case notes that are input by the advisor to summarize what

19  occurred in a case.

20     Q    In looking at this document, can you tell me what

21  the nature of the complaint was?

22     A    Sure.  Give me just one minute.  Okay.  So this

23  appears to be a case in which a customer purchased several

24  gift cards from the same retailer.  It looks like three

25  gift cards; was able to redeem two of them but the third

1   one was unable to redeem.  And that third card appeared to

2   be redeemed to an account the customer was not familiar

3   with.

4   **Q    Looking at the document, does it appear that this**

5   **customer contact remained at Tier 1 or did this get**

6   **elevated?**

7   A    It's hard to say.  I do see a field here that

8   says -- on page two towards the bottom that says "$25 to

9   suspicious account.  Consult Tier 2, and then resolution

10  resolved."  So it sounds like there was a consult to

11  Tier 2.

Gomez, Miguel
Shay v. Apple, Inc.



1

2

3      Q      I want to start at the top on this one, the case

4  ID.  The case ID that's assigned,

5                              would you be able to pull the

6  information

7                      is that correct?

8      A      Yes.

141



1

2

3

4

5

6

7     Q     So serial number would have no application for

8     gift cards in this circumstance?

9     A     Correct.

10    Q     And in terms of recording the customer contact,

11    it's just not a data field that is important for purposes

12    of this recording?

13    A     It's not a data field that's captured

14    systematically ▓▓▓▓▓▓▓

15    Q     What's a Comptia code?

16    A     I actually have no idea what that means.  So when

17    they export these case notes, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

18    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

19    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

20                ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ So I don't see

21    things like Comptia code.  But that must mean something to

22    someone at Apple.

23    Q     Component description?

24    A     That's the -- so earlier when I was mentioning

25    that we have case classifications and categorizations of

142

1   cases, and we have things like already redeemed and

2   inactive, for example.







1

2

3

4

5

6

7

8

9

10

11

12

13     Q     So looking at this Exhibit 38 and looking at the

14  description area, and in terms of this inquiry, does it

15  look to you -- and I'm looking at this first page -- that

16  this inquiry came in telephonically?

17     A     Yes, it does seem that way.

18     Q     What tells you that?

19     A     Typically if there's an e-mail case or a chat

20  case, then there's also the text of the e-mail or the

21  transcript of the chat associated.

22          So when you see -- when the case notes consist

23  solely of summaries from the advisor, that typically

24  represents that it was a phone interaction.  And the

25  majority of cases are phone interactions would be fair.

1    Q    Okay.  So where it says caller, that would be the

2    name of the individual who was reporting or the

3    (indiscernible)?

4    A    Yes.

5    Q    Phone number, the caller name, the phone number,

6    the caller e-mail, that information that is typically

7    collected with regard to each inquiry?

8    A    Yes.

9    Q    What else is usually collected in terms of

10   information?

11   A    Unless you want to go through all of it, I'll

12   focus on gift card inquiries.  But gift card inquiries

13   would be the name of the caller, the e-mail, the phone

14   number.

15        And primarily that's because, you know, we're

16   looking for a customer record that exists within Apple.

17        So we try to associate all cases with AppleCare to

18   the same customer records so there's a history of the

19   different cases that a customer contacted Apple about.

20        So that's the primary reason for collecting those.

21   And then outside of that, we would collect, you know, in

22   some instances, we might collect the serial numbers

23   verbally from the customer or if it's e-mail or chat, we

24   would get it that way.

25        We might collect the images of the front and back

1    of the physical card products, the proof-of-purchase

2    receipt, and in some victim-assisted fraud scenariOS, we

3    might collect the police report.  And that's kind of more

4    standard things that would be collected.

5         **Q    There are a couple fields on this first page that**

6    **I've got questions about.  The affected product and there's**

7    **a number 131525 right here at the bottom of that first that**

8    **we were looking at.  Do you know what that refers to?**

9         A    Where are you seeing that?  I'm sorry.

10        **Q    The second line under description, it's the second**

11   **line of that text box.  So you've got caller and then**

12   **redacted under that.  It's part of that second line that**

13   **begins with "Redacted."**

14        A    Oh, I see, 131525.  I believe that would be the

15   code for iTunes store.  So if you look further up, the last

16   field under "Product description" is iTunes store.  I

17   believe that 131525 is the numerical code for iTunes store.

