# EXHIBIT 18

## <u>UNDER SEAL</u>

*Rachael Shay v. Apple Inc., et al.*

Case No. 3:20-cv-1629-JO-BLM

Plaintiff's Motion for Class Certification

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


RACHAEL SHAY, on behalf of          )
herself and all others              )
similarly situated,                 )
                                    )
            Plaintiff,              )
                                    )
vs.                                 ) Case No. 3:20-cv-1629
                                    )          JO-BLM
APPLE, INC., a Delaware             )
corporation; APPLE VALUE            )
SERVICES, LLC, a Virginia           )
limited liability corporation;  )
and DOES 1 through 10,              )
inclusive,                          )
                                    )
            Defendants.             )
                                    )
_____)


REMOTE DEPOSITION of

LINCOLN BARKER

AUSTIN, TEXAS

FRIDAY, JULY 29, 2022

CONFIDENTIAL


REPORTED BY:
Erika "Rik" Rutledge
CSR No. 13774

1

1              UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF CALIFORNIA

3

4   RACHAEL SHAY, on behalf of      )
    herself and all others         )
5   similarly situated,            )
                                   )
6                  Plaintiff,      )
                                   )
7   vs.                            ) Case No. 3:20-cv-1629
                                   )          JO-BLM
8   APPLE, INC., a Delaware        )
    corporation; APPLE VALUE       )
9   SERVICES, LLC, a Virginia      )
    limited liability corporation; )
10  and DOES 1 through 10,         )
    inclusive,                     )
11                                 )
                   Defendants.     )
12                                 )
    _____)
13

14

15

16

17

18       The deposition of LINCOLN BARKER was taken remotely on

19   behalf of Plaintiff, commencing at 7:43 a.m. PST on Friday,

20   July 29, 2022, at Austin, Texas, before Erika "Rik"

21   Rutledge, Certified Shorthand Reporter No. 13774 for the

22   State of California.

23

24

25

2

```
1    APPEARANCES OF COUNSEL:

2

     FOR PLAINTIFF:
3

          JAMES HAWKINS APLC
4         BY:  CHRISTINA M. LUCIO
          ATTORNEY AT LAW
5         9880 Research Drive
          Suite 200
6         Irvine, California 92618
          949.387.7200
7         christina@jameshawkinsaplc.com

8

9

     FOR DEFENDANTS:
10

          JENNER & BLOCK
11        BY:  ALEXANDER SMITH
          ATTORNEY AT LAW
12        515 S. Flower Street
          Suite 3300
13        Los Angeles, CA 90071
          213.239.5100
14        asmith@jenner.com

15

16

     ALSO IN ATTENDANCE:
17

          Meaghan Thomas-Kennedy
18        In-House Counsel
          Apple, Inc.

19

20

21

22

23

24

25
```

3

```
1                          INDEX

2    DEPONENT              EXAMINATION              PAGE

3    Lincoln Barker       Ms. Lucio                 5

4
                          EXHIBITS
5
     Exhibit              Description              Page
6
     EXHIBIT 41    Notice of Deposition of Lincoln Barker    19
7
     EXHIBIT 42    Complaint Re: Redeemed Fraud Account       106
8
     EXHIBIT 44    ████████████████████████████              155
9
     EXHIBIT 45    ███████████████████████                   131
10
     EXHIBIT 46    ████████████████████████████              156
11
12            PREVIOUSLY MARKED AND ATTACHED HEREIN

13   Exhibit                 Description

14   EXHIBIT 1     Notice of Deposition of PMK

15   EXHIBIT 3     Objections to Notice of Deposition

16   EXHIBIT 4     Photos of Gift Card

17   EXHIBIT 5     ████████████████████████

18   EXHIBIT 9     ██████████████████████████████

19   EXHIBIT 21    ██████████████████████

20   EXHIBIT 32    Shay-Apple Customer Service E-mails

21   EXHIBIT 34    Second Rachael Shay Screenshot

22   EXHIBIT 35    Rachael Shay Screenshot

23
          QUESTIONS INSTRUCTED NOT TO ANSWER
24
                     Page        Line
25                    18          24
```

4

```
 1                        AUSTIN, TEXAS
 2              FRIDAY, JULY 29, 2022 7:43 A.M. (PST)
 3                           oo0Ooo
 4
 5                        LINCOLN BARKER,
 6     the witness herein, having been first duly sworn by the
 7     Certified Shorthand Reporter, was examined and testified as
 8     follows:
 9                          EXAMINATION
10     BY MS. LUCIO:
11        Q    Good morning, Mr. Barker.  My name is Christina
12     Lucio.  I'm one of the attorneys who represents Rachael
13     Shay in this case.  Thank you for your time today.  I
14     appreciate it.
15             Can you state your full name for the record.
16        A    Lincoln Lester Barker.
17        Q    And can you spell your first name, please.
18        A    L-i-n-c-o-l-n, like the president.
19        Q    And Barker is B-a-r-k-e-r?
20        A    Correct.
21        Q    Thank you, sir.  So just before we got started,
22     the court reporter issued an oath, and based upon that
23     oath, you've now committed to offer testimony here today
24     under penalty of perjury.
25             Do you understand what that means?
```

1        A     I do.

2        Q     Okay.  Because the court reporter is taking down

3    everything that you're saying, everything that I'm saying,

4    in addition to us talking over this Zoom network, it's

5    really important that both you and I make sure that we are

6    clear in our discussion, and that if there are responses

7    that you offer, that you offer those in a verbal manner so

8    they can be transcribed; okay?

9        A     Okay.

10       Q     Thank you.  Your counsel, Mr. Smith, may object,

11   but unless he instructs you not to answer, I am entitled to

12   your best testimony.

13             Do you understand that?

14       A     I understand.

15       Q     If for some reason I ask a bad question or you

16   don't understand what it is I'm that asking -- and that

17   might be the nature of counsel's objection he may think

18   that the question is ambiguous or something of that nature.

19             If you understand what it is that I'm asking,

20   certainly please give me your best testimony.  If you don't

21   understand, though, or if you'd like me to rephrase, please

22   let me know, and I'm happy to rephrase and try to clarify

23   what it is I'm asking; okay?

24       A     Understood.

25       Q     During the course of the deposition, I might ask

6

1    you about things or observations that you had several years

2    ago.  I think that the earliest period at issue in this

3    case is going back to 2017.

4           So you might not have a perfect recollection, but

5    I'm entitled to your best estimate or your best

6    recollection.  But I don't want you to guess; okay?  So do

7    you understand the difference between an estimate and a

8    guess?

9        A    I'm pretty sure I understand.

10       Q    If at any point during the deposition you need a

11   break, let me know.  I try to take a break every hour or so

12   just so we can stretch our legs, use the restroom, get a

13   drink, whatever we need to do.

14          If for some reason you need a break, please let me

15   know.  And if there's a question pending, I'll just ask you

16   to give me your best testimony on that, and we'll talk

17   about a break thereafter; okay?

18       A    Okay.

19       Q    Is there any reason today you can't give your best

20   testimony?

21       A    No.

22       Q    Any medication or drugs or alcohol that might

23   impact your ability to remember or recollect?

24       A    No.

25       Q    Great.  Are you currently employed?

```
 1      A    Yes, I am.
 2      Q    Who are you employed by?
 3      A    Apple, Incorporated.
 4      Q    How long have you worked for Apple,
 5  Incorporated?
 6      A    I've worked at Apple for eleven years.
 7      Q    What's your current title?
 8      A    Financial fraud manager.
 9      Q    How long have you been the financial fraud
10  manager?
11      A    I've been a manager on this team since I started,
12  eleven years.
13      Q    Has your title changed at any point during that
14  period of time?
15      A    Yes.
16      Q    What was it prior to being the current financial
17  fraud manager?
18      A    Not much varying difference risk manager and fraud
19  manager.  Financial fraud manager now.
20      Q    During the last 11 years, have your duties
21  essentially remained the same or have they changed?
22      A    They have remained the same.
23      Q    What are your duties?
24      A    My primary duties, I have a team that focuses on
25  developers and helping developers, educating developers,
```

1  working with developers on understanding our platform.  I

2  have a team that focuses on payments, payments worldwide,

3  working with our payment providers, educating them

4  understanding about risk.

5        And then I have a team that focuses on Wallet, our

6  Wallet platform, focuses on Apple Pay, identity access, and

7  working with partners to educate them on the processes of

8  our platform and how they utilize our platform.

9     **Q    Who do you currently report to in your current**

10 **role?**

11    A    My manager's name is Chris Fulbright.

12    **Q    Do you know your manager's title?**

13    A    He is the financial fraud lead.

14    **Q    Do you work in a specific department?**

15    A    I report under the Wallets and payments.  And my

16 group falls under operations in that group.

17    **Q    Do you physically work in an office currently?**

18    A    Yes.

19    **Q    And what's the location?**

20    A    The location is in Austin, Texas.  5505 West

21 Parmer Lane.  I would have to look up the ZIP Code, but

22 it's in Austin, Texas.

23    **Q    Do you interface with the iTunes store gift card**

24 **review team?**

25        MR. SMITH:  Object to the form.  You can answer if

9

1    you can.

2         THE WITNESS:  I'm not sure that exact team.  Can

3    you say the team name again one more time.

4    BY MS. LUCIO:

5         **Q    iTunes store gift card review team.**

6         A    I would have to estimate that is -- that would be

7    an AppleCare department, so yes.

8         **Q    So you interface with -- was it the AppleCare**

9    **department?**

10        A    Yes.

11        **Q    How is it that you work with the AppleCare**

12   **department?  What is it that you do to collaborate?**

13        A    We collaborate on a variety of projects.  Any kind

14   of project or product that impacts a consumer or will have

15   any kind of form of support that is needed for that

16   consumer, we relay that information to AppleCare.

17        **Q    Thinking specifically about gift card theft or**

18   **fraudulent usage or unauthorized redemption situations,**

19   **what's your role, if any, in interfacing with customer**

20   **care?**

21        A    With interfacing with customer care, any reported

22   instances of fraud may come to my group.

23        **Q    Does customer care typically elevate those to your**

24   **group?**

25        A    Typically.  Not always, but typically.

                                                          10

1    Q    In your current position, how are you involved, if

2    at all, in identifying fraudulent activity related to Apple

3    gift cards?

4    A    That's pretty broad.  Anything that relates to our

5    gift card platform, gift cards that are purchased on --

6    through Apple, my team works closely with the engineers and

7    the data scientists who help prevent fraudulent use and

8    help good consumers get through the platform.

9         I also work closely with the product teams on the

10   third parties that utilize our platform and sell our gift

11   cards and educating them on what our platform does.

12   Q    What's the highest level of education you've

13   completed?

14   A    I have a bachelor's degree in criminal justice.

15   Q    Do you have any training with regard to cyber

16   security or computer science?

17   A    Formal training?

18   Q    Yes.

19   A    No, I do not have formal training.

20   Q    No certificates or degrees or anything like

21   that?

22   A    No.

23   Q    Are you in your role involved in the prevention of

24   fraudulent activity with regard to Apple gift cards?

25   A    Yes.

1      Q      What's your role?

2      A      My team is responsible for protecting the

3  platform, protecting users that use the platform, as well

4  as partners that utilize our platform.

5      Q      **When you say the platform, what does that refer**

6  **to?**

7      A      That would be what I described earlier, like the

8  wallets.  You adding your Wallet to an iPhone and adding a

9  credit card or adding a gift card or adding even a key to

10  open your BMW.

11          Same on the iTunes platform -- music, movies,

12  books, developer -- just think of it as an agency platform

13  when I talk about that platform.  It's a platform that's

14  open for third parties to utilize -- our developer network

15  is pretty robust; we have millions of developers on it.

16          As well as we have a lot of credit card providers

17  on the platform in regards to Wallet.  So when I refer to

18  the platform, that's what I'm talking about.  Hopefully

19  that makes sense.

