| | |
|---|---|
| 1 | BILAL A. ESSAYLI (SBN 273441)<br>D. ANDREW BROWN (SBN 273430) |
| 2 | **ESSAYLI & BROWN LLP**<br>2211 Michelson Drive, Suite 900 |
| 3 | Irvine, California 92612<br>Telephone:    (949) 508-2980 |
| 4 | Facsimile:     (949) 508-2981<br>bessayli@essaylibrown,com |
| 5 | |
| 6 | Attorneys for Objector<br>HASSAN CHAALAN |
| 7 | |
| 8 | DAVID R. SINGH (Bar No. 300840)<br>david.singh@weil.com |
| 9 | MORGAN D. MACBRIDE (Bar No. 301248)<br>morgan.macbride@weil.com |
| 10 | AMY LE (Bar No. 341925)<br>amy.le@weil.com |
| 11 | **WEIL, GOTSHAL & MANGES LLP**<br>201 Redwood Shores Parkway, 6th Floor |
| 12 | Redwood Shores, CA 94065-1134<br>Telephone: (650) 802-3000 |
| 13 | Facsimile: (650) 802-3100 |
| 14 | |
| 15 | Attorneys for Defendants APPLE INC. and<br>APPLE VALUE SERVICES LLC |

## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | RACHAEL SHAY, individually and on behalf of all others similarly situated, | Case No. 3:20-cv-1629-JO-BLM |
| 21 | Plaintiff, | **JOINT STATUS REPORT** |
| 22 | vs. | |
| 24 | APPLE INC. and APPLE VALUE SERVICES, LLC, | |
| 25 | Defendants. | |

Objector Hassan Chalan ("Objector") and Defendants Apple Inc. and Apple Value Services,

LLC ("Defendants"), hereby file this Joint Status Report.

On March 1, 2024, the Court ordered the parties to coordinate an in-person or electronic meeting by March 8, 2024, so counsel for Objector may review the sealed documents filed to this Court's docket solely for the purpose of aiding Objector's counsel in ascertaining whether the sealed documents touch upon concerns raised in Objector's Objections [Dkt. 106].

On March 7, 2024, Objector's counsel reviewed the sealed documents at the offices of Defendants' counsel located at Redwood Shores, California.[1] After a review of the sealed documents, Objector does not have a need to further access to the documents.

DATED: March 12, 2024     Essayli & Brown LLP

                          By: _____
                              BILAL A. ESSAYLI

                          Attorneys for Objector
                          HASSAN CHALAN

DATED: March 12, 2024     Weil, Gotshal & Manges LLP

                          By: /s/ David R. Singh
                              DAVID R. SINGH

                          Attorney for Defendants APPLE INC. and APPLE VALUE SERVICES LLC

---

[1] Objector's counsel was provided printouts of the sealed documents. For citations to deposition transcripts in the class certification briefing, Defendants provided Objector's counsel with the cited language, as well as the two deposition transcript pages before and the two deposition transcript pages after the cited language.