# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL SHAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a Delaware corporation; APPLE VALUE SERVICES, LLC, a Virginia limited liability corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-1629-JO-BLM<br><br>Assigned to Hon. Jinsook Ohta<br><br>[~~PROPOSED~~] JUDGMENT |

Judgment is hereby entered in accordance with the Order Granting Final Approval of Settlement; Awarding Attorney's Fees, Costs, and Service Award.

**IT IS SO ORDERED.** *The Clerk is directed to close the case.*

Dated: 3/18/24

_____
Hon. Jinsook Ohta
U.S. District Court Judge