18        **Q    So that would encompass the app store and iTunes**

19   **gift cards?**

20        A    Yes.

21        **Q    What's a transfer probing additional notes?**

22        A    I think those are -- those are pretty squished

23   together here.  I think those are different areas in the

24   case notes themselves.

25             But I think "transfer probing" would be where an

1   agent might capture kind of what questions they asked a

2   customer to help isolate the root cause of the issue.  In

3   already redeemed, for example, you know that process of

4   guiding the customer to realize to which account in the

5   family a code was redeemed, for example.  Some of those

6   probing questions might be captured here.

7       Q    What about consultation configuration reason?

8       A    So those are all squished together; they're

9   supposed to be different fields.  Consultation, I'm not

10  real sure. ████████████████████████████████████████

11  ████████████████████

12       But "configuration" is referring to -- in

13  hardware, the configuration of the product, meaning like

14  iPhone 13 pro IOS, 15.5 it's talking about, like, the model

15  and versioning of the hardware product.

16       Q    So is "reason" a separate field?

17       A    Yes.

18       Q    What does that refer to?

19       A    It looks to me that one of the outcomes an agent

20  selects is "unable to provide support," then there's a

21  secondary reason that they have to choose from to say why.

22  So secondary reason "not enough information."

23       Q    It looks like there's multiple contacts perhaps

24  based upon this document.  Does that seem to make sense?

25  In reading this, does this reveal there were multiple

148

1   contacts with this customer?

2       A    I wouldn't necessarily say that.  I think it could

3   easily be that there were multiple case notes entered,

4   which might happen, for example, if there was -- if I'm a

5   Tier 1 agent working with a customer and then I go consult

6   with Tier 2, Tier 2 would enter their own case notes as

7   well, and then Tier 1 resumes the call with the customer,

8   then this might be a third entry in the case notes even

9   though there's one single contact.

10      Q    If you look at the second page, it says consult --

11  actually, we'll go up a little bit.  In that last block

12  where it says "phone issue, tech, reason, mandatory

13  escalation," do you see that?

14      A    Yes, I see it.

15      Q    What does that mean?

16      A    I believe that would be used if there is

17  procedural guidance to escalate an issue to another tier,

18  so that would be selected to capture that.

19

20

21

22

23

24

25

1  ████████████

2      Q    And then here towards the bottom of that text box,

3  it says, "Resolution, resolved, expected product behavior."

4          What does that mean?

5      A    ████████here's, again, predefined selections for

6  advisors to choose from to categorize the resolution on a

7  customer contact.  And it's -- the predefined selections

8  are not customized to the type of contact.

9          Meaning if a customer calls Apple about not being

10 able to power on their iPad, for example, the same

11 resolution categories are presented there as would be for

12 an already redeemed.

13         So in this case the resolution that the advisor

14 chose was "resolved expected product behavior how to."

15 Which would mean the product is functioning as expected,

16 and there was education provided to the customer,

17 presumably about how to safeguard codes.

18 ████████████████████████████████████████████

19 ████████████████████████████████████

20      ████████████████████████

21      Q    Would the guidance have been any different under

22 those circumstances?

23      A    No.

24 ████████████████████████████████████████████

25 ████████████████████████████████████████████

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16    MS. LUCIO:  The next document is case ID -- or

17  it's in the same folder, the last three numbers are 480.

18  And we'll mark that as Exhibit 39.  The Bates numbers are

19  APL-SHAY 8340 through 8341.

20    (EXHIBIT 39 MARKED FOR IDENTIFICATION.)

21  BY MS. LUCIO:

22    Q    And you should have a copy of this as well,

23  Mr. Gomez.  I want to look at the second page here on the

24  fourth line.  Let me take a quick step back.