20      Q      **When you're talking about the gift cards**

21  **specifically, in order to redeem a gift card, does it have**

22  **to be redeemed using the platform?**

23      A      Yes.  To redeem it to an account.

24      Q      **Could you say that again.**

25      A      Redeem to an account.

12

1    Q    So a gift card has to be redeemed to an account?

2    A    That is correct.

3    Q    When we're talking about an account, is the

4  account pin number synonymous with the Wallet or can a gift

5  card reside elsewhere besides the Wallet?

6         MR. SMITH:  Object to the form.

7         THE WITNESS:  I'm not sure I understand.  The gift

8  card doesn't reside anywhere.  The gift card -- when a gift

9  card is redeemed, it returns to the -- it goes to the

10  customer's account as a credit, as a balance.  So if you

11  redeemed $25 in your balance or if you already had $25 in

12  your balance, now you have $50.

13  BY MS. LUCIO:

14    Q    So the store credit goes into the account or the

15  Wallet?

16    A    The gift card goes into the account and turns into

17  store credit.

18    Q    Are you involved in the remediation of fraudulent

19  activity or theft with regard to gift cards?

20    A    How do you define remediation?  If you can for me

21  really quickly.

22    Q    Well, I guess there's a couple of different

23  elements.  I mean, one is identifying the issue, then

24  there's the prevention.  But what happens in terms of once

25  there are -- well, let's get to that a little bit later.

13

1          Let's start with the deposition notice here.  And

2    forgive me, Mr. Barker, I am listening to you and also

3    looking at this other screen in front of you.  My apologies

4    if I don't look totally engaged, but I am listening.

5          In front of you, which was marked as Exhibit 1,

6    it's entitled Plaintiff Rachael Shay's Notice of Deposition

7    of Apple, Inc.'s Rule 30(b)(6) witness, the Person Most

8    Knowledgeable.

9    BY MS. LUCIO:

10      Q     Have you seen this document before, sir?

11      A     Yes, I believe so.

12      Q     Is it your understanding that you will be

13   providing testimony on behalf of the company here today?

14      A     Yes.

15      Q     I believe you were designated with regard to topic

16   No. 1, Defendant's policies, procedures, and practices to

17   identify, prevent and remediate fraudulent activity related

18   to Apple gift cards during the relevant period.

19          As well as No. 2:  Any measures taken to identify,

20   prevent, or remediate fraudulent activity relating to Apple

21   gift cards during the class period.

22          And No. 7, which is essentially documents related

23   to the two things that we indicated before.

24          Is that your understanding?

25          MR. SMITH:  Christina, before Lincoln answers,

14

1   just to be clear, we've designated him on Topics 1 and 2,

2   but we -- not to talk about Topic 1 or 2 the extent it

3   overlaps with Topic 8 or sort of AppleCare issues that Mike

4   Gomez already say talked about.

5          MS. LUCIO:  That was not my understanding in our

6   designations when I spoke with Kate, Ms. Spelman,

7   previously.

8          It was my understanding that Mr. Barker was going

9   to be offering testimony regarding 1, 2 and 7, and that

10  Mr. Gomez was designated specifically regarding the

11  customer care issues; and I believe that was No. 4 and the

12  related documents.

13         So I think we may have an issue there.  But we

14  intend to test Mr. Barker's knowledge, and then we'll

15  address those issues separately.  But I don't believe that

16  Mr. Gomez was designated with regard to No. 2 previously.

17         MR. SMITH:  Sure.  We just view Topics 1 and 8 as

18  being sort of exclusive of each other, and Mr. Gomez

19  testified on 8.  But we are just making a record of our

20  position on what witnesses were designated on what

21  topics.

22         MS. LUCIO:  I appreciate that.  I think we are

23  going to have an issue, but I understand the position.

24  Because it wasn't our understanding that Mr. Gomez had been

25  designated as to 2, and now it seems like there's some

```
 1   overlap.  But that's something that counsel can obviously
 2   address separately.
 3          MR. SMITH:  Sure.
 4   BY MS. LUCIO:
 5      Q    So Mr. Barker, is it your understanding you'll be
 6   providing testimony on those topics today?
 7      A    Yes.
 8          MS. LUCIO:  And just so the record is clear, I
 9   believe we also introduced as an exhibit at the last
10   deposition an objection that was entered by defendants as
11   well.  So we will add that as part of the record here.  It
12   wasn't previously transmitted, but we will add it as part
13   of the record.  That was Exhibit 3 to the Gomez deposition.
14   BY MS. LUCIO:
15      Q    Mr. Barker, how did you learn you were going to be
16   providing testimony here today?
17          MR. SMITH:  You can only answer to the extent you
18   can do so without relying on conversations with counsel.
19          THE WITNESS:  I was notified.
20   BY MS. LUCIO:
21      Q    I don't want you to -- were notified by whom?
22      A    I was notified by counsel.
23      Q    When was it that you were notified you were going
24   to be providing testimony here today?
25      A    I don't recall.
```

                                                                      16

```
1      Q    Was it a couple weeks ago?

2      A    Are you talking about to the specific date or just

3   the notice in general of the court case?

4      Q    Just I'm asking specifically about when you

5   learned you were going to be providing testimony here

6   today.  Was it within the last month?  Was it within the

7   last couple weeks?

8      A    I believe it was, yeah, within the last month.

9      Q    And I don't want to get into conversations that

10  you've had with your counsel, but I do want to know if you

11  have any understanding as to why it is that you were chosen

12  to be the representative testifying on those topics that

13  we've talked about, the topics 1, 2, and 7?

14         MR. SMITH:  Admonish the witness, only answer this

15  question if he can do so without disclosing substance of

16  the conversation.

17         MS. LUCIO:  I'm asking about his perceptions.  If

18  he has an understanding, I'm entitled to that

19  information.

20         MR. SMITH:  Sure.

21         THE WITNESS:  My understanding is because of the

22  position I have at Apple.

23  BY MS. LUCIO:

24     Q    What is it about that position that you believe

25  makes you able to offer this testimony?
```

17

```
 1      A    My role involves the prevention of fraud against
 2   Apple.
 3      Q    And specifically with regard to gift cards?
 4      A    Gift cards are also in that category.
 5      Q    Did you do anything -- and again, I don't want to
 6   know about specific conversations you had with counsel.
 7           But did you do anything to prepare for your
 8   deposition today?
 9      A    Yes.
10      Q    What did you do?
11      A    I met with counsel.
12      Q    Did you meet with anybody else?
13      A    No.
14      Q    When did you meet with counsel?
15      A    This week.
16      Q    How long was the meeting?
17      A    About seven hours total.
18      Q    Did you review any documents to prepare for
19   today?
20           MR. SMITH:  You can answer yes or no.
21           THE WITNESS:  Yes.
22   BY MS. LUCIO:
23      Q    What documents did you review?
24           MR. SMITH:  I'm going to instruct the witness not
25   to answer this question; it's work product.
```

18

```
 1    BY MS. LUCIO:

 2        Q    Are the only documents that you reviewed in

 3    preparing for the deposition, documents that were given to

 4    you by counsel?

 5             MR. SMITH:  You can answer that question yes or

 6    no.

 7             THE WITNESS:  Yes.

 8    BY MS. LUCIO:

 9        Q    Did you do any independent investigation to

10    prepare for today?

11        A    No.

12        Q    When you met with counsel, was anyone else present

13    besides you and counsel?

14        A    No.

15             MS. LUCIO:  I'm going to introduce what we have

16    previously marked as -- or I marked in the electronic set

17    as Exhibit 41.  This document is entitled "Plaintiff

18    Rachael Shay's Notice of Deposition of Lincoln Barker."

19             (EXHIBIT 41 MARKED FOR IDENTIFICATION.)

20    BY MS. LUCIO:

21        Q    Have you seen this document before, sir?

22        A    I believe so.

23        Q    Do you recall when you first saw that document?

24        A    I believe it was this week.

25        Q    So in the course of this deposition, we're going
```

19

1    to start with asking you questions regarding your knowledge

2    as the company representative.

3            If for some reason you don't have sufficient

4    knowledge, please let me know, and then we will ask you

5    about your observations as a worker at Apple; okay?

6        A    Understood.

7        Q    When I'm referring to gift cars, I've used that

8    term a couple times already.  By the term "gift card,"

9    specifically what we're looking at is in the context of

10   this case has been the app store and iTunes gift cards.

11           Did you understand that?

12       A    Yes.

13       Q    And unless I indicate otherwise, when I say the

14   term "gift cards," that's what I'm referring to.  I'm

15   referring to the App store iTunes gift cards.  There may be

16   questions where I'm asking about changes between various

17   forms of gift cards; I will specify that.  But otherwise, I

18   am referring to those App store iTunes gift cards; okay?

19       A    Understood.

20       Q    Is it your understanding that at some point, the

21   app store and iTunes gift cards, those were discontinued in

22   the United States?

23       A    Discontinued?

24       Q    Yes.

25       A    I have no knowledge of that.

```
 1        Q     Is it your belief the App store and iTunes gift

 2   cards are currently in circulation today?

 3        A     Yes.

 4        Q     Also in terms of the time period that we're

 5   talking about, as I think I mentioned at the very

 6   beginning, this case goes back to 2017 until the present or

 7   whenever the App store iTunes gift cards have been phased

 8   out to the extent they've been phased out.

 9              It's from 2017 to the present; okay?

10        A     Got it.  When you say phased out, are you talking

11   about a form factor, meaning a certain card that was phased

12   out.

13        Q     I would like you to tell me if there were

14   differences in the App store iTunes gift cards that have

15   evolved since 2017 from your perspective?

16        A     Okay.

17        Q     So thinking back -- and actually, let me start

18   with a picture because I think this might help a bit.  This

19   is part of the folder that was previously transmitted as

20   Exhibit 4.  This is the front of a gift card.

21              Are you familiar with this design, Mr. Barker?

22        A     I am familiar with the design.

23        Q     Can you tell me by looking at this gift card what

24   time period this gift card is generally from, if you

25   know?
```

1       A    This type of gift card looks like it's prior to

2    2020.

3       Q    What is it about looking at this picture -- and

4    this is the picture of the front of a gift card, where

5    there's an Apple and it's got a blue background.  What is

6    it by looking at this gift card that makes you believe it's

7    from prior to 2020?

8       A    That it actually looks like a physical card, which

9    most gift cards do, and our current card looks like a

10   packaged content with a sleeve in it.

11      Q    I'm going to pull up the back of this gift card.

12   Now on the screen I'm showing the back of that gift card.

13   Is this consistent with your recollection of those pre-2020

14   gift cards?

15      A    That is correct.

16      Q    So is it your belief the design regarding these

17   gift cards changed at some point in 2020?

18      A    Yes.

19      Q    So when I'm referring to phased out, I mean the --

20   well, is it your belief that at some point in that 2020

21   time period, Apple stopped distributing or sending out to

22   market these type of gift cards that I just showed you in

23   Exhibit 4?

24      A    Yes.

25      Q    So there might have been some gift cards that

1   remained on the market because they hadn't been sold for

2   whatever reason, but those gift cards as I showed you in

3   Exhibit 4 are no longer being distributed?

4       A    Correct, they're no longer being produced.

5       Q    So in terms of the time period, the relevant time

6   period is 2017 through the phase-out of those gift cards.

7   And so it would include the gift cards that remained on the

8   market.  But at some point the gift cards naturally will

9   phase out, so that's what I'm referring to.

10      A    Got it.  Okay.  When you stated discontinued

11  earlier, I misunderstood.

12      Q    I think I was just referring to the

13  discontinuation of the production and distribution process

14  of those gift cards.

15      A    Got it.

16      Q    With regard to those gift cards that we were

17  looking at, are those gift cards typically of a fixed value

18  or are they variable?

19      A    They could be both fixed or variable.

20      Q    And let me pull up Exhibit 4.  I believe you

21  indicated that you were involved in the identification of

22  fraudulent practices and trends; is that accurate?