25    If we look at page 8340, does it look to you as if

1    this involved an iTunes app store gift card?

2        A    It does.

3        Q    So if you look at the second page, there is a

4    statement about four lines down.  It says, "iTunes card

5    code is not activated.  Informed it was already redeemed to

6    another account.  Referred to account security team."

7        A    Uh-huh.

8        Q    Would you have any way of knowing what about this

9    circumstance would have given rise to the referral to the

10   account security team?

11       A    So this language in these case notes is

12   inaccurate, first of all.  An iTunes card code not being

13   activated, it's impossible to redeem a code that's not

14   activated, so that's an inaccurate statement.

15            The advisors, they don't all know the exact

16   terminology for things.  So just to establish that that's

17   incorrect.  It's impossible to have an inactive gift card

18   code that's not actively redeemed.  So just to establish

19   that.

20            But "informed customer it was already redeemed to

21   other account, referred to account security team."  So

22   account security team is the team that has the capability

23   to verify identity of a customer account and unredeem a

24   card.

25            So what this means to me is that this was one of

1    those non -- essentially non-fraud scenarios where the

2    customer did recognize the redeeming account, and there was

3    the option to verify identity and potentially unredeem the

4    code and provide a satisfactory resolution for the

5    customer.

6        Q    And right next to that it says PRIC7591.

7             Does that mean anything to you?

8        A    That would be the article number for a prepared

9    response or templated response.  So language to use with

10   the customer.  PR is prepared response, and IC is the

11   prefix for the prepared responses.  They all have a code

12   starting with IC.

13            MS. LUCIO:  Let's look at -- the next one is --

14   the last three are 682, and we'll mark that as Exhibit

15   40.

16            (EXHIBIT 40 MARKED FOR IDENTIFICATION.)

17   BY MS. LUCIO:

18       Q    And by looking at the first page, does it appear

19   that this also is a customer inquiry related to the iTunes

20   app store gift cards?

21       A    It does.

22       Q    ████████████████████████████████████████████████

23   ████████████████████████████████████   And if you look

24   at -- if you can flip to the last page.  It's the one

25   that's Bates No. 10531.

153

1          If you could read the "DSID redacted customer

2     called in" and read from there.

3     A     Are you asking me to read it aloud?

4     Q     No, no.  Read to yourself.

5     A     Okay.  Okay.

6     Q     So this, can you tell me what your understanding

7     is of what the customer complaint or inquiry was.

8     A     My interpretation here is that the customer was

9     calling to check the redemption status of several gift

10    cards.

11    Q     So in this scenario is it looks like there was --

12    one of the accounts or one of the gift cards that was

13    redeemed was redeemed to a fraud account; does that seem

14    accurate?

15    A     Yeah, that's what I see here too.

16

17

18

19          MS. SPELMAN:  Objection:  Vague.

20

21

22

23

24

25



1

2

3    BY MS. LUCIO:

4

5

6

7

8

9

10

11

12

13

14        A     That's --

15              MS. SPELMAN:   Objection to the extent it calls for

16    speculation.

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9

10

11 BY MS. LUCIO:

12

13

14

15

16

17

18

19

20

21

22

23     MS. SPELMAN:  Objection:  Potentially calls for

24 speculation.

25 ///

Gomez, Miguel
Shay v. Apple, Inc.

1    BY MS. LUCIO:



**Jilio-Ryan Court Reporters**
**ph. 714.424.9902  info@jilioryan.com**

```
 1              MS. LUCIO:  Let's look at the documents that are
 2      in the folder entitled "Shay Documents."  We'll start with
 3      Exhibit 32.
 4              (EXHIBIT 32 MARKED FOR IDENTIFICATION.)
 5      BY MS. LUCIO:
 6         Q     If you can scroll through that.  Once you have a
 7      chance to review it, can you let me know if you've seen
 8      this document specifically before.
 9         A     Okay, I have read through this.  I have not seen
10      this prior to today.
11         Q     You said you had not?
12         A     I have not, no.
13         Q     I wanted to just ask you a couple questions about
14      this.  First off, if you look towards the bottom of this
15      page, which I would wish I could make clearer.  At the
16      bottom of page two, it looks like there's a case ID.
17              Is this something that we could look up        to
18      determine the notes related to the handling of this case?
19         A     Yes.
20         Q     Would you expect that        , this e-mail would
21      have been attached to the summary like the ones we were
22      looking at before?
23         A     So it would be attached to the case at least for a
24      period of time.
25
```



1

2

3

4

5      Q    If you look at that first page that I've got on

6  the screen -- well, let me ask you.  What's your

7  understanding of what the complaint was that was raised?