23      A    That is correct.

24      Q    This is from Exhibit 4.  This is the back of the

25  gift card.  Can you tell me in that role, what information

1    on the back of this gift card is most interesting to you?

2         MR. SMITH:  Object to the form.

3         THE WITNESS:  There's probably two areas.  The

4    first one would be that one in the box, which would be the

5    pin.  And then at the bottom of the gift card, which I

6    cannot see -- I don't know if I can move this.  Yeah.

7         At the bottom of the gift card, on the bottom

8    left, that number starts with GCA, those would be the two

9    most important ones for me.

10   BY MS. LUCIO:

11       Q    What's that GCA number on the bottom left?

12       A    It's a serial number.

13       Q    Does each gift card have a different serial

14   number?

15       A    Each gift card has a unique serial number,

16   correct.

17       Q    Does each gift card have a unique pin?

18       A    That is correct.

19       Q    Is there anything on the front of the gift card

20   that would be interesting to you from a fraud detection

21   standpoint?

22       A    Not that I can think of other than -- no, nothing

23   that I can think of.

24       Q    What about in terms of the packaging?  So all of

25   this is in the group of photos that were transmitted as

1    Exhibit 4.  This is the back of the gift card packaging.

2         Is there anything in the back of the gift card

3    packaging that's interesting to you from a fraud detection

4    standpoint?

5         MR. SMITH:  Object to the form.

6         THE WITNESS:  Not that I can -- no.

7    BY MS. LUCIO:

8    Q    What about in terms of the front of the gift card

9    packaging, anything interesting from a fraud detection

10   standpoint?

11   A    No.

12   Q    So specifically talking about these physical gift

13   cards, like I showed you in Exhibit 4, can you take me

14   through the step-by-step process from the production to

15   redemption of the gift card.

16   A    I'm not sure how much I can comment about the

17   production because I'm not fully -- that's not part of my

18   role.  I could talk to you about how the card is physically

19   present in a store and the customer journey with the

20   card.

21   Q    Would you know about the process with the

22   distributor or the integrator?

23   A    I understand the relationships with the

24   integrator, but I'm not sure about the distributor.

25   Q    Is it your understanding that the distributor and

1    the integrator are synonymous or are they different

2    entities?

3         A    They -- I'm not assuming they're different

4    entities, but I'm not absolutely sure.  The integrator is

5    really the only relationship that I understand.

6    ███████████████████████████████████████

7    ██████████████████████████

8         Q    So you're not aware of the production process; is

9    that accurate?

10        A    That is accurate.

11        Q    You don't know how the pin numbers are assigned?

12        A    I do not know how they're assigned.

13        Q    And you're not aware of how serial numbers are

14   assigned?

15        A    No.

16        Q    Whether there are any algorithms to that end in

17   terms of assignment of pins or serial numbers?

18        A    My understanding is there's an algorithm

19   associated to it, but that's not part of my role.

20        Q    Do you know how batch numbers are assigned?

21        A    Sorry, I didn't hear you.  Did you say batch

22   numbers?

23        Q    Yes.  Do you know how batch numbers are

24   assigned?

25        A    In what aspect?

1        Q     So it's my understanding that -- and maybe I'm

2    incorrect, there is a batch number assigned to each card.

3        A     I'm not aware of a batch number.

4        Q     Are cards distributed in batches, do you know?

5        A     I assume cards are put together via a distributor

6    and work with the integrator, but like I said, I'm not part

7    of that process.  I'm not sure what that batch number is.

8              Did you say batch or badge?

9        Q     Batch, b-a-t-c-h.

10       A     I'm not sure what the batch number is.

11       Q     Do you work at all with the batch IDs that are

12   recorded by Apple?

13       A     No.

14       Q     Since you're not aware of the production

15   processes, you wouldn't be aware of the system architecture

16   used in those production processes?

17       A     No, I would not be aware.

18       Q     Do you know what an increment value is?

19       A     In relationship to gift cards?

20       Q     Yes.

21       A     I do not.

22       Q     Do you know what an increment value is in relation

23   to a batch?

24       A     I do not.

25       Q     Do you have any knowledge regarding where

27

1    **production of the gift cards physically takes place?**

2        A    I do not.  I just know it's referred to as the

3    "printer."

4        **Q    Do you know if there are multiple facilities or**

5    **just one?**

6        A    I'm not aware.

7        **Q    Do you know if Apple has undertaken any processes**

8    **to determine whether or not there are risks for hacking or**

9    **fraud or theft in relation to the production processes?**

10           MR. SMITH:  Object to the form.

11           THE WITNESS:  I personally have not been part of

12   that, but I assume that Apple has.

13   BY MS. LUCIO:

14       **Q    Would you assume that if Apple had, you would have**

15   **been part of that process?**

16       A    Not necessarily.

17       **Q    Why not?**

18       A    My role is around identifying the fraud as it

19   occurs related to the account and the gift card.  Prior to

20   that, the production of the gift card is not in my

21   purview.

22       **Q    Do you know whose purview that production process**

23   **is in, in terms of fraud detection and that sort of**

24   **thing?**

25           A    The production of the gift card, I'm assuming that

 1   would be associated to the design team and the operations

 2   team that handles that.

 3        **Q    Do you interface with the design and operations**

 4   **team in terms of trying to identify fraudulent trends?**

 5        A    Not on fraudulent trends, but I do interface with

 6   them.

 7        **Q    In what capacity?**

 8        A    I interface with them in the capacity that if

 9   there's any distribution of cards or where the cards are

10   distributed or if I need them to research anything, that's

11   how I interface with them.

12        **Q    What's their role in identifying or preventing**

13   **fraud?**

14        A    I'm not really sure other than probably

15   investigating and trying to create a platform where the

16   card is designed in a way where it is easy to use for the

17   consumer and difficult to use for a fraudster.  It's not my

18   area of expertise, so I can only assume.

19        **Q    So in terms of information exchange between your**

20   **group and their group with regard to fraud, is it your**

21   **belief that that doesn't -- there's no collaboration there?**

22             MR. SMITH:  Object to the form; lacks

23   foundation.

24             THE WITNESS:  There's collaboration between the

25   teams.

1   BY MS. LUCIO:

2       Q     So to what extent -- how does that collaboration

3   happen in terms of trying to resolve or address any sort of

4   fraudulent schemes?

5       A     In regards to fraudulent schemes, as I stated

6   before, it would be the same.  If something was reported to

7   us and I needed that team to investigate something, that

8   would be the engagement that I would have with that team.

9           Or the engagement would be that there's a new type

10  of card or a new design of a card out on the market, and

11  they would inform me of that.

12      Q     Specifically are you aware of any processes

13  undertaken to determine vulnerability in hacking or theft

14  in connection with the production process?

15      A     I am not part of that process or I am not fully

16  aware.

17      Q     Just to make sure it's clear, you believe that

18  design or operations might be aware of that?

19      A     Yes.

20      Q     Are you aware of any risk mitigation efforts in

21  terms of that production process?

22      A     I'm only aware --

23           MR. SMITH:  Object to the form.  You can answer

24  the question.

25           THE WITNESS:  My understanding is the design of

30

1   how the card is -- if there's any tear strips or removing

2   of labels, that's my only understanding of the research

3   that they might be doing.

4   BY MS. LUCIO:

5      Q   But in terms of specific risk mitigation efforts

6   with regard to the design or production process, you're not

7   involved in that?

8      A   No.

9      Q   Once the printing process, the production process,

10   is done with the printer, do you know where the physical

11   gift cards then go?

12      A   I do not.  My assumption is they go to the

13   stores.

14      Q   But you don't know that?

15      A   I do not.





9    Q    Do you know who would?

10   A    Yes, I believe so.

11   Q    Who would that be?

12   A    Gabe Gindele.

13   Q    Is that also true of the serial numbers, would you

14   not know how those are generated?

15   A    I would not know that.

16   Q    Do you think Mr. Gindele might have that

17   information?

18   A    Possibly.

22   Q    Are you aware of any auditing or security

23   protocols in relation to the manufacturer and production of

24   the gift cards?

25   A    I'm not aware.

1    Q    Are you aware of any auditing or security

2    protocols in connection with the delivery of the cards

3    after the production?

4    A    I am not aware.

5    ████████████████████████████████████████

6    █████████████████████████████████████████████

7    ██████████

8    ████████████████

9    Q    Do you know if any of those integrators physically

10   obtain the gift cards after the production process is

11   completed by Apple?

12   A    I'm not sure if they do.

13   Q    Let me take a step back.  Is it your belief that

14   the production process is completed by Apple or do you not

15   know who's involved in that process?

16   A    I'm not sure who's involved in that process.

17   Q    Do you know if Apple has undertaken any efforts to

18   identify risks or vulnerabilities in relation to fraud or

19   theft in connection with the gift cards associated with the

20   transportation of the physical gift cards from production

21   to either distribution or retail?

22        MR. SMITH:  Object to the form.

23        THE WITNESS:  I'm not aware.

24   BY MS. LUCIO:

25   Q    You wouldn't have been involved in any of those

1   efforts to the extent any existed?

2      A    I would only have been the recipient of maybe that

3   knowledge.

4      Q    But you have not received that knowledge?

5      A    No.

6      Q    Do you have any reason to believe that any of

7   those -- that any studies or analyses were conducted to

8   that end?

9      A    Conducted on?

10     Q    Conducted with relation to gift card

11  vulnerabilities prior to delivery to retail.

12     A    No, not that I'm aware of.

13     Q    I believe you indicated you weren't aware of

14  how -- whether batches of cards were sent to distributors?

15     A    Aware of batches of cards sent to distributors?

16     Q    Yeah, that was a bad question.  Let me take a step

17  back.  In terms of batches, are you aware of whether or not

18  there are specific -- let me take a step back.

19          What's your understanding of what a batch is?

20     A    My definition of a batch would be if I was

21  speaking to the gift card team, it would be that a batch of

22  cards was delivered to a store, and they would say that

23  that batch was assigned to Walmart, this batch was assigned

24  to Target.  That may be the extent of my knowledge.

25     Q    So to the extent any of the batching is done, are

34

1    you aware of how that occurs?  So how it is that certain

2    groups of cards get sent to specific retailers?

3        A    I don't understand how that process is done.  How

4    it's designed or how it's chosen, I do not understand that

5    process and who does that process.

6        Q    So you're not involved in the batching process?

7        A    I am not.

8        Q    Do you know if there is a batching process?

9        A    As I stated before, I understand that there's --

10   there would be a batch assigned to a group of cards to a

11   particular store, but I'm not sure about the process.

12       Q    Do you know who would have that knowledge?

13       A    I would assume somebody on the product team.

14       Q    Is it fair to say that you in connection with the

15   batching or allocation process, you wouldn't know about the

16   systems used or the architecture at issue in connection

17   with those processes?

18       A    No.

19       Q    When the physical gift cards are sent to the

20   distributor or the retailer, they're not activated;

21   correct?

22       A    That is correct, they're not activated.

23       Q    They're sent in an unactivated state?

24       A    That is correct, that is my understanding.

25   ████████████████████████████████████████████

35

Barker, Lincoln
Shay v. Apple, Inc.



17      Q      Are you aware of Apple's involvement, if any, in

18  the tracking of gift cards assigned to distributors once

19  they leave the manufacturing facility?

20      A      My understanding is there's a tracking process,

21  but I'm not sure how it is done.

22      Q      You wouldn't be aware of the systems used for that

23  tracking process?

24      A      No, I would not.

25      Q      Has Apple done anything to identify any

1    **vulnerabilities or opportunities for fraud in connection**

2    **with that process?**

3              MR. SMITH:  Object to the form.

4              THE WITNESS:  I'm not aware of that process, so

5    I'm not sure how.

6    BY MS. LUCIO:

7         **Q    You wouldn't have been involved in terms of any**

8    **sort of fraud detection or mitigation or anything in that**

9    **realm?**

10        A    Not that I'm aware of.

11        **Q    Is it your understanding that at some point,**

12   **either Apple directly or the integrator delivers the**

13   **unactivated gift cards to a retailer?**

14        A    Am I aware that that occurs?

15        **Q    Yes.**

16        A    Yes, I'm aware that occurs.

17        **Q    And at what point do you become involved in**

18   **monitoring or tracking those gift cards?**

19        A    When that gift card is activated at the time at

20   the terminal.