8      A    Sure.  It sounds like the customer contacting

9  Apple, her son received two gift cards for his birthday.

10         One was successfully redeemed; the other he got an

11  error when trying to redeem.  And when he tried a second

12  time, got a message that it was already redeemed, and the

13  customer was calling to get assistance resolving that

14  issue.

15      Q    In terms of documentation that we've looked at

16  today, is there a document in that group of documents we

17  looked at that would govern the protocol in terms of

18  addressing this issue?

19      A    Yes.

20

21

22

23

24

25

159

1    So looking at this inquiry, it looks like this

2  inquiry was raised -- was it raised through a direct e-mail

3  or was it raised through the iTunes site if you can tell?

4    A    This would have gone through the Apple support

5  site.  So the customer would have gone -- we have a support

6  site "Contact Apple Support," where a customer can sort of

7  pick and choose what product they're calling about and have

8  a selection of issues, and then they get presented with the

9  support options available.  So it could be phone, chat,

10  e-mail.  This particular one went to e-mail.

11    And I can tell because of the predefined fields

12  that we see on the last page, the support category,

13  additional comments, et cetera.  So this would have gone

14  through the support portal ███████████████████████████████

15  ████

16    Q    And then if you look at that first page that

17  refers to account security team, can you tell me if thats

18  one of the teams we've spoken about thus far or is that

19  something different?

20    A    It is the team █████████████████████████████

21  ████████████████████████████████  which we talked about

22  in the context of when a code had been redeemed to a

23  familial account, they verify the identity of the account

24  owner to be able to do an unredeem if that's an option

25  potentially.

160

1     Q    So is this an effort to determine whether or not
2  it was a familial account that had redeemed this?
3     A    That's what I gather, yes.
4         MS. SPELMAN:  Christina, I just realized we've
5  been going for another hour and ten minutes, so if you come
6  to a time where we can take a break, I would appreciate
7  it.
8         MS. LUCIO:  Sure.  I was going to transition to
9  the other e-mails.  So that's fine, we can do that.  Let's
10  go off the record.
11               (Break 2:58 - 3:14 p.m.)
12         MS. SPELMAN:  So I just wanted to -- I think we
13  had a quick discussion off the record -- note that the last
14  exhibit we just looked at was something that hasn't been
15  produced in the case.
16         So we would just lodge an objection as to the use
17  of a document in the deposition, given that this hadn't
18  been produced.
19         But we understand that Plaintiff's counsel intends
20  to produce it to us.  So go ahead.
21         MS. LUCIO:  Just for background sake, I think we
22  have had some extensive discussions about the production of
23  documents, and Plaintiff's counsel who's here today is
24  relatively new to this action and just got these documents.
25         And we'll produce them forthwith.  I guess



1    Plaintiff's deposition is coming up shortly, and we will

2    certainly endeavor to get all of the documents, and

3    certainly that we have in our possession, to you by early

4    next week.

5           Okay.  So Exhibit 33, this is a document I believe

6    that was produced by Apple.  This is I believe it's

7    Bates-numbered 135 through 163.  Mr. Gomez, can you take a

8    look at this -- and you should also have this in front of

9    you.

10          (EXHIBIT 33 MARKED FOR IDENTIFICATION.)

11   BY MS. LUCIO:

12      Q    Can you tell me what this document is if you're

13   familiar with it generally?

14      A    Yes.  So this looks like an export of the case

15   notes associated with a customer case.

16      Q    How is that different than the case IDs that we

17   saw -- I'm sorry, the case summaries that we saw earlier in

18   like Exhibit 38?