21        **Q    So once a gift card is activated, you're involved**

22   **in doing what with regard to that gift card?**

23        A    The mitigation process or the process for the

24   customer journey.  I'm part of that customer journey.

25        **Q    What's a customer journey?  Can you explain that**

1  to me.  What do you mean?

2      A    My understanding is when a consumer purchases a

3  card in a store, they will pick up a physical card, bring

4  it to the register.  And there is the register, the

5  terminal, at any specific store, █████████████████████

6  ████████████

7  ████████████████████████████████████████

8  ███████████████████████████████████████

9  █████████████████████████████████████████

10 ████████████████████████████████████████

11 ███████████████████████████████████████

12 █████

13         Then that customer would then redeem that card to

14 an account.  And then that account would accept whatever

15 balance that card held into the store credit value.

16     Q    So prior to that purchase of the gift card, is it

17 accurate to say that you're unaware of any measures taken

18 with regard to identification or prevention of fraud prior

19 to that?

20     A    I'm not part of those processes, that is

21 correct.

22     Q    And right now you wouldn't have any knowledge with

23 regard to those processes?

24     A    No.

25     Q    Do you know if Apple has undertaken any efforts to

1    **identify risks or vulnerabilities to fraud or theft that**

2    **might rise in connection with the positioning or placement**

3    **of gift cards in retail facilities?**

4        A    If Apple has partaken in that process?

5        **Q    Yes.**

6        A    I partook in the education of some of the stores

7    just to understand or to question where some of those

8    processes are and how they align with those processes.  I

9    have had those discussions before.



19        **Q    What types of education have you offered to those**

20   **stores with regard to the issues?**

21        A    The education I've offered is just around those

22    questions that I mentioned earlier



9      Q    What was the prompt or the trigger for that

10   education?  Was it just the general education or was it

11   that there had been something identified?

12      A    Usually if there's a type of fraud reported.

13      Q    How is fraud reported typically?

14      A    A typical process could be that the store notices

15   some type of activity, contacts the business manager either

16   directly at Apple or through the integrator, and then the

17   business manager contacts my team.

18      Q    Do you know how it is that the store notices the

19   potential fraudulent activity?  What are the signs?

20          MR. SMITH:  Object to the form.

21          THE WITNESS:  Trigger could be a consumer

22   reporting it or it could be something that the store

23   notices.

24   BY MS. LUCIO:

25      Q    Are there records of those reports of fraud from

1    the stores?

2        A    No.

3    ████████████████

4    ███████████████████████████████████

5    ██████████████████████████████████████

6    ███████████

7        Q    Wouldn't documentation be helpful in identifying

8    trends?

9        MR. SMITH:  Object to the form.

10       THE WITNESS:  It may be helpful for the retailer.

11   I'm not sure if they track it on their end.

12   BY MS. LUCIO:

13       Q    Why doesn't Apple record it?

14       MR. SMITH:  Object to the form.  Sorry.

15       THE WITNESS:  I'm not really -- I'm not -- I guess

16   I'm not really understanding if -- documenting a reported

17   from a store or reported from a retailer?  I'm not sure how

18   that documentation would help.

19   BY MS. LUCIO:

20       Q    In terms of the identification of potential fraud,

21   I believe you indicated that typically those reports come

22   from the stores themselves; is that accurate?

23       A    That is correct, the majority of them.

24       Q    Are those reports made to Apple or are they made

25   to the integrators?

1    A    In those instances it could be both.  It could

2  come directly to Apple or it could come directly to the

3  integrator.



12    Q    And there's no documents with regard to the

13  investigation kept by Apple?

14        MR. SMITH:  Object to the form; lacks

15  foundation.

16        THE WITNESS:  There's not any documentation that I

17  know of that -- other than possibly an e-mail.

18  BY MS. LUCIO:

19    Q    What about in connection with the education

20  offered to retailers; is there documentation to that end?

21    A    There's no documentation.  That's usually best

22  practices that are well known in the industry and that are

23  shared throughout the industry.

24    Q    How is it that Apple shares those best

25  practices?

42

1    A    I usually share them by phone call.

2    Q    How many retailers do you support?

3    A    I wouldn't even know that number. ████████

4    ████████████████████████████████████████████

5    ████    I'm not sure what that number is.  I'm pretty sure

6    it's pretty high.

7    Q    Is it hundreds?

8    A    Hundreds or thousands.

9    Q    Those communications to those retailers are made

10   by phone?

11   A    If a retailer reports a type of fraud that

12   requires some type of education, then yes.

13   Q    There's no documentation which would memorialize

14   the education to various retailers to ensure that that

15   issue was communicated to all the retailers?

16        MR. SMITH:  Object to the form.

17        THE WITNESS:  There's no documentation that I

18   understand that does that.

19   BY MS. LUCIO:

20   Q    I'm trying to figure out how you make sure that

21   you call 1,000 people to notify them of an issue.

22   A    Well, if I do, I would -- like I stated earlier, I

23   would contact the integrator.  If the integrator does

24   project that information out to everybody, I'm not sure how

25   they would do that.

43

Barker, Lincoln
Shay v. Apple, Inc.

1    Q    So does Apple typically leave it to the integrator

2    to give that education to the retailers?

3    A    No, it would be both.  Sometimes we'll give it

4    directly to retailer or sometimes we'll do it in joint with

5    the integrator or sometimes the integrator will do it

6    themselves.

7         THE WITNESS:  Can we take a break in five minutes?

8         MS. LUCIO:  We can take one right now if you'd

9    like.

10        THE WITNESS:  I don't necessarily need to go to

11   the bathroom right now; I can wait five minutes.

12   BY MS. LUCIO:

13   Q    Are there ever any -- does Apple ever hold any

14   in-person trainings for retailers or integrators?

15   A    Pre-COVID, yes.

16   Q    How often did that happen?

17   A    That would only occur when an integrator would be

18   onboarded -- sorry, not an integrator.  A new retailer

19   would be onboarded.



20

21

22

23

24

25

44



8      Q     In connection with that education that we just

9  talked about as well as what we talked about earlier, are

10  you aware of any slide decks that are presented or any

11  memos that are presented?

12      A     There may be some decks that the product team

13  presents, and there are some questionnaires that are

14  created that question and answer. But my knowledge, my

15  understanding, is that is for the digital offering. For

16  fraud purposes I'm not aware of any that are used for the

17  physical offering.

18         MS. LUCIO: Let's go ahead and take a quick break.

19  How long do you want? Ten minutes; does that work?

20         MR. SMITH: That's perfect. Thank you.

21         MS. LUCIO: Okay, sounds good. We'll see you in

22  ten. Let's do 9:03.

23            (Break 8:53 - 9:03 a.m.)

24         MS. LUCIO: Back on the record.

25  ///

45

1    BY MS. LUCIO:

2        Q    Mr. Barker, before we recessed last, we were

3    talking about retailer establishments.  Can you tell me if

4    Apple has identified any patterns or trends related to

5    fraud or hacking or theft in relation to specific

6    retailers?

7              MR. SMITH:  Object to the form.

8              THE WITNESS:  When you say hacking and fraud and

9    theft, can you be more specific or is that...

10   BY MS. LUCIO:

11       Q    I would guess that you receive complaints at some

12   point, either from a store or from a consumer, saying, I've

13   got a gift card; for some reason it's not working.

14            Typically it's already been redeemed or something

15   of that nature.  In those instances have you identified any

16   trends or patterns in relation to a specific retailer?

17       A    I would say that most of the trends and patterns

18   that occur are with our larger retailers because those are

19   the highly trafficked as well as the highest volume.

20            So the particular retailers that would contract us

21   are the ones that generate the most revenue.

22       Q    Have you investigated the specific circumstances

23   related to those specific complaints or instances?

24       A    To the specific one you identified where a

25   (indiscernible) card was used, yes, I have investigated



1   those.

1    ██████

2       Q    Do you know if this was available in 2020?

3       A    I believe so, yes.

4       Q    How about 2019?

5       A    I'm not sure.

6       Q    And do you believe it may have been or do you not

7    have any recollection?

8       A    I don't have any recollection of that being

9    available to us at that time, that system capability.

10      Q    But in 2020 you believe you had that capability?

11      A    That is correct.

12      Q    And prior to 2019, do you have any recollection of

13   having that capability?

14      A    Not that I can recall.

15      Q    Has Apple undertaken any efforts to detect any

16   patterns of fraud or trends in connection with gift cards

17   distributed ███████ specifically?

18      A    We work ██████████ to share any trends

19   or fraud that are occurring.

20      Q    Have you identified any vulnerabilities that are

21   unique to the ██████████ gift cards?

22      A    No, not that I -- I don't believe so.

23      Q    How about in connection with the

24   ██████████ gift cards?  Have you identified any

25   unique risks or vulnerabilities associated with the

48

1   ███████████████ gift cards?

2       A    If I understand your question about the

3   distribution of those cards to a particular retailer from a

4   particular integrator, then no, I do not.

5       Q    I want to make sure we have the same

6   understanding, and I'm glad you mentioned that.  It's my

7   understanding there are certain -- so Apple doesn't -- and

8   correct me if I'm wrong, but my understanding is that Apple

9   does not directly distribute or sell the gift cards to the

10  retailers.

11          The sale, or the distribution process, is handled

12  by an integrator, ████████████████████████████

13  ██████████████████; right?

14      A    That is correct.

15      Q    So I'm wondering if Apple has identified any

16  vulnerabilities or risks that are unique to those gift

17  cards that were distributed, handled, sent to retailers by

18  ████████?

19      A    Not that I'm aware of.

20      Q    ██████████████████████████████  Are you

21  aware of any unique risks or vulnerabilities associated

22  with the ████████████ gift cards?

23      A    Not that I'm aware of.

24      Q    I believe you mentioned that part of the customer

25  journey, so to speak, is from purchase involves purchase

1    and activation of the gift cards; is that accurate?

2        A    Correct.

3    

4

5

6

7

8

9

10

11

12

13        Q    Has Apple undertaken efforts to determine whether

14   or not the activation processes have any vulnerabilities or

15   exposure points?

16        A    Not that I'm aware of.

17        Q    Are you aware of any documents which might refer

18   to any risks or vulnerabilities in the activation or

19   purchasing process of these gift cards?

20        A    Documents?

21        Q    Yes.  Anything that would document --

22        A    I'm not aware.

23        Q    Can you explain the process that takes place when

24   a person purchases a gift card at a retailer?

25             MR. SMITH:  Object to the form; vague and

Barker, Lincoln
Shay v. Apple, Inc.

1    ambiguous.

2           THE WITNESS:  I mean, I could walk you through the

3    way I would purchase a gift card, if that's what you're

4    asking.

5    BY MS. LUCIO:

6        Q    Why don't you take me through that, then I'll ask

7    you the technical aspects.  So take me through the physical

8    aspects.

9        A    You select the card of your choice at a retailer

10   off the rounder, and you bring it to the register, and they

11   exchange money for it and you get the gift card.

12       Q    So something during that purchasing process

13   activates that card; correct?