19      A    This looks like it was exported using a different

20   system, but it's the same case information.  A little

21   easier to read actually.

22   ██████████████████████████████████████████████████████

23   ████████████

24   █████████████████████████████████████████████████████

25   ████████████████████████████████████████████



20      Q     And generally speaking, do you know what type of

21   information is encompassed in here?  Is this a total

22   history related to this Apple ID or something else?

23            MS. SPELMAN:  Potentially out of the scope of the

24   30(b)(6) for which the witness was identified.

25            THE WITNESS:  If the question is, Is it possible

1    to pull a history of the customer contact cases associated

2    with this customer, the answer is yes.

3    BY MS. LUCIO:

4        Q    What about with regard to actions taken on that

5    customer ID, would you know?

6        A    So actions taken on the customer's iTunes account,

7    their Apple ID account?

8        Q    Yes.

9        A    I don't -- I don't know -- I don't believe there

10   is an export option for that. ████████████████████████

11   ████████████████████████████████████████████████████████

12   ████████████████████████████████████████████████████████

13   ████████████████████████████████████████████████████████

14   ████████████████████████████████████████████████████████

15       Q    What about the redemption history of the

16   account?

17       A    Yes.

18       Q    So I think we talked about a DSID earlier.  This

19   off here to the right side next the name Rachael Shay.

20            That DSID, that's a unique number assigned to

21   Ms. Shay's Apple ID?

22       A    Yes.

23       Q    So no one else would have the same DSID?

24       A    That's correct.

25       Q    In looking at this contact history, can you tell

1   me how many contacts were made with Apple regarding the

2   issue that Ms. Shay raised?

3       A    Can you give me a minute?

4       Q    Sure.  It is?

5       A    It is possible to tell that, it appears.

6       Q    How many contacts does it appear were made?

7       A    So is the question how many times did Ms. Shay

8   contact Apple about this issue?

9       Q    Yes, let's start there.

10      A    Eighteen.

11      Q    Is that eighteen times she contacted them or that

12   18 contacts that were made?

13      A    It sounds like -- based on my interpretation, it

14   looks like there were 18 total contacts initiated by

15   Ms. Shay, either via phone or e-mail, if I'm reading this

16   correctly.

17      Q    Okay.  It looks like there's these, and maybe I'm

18   incorrect in my interpretation, but at the bottom of each

19   one of these sections that are set off from one another, is

20   it your understanding that's set off from the others

21   represents some sort of action on the account, or is that a

22   different contact?

23      A    It's a time stamp in a customer record.  So, for

24   example, what you have in front of you here, that second

25   section created 5/6/2020 at 3:44 a.m. Pacific, and then the

1   note above it, that's an outbound e-mail, so that would

2   correlate with an e-mail that was sent from Apple to

3   Ms. Shay at that time.

4           And then the one above that, if you scroll up just

5   a tiny bit.  If you look at the note type under title,

6   that's an incoming call.  So my interpretation, that's an

7   incoming call from Ms. Shay to Apple.

8       Q    If we're looking at that same interaction, it

9   looks like under "additional note" -- and it makes sense

10  now that they're not broken up the way they were in the

11  summaries we looked at, this additional note says "taken

12  ownership per ████████ "  What does that mean?

13      A    This means that the advisor that presumably

14  answered this call took ownership after the case. ████████

15  ████████████████████████████████████████████████████

16  ████████████████████████████████████████████████████

17      Q    And is there any way in looking at this to know

18  why this was elevated to Tier 2?

19      A    Not that I can see.

20      Q    I actually don't know.  It looks like it might

21  have been referred --

22      A    So there was a consult here, where your cursor

23  here is with Tier 2, which doesn't necessarily mean that

24  the customer ever spoke to Tier 2 here.

25          But that other note that we were looking at where

166

1   the advisor said "take ownership," that means they took

2   over the call and were presumably talking to Ms. Shay

3   directly.