14       A    That is correct.  The terminal will activate it.

15       Q    The retailer's terminal?

16       A    Correct.





1
2
3
4
5
6
7
8
9          MR. SMITH:  Object to the form.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

52



```
 1
 2
 3
 4
 5
 6
 7
 8          MR. SMITH:   Object to the form.
 9
10     BY MS. LUCIO:
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

53



Barker, Lincoln
Shay v. Apple, Inc.



8    BY MS. LUCIO:

9       Q    Do you know if Apple has undertaken any efforts to

10   safeguard against any sort of fraud or vulnerabilities in

11   the activation process?

12          MR. SMITH:   Object to the form; vague and

13   ambiguous.

14          THE WITNESS:   Not that I'm aware of.

15   BY MS. LUCIO:

16      Q    Are you aware of any encryption of the information

17   transmitted during those processes?

18      A    I'm not aware of that.   I'm not aware of any

19   information on that.

1    Q    Do you have any specific knowledge with regard to

2    any documentation related to that information security

3    protocols?

4    A    I do not, no.

5    Q    In terms of the next step of the process, so after

6    activation, what happens in the life cycle of that card,

7    typically?

8              MR. SMITH:  Object to the form.

9              THE WITNESS:  There could be a whole slew of

10   things.  A card could just sit there for days or years or

11   hours.  But the next part of that cycle is for the consumer

12   to redeem that card to an account.

13   BY MS. LUCIO:

14   Q    So redemption -- you're right, a million things

15   could happen.  They could lose the card; it could get

16   destroyed; things could happen.

17             But in terms of the life cycle of the card,

18   there's a redemption process after the activation; is that

19   correct?

20   A    That is correct.

21   Q    Has Apple undertaken any efforts to identify risks

22   or vulnerabilities to fraud, hacking, or theft in

23   connection with the redemption process?

24   A    If I'm understanding your question -- and the term

25   "hacking" is a very broad term, so that's why I'm always

1    having to kind of clarify -- is that we do wrap some fraud

2    futures around the redemption of the product, my team

3    does.

4         Q    When you're referring to hacking, what does that

5    mean to you?

6         A    Hacking to me is taking over a device or taking

7    over an account maliciously.







1
2
3
4
5
6
7
8
9
10
11
12
13
14
15       MR. SMITH:  Object to the form.
16
17  BY MS. LUCIO:
18
19
20
21       MR. SMITH:  Object to the form.
22  BY MS. LUCIO:
23
24
25

59

Barker, Lincoln
Shay v. Apple, Inc.



1

2

3

4

5

6

7

8    BY MS. LUCIO:

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Barker, Lincoln
Shay v. Apple, Inc.





24          MR. SMITH:   Object to the form.



1   BY MS. LUCIO:



18    Q    And the -- I mean, I'm aware of other situations

19  like the victim-assisted gift cards, and that's not what

20  we're talking about.  We're not talking about those

21  schemes.

22         What we're -- like I said, that already redeemed

23  situation where someone claims there was an unauthorized

24  redemption in those circumstances.

25         So when we're talking about that situation, are

1    you aware of any processes or policies in terms of which of

2    those complaints should be developed to the next level?

3        A    I'm aware of those processes, but I'm not aware of

4    the specifics of those processes.



14           MR. SMITH:   Object to the form; lacks

15    foundation.

19    BY MS. LUCIO:

65



24   BY MS. LUCIO:



1

2

3

4

5

6

7

8

9

10      Q      Did the process for redemption of the Apple iTunes

11   App store change at any time from 2017 to the present?

12      A      Did the redemption process change?

13      Q      Correct.  Since 2017 has it changed?

14      A      Not that I'm aware of.  A consumer can redeem by

15   the camera on their phone or they can enter in the code.

16   The only thing that I'm aware that would change would be

17   what platforms that redemption would be available on.  But

18   I'm not sure when those happened or occurred.

19      Q      So let's take that piece by piece.  So is it your

20   belief that since 2017, the redemption could be

21   accomplished either through the camera on the phone or by

22   manual entering the code?

23      A      That is correct.  Or you can enter it on a

24   computer in iTunes or you can enter it on your Android

25   device through Apple Music.  Those were not always all

67

1    available, so that's what I'm referring to when I say if

2    there were any changes that occurred to the redemption

3    process.

4        **Q      Okay.  So has it been the case since 2017, that**

5    **you could enter a code for redemption through the**

6    **website?**

7        A     You could enter -- if you're referring to a

8    website, you could enter a Apple gift card code into the

9    website if you're purchasing hardware.

10            At the time frame you're talking about, we had two

11   separate gift cards:  We had gift card for hardware and a

12   gift card for software.

13       **Q      What I'm speaking specifically about is the iTunes**

14   **app store gift card.**

15       A     Right.

16       **Q      So those would have been for the media services;**

17   **right?**

18       A     Correct.  Those are not on the website.  That

19   would be -- sorry, to give the correct terminology, it

20   would be a web application, so it would be an application

21   on your computer iTunes at that time.

22       **Q      Would you redeem the app store iTunes gift cards**

23   **using an iOS device?**

24       A     That is correct.

25       **Q      Would that be through accessing an app on the iOS**

1    device?

2        A    Yes.  You can access any one of the built-in

3    platforms.  I believe music, movies, books, App store.  I

4    know for a fact the App store you can redeem a card through

5    there.

6        Q    What about directly through iCloud?

7        A    Not that I'm aware of.

8        Q    Are there any other ways of activation that we

9    haven't yet discussed in terms of ways for redemption?

10       A    I believe we covered the ones to my knowledge.

11       Q    Is there any difference in the redemption process

12   among the different cards?

13       A    At that time frame that you're speaking about

14   before the cards were combined the redemption process, yes,

15   would have been different.

16       Q    How would it have been different?

17       A    An iTunes gift card would be redeemed directly to

18   an account; that means the card in whole would -- the

19   entire amount would move to the store credit.

20            For the hardware card, the balance would live on

21   the card, so the card would be used as a tender form of

22   payment.

23       Q    Like a debit card?

24       A    Yeah, similar to.  Hold a balance.

25   ████████████████████████████████████████████████████████



1   ████████████████████████████████████

2   ██████████████████████████████████████

3   █████████████████████████████████████

4   ████████████████████

5       ███████████████████████

6       Q    In terms of the redemption process, are you aware

7   of the system architecture, the software, the technical

8   aspects of that redemption process?

9       A    I am not aware.

10      Q    Do you know who would be?

11      A    ████████████████████████████████████████

12  so that would be the name I mentioned earlier, which would

13  be Gabe Gindele.

14      Q    Gabe Gindele, thank you.  In terms of the

15  redemption, has the information that must be entered in

16  order to redeem a card changed since 2017?

17      A    Not that I'm aware of.  Just the pin.

18      Q    Is there any way other than scanning the pin or

19  manual entry that that information can be entered into the

20  system so that redemption will occur?

21      A    Those are the only two ways that I'm aware of.

22      Q    Has Apple undertaken any studies or analysis to

23  identify any exposure points during the redemption

24  process?

25      A    If your questions are still related to the

70



1   architecture and that piece, then I'm not aware.

10       Q    What exposure points has Apple identified such

11  that those mitigation efforts were attempted to address?

12       MR. SMITH:  Object to the form; lacks

13  foundation.

14       THE WITNESS:  If you could clarify.  I'm not

15  really understanding at the time of redemption what you

16  mean if there's any other risk mitigation factors.

21  BY MS. LUCIO:

22       Q    So those are risk mitigation efforts.  But in

23  terms of vulnerabilities or exposure points in the

24  redemption process, has Apple undertaken any analysis or

25  investigation to identify whether or not there's

71

1    **vulnerabilities or risks in the redemption process?**

2            MR. SMITH:  Object to the form.

3            THE WITNESS:  Not that I'm aware, if I understand

4    you correctly.

5    BY MS. LUCIO:

6       **Q    Why were those fraud features implemented?**

7       A    Those fraud features were implemented just like

8    any other fraud feature to prevent misuse of store credit

9    value on an account.

10      **Q    When were those fraud features implemented?**

11      A    That's before my time.  We started selling gift

12   cards back in -- I'm not even sure the date.  I believe it

13   was 2006, 2007; the implementation probably occurred

14   then.



15

16

17

18

19

20

21

22

23

24

25



73



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18     Q     Has Apple ever identified -- by ever, I mean since

19     2017 -- or impacting, I guess, impacting gift cards from

20     2017 to the present, has Apple identified any

21     vulnerabilities in its system which may have led to fraud

22     or hacking or theft of gift cards and specifically this

23     kind of already redeemed unauthorized redemption

24     situation?

25             MR. SMITH:   Object to the form:   Lacks

1  foundation.

2          THE WITNESS:  There's no vulnerabilities that I'm

3  aware of.

4  BY MS. LUCIO:

5      Q    Do you know if Apple has undertaken any efforts to

6  identify any?

7      A    That would not be my role.  There's other teams

8  that focus on the security of systems at Apple.  That's not

9  my team.

10     Q    Do you know what the name of the team would be

11  that would look at those vulnerabilities, if any?

12     A    I'm assuming that's information security.

13     Q    Do you interface -- in your role in terms of

14  identifying fraud -- in terms of identifying fraudulent

15  schemes and fraud, do you interface with information

16  security?

17     A    No, we do not.  We interface with them if it's

18  involving any new products that are coming out, we are a

19  recipient of their findings.

20     Q    Are you aware of the systems or architecture at

21  issue in terms of identifying how it's communicated to

22  Apple when a gift card is redeemed?

23     A    That's not my role at Apple, so I'm not sure.

24     Q    Do you think it would be information security?

25     A    I'm not sure.

75

1    Q    That's not your role?

2    A    That's not my role.

3    Q    As of today does Apple allow consumers to manually

4    enter codes into the system for redemption?

5    A    As of today, yes, we do.

6    Q    Does the system express a preference for the

7    scanning of the face of a card?

8    A    The system whenever a consumer redeems -- I

9    haven't done this in a while.  When a consumer redeems,

10   it's offered choices to enter manually or to enter with a

11   camera.  I'm not really sure if any one of them is

12   presented more than the other.

13   Q    Do you know what happens if a consumer enters the

14   wrong code at the redemption process?

15   A    My assumption would be they would be told to

16   reenter it again.

17   Q    Is there an error code that comes up?

18   A    Not that I'm aware of.  I assume so.

19   ████████████████████████████████████████████████

20   ██████████████████████████████████████████████████

21   █████████████████████████████████████

22   ████████████████

23   Q    And I just want to make sure it's clear.  Is that

24   something that that log, when was that -- let me take a

25   step back.



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15   BY MS. LUCIO:
16
17
18            MR. SMITH:   Object to the form.
19
20
21   BY MS. LUCIO:
22
23
24
25
```



```
 1
 2
 3
 4
 5
 6     Q    Is there any other action that's taken on Apple's
 7   side if there is a number of efforts to enter the wrong
 8   code into a given user ID?
 9         MR. SMITH:  Object to the form.
10         THE WITNESS:  That information and what time frame
11   are you talking about?
12   BY MS. LUCIO:
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Barker, Lincoln
Shay v. Apple, Inc.



79

Barker, Lincoln
Shay v. Apple, Inc.

1

2

3

4

5

6

7

8

9

10

11      Q      Is there any sort of safety guard or program that

12  prevents the scraping of a screen for the area where it

13  asks for a card number?

14          MR. SMITH:  Object to the form.

15          THE WITNESS:  The scraping of a screen?  Not that

16  I'm aware of.  If I understand correctly, are you saying

17  that there would be some form of intrusion to the device

18  where something could be taken from the device without the

19  person's understanding?

20  BY MS. LUCIO:

21      Q      Yes.  Go ahead, answer that.

22      A      Not that I'm aware of.

23      Q      Is it accurate to say that in terms of the

24  internal processes regarding the storage of the gift card

25  data and activity when we're talking about the system

Barker, Lincoln
Shay v. Apple, Inc.

1   architecture and security protocols, you would not be able

2   to offer testimony on those issues?

3       A    Related to the architecture or the systems that

4   are used by the gift card, no, I would not.  Or stored with

5   the gift card, no, I would not.

6       Q    In terms of the storage of the information related

7   to that gift card.

8       A    No.  I'm only in charge of the fraud systems that

9   are associated or receiver of that data.



81

Barker, Lincoln
Shay v. Apple, Inc.



82



17          MR. SMITH:  Christina, can we take a break when's

18     there's a normal stopping point?

19          MS. LUCIO:  Sure.

20          MR. SMITH:  Yeah, sorry, I didn't realize it was

21     already past 12:00.

22          MS. LUCIO:  Yeah, we can definitely do that.  Let

23     me finish this real quick.

24     BY MS. LUCIO:

25

83

1 ██████████████████████████████████████

2 ███████████████████████████████████

3 ████████████████

4      MR. SMITH:  Object to the form.

5           ████████████████████████████████

6 ████

7      MS. LUCIO:  Okay, I think we can take a break.

8 What do you all want to do in terms of lunch?  It's early

9 for us here on the West Coast, but I know it's noon for

10 you.  So you want to take a quick break or what do you want

11 to do?

12      THE WITNESS:  I want to be cognizant of your

13 location too as well, so I can take a late lunch, so I can

14 take a break now, and come back for maybe an hour.  We can

15 meet in the middle.  That would be 11:00 for you, and it's

16 one o'clock for me.

17      MS. LUCIO:  Yeah, that would be fine for me.

18 Alex, is that good for you?

19      MR. SMITH:  Yeah, if we come back and we keep

20 going until 11:00, 11:15 Pacific, yeah, that would be good.

21      MS. LUCIO:  I don't anticipate -- I mean,

22 obviously I don't know.  But based on what I know thus far,

23 I don't anticipate we are going to go too much longer, so

24 that's my hope.

25      MR. SMITH:  Okay, great.

1              (Break 10:12 – 10:22 a.m.)

2         MS. LUCIO:  Back on the record.

3    BY MS. LUCIO:

1          MR. SMITH:  Object to the form.

2  

3

4  BY MS. LUCIO:

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1
2
3
4
5
6
7
8
9        MR. SMITH:  Object to the form.
10
11
12
13
14
15   BY MS. LUCIO:
16      Q     So in terms of this already-redeemed situation,
17   Apple has not investigated whether or not there are any
18   cyber vulnerabilities to their systems?
19           MR. SMITH:  Object to the form; lacks
20   foundation.
21           THE WITNESS:  Once again, that is not my role, so
22   I wouldn't be able to speak to that.  So I am not aware.
23   BY MS. LUCIO:
24      Q     So who would be able to speak to that?
25      A     My understanding is it would be information

87

1   security.

2       Q    Why would you not be involved in that process if

3   that's a fraudulent process?

4       A    Fraud has many forms.  As you stated earlier, you

5   know, I do not have a background in cyber security.  My

6   background is focusing on the customer interaction with the

7   systems, and investigating accounts, devices -- more of

8   like an e-commerce platform.

9            There are others in the fraud world that focus on

10  security of system, architecture of systems; that is not in

11  my specialty or my team's specialty.

12      Q    Okay.  So you would not be able to offer testimony

13  on behalf of the company with regard to those issues?

14      A    In regards to those areas, security on the

15  platform, no, it would not be me.

16      Q    Do you know what a brute force attack is?

17      A    Yes.

18      Q    Can you tell me what your understanding is of

19  that.

20      A    My understanding of a brute force attack is to

21  enter something into a field or try to attempt to overload

22  a feature so that it would be forced to push you through.

23           For example, if I'm going to hit the "buy,"

24  button, and the "buy" button keeps telling me you can't buy

25  this, there's some type of brute force attack associated

1    with that, that may present a system vulnerability that a

2    brute force attack could get in.

3        Q    Have you been involved in your role in evaluating

4    whether or not Apple's processes have been susceptible or

5    are exposed to brute force attacks?

6        A    Once again, that's not my role, so I wouldn't be

7    part of that.

8        Q    You wouldn't be able to offer any testimony with

9    regard to the brute force attacks and whether or not Apple

10   has been subject to them and any measures taken?

11       A    No, I would not.

12       Q    Would you be aware of any brute force attacks that

13   have tried to compromise Apple's redemption system?

14       A    Not that I'm aware of.

15       Q    Would you have any knowledge or would that be

16   something that we need to talk to information security

17   about?

18       A    I'm assuming that's information security, so that

19   would probably be who you would need to talk to.

20       Q    In your role have you uncovered any techniques

21   used to read the card numbers or the pin numbers under the

22   covering material on the physical cards?

23       A    No, I have not.

24       Q    Are you aware of any instances of unlawful

25   redemption that are arisen from those circumstances?