4      **Q   So if we're looking at this one that I've got on**

5   **the screen, it looks like it was created on 5/5/2020 at**

6   **7:35 a.m. Pacific.**

7         **This is an incoming call.  It looks like there's a**

8   **Tier 2 reference down below.  But would that have been a**

9   **direct interaction with Tier 2 or would this have been a**

10  **consultation?**

11     A   It look like it was a direct interaction.

12     **Q   What was the ultimate resolution of this case?**

13     A   It looks like ultimately the customer filed a

14  police report.  She was wanting to know the name of the

15  person, I guess, presumably the person that redeemed the

16  code.  I guess the name on the account.

17        That's unclear in the case notes to me.  But you

18  see here, quoting, "She's filing a police report and wanted

19  to know that person's name."  I don't know who she's

20  referring to is "that person" though.

21        Oh, she wanted to know the name of the person she

22  had spoken to earlier that day, presumably for the purposes

23  of the police report.

24        So the resolution was the advisor gave the other

25  advisor's first name for the purposes of the police report

167

1    and also suggested filing a report with the FTC.

2        Q    Forgive me, I think we talked about this, but I

3    don't remember the answer.  So right where my cursor is at

4    "provided CX" which I would guess is "customer," with date

5    gift card was redeemed, ███████████████

6        ███████████████████

7        A    ████████████████████████████████████



12           MS. SPELMAN:  Objection:  Vague as to which

13    policy.

25    ///

168

1    BY MS. LUCIO:

2    ████████████████████████████████████

3    ████████████████████████████████████

4    ████████████████████████████████████

5    ████████████████████████████████████

6         MS. LUCIO:  Okay.  So Exhibit 34 is on the screen.

7    This is a screenshot that was produced by Apple, Bates

8    numbers 153 and 154.

9         (EXHIBIT 34 MARKED FOR IDENTIFICATION.)

10   BY MS. LUCIO:

11   Q    **Is this familiar to you?**

12   A    It is.

13   Q    **What is it?**

14   A    This looks like a customer record.  So if I were

15   looking ████████, for example, I would -- and I searched my

16   customer Apple ID or phone, I would get a list of customer

17   records that matched, I could choose one, and then I would

18   see all the related cases, and I might see something very

19   similar to this.

20   Q    **So we were talking about the history of the Apple**

21   **ID, contact history, would this provide that kind of**

22   **historical look-back at the actions taken under this Apple**

23   **ID?**

24   A    Well, I just want to clarify that these are --

25   this is a record of the customer contact cases associated

1   with an Apple ID.  It's not necessarily any actions taken

2   against the Apple ID.

3        Q    But in looking at those buttons there on the left

4   side, there's the ability to pull kind of history of that

5   account; is that accurate?

6             If we click on each one of those buttons on the

7   left side, it will show something different, won't it?

8        A    Yes.





1

2

3

4

5     Q     Is this a screen, this content, is this something

6     that the advisors would interact with in their roles?

7     A     No.

8     Q     Who would use this information?

9           MS. SPELMAN:  Objection to the extent it calls for

10    speculation.

11          THE WITNESS:

12

13

14

15

16

17

18

19

20

21

22

23    BY MS. LUCIO:

24    Q     Does this appear to be an aggregation of the

25    information that Apple has with regard to Ms. Shay and the

1    Apple ID?

2            MS. SPELMAN:   Objection:   Misstates testimony.

3    BY MS. LUCIO:

4        Q    I'm just trying to understand.   ███████████

5    ████████████████████████████████████████████████████

6    ████████████████████████████████████████████████████

7    ████████████████████████████████████████████████████

8    ████████████████████████████████████████████████████

9    ████████████████████████████████████████████████████

10   ████████████████████████████████████████████████████

11   ████████████████████████████████████████████████████

12   ████████████████████████████████████████████████████

13       Q    With regard to this Apple ID, DSID?

14       A    Yeah, the customer record, correct.

15       Q    And this Exhibit 35, it looks like it's another

16   screenshot that might provide some of the different

17   information that we were looking at just in a different

18   format.   Is that your understanding of this?