```
 1      A    No.
 2      Q    In terms of how the gift cards are printed with
 3    the specific card numbers, the pin numbers, any sort of
 4    patterns in those processes, the algorithms related to
 5    those processes, would that be outside of your purview as
 6    well?
 7      A    That is correct.  That is not my role, so I would
 8    not understand that.
 9      Q    So in terms of any efforts to attack Apple's
10    systems by looking at those elements, you wouldn't be able
11    to offer testimony to that end?
12      A    I would not.
13      Q    Again, I think this is another one.  Bots that
14    have been used to enter multiple pins or card numbers, are
15    you aware of any of those situations in terms of seeking to
16    compromise the redemption processes or the activation
17    processes?
18      A    Are you defining a bot as a computer or something
19    else?  I can tell you the way I define a bot.
20      Q    Computer or software program or some sort of
21    automated process.
22      A    I'm aware of some, and the way that they are used
23    to approach the system or pretend to be a consumer.  But
24    there are detection systems that we have on our fraud
25    factor that look for whether it could be a human that's
```

90

1    interacting or a machine.

2    

3

4

5

6

7

8

9

10

11         MR. SMITH:   Object to the form.

12

13

14

15

16

17   BY MS. LUCIO:

18

19

20

21

22

23

24

25

91

Barker, Lincoln
Shay v. Apple, Inc.



         MR. SMITH:   Object to the form.

**Jilio-Ryan Court Reporters**
**ph. 714.424.9902  info@jilioryan.com**

Barker, Lincoln
Shay v. Apple, Inc.



93



13   Q   So but in terms of a case-by-case basis, there's

14   not a process by which an investigation has to be brought

15   to a resolution internally at Apple?

16   A   No.  Our ultimate goal is to bring -- is to assist

17   in the investigation.  However, we can, as I stated, in the

18   form of a subpoena, handing over pertinent information to

19   law enforcement so they can continue the investigation with

20   that retail store.  And then also that education that we

21   provide to that retail store as well.

22   Q   What's your understanding of what a malicious gift

23   card redemption is?

24   A   That could be a lot of things.  That could be my

25   kid redeeming my card without my permission.  That could be

1    an account scenario that you described, already redeemed.

2    That could be a gift card that was stolen with stolen

3    funds.  There could be all sorts of things that are related

4    to malicious gift card redemption, is my understanding.

17            A malicious card redemption could be a consumer

18   saying their kid did it or that their funds were stolen on

19   their credit card and used for that gift card or possible

20   it could be used for what you said, related to scams.

21       Q    So in terms of your analysis, that isn't really a

22   term that holds any particular weight or meaning?

23            MR. SMITH:  Object to the form.

24            THE WITNESS:  I would say it holds a little bit of

25   weight.  It's also not a criteria that's exact; let's put

1    it that way.

2    BY MS. LUCIO:

3        Q    Got it.  Do you use the term "holiday exception

4    abuse"?

5        A    I do not.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

96

Barker, Lincoln
Shay v. Apple, Inc.



97





12     Q     To your knowledge, is there a difference between a

13  brute force attack or an attack based upon a code-number

14  generator or a code-breaking application?

15     A     Definitely a difference.

16     Q     What's the difference?

17     A     A brute force attack would be driven by a human

18  and would be programmed to directly attack the system.   A

19  code generator is a tool that anybody can download and it's

20  supposed to generate a variety of things, whether it's --

21  it could be our gift card, it could be a Best Buy gift

22  card, Target gift card or it could be a credit card number

23  or even phone numbers.

24          But the majority of code generators are -- it's

25  unfortunately a system that's tricked into users who want

1   to use it but it's really actually malware that you're

2   downloading on your computer.

3       Q    Are you aware of any efforts by code generators to

4   infiltrate Apple systems?

5       A    No.  As I stated, the primary use of them is to

6   infiltrate people's systems that download them.

7       Q    Would you have some sense of the number of

8   complaints of unauthorized redemptions received by Apple?

9       A    I would not know that number.

10      Q    Would you know if it's in the ten thousands?

11  hundred thousands?

12      A    I would not know.

13      Q    Is that figure number of complaints of

14  unauthorized redemption, is that something that's at all

15  tracked by the fraud department?

16      A    It is not tracked by us.

17

18

19

20

21

22

23

24

25

Barker, Lincoln
Shay v. Apple, Inc.



8    Q    Any effort to determine whether or not there's

9  patterns or trends related to the integrator or the

10  distributor?

11         MR. SMITH:  Object to the form.

12         THE WITNESS:  Not by my team.

13  BY MS. LUCIO:

14    Q    Do you remember if anybody at Apple does in terms

15  of tracking?

16    A    My understanding is Paul Richardson's team does

17  that, which is a gift card operations team.  But they're

18  not a fraud team.  They would not be doing any

19  investigation.  They would be building out the processes

20  and that distribution method.

21    Q    So in terms of any vulnerabilities associated with

22  the distributor or integrator, Apple doesn't do anything to

23  investigate whether there's something there?

24         MR. SMITH:  Object to the form; lacks

25  foundation.

101



1          THE WITNESS:  I'm not sure how to answer that.  I

2   wouldn't say that Apple doesn't completely not do anything.

3   It's not just in my purview and not part of my role.

4   BY MS. LUCIO:

5       Q     So we need to talk to Mr. Richardson.  In terms of

6   the -- from your perspective for fraud detection purposes,

7   does Apple track whether or not -- well, does Apple track

8   the production facility from which the card emanated?

9       A     Not that I'm aware of.  I'm assuming there is, but

10  once again, that's not my role.  But how that process is

11  tracked doesn't live with my group.

12      Q     So is it accurate to say that in terms of your

13  group and your role, it really is from the activation and

14  redemption process, but those processes prior to that, that

15  wouldn't be something you could offer testimony on?

16      A     In relation to the distribution pieces that you're

17  talking about and architecture of systems, that would not

18  be my team.

19      Q     And the production process as well, that would not

20  be your team?

21      A     That's correct.

22  [redacted]

23  [redacted]

24  [redacted]

25  [redacted]

102



17    Q    In terms of complaints that you investigate, those

18  complaints would not be tracked in any way in your team

19  through any specific code or tag?

20    A    Not that I'm aware of, no.

21    Q    Is there any time period during which you

22  encountered an increase in the number of complaints of

23  unauthorized redemption from 2017 to the present?

24    A    Not that I can recall.  Incidents are -- as

25  they're reported, we just investigate them.  But I cannot

103

Barker, Lincoln
Shay v. Apple, Inc.

1   recall anything that stands out as a time frame.

2       Q      In terms of an increase in the number of

3   complaints that you've received?

4       A      Not that I can recall.



8            MR. SMITH:   Object to the form.

104

Barker, Lincoln
Shay v. Apple, Inc.



105



11    Q    Are you at all familiar with the customer

12  complaints that are received by customer care and the

13  information on those?

14       MR. SMITH:  Object to the form.

15       THE WITNESS:  We get a lot of customer complaints.

16  Are you talking about specific to already redeemed?

17       MS. LUCIO:  Yeah, I mean -- I'm going to show a

18  document.  You may or may not have any knowledge on this,

19  but let me look at this.  I'm going to introduce what we

20  had marked as Exhibit 42.

21       MS. LUCIO:  Actually, before I do that, Alex, have

22  you been able to pull those documents?

23       MR. SMITH:  Yes, we have.  Thank you.

24       MS. LUCIO:  Okay, great.  Let's grab Exhibit 42.

25      (EXHIBIT 42 MARKED FOR IDENTIFICATION.)