19       A    Yeah, this looks like same info different view.

20            (EXHIBIT 35 MARKED FOR IDENTIFICATION.)

21   BY MS. LUCIO:

22       Q    Is that document, Exhibit 35, is that something

23   that the advisors would use or is that kind of that

24   aggregated high-level view of the Apple ID DSID?

25       A    This is more the aggregate view.

172

1          MS. LUCIO:  I think I'm almost done.  Let me see

2     if there are any other documents that I need to ask you

3     about, and I'll look if I've got that 400729.  Give me ten

4     minutes?

5          THE WITNESS:  Okay, sure.

6          MS. LUCIO:  Let's go off the record.

7          MS. SPELMAN:  Thanks.

8               (Break 3:39 - 3:50 p.m.)

9          MS. LUCIO:  Back on the record.

10          Let's look at what we marked as Exhibit 21. █████

11     ████████████████████████████████████████████████████████

12     ████████████████████████████████████████████████████████

13          (EXHIBIT 21 MARKED FOR IDENTIFICATION.)

14     BY MS. LUCIO:

15     Q     Have you seen this document?

16     A     Let me just have a quick look.  I haven't reviewed

17     this prior to in this meeting.  I'm not familiar with this

18     document.

19     Q     I'll ask a general question if you know.

20     A     Sure.

21     Q     We previously talked about iTunes gift card scams,

22     and that referring to third-party-assisted gift card fraud;

23     is that correct?

24     A     Yes.

25     Q     So when we talk about gift card scams, that's

1     typically what Apple is referring to?

2          A    It is.

3          Q    There's also the statement of iTunes fraud-related

4     complaints.  Is that something different?

5          A    Yes.

6          Q    What would that be?

7          A    ITunes fraud is somewhat broad.  But it would be,

8     you know, some examples might be account takeovers, so

9     somebody's account getting taken over by a hacker, or

10    somebody -- a customer sees unauthorized charges on their

11    credit card from the iTunes store.

12              Those would be some of the more common iTunes

13    fraud scenariOS.  It's basically account or financial fraud

14    would be primarily what we see.

15         Q    Would the unauthorized redemption scenario fall

16    within the iTunes fraud complaint group?

17         A    No.  It seems that the scope of this document is

18    somewhat limited.  There's two sections.  The first is

19    related to iTunes gift card scams, which we already

20    established was victim-assisted fraud.

21              And the second section about contacting iTunes

22    fraud, so specifically it calls out account disable fraud

23    lock by fraud prevention, and then payments banned by fraud

24    prevention, which would refer to credit cards

25    specifically.

174



175



18        MS. SPELMAN:  Objection:  Calls for speculation;

19   incomplete hypothetical.

1   ████████████████

2   BY MS. LUCIO:

3   ███████████████████████████

4   ████████████████████

5        MS. LUCIO:  Okay.  I think that's all I have.  I

6   was unable to find the ████████████, and I don't know if

7   you have any insight into where that might be.

8        But I would just say that that issue, it looks

9   like that's probably -- that policy is relevant for our

10  purposes here today.  So we would just reserve our rights

11  to the extent that we would need the witness to opine on

12  any of those things -- or if any other witness -- we've got

13  two more depositions -- if any other witness would opine on

14  that, I think that would satisfy our inquiry.  But we're

15  just going to reserve our rights with regard to that issue.

16       With that, I thank you for being here today,

17  Mr. Gomez.  I appreciate it.  And I don't know if you've

18  got anything, Kate?

19       MS. SPELMAN:  I just had a couple of quick

20  clarifying questions I think should be quick.

21                    EXAMINATION

22  BY MS. SPELMAN:

23    Q    So Mr. Gomez, do you recall -- I'm going to

24  reference back to Exhibit 8 that we looked at earlier.  So

25  if you want to pull it back up, please feel free.

1   A   Sure.  Okay.

2   Q   So Mr. Gomez, this was ███████ is that right?

3   A   Correct.



1  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6       Q     Okay.  That automated refund process, does it

7  relate to the same types of purchases and rentals as this

8  written policy ▮▮▮▮?