```
 1   BY MS. LUCIO:
 2        Q    I want to take a moment and take a look at this.
 3   Let me know when you're done.  Let me know if you're
 4   familiar with this type of document.
 5        A    Is this that I have access to 42; is that correct?
 6        Q    Yes, it's 42.
 7        A    Okay.  Okay, I'm done.
 8        Q    Have you seen a document similar to this before?
 9        A    I believe so, yes.  I've seen case notes before.
10        Q    What is this generally?
11        A    This looks like case notes on a case ID that are
12   entered into a system used by the call agents.
13        Q    And in terms of the case ID, does that follow
14   the -- assume that this had been -- assume that this
15   complaint had been elevated to your department.
16             Would that case ID follow this complaint with it
17   in your department?
18        A    No.  That case ID is a unique number that's
19   provided in that system that they use.
20        Q    So that's a unique number in your customer care,
21   but it doesn't necessarily translate over to the fraud
22   department?
23        A    That's correct.
24        Q    Would there be any way of looking at this document
25   to know whether or not this had been elevated to your
```

107

Barker, Lincoln
Shay v. Apple, Inc.

1    department?

2        A    No.    It would only be put in the case notes if

3    the agent noted that.

4        Q    Do you have a separate system that would show

5    whether or not there had been any follow-up on this case

6    ID?  Put another way, does the fraud department have its

7    own case notes, so to speak?

8        A    We do not.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

108



14      Q     Are you aware of any documentation that would kind

15  of describe that funneling procedure with your expectation

16  in terms of what gets elevated to you?

17      A     A documentation?  No.  A document on the AppleCare

18  side, there has to be some documentation that's presented

19  in front of the agents.

20            There's a few different documents that they hold

21  that agents can refer to when a customer comes in, that are

22  searchable, so it would give them the guidance and

23  direction for them to go.

24      Q     But in terms of you consulting on those policies

25  or documents, would you have been involved in that process,

1    or no?

2       A    No.  I would only give guidance if they would ask

3    me, Is this the right guidance?  And I would give them the

4    guidance.  And then they would put all the policies and

5    procedures associated with that.

6            Because they understand those systems, how those

7    employees interact with those systems.  I just tell them

8    what I need and they produce it.

9       Q    So when you say "they," they would put the

10   policies in place and they would be communicated to

11   customer care, who specifically are you referring to?

12      A    AppleCare.

13      Q    Who do you interface with in terms of AppleCare?

14      A    There's -- I mean, it's a huge department, but if

15   you're talking in specifics to gift cards, it would be Mike

16   Gomez.

17      Q    Let me ask you about this document.  This is

18   Exhibit 5.

19      A    ████████████

20      Q    Yes.

21      A    I have it here.

22      Q    Are you at all familiar with this document?

23      A    I have not seen this document.

24      Q    I'll represent I believe this is a

25   customer-care-related document.  But I want to make sure

1    that in term of communicating the information that you need

2    and the information you expect, I just want to get your

3    understanding of whether or not these are things that from

4    a fraud perspective would be interesting and would be

5    relevant for your purposes.

6            I want to look here at paragraph six, I believe it

7    is, and just ask you a couple questions about this.

111



Barker, Lincoln
Shay v. Apple, Inc.



113

Barker, Lincoln
Shay v. Apple, Inc.



114

Barker, Lincoln
Shay v. Apple, Inc.



115

Barker, Lincoln
Shay v. Apple, Inc.



116



15      Q      From your department that doesn't hold any special

16   meaning?

17      A      No.  Which one is this?

18      Q      This is 21.  I was referencing the wrong document.

19   But if you look at Exhibit 21, can you take a look at this

20   document.

21      A      Yes.

22      Q      Are you familiar with this document?

23      A      I am not.

117

1

2

3

4

5

6

7

8

9

10          MS. LUCIO:  We can go ahead and take lunch now.

11   I've got maybe about a couple more documents I want to talk

12   about and then some additional processes.  I probably have

13   maybe another hour.  So we can take -- we can go off the

14   record.

15               (Break 11:22 a.m. - 12:00 p.m.)

16          MS. LUCIO:  Back on the record.

17   BY MS. LUCIO:

18      Q    Mr. Barker, is there any reason why you can't

19   continue to give your best testimony here today?

20      A    No.

21      Q    Just to continue along the questions we were

22   asking, has Apple undertaken any studies or analysis to

23   determine whether its algorithms for generating pins or

24   serial numbers were susceptible to fraud or reverse

25   engineering?

118

1    A    Not that I'm aware of.

2    Q    **Do you know who would be aware if those efforts**

3    **had been undertaken?**

4    A    When you're talking about systems, I'm assuming

5    related to gift cards; correct?

6    Q    **Correct, yes.**

7    A    Once again, I would refer probably back to

8    information security.

9    

10

11

12

13

14    MR. SMITH:   Object to the form; lacks foundation.

15

16

17    BY MS. LUCIO:

18

19

20

21

22

23

24    Q    I'm going to introduce what we had previously

25    marked as 33 in the folder entitled "Shay Documents."

```
 1      A    Full report regarding compliance of Rachael Shay?

 2      Q    Yes.

 3      A    Okay.

 4      Q    Are you familiar with reports of this type?

 5      A    I've never seen a report like this indicated.

 6      Q    So you wouldn't know what system this came out

 7   of?

 8      A    No, I would not.

 9      Q    Would you have any way of knowing whether or not

10   this complaint was escalated to the fraud department?

11      A    In this document is there one complaint in here or

12   are there many?  I probably need to review it.

13      Q    You can review it, certainly.  It all refers to a

14   single complaint is my understanding, but you can certainly

15   feel free to review it.  Just let me know when you're

16   ready.

17      A    Can you repeat the question again.

18      Q    Would you have any way by looking at this document

19   to know whether or not this complaint was escalated to the

20   fraud department?

21      A    Not that I could tell from this document, no.

22      Q    Is there any way to tell whether or not a fraud

23   investigation was done in connection with this complaint?

24      A    If the consumer has an account, which I see right

25   here, there may be some notes marked on the account that an
```

1    investigation was done.

2        Q    Is there a way for you to determine from any

3    documentation -- maybe not the one in front of you, but

4    from any documentation that you might have -- whether or

5    not an investigation was done in connection with this

6    complaint?

7        A    Yes, I would say that probably related to the

8    notes that were put on the account, that would probably be

9    the first place I would go and look or an e-mail.

10

11

12

13

14

15

16

17

18

19

20

21        Q    In terms of pulling that information, would that

22    be under the DSID 148112391?

23        A    Yes.  If that is the actual DSID and not the

24    encrypted one.

25        Q    Could it also be pulled up based upon the user's

1    name?

2        A    The user's e-mail.  You could search from name,

3    but that's pretty broad.  There are other people with the

4    same name.

5        Q    In terms of looking at this document, it looks

6    like there's a reference to a code.  I don't know if this

7    has any value to you, but do you know what PRIC5811 is?

8        A    Can you point that with your cursor so I can see

9    it, or tell me what page number it's on.

10           Did you say PRIC5811?

11       Q    Yes, that is what said.

12       A    That's on page eight.

13       Q    I was almost there.  Yes, that one.  Does that

14   hold any significance to you?

15       A    I'm not sure what that is.

16       Q    Okay.  And there's then another code I believe

17   it's page three.  I just saw it.  There's one.  █████████

18           Does that hold any significance to you?

19       A    This is on page three?

20   ████████████████████████████████████████████████████████

21   ████████████████████████████████████████████████████████

22   ████████████████████████████████████████████████████████

23   ████████████████████████████████████████████████████████

24   ████████████████████████████████████████████████████████

25   ████████████████████████████████████████████████████████



1

2

3

4

5

6      Q      Looking at the report, however, there's no way you

7   can tell if this complaint was passed on to the fraud

8   department?

9      A      From what I looked at, no, I can't tell whether

10   that was escalated to us or not.

11      Q      Can you tell if this complaint was in any way

12   communicated to the integrator?

13      A      From that document, no.

14

15

16

17

18

19      Q      Are these e-mails saved in connection with these

20   complaints or is that a separate process?

21      A      I'm not sure.

22      Q      As far as you know, there's not a file that would

23   have that e-mail as well as the complaint?

24      A      No.   It would be who it was e-mailed to and who

25   responded.

123

1     Q     And I'm going to pull up a previously marked

2     Exhibit 34.  I'm going to ask you, in looking at this

3     document, is there any way to know whether or not

4     Ms. Shay's complaint had been elevated to the fraud

5     department?

6     A     I've never seen this type of document before.  But

7     I do not see any indication of the fraud team being

8     notified on here.

9     Q     I'd like you to look at Exhibit 35 just for the

10    same reason.  Anything in Exhibit 35 that would alert you

11    that Ms. Shay's complaint had been elevated to the fraud

12    department?

13    A     Nothing that I see on this document would indicate

14    that the fraud department was notified.

15    Q     Would you have expected to see something on this

16    document or is this not something you're familiar with?

17    A     I've never seen this type of document before, so

18    I'm not sure if it would be on there or not.

19    Q     I'm going to have you take a look at what was

20    marked as Exhibit 32 as a series of e-mails.  If you could

21    review those and let me know when you're done.

22    A     Okay.

23    Q     Do you recall having seen this, Exhibit 32, before

24    today?

25    A     I have not seen this exhibit.

124

1  

2

3

4      MR. SMITH:  Object to the form; calls for

5  speculation.

6

7

8

9  BY MS. LUCIO:

10

11

12

13

14

15

16

17

18

19    Q    Who's the account security team?  Is that somebody

20  other than the fraud agents?

21    A    I'm not sure who she's referencing to here.  I

22  mean, we have account security on our side of the team.

23  Maybe it's a misrepresentation of the name of the team.

24    Q    Is there an account security team that integrates

25  with fraud?

```
 1       A    Yes.

 2       Q    And does that team typically work with customer

 3   care?

 4       A    That team gives guidance to customer care as to

 5   whether an account in the state of an account and how it

 6   rectifies account issues.  The way I read that is that:

 7                "I suggest that you contact your account

 8            security team; they're our best group to address

 9            all security-related concerns.  For more

10            information once you've identified has been

11            verified over the phone."

12            I'm not sure why that would be stated.

13       Q    Do you know if Apple has conducted any

14   investigation as -- or studies or analysis into determining

15   whether gift cards packaging, any specific gift card

16   package, has led to any risks or vulnerabilities in term of

17   fraud?