9       A     It does.

10      Q     And does that automated refund policy relate to

11 gift cards purchased from third-party retailers?

12      A     It does not.

13      Q     Okay.  And I just had one other clarifying

14 question related to Exhibit 38, which was one of the

15 complaints.  So it was within that "complaints from

16 customer service management system" file, Mr. Gomez.

17      A     Okay.

18      Q     Let me know when you have that one.

19      A     There's several in there.

20      Q     Right, apologies.  This one was -- the last three

21 numbers are 739.

22      A     Okay, I have that one.

23      Q     And if you'll scroll down, do you recall looking

24 at this document a little bit earlier in your testimony?

25      A     I do.

Gomez, Miguel
Shay v. Apple, Inc.



21        MS. SPELMAN:  Okay, thank you, Mr. Gomez.  I have

22    no other questions.  Do you have anything else?

23        MS. LUCIO:  I don't.

24        Let's go off the record.

25    (Deposition transcript handling discussed off record

180

```
 1                    4:04 - 4:05 p.m.)

 2          MS. LUCIO:  Back on the record.  Off the record

 3    the parties decided that we would -- the court reporter

 4    will prepare the transcript.  The transcript will be sent

 5    to Defendant's counsel, Ms. Spelman.  Ms. Spelman will get

 6    that to the witness, who will have 30 days to review the

 7    transcript and make any changes as necessary.

 8          And Ms. Spelman will notify us when the review is

 9    complete, and the witness will sign off on the transcript,

10    and Ms. Spelman will send us a copy of the signature.

11          And Ms. Spelman will keep the original copy of the

12    deposition transcript for purposes of trial.  If it is

13    available at the time of trial, a certified copy can be

14    used in its stead.

15          MS. SPELMAN:  So stipulated, agreed.

16          (Deposition concluded at 4:06 p.m.)

17

18

19

20

21

22

23

24

25
```

1

2

3

4

5        STATE OF CALIFORNIA        )

                                    )   ss.

6        COUNTY OF ORANGE           )

7

8

9

10            I, Erika "Rik" Rutledge, Certified Shorthand

11       Reporter, Certificate No. 13774, for the State of

12       California, hereby certify:

13            I am the deposition officer that

14       stenographically recorded the testimony in the foregoing

15       deposition;

16            Prior to being examined, the deponent was by

17       me first duly sworn;

18            The foregoing transcript is a true and

19       accurate record of the testimony given.

20

21       Dated: August 5, 2022

22

23                              _____

24                              Erika "Rik" Rutledge

25

```
 1            DEPOSITION ERRATA SHEET

 2

 3       Jilio-Ryan Job No.: 112312

 4       Case Caption:  SHAY

 5       vs.  APPLE, INC.

 6

 7          DECLARATION UNDER PENALTY OF PERJURY

 8

 9          I declare under penalty of perjury

10      that I have read the entire transcript of

11      my Deposition taken in the captioned matter

12      or the same has been read to me, and

13      the same is true and accurate, save and

14      except for changes and/or corrections, if

15      any, as indicated by me on the DEPOSITION

16      ERRATA SHEET hereof, with the understanding

17      that I offer these changes as if still under

18      oath.

19          Signed on the _____ day of

20      _____, 2022.

21

22      _____

23            MIGUEL GOMEZ

24

25
```

183

```
1                  DEPOSITION ERRATA SHEET
2           Page No._____Line No._____Change to:_____
3           _____
4           Reason for change:_____
5           Page No._____Line No._____Change to:_____
6           _____
7           Reason for change:_____
8           Page No._____Line No._____Change to:_____
9           _____
10          Reason for change:_____
11          Page No._____Line No._____Change to:_____
12          _____
13          Reason for change:_____
14          Page No._____Line No._____Change to:_____
15          _____
16          Reason for change:_____
17          Page No._____Line No._____Change to:_____
18          _____
19          Reason for change:_____
20          Page No._____Line No._____Change to:_____
21          _____
22          Reason for change:_____
23
24          SIGNATURE:_____DATE:_____
25                        MIGUEL GOMEZ
```