18       A    I don't know of a study that Apple has done, but

19   I've seen studies done by the industry.

20       Q    So these are third-party studies?

21       A    Yes.

22       Q    What's your understanding of those studies?

23       A    Some of those studies, they put on display package

24   intrusion, you know, how a card could be associated to

25   packaging -- the glue that's on the packaging, how a card
```

1  is distributed, whether the stripe is on the back

2  themselves.

3       There are different groups that will go and try to

4  penetrate that and try to manipulate it in some way, shape,

5  or form.  And some of these studies have revealed some of

6  these third-party, I guess what you would call them is

7  consortiums, groups, summits, conference that you can

8  attend.

9     **Q     Are you aware of any vulnerabilities or risks**

10  **identified with the app store or iTunes gift card?**

11     A     I don't know of any that have been identified.  I

12  know that from an industry perspective, that no packaging

13  is immune to any form of tampering.

14     **Q     In terms of your fraud identification role, have**

15  **you identified any investigations or risks in terms of the**

16  **Apple iTunes gift cards?**

17     A     To the packaging?

18     **Q     In connection with the packaging, yes.**

19     A     No, I have not.

20

21

22

23

24

25

Barker, Lincoln
Shay v. Apple, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25





129



Q    What is it that Apple does to ensure that those processes are secure and safe?

A    Meaning?  I'm not sure if I understand your question.

130

Barker, Lincoln
Shay v. Apple, Inc.



1

2

3    Q     Does Apple do any sort of audit?

4    A     I'm going -- go ahead.

5    Q     Does Apple do any sort of audit of the integrator

6    processes and systems to ensure that the systems are

7    sufficiently safe and secure?

8    A     That is not something that my team would do, so

9    I'm unaware.

10    Q     And also in terms of the retailer, same question.

11    Retailer systems and processes; does Apple do any sort of

12    audit to ensure those systems are safe and secure?

13    A     Once again, that's not my role, so I wouldn't be

14    part of any auditing process.

15

16

17

18

19

20

21

22

23           (EXHIBIT 45 MARKED FOR IDENTIFICATION.)

24    BY MS. LUCIO:

25

131



1

2

3

4

5

6

7

8

9

10

11       MR. SMITH:  Lincoln, I'm going to caution you not

12   to disclose the substance of any communications you've had

13   with Apple in-house people.

14

15   BY MS. LUCIO:

16

17

18

19

20       MR. SMITH:  Again --

21   BY MS. LUCIO:

22       Q    I'm not asking about communications with your

23   counsel.  I'm asking what you reviewed the document for;

24   what's the purpose of your review?

25       MR. SMITH:  I understand.  Sorry.  Hold on a

1    second.  Christina, I understand the distinction you're

2    trying to draw here.  It's important that if he was

3    directed to review certain things by legal, that that's

4    inevitably going to disclose the substance of a

5    communication he had with legal or what direction he was

6    given.

7         So I'm just cautioning the witness not to disclose

8    anything that would reveal the substance of those kind of

9    communications.

10        MS. LUCIO:  I'm not asking about his

11   communications.  But I'm entitled to know why he reviewed

12   the document and what he was looking for.  What was the

13   purpose of his review; why is he involved in the process.

14        MR. SMITH:  Go ahead.

15   ███████████████████████████████████████

16   ████████████████████████████████████

17   BY MS. LUCIO:

18   ████████████████████████████████████

19   ██████████████████████████████████████████

20   ██████████████████████████████████████████

21   ████

22    ███████████████████████████

23    ████████████████

24    █████████████████████████

25    ███████████████████████████████

Barker, Lincoln
Shay v. Apple, Inc.



134



135



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14          MR. SMITH:  Object to form.
15
16
17
18   BY MS. LUCIO:
19      Q     Were you involved in the actual drafting process
20   of this or were you consulting?
21      A     No.
22
23
24
25
```

136



1    MR. SMITH:  Object to the form; lacks foundation.

2    You can answer.

7    BY MS. LUCIO:

12    THE WITNESS:  I'm not aware.

13    BY MS. LUCIO:

14    Q    Do you know what Apple Value Services is?

15    A    It's gift card entity.

16    Q    That's not the entity you work for?

17    A    I'm not sure.  I work for Apple, Inc., as I

18    stated.  So I don't really know how that works.

137

**Barker, Lincoln**
**Shay v. Apple, Inc.**



1

2

3

4

5

6          MR. SMITH:  Object to the form; lacks

7    foundation.

8

9

10   BY MS. LUCIO:

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

138



BY MS. LUCIO:

 Q Is there a checklist of fraud factors that are gone through in order to determine what happened in connection with a specific instance?

 A Are you referring to a documented checklist?

 Q Yes.

 A I don't know of a documented checklist that we have.

139

Barker, Lincoln
Shay v. Apple, Inc.



140



```
12        MR. SMITH:  Object to the form.  I'm also going to

13   instruct the witness not to answer this question to the

14   extent it discloses communications he has had with

15   counsel.

16        MS. LUCIO:  I'm asking what he did.  I'm not

17   asking about communications.

18        MR. SMITH:  I understand.  If he was directed by

19   counsel, I'm just admonishing him to be careful.

20   BY MS. LUCIO:

21     Q     You can answer.

22     A     Can you ask again, please.

23        MS. LUCIO:  Madam Court Reporter, can you read

24   that back.

25            (Record read as follows:
```

141



```
 8          MR. SMITH:  Other than at the direction of
 9     counsel.
10     BY MS. LUCIO:
11          Q
12
13
14
15
16          MR. SMITH:  Again, Lincoln, you can only answer
17     this question if you did it other than at the direction of
18     counsel.
19          MS. LUCIO:  I'm asking about what he did.
20          MR. SMITH:  Understood, but if he's done --
21          MS. LUCIO:  If the information was collected or
22     not; that's what I'm asking.
23          THE WITNESS:  I'm not sure.  I'm sorry, maybe I'm
24     not following correctly.  I personally didn't investigate
25     this case if that's what you're asking.
```

142

1    BY MS. LUCIO:

2    

3

4

5

6

7

8

9        Q    Do you e-mail them your analysis regarding

10   investigations?

11       A    I would say no because most investigations involve

12   private information which I can't share with them.

13

14

15       MR. SMITH:  Object to the form; calls for legal

16   conclusion.

17

18       MR. SMITH:  Calls for speculation.  You can

19   answer.

20

21

22

23

24

25

143

1   BY MS. LUCIO:

2       Q    By regular communications you mean monthly

3   communications; is that accurate?

4           MR. SMITH:  Object to the form:  Mischaracterizes

5   testimony.  You can answer.

6           THE WITNESS:  Monthly and as needed on an

7   as-needed basis.

8   BY MS. LUCIO:



15      Q    Is this once a week?  I'm sure it varies, but how

16  often are you in contact with them?

17      A    I know them by first-name basis, so I'm assuming

18  it's good enough.

144



```
 1
 2
 3        MR. SMITH:  Object to the form.
 4
 5
 6
 7
 8
 9   BY MS. LUCIO:
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

145



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23        Q    So in terms of the physical card situation, is it
24   your belief that there has not been a request by AVS to
25   disable the future sale of cards at any given retailer?
```

146

Barker, Lincoln
Shay v. Apple, Inc.

1    A    Not from me, and not from my knowledge do I know
2    of AVS actually asking for cards to be removed.



147

Barker, Lincoln
Shay v. Apple, Inc.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24          MR. SMITH:  And when you're done with this
25   document, can I take a bathroom break?

148

Barker, Lincoln
Shay v. Apple, Inc.

1          MS. LUCIO:  Absolutely.

2          THE WITNESS:  Okay, I'm on page 25.

3     BY MS. LUCIO:



149



150

Barker, Lincoln
Shay v. Apple, Inc.



151

1

2          MS. LUCIO:  I have a couple more questions with

3  this agreement.  Let's take a quick break.  Go off the

4  record, take a few minutes.

5                    (Break 1:00 - 1:07 p.m.)

6          MS. LUCIO:  Back on the record.

7  BY MS. LUCIO:

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

152



153



1

2

3

4

5        MR. SMITH:  Object to the form.

6

7

8

9

10   BY MS. LUCIO:

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1    ████████████████████████████████████████
 2    ████████████████████████████████████████████
 3        Q    Okay, that's all I have on that document.
 4             MS. LUCIO:  And then let's look at -- I think this
 5    is the predecessor.  8219 is the Bates number.  It looks
 6    like that was marked Exhibit 44.  ████████████████████████
 7    ██████████████████████████████████████████
 8    ██████████████████████████████████████████
 9             (EXHIBIT 44 MARKED FOR IDENTIFICATION.)
10    BY MS. LUCIO:
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Barker, Lincoln
Shay v. Apple, Inc.



1

2

3

4

5

6

7

8

9

10         MS. LUCIO:  Okay, let's look at the document we

11  marked as Exhibit 46.

12

13         (EXHIBIT 46 MARKED FOR IDENTIFICATION.)

14  BY MS. LUCIO:

15

16

17

18

19

20

21

22

23

24

25

157

Barker, Lincoln
Shay v. Apple, Inc.



158



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25          MR. SMITH:  Object to the form; lacks

1    foundation.

2    

3         MS. LUCIO:  You can make your objection.  You can

4    answer.

5         MR. SMITH:  Object to the form; lacks foundation.

6    You can answer.

7

8

9    BY MS. LUCIO:

10

11

12

13

14

15

16

17        MR. SMITH:  Object to the form; calls for

18   speculation; calls for legal conclusion.  You can answer.

19

20   BY MS. LUCIO:

21

22

23

24

25

Barker, Lincoln
Shay v. Apple, Inc.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

161

Barker, Lincoln
Shay v. Apple, Inc.



162

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



163

Barker, Lincoln
Shay v. Apple, Inc.



164

Barker, Lincoln
Shay v. Apple, Inc.



165

Barker, Lincoln
Shay v. Apple, Inc.



166

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20       MS. LUCIO:  I don't think I have anything else.
21  You want to give me five minutes?
22       MR. SMITH:  Yeah, that's fine.
23       MS. LUCIO:  Okay, sounds good.  I'll be right
24  back.
25             (Break 1:34 - 1:40 p.m.)

1           MS. LUCIO:  Back on the record.  Mr. Barker, I

2    don't have anything else.  Thank you so much for your time;

3    I really appreciate it.

4           I think there are a number of issues that I think

5    Counsel and I will meet and confer on in terms of whether

6    we need an additional witness on the various issues, but

7    that's not something we don't need to hold you up over.

8           I think in terms of this deposition transcript,

9    we'll agree that the court reporter will put together the

10   transcript on this.  She will circulate it to counsel for

11   the defendant, and he will have 30 days to review it.

12          I've spoken with Mr. Smith, and indicated that we

13   request that that period be truncated to somewhere around

14   21 days because we do have a class certification motion

15   September 9th that's due.

16          However, we are going to meet and confer and see

17   if we can't endeavor to shorten that time period.  But as

18   of now the witness will have 30 days.  The original

19   transcript will be kept by Mr. Smith and will be available

20   for purposes of trial.

21          If for some reason the original can't be available

22   at the time of trial, a certified copy can be used in its

23   stead.

24          Mr. Smith, your office will let me know once

25   Mr. Barker reviews the transcript and signs off on that?

1         MR. SMITH:  Yes, we will.  We also would like to

2    designate the transcript as confidential, at least

3    provisionally.

4         MS. LUCIO:  Certainly.  We can meet and confer

5    about the handling of it separately, but yes, that makes

6    sense.  So stipulated?

7         MR. SMITH:  So stipulated.  And Madam Court

8    Reporter, can we get a rough?

9         MS. LUCIO:  I'd like a rough too.

10            (Deposition concluded at 1:43 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1   STATE OF CALIFORNIA        )

2                             )    ss.
    COUNTY OF ORANGE            )
3

4

5            I, Erika "Rik" Rutledge, Certified Shorthand

6   Reporter, Certificate No. 13774, for the State of

7   California, hereby certify:

8            I am the deposition officer that

9   stenographically recorded the testimony in the foregoing

10  deposition;

11           Prior to being examined, the deponent was by

12  me first duly sworn;

13           The foregoing transcript is a true and

14  accurate record of the testimony given.

15

16  Dated:  August 17, 2022

17

18

19  _____

20            Erika "Rik" Rutledge

21

22

23

24

25
```

170

```
 1              DEPOSITION ERRATA SHEET

 2

 3        Jilio-Ryan Job No.: 112313

 4        Case Caption:  SHAY

 5        vs.  APPLE, INC.

 6

 7          DECLARATION UNDER PENALTY OF PERJURY

 8

 9            I declare under penalty of perjury

10       that I have read the entire transcript of

11       my Deposition taken in the captioned matter

12       or the same has been read to me, and

13       the same is true and accurate, save and

14       except for changes and/or corrections, if

15       any, as indicated by me on the DEPOSITION

16       ERRATA SHEET hereof, with the understanding

17       that I offer these changes as if still under

18       oath.

19            Signed on the _____ day of

20       _____, 2022.

21

22       _____

23            LINCOLN BARKER

24

25
```

171

```
1              DEPOSITION ERRATA SHEET
2        Page No._____Line No._____Change to:_____
3        _____
4        Reason for change:_____
5        Page No._____Line No._____Change to:_____
6        _____
7        Reason for change:_____
8        Page No._____Line No._____Change to:_____
9        _____
10       Reason for change:_____
11       Page No._____Line No._____Change to:_____
12       _____
13       Reason for change:_____
14       Page No._____Line No._____Change to:_____
15       _____
16       Reason for change:_____
17       Page No._____Line No._____Change to:_____
18       _____
19       Reason for change:_____
20       Page No._____Line No._____Change to:_____
21       _____
22       Reason for change:_____
23
24       SIGNATURE:_____DATE:_____
25                      LINCOLN BARKER